1 | MCCORMICK BARSTOW LLP
2 | Shane G. Smith, #272630
*shane.smith@mccormickbarstow.com*
3 | Melissa K. Cerro, #304268
*melissa.cerro@mccormickbarstow.com*
4 | 7647 N. Fresno Street
5 | Fresno, CA 93720
Tel.: (559) 433-1300
6 | Fax: (559) 433-2300

7 | IRWIN IP LLP
8 | Jason Keener (*pro hac vice* forthcoming)
*jkeener@irwinip.com*
9 | Joseph F. Marinelli (*pro hac vice* forthcoming)
*jmarinelli@irwinip.com*
10 | 150 N. Wacker Dr., Suite 700
11 | Chicago, IL 60606
Tel.: (312) 667-6080

*Attorneys for Defendant/Movant*

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| *In re MOTION TO ENFORCE THIRD PARTIES FORWARD MOTION PICTURES' AND VIRTUAL ACTIVE'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS*, <br><br> Respondents, <br> In the matter of <br> NEXTPULSE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LIFE FITNESS, LLC, <br><br> Defendant. | Case No.: <br><br> Underlying Litigation: *Nextpulse, LLC* v. *Life Fitness, LLC*, No. 1:22-cv-3239, N.D. Ill <br><br> **DECLARATION OF JOSEPH F. MARINELLI IN SUPPORT OF LIFE FITNESS'S MOTION TO ENFORCE THIRD PARTIES FORWARD MOTION PICTURES' AND VIRTUAL ACTIVE'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS** <br><br> HEARING: To Be Assigned |

**DECLARATION OF JOSEPH F. MARINELLI**

I, JOSEPH F. MARINELLI, declare as follows:

1. The facts set forth herein are based on my personal knowledge and/or documents that I have personal knowledge of sufficient to authenticate them, including those attached hereto, and are true and correct to the best of my personal knowledge, belief, recollection, and understanding.

2. I am over the age of 18 and I am a senior attorney in the law firm of Irwin IP LLP, attorneys of record for Defendant and Movant Life Fitness, LLC ("Life Fitness") in the above-captioned matter and the underlying litigation, *Nextpulse, LLC* v. *Life Fitness, LLC*, No. 1:22-cv-3239, in the Northern District of Illinois ("the NDIL Action") filed by Nextpulse, LLC ("Nextpulse").

3. I submit this declaration in support of Life Fitness's Motion to Enforce Third Parties Forward Motion Pictures' and Virtual Active's Compliance With Subpoena For Documents.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the subpoena and Exhibits A and B thereto served on Forward Motion Pictures, LLC ("FMP") in connection with the NDIL Action on July 17, 2024. Exhibits C–E to the subpoena have been removed, but the same information is filed herewith as Exhibits 11, 12 and 20.

5. Attached hereto as **Exhibit 2** is a true and correct copy of the subpoena and Exhibits A and B thereto served on Virtual Active, Inc. ("VA") in connection with the NDIL Action on July 17, 2024. Exhibits C–E to the subpoena have been removed, but the same information is filed herewith as Exhibits 11, 12, and 20.

6. Attached hereto as **Exhibit 3** is a true and correct copy of FMP's Responses and Objections to the subpoena served on August 26, 2024.

7. Attached hereto as **Exhibit 4** is a true and correct copy of VA's Responses and Objections to the subpoena served on August 26, 2024.

1    8.    On August 26, 2024, FMP and VA produced 4,985 documents and a privilege log
2    containing 2,250 entries.

3    9.    Attached hereto as **Exhibit 5** is a copy of the supplemental privilege log
4    ("Supplemental Log") provided by counsel for FMP and VA on November 20, 2024.

5    10.    Attached hereto as **Exhibit 6** is an excerpt from Respondents' November 20, 2024,
6    Supplemental Privilege Log filtered based on "trade secret" or "privacy" privileges showing 632
7    document records.

8    11.    Attached hereto as **Exhibit 7** is an excerpt from Respondents' November 20, 2024,
9    Supplemental Privilege Log filtered based on "trade secret" privileges showing 481 document
10    records.

11    12.    Attached hereto as **Exhibit 8** is an excerpt from Respondents' November 20, 2024,
12    Supplemental Privilege Log filtered based on "privacy" privilege showing 631 document records.

13    13.    Attached hereto as **Exhibit 9** is an excerpt from Respondents' November 20, 2024,
14    Supplemental Privilege Log filtered based on "common interest" privilege showing 408 document
15    records.

16    14.    Attached hereto as **Exhibit 10** is an excerpt from Respondents' November 20,
17    2024, Supplemental Privilege Log showing extracted document records that reference attachments
18    in highlight and their corresponding emails.

19    15.    VA produced the following Bates-numbered documents in the NDIL Action which
20    demonstrate that an agreement purporting have an effective date of June 9, 2022, and assigning
21    the VA Video copyrights from FMP and VA to Nextpulse, was actually executed after Nextpulse
22    filed its Complaint on June 21, 2022: VA026200–VA026212, VA026162–VA026173,
23    VA026174–VA026187 and Supplemental Log entries for VA026016, VA026025, VA026025,
24    VA026031, VA026037.    These documents reference drafts and revisions of the FMP/VA
25    Copyright Assignment Agreement that occurred after June 21, 2022.  A copy of these documents
26    can be made available to the Court should the Court so desire.

27    16.    Nextpulse produced the following Bates-numbered documents in the NDIL Action
28    which include third party licenses to the VA Video copyrights at issue in the NDIL Action:

042600-000000 10942133.1                              - 3 -
_____
DECLARATION OF JOSEPH F. MARINELLI

NP1285603–NP1285615, NP1765258–NP1765266, NP547878–NP547887, NP1807394–NP1807403, NP1308117–NP1308168, NP549602–NP549613. A copy of these documents will be made available to the Court for its review should the Court so desire.

17. Attached hereto as **Exhibit 11** is a copy of the Stock Purchase and Sale Agreement entered into between FMP, VA, and Nextpulse on February 28, 2019.

18. Attached hereto as **Exhibit 12** is a copy of an Agreement between FMP, VA, and Nextpulse having a purported effective date of June 9, 2022 ("FMP/VA Copyright Assignment Agreement") but which lacks a date of execution.

19. Attached hereto as **Exhibit 13** is a true and correct copy of an August 30, 2024, letter sent by counsel for Life Fitness to counsel for FMP and VA explaining deficiencies FMP's and VA's responses to Life Fitness's subpoenas for documents.

20. On September 17, 2024, counsel for Life Fitness, Joseph F. Marinelli and Emad Mahou, and counsel for VA and FMP, Jeffrey Brandstetter, met and conferred regarding the deficiencies in FMP's and VA's responses.

21. Attached hereto as **Exhibit 14** is a true and correct copy of a September 25, 2024, letter sent by counsel for Life Fitness to counsel for FMP and VA identifying deficiencies in FMP's and VA's document productions.

22. On September 30, 2024, counsel for Life Fitness, Joseph F. Marinelli and Emad Mahou, and counsel for VA and FMP, Jeffrey Brandstetter, met and conferred regarding the deficiencies in FMP's and VA's document productions and deficient privilege log.

23. On October 9, 2024, counsel for Life Fitness, Joseph F. Marinelli and Emad Mahou, and counsel for VA and FMP, Jeffrey Brandstetter, met and conferred regarding the deficiencies in FMP's and VA's document productions and deficient privilege log.

24. Attached hereto as **Exhibit 15** is a true and correct copy of an email chain between counsel for Life Fitness and counsel for FMP and VA from October 10, 2024, to November 20, 2024.

25. Attached hereto as **Exhibit 16** is a true and correct copy of screenshots of the California Secretary of State Business Search website accessed on December 16, 2024, showing

1  the principal places of business for FMP and VA at 2108 N. St., Ste. C, Sacramento, California,
2  95816, and a registered agent located at the same address.

3   26.   On June 21, 2022, Nextpulse filed its original Complaint against Life Fitness as
4  Docket No. 1 in the NDIL Action.

5   27.   On August 12, 2022, Life Fitness filed a motion to dismiss Nextpulse's Complaint
6  as Docket No. 19 in the NDIL Action, seeking among other things, dismissal of Nextpulse's
7  copyright claims for lack of standing based on FMP's ownership of the VA Video copyrights.

8   28.   On September 2, 2022, Nextpulse filed an Amended Complaint as Docket No. 25
9  in the NDIL Action.  Paragraph 41 of the Amended Complaint states that "[s[ubsequently, in 2022,
10 VA and FMP transferred ownership and rights to specified video content, to the extent such rights
11 were held by VA and/or FMP, to NP."

12  29.   On September 30, 2022, Life Fitness filed a motion to dismiss Nextpulse's
13 Amended Complaint as Docket No. 28 in the NDIL Action, seeking among other things, dismissal
14 of Nextpulse's copyright claims for lack of standing.

15  30.   Attached hereto as **Exhibit 17** is a true and correct copy of the Amended Complaint
16 (Corrected) and Exhibits A and B filed by Nextpulse as Docket No. 66 in connection with the
17 NDIL Action on December 15, 2022.

18  31.   Attached hereto as **Exhibit 18** is a true and correct copy of the Order setting a
19 discovery cutoff of April 3, 2025 in the NDIL Action on May 22, 2024.

20  32.   Attached hereto as **Exhibit 19** is a copy of Nextpulse's Federal Rule 26 Initial
21 Disclosures served on June 4, 2024.

22  33.   Attached hereto as **Exhibit 20** is a true and correct copy of the Confidentiality
23 Order entered in the NDIL Action on July 9, 2024.

24  I declare under penalty of perjury pursuant to the laws of the United States of America that
25 the foregoing is true and correct.

26  Executed on December 20, 2024, at Chicago, Illinois.

27
                                    */s/ Joseph F. Marinelli*
28                                  Joseph Marinelli