Exhibit 1

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Illinois

| | | |
|---|---|---|
| NEXTPULSE, LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:22-CV-03239 |
| | ) | |
| LIFE FITNESS, LLC, | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:
FORWARD MOTION PICTURES LLC
c/o California Corporate Agents, Inc.
2108 N. Street, Ste. C, Sacramento, CA 95816

*(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:        See Exhibit A.

| Place:   Veritext Legal Solutions (or mutually agreeable date and location)<br>1 Capitol Mall, Ste. 240<br>Sacramento, CA 95814 | Date and Time:<br>08/09/2024 9:00 am |
|---|---|

The deposition will be recorded by this method:    stenographic, audio, video, and/or real-time transcription.

☑ *Production:* ~~You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:~~ You are commanded to produce at the time, date, and place set forth below the documents requested in Exhibit B in advance of the deposition:

| Place:   Veritext Legal Solutions<br>1 Capitol Mall, Ste. 240<br>Sacramento, CA 95814<br>or by electronic service to: jkeener@irwinip.com | Date and Time:<br><br>08/02/2024  5:00 p.m. |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   07/17/2024

| CLERK OF COURT | | |
|---|---|---|
| | OR | |
| _____ | | /s/ Jason J. Keener<br>_____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Life Fitness, LLC
_____, who issues or requests this subpoena, are:

Jason J. Keener, Irwin IP LLP, 150 N. Wacker Drive, Ste. 700, Chicago, IL 60606; jkeener@irwinip.com; 312-667-6282

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No.  1:22-CV-03239

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# Exhibit A

**EXHIBIT A TO SUBPOENA TO FORWARD MOTION PICTURES LLC**

**TOPICS FOR DEPOSITION**

1.      Authenticity of the documents produced in response to this subpoena, including identification of the documents, when they were created, who created them, and whether they are true and accurate copies.

2.      The sale, assignment, license, or transfer of any intellectual property or rights to any intellectual property between or among FMP, Virtual Active, or Nextpulse, including but not limited to any sale, assignment, license, or transfer of rights between FMP, Virtual Active, or Nextpulse in VA Content or Software.

3.      Any assignment by Virtual Active to Nextpulse of rights against Brunswick Corporation or Life Fitness.

4.      The negotiation of the SPSA, including but not limited to negotiations regarding the sale, assignment, license, or transfer of any intellectual property or rights to any intellectual property between or among FMP, Virtual Active, or Nextpulse in VA Content or Software and any negotiations regarding the assignment, license or transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness.

5.      The negotiation of the Second Agreement, including but not limited to negotiations regarding the sale, assignment, license, or transfer of any intellectual property or rights to any intellectual property between or among FMP, Virtual Active, or Nextpulse in VA Content or Software and negotiations regarding the assignment, license or transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness

6.      The statements in Recitals C and E of the Second Agreement.

7.      Drafting of the SPSA and Second Agreement, including the drafting of provisions of the SPSA and the Second Agreement that relate to the sale, assignment, license or transfer of any intellectual property or rights to any intellectual property between or among Virtual Active, Nextpulse, or FMP and provisions that relate to any transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness.

8.      The reasons for, and intent of, entering into the SPSA.

9.      The reasons for, and intent of, entering into the Second Agreement.

10.     The reasons for, and intent of, the sale, assignment, license, or transfer of any intellectual property or rights to any intellectual property between or among FMP, Virtual Active, or Nextpulse, including but not limited to any sale, assignment, license, or transfer of rights between FMP, Virtual Active, or Nextpulse in VA Content or Software and any assignment, license, or transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness.

11.     The reasons the Second Agreement has an Effective Date of June 9, 2022.

12.     The actual execution of the Second Agreement, including the actual date on which Thomas A. Proulx and Christopher Galipo actually executed the Second Agreement and whether Messrs. Proulx and Galipo actually executed the Second Agreement on or before June 9, 2022.

13.     Employment agreements or consulting agreements for any individuals or entities involved in the development of any VA Content or Software, including but not limited to employment or consulting agreements that include provisions related to intellectual property rights in VA content or Software.

14.     Any proposed or actual grant of rights by Virtual Active, Nextpulse, or FMP to any VA Content or Software, including but not limited to any licenses or offers to license, security interests, covenants, assignments, conveyances, sales, offers to sell, or transfers of rights.

15.    The amount and source of any revenue received by FMP, Virtual Active or Nextpulse for the use, licensing, or sale of VA Content or Software from February 28, 2019, to the present.

16.    The identity of licensees or purchasers of any VA Content or Software, and the terms of any such licenses or sales.

17.    FMP's relationship with Nextpulse, including but not limited to the corporate relationship between the two entities and any common ownership, directorship, board membership, management and employees.

18.    FMP's relationship with Virtual Active, including but not limited to the corporate relationship between the two entities and any common ownership, directorship, board membership, management and employees.

## DEFINITIONS

Unless otherwise specified, all terms shall be interpreted as they are used in the Federal Rules of Civil Procedure. The topics and terms used herein shall be construed to require the fullest and most complete disclosure permitted by law.

A.　　"FMP" refers to Forward Motion Pictures, LLC, which is named as a party to the SPSA and Second Agreement (defined below), predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers, or other representatives. FMP is believed to have been improperly named as "Forward Motion Partners, LLP" in Nextpulse's Amended Complaint (Corrected); for the purpose of this subpoena for document production, FMP is Forward Motion Pictures, LLP.

B.　　"Life Fitness" means Life Fitness, LLC, its affiliates, predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers, or other representatives.

C.　　"Brunswick" means Brunswick Corporation, including all predecessors, successors, subsidiaries, divisions, parents, and affiliates thereof, past or present, joint ventures, and other legal entities that are wholly or partially owned or controlled by Brunswick either directly or indirectly, and all past or present directors, principals, officers, owners, employees, agents, representatives, consultants, attorneys, and others acting for or on behalf of these same entities. Brunswick expressly includes the Life Fitness division of Brunswick.

D.　　"Virtual Active" means Virtual Active, Inc., its affiliates, predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers, or other representatives.

E.　　"Nextpulse" means Nextpulse, LLC, its affiliates, predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers, or other representatives. Nextpulse includes Netpulse, Inc., a former Delaware company that merged into Nextpulse, LLP on or about May 4, 2018.

4

F.      "SPSA" means Stock Purchase and Sale Agreement, made and entered into as of February 28, 2019, among Nextpulse, Virtual Active, and FMP.

G.      "Second Agreement" means the agreement which is titled "Agreement" and dated June 9, 2022, involving Nextpulse, Virtual Active, and FMP.

H.      "VA Content" means video content targeted to entertain and motivate cardio fitness equipment users course content, including but not limited to the content identified in Exhibit A to the SPSA and the VA Courses identified in Exhibit A of the Second Agreement.

I.      "Software" means any and all software and/or design tools used to create, develop, modify, enhance, or manage the VA Content. This includes, but is not limited to, software applications, programs, scripts, codebases, libraries, frameworks, development environments, and any related documentation or user manuals associated with these tools.

J.      "Communication" means the transmittal of information in any form (including facts, ideas, inquiries, or otherwise). This includes, but is not limited to, written, oral, electronic, and non-verbal forms of communication, such as emails, letters, memos, reports, text messages, instant messages, social media posts, phone calls, meetings, video conferences, and any other method of conveying information.

K.      "Document" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term. The term "document" includes, without limitation, any book, bill, calendar, chart, check, compilation, computation, computer or network activity log, correspondence, data, data compilation, database, diagram, diary, document, draft, drawing, e-mail, electronically-stored information, electronic message, file, folder, film, graph, graphic presentation, image, index, inventory, invoice, jotting,

journal, ledger, machine-readable material, map, memoranda, metadata, minutes, note, order, paper, photograph, printout, recording, report, software, spreadsheet, statement, sound recording, summary, telephone message record or log, text message, transcript, video, voicemail, voucher, webpage, wiki, work paper, writing, worksheet, or any other item or group of documentary material or information, regardless of physical or electronic format or characteristic, and any information therein, and copies, notes, and recordings thereof. Information that serves to identify, locate, or link such material, such as file inventories, file folders, indices, and metadata, is also included in this definition. A draft or non-identical copy is a separate item within the meaning of these terms. These terms are to be interpreted broadly to include documents stored in any medium and specifically include electronically stored information ("ESI") such as e-mail and documents maintained in electronic form on your websites, servers, and stand-alone computers and hard drives. ESI includes, but is not limited to, all text files (including word processing documents), spreadsheets, e-mail files and information concerning e-mail (including all metadata fields, logs of e-mail history and usage, header information and "deleted" files including all potentially relevant data contained in free or slack space), Internet history files and preferences, graphical image format ("GIF"), tagged image file format ("TIFF"), portable document format ("PDF") files, databases, contacts, tasks, calendar and scheduling information, computer system activity logs, all file fragments, and backup files containing Electronic Data.

    L.  "Relating to" has its broadest possible meaning, and includes, but is not limited to: associated with, addressing, referring to, bearing upon, supporting, contradicting, applicable to, pertaining to, involving, reflecting, undermining, regarding, respecting, touching upon, associated with, describing, embodying, evidencing, stating, dealing with, constituting, implying,

implicating, refuting, or in any way logically or factually connected with the matter discussed or identified.

M.      Attached as Exhibit C is a true and accurate copy of the Stock Purchase and Sale Agreement, made and entered into as of February 28, 2019, among Nextpulse, Virtual Active, and FMP.

N.      Attached as Exhibit D is a true and correct copy of agreement that is titled "Agreement" and dated June 9, 2022, involving Nextpulse, Virtual Active, and FMP

O.      The Court has entered a Protective Order in this case, a copy of which is attached hereto as Exhibit E.  Section 4 of the Protective Order addresses how deposition testimony may be designated as confidential under the Protective Order.

Exhibit B

### EXHIBIT B TO SUBPOENA TO FORWARD MOTION PICTURES LLC

### DOCUMENTS AND THINGS REQUESTED

1.      All documents and communications related to any sale, assignment, license, or transfer of any intellectual property or rights to any intellectual property between or among FMP, Virtual Active, or Nextpulse, including but not limited to any sale, assignment, license, or transfer of rights between FMP, Virtual Active, or Nextpulse in VA Content or Software.

**RESPONSE:**

2.      All documents and communications relating to any assignment, license, or transfer by Virtual Active to Nextpulse of rights against Brunswick Corporation or Life Fitness.

**RESPONSE:**

3.      All documents and communications relating to the negotiation of the SPSA, including but not limited to any negotiations regarding the sale, assignment, license, or transfer of any intellectual property or rights to any intellectual property between or among FMP, Virtual Active, or Nextpulse in VA Content or Software or any negotiations regarding the assignment, license, or transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness.

**RESPONSE:**

4.      All documents and communications relating to the negotiation of the Second Agreement, including but not limited to negotiations regarding the sale, assignment, license, or transfer of any intellectual property or rights to any intellectual property between or among FMP, Virtual Active, or Nextpulse in VA Content or Software or negotiations regarding the assignment, license or transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness.

**RESPONSE:**

5.     All documents and communications supporting or refuting the statements in Recitals C and E of the Second Agreement.

**RESPONSE:**

6.     All drafts and versions of the SPSA and the Second Agreement, including any drafts with comments or revisions by any party involved in the negotiation, drafting, or execution of the SPSA and the Second Agreement that relate to the sale, assignment, license or transfer of any intellectual property or rights to any intellectual property between or among Virtual Active, Nextpulse, or FMP or any transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness.

**RESPONSE:**

7.     All documents and communications related to any reasons why the Second Agreement was entered into by the parties thereto, including but not limited to any emails, letters, memos, meeting minutes, and notes.

**RESPONSE:**

8.     All communications between FMP and any legal, financial, or business advisors concerning sale, assignment, license or transfer of any intellectual property or rights to any intellectual property between or among FMP, Virtual Active, or Nextpulse, including but not limited to, the sale, assignment, license or transfer of rights between FMP, Virtual Active, or Nextpulse in VA Content or Software or any transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness.

**RESPONSE:**

9.      All documents and communications referring to any reasons for the sale, assignment, license or transfer of intellectual property or rights to any intellectual property between or among FMP, Virtual Active, or Nextpulse, including but not limited to reasons for the sale, assignment, license or transfer of rights between FMP, Virtual Active, or Nextpulse in VA Content or Software or the reasons for any transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness.

**RESPONSE:**


10.     All communications with any third parties, other than Nextpulse or Virtual Active, concerning the sale, assignment, license or transfer of any intellectual property and any transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness rights to any intellectual property between or among FMP, Virtual Active, or Nextpulse, including but not limited to, the sale, assignment, license or any transfer of rights between FMP, Virtual Active, or Nextpulse in VA Content or Software.

**RESPONSE:**


11.     All documents relating to any employment agreements or consulting agreements for any individuals or entities involved in the development of any VA Content or Software, including but not limited to employment or consulting agreements including provisions related to the assignment, transfer, or ownership of intellectual property rights in VA content or Software.

**RESPONSE:**

12.     Documents sufficient to identify all proposed or actual grant of rights by Virtual Active, Nextpulse, or FMP to any VA Content or Software, including but not limited to any licenses or offers to license, security interests, covenants, assignments, conveyances, sales, offers to sell, or transfers, and any related communications, drafts, agreements, proposals, and documentation evidencing or relating to such grants of rights.

**RESPONSE:**

13.     Documents sufficient to identify the amount and source of any revenue received by FMP, Virtual Active, or Nextpulse on a quarterly basis from February 28, 2019, to the present for the use, licensing, or sale of VA content or Software.

**RESPONSE:**

14.     Documents sufficient to identify all licensees or purchasers of any VA Content or Software, including but not limited to contracts, agreements, invoices, communications, and any other documentation that identifies any entities who have licensed or purchased VA Content or Software.

**RESPONSE:**

15.     All documents and communications related to the date the Second Agreement was actually signed (either electronically or by wet signature) by Thomas A. Proulx and Christopher Galipo, including but not limited to any communications exchanging drafts of the Second Agreement for signature and any letters, memos, meeting minutes, notes, and other documentation that reference the planning, discussion, or finalization of the execution date of the agreement.

**RESPONSE:**

**DEFINITIONS**

Unless otherwise specified, all terms shall be interpreted as they are used in the Federal Rules of Civil Procedure. The requests and terms used herein shall be construed to require the fullest and most complete disclosure permitted by law.

A.  "FMP" refers to Forward Motion Pictures, LLC, which is named as a party to the SPSA and Second Agreement (defined below), predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers, or other representatives. FMP is believed to have been improperly named as "Forward Motion Partners, LLP" in Nextpulse's Amended Complaint (Corrected); for the purpose of this subpoena for document production, FMP is Forward Motion Pictures, LLP.

B.  "Life Fitness" means Life Fitness, LLC, its affiliates, predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers, or other representatives.

C.  "Brunswick" means Brunswick Corporation, including all predecessors, successors, subsidiaries, divisions, parents, and affiliates thereof, past or present, joint ventures, and other legal entities that are wholly or partially owned or controlled by Brunswick either directly or indirectly, and all past or present directors, principals, officers, owners, employees, agents, representatives, consultants, attorneys, and others acting for or on behalf of these same entities. Brunswick expressly includes the Life Fitness division of Brunswick.

D.  "Virtual Active" means Virtual Active, Inc., its affiliates, predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers, or other representatives.

E.  "Nextpulse" means Nextpulse, LLC, its affiliates, predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers, or other representatives. Nextpulse includes Netpulse, Inc., a former Delaware company that merged into Nextpulse, LLP on or about May 4, 2018.

F.      "SPSA" means Stock Purchase and Sale Agreement, made and entered into as of February 28, 2019, among Nextpulse, Virtual Active, and FMP.

G.      "Second Agreement" means the agreement which is titled "Agreement" and dated June 9, 2022, involving Nextpulse, Virtual Active, and FMP.

H.      "VA Content" means video content targeted to entertain and motivate cardio fitness equipment users course content, including but not limited to the content identified in Exhibit A to the SPSA and the VA Courses identified in Exhibit A of the Second Agreement.

I.      "Software" means any and all software and/or design tools used to create, develop, modify, enhance, or manage the VA Content. This includes, but is not limited to, software applications, programs, scripts, codebases, libraries, frameworks, development environments, and any related documentation or user manuals associated with these tools.

J.      "Communication" means the transmittal of information in any form (including facts, ideas, inquiries, or otherwise).  This includes, but is not limited to, written, oral, electronic, and non-verbal forms of communication, such as emails, letters, memos, reports, text messages, instant messages, social media posts, phone calls, meetings, video conferences, and any other method of conveying information.

K.      "Document" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term.  The term "document" includes, without limitation, any book, bill, calendar, chart, check, compilation, computation, computer or network activity log, correspondence, data, data compilation, database, diagram, diary, document, draft, drawing, e-mail, electronically-stored information, electronic message, file, folder, film, graph, graphic presentation, image, index, inventory, invoice, jotting,

journal, ledger, machine-readable material, map, memoranda, metadata, minutes, note, order, paper, photograph, printout, recording, report, software, spreadsheet, statement, sound recording, summary, telephone message record or log, text message, transcript, video, voicemail, voucher, webpage, wiki, work paper, writing, worksheet, or any other item or group of documentary material or information, regardless of physical or electronic format or characteristic, and any information therein, and copies, notes, and recordings thereof.  Information that serves to identify, locate, or link such material, such as file inventories, file folders, indices, and metadata, is also included in this definition.  A draft or non-identical copy is a separate item within the meaning of these terms.  These terms are to be interpreted broadly to include documents stored in any medium and specifically include electronically stored information ("ESI") such as e-mail and documents maintained in electronic form on your websites, servers, and stand-alone computers and hard drives.  ESI includes, but is not limited to, all text files (including word processing documents), spreadsheets, e-mail files and information concerning e-mail (including all metadata fields, logs of e-mail history and usage, header information and "deleted" files including all potentially relevant data contained in free or slack space), Internet history files and preferences, graphical image format ("GIF"), tagged image file format ("TIFF"), portable document format ("PDF") files, databases, contacts, tasks, calendar and scheduling information, computer system activity logs, all file fragments, and backup files containing Electronic Data.

L.      "Relating to" has its broadest possible meaning, and includes, but is not limited to: associated with, addressing, referring to, bearing upon, supporting, contradicting, applicable to, pertaining to, involving, reflecting, undermining, regarding, respecting, touching upon, associated with, describing, embodying, evidencing, stating, dealing with, constituting, implying,

7

implicating, refuting, or in any way logically or factually connected with the matter discussed or identified.

M.      Attached as Exhibit C is a true and accurate copy of the Stock Purchase and Sale Agreement, made and entered into as of February 28, 2019, among Nextpulse, Virtual Active, and FMP.

N.      Attached as Exhibit D is a true and correct copy of agreement that is titled "Agreement" and dated June 9, 2022, involving Nextpulse, Virtual Active, and FMP

O.      The Court has entered a Protective Order in this case, a copy of which is attached hereto as Exhibit E.  Section 3 of the Protective Order addresses how documents may be designated as confidential under the Protective Order.

Exhibit 2

# UNITED STATES DISTRICT COURT

## for the

### Northern District of Illinois

| | | |
|---|---|---|
| NEXTPULSE, LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:22-CV-03239 |
| | ) | |
| LIFE FITNESS, LLC, | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

### VIRTUAL ACTIVE, INC.

To:
c/o California Corporate Agents, Inc.
2108 N. Street, Ste. C, Sacramento, CA 95816

*(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:      See Exhibit A.

| Place: Veritext Legal Solutions (or mutually agreeable date and location)<br>1 Capitol Mall, Ste. 240<br>Sacramento, CA 95814 | Date and Time:<br><br>08/09/2024 9:00 am |
|---|---|

The deposition will be recorded by this method:    stenographic, audio, video, and/or real-time transcription.

☑ *Production:* ~~You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:~~  You are commanded to produce at the time, date, and place set forth below the documents requested in Exhibit B in advance of the deposition:

| Place: Veritext Legal Solutions<br>1 Capitol Mall, Ste. 240<br>Sacramento, CA 95814<br>or by electronic service to: jkeener@irwinip.com | Date and Time:<br><br>08/02/2024  5:00 p.m. |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    07/17/2024

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ | | /s/ Jason J. Keener |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Life Fitness, LLC
_____, who issues or requests this subpoena, are:

Jason J. Keener, Irwin IP LLP, 150 N. Wacker Drive, Ste. 700, Chicago, IL 60606; jkeener@irwinip.com; 312-667-6282

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No.    1:22-CV-03239

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named individual as follows: _____

_____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*

    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

Exhibit A

## <u>EXHIBIT A TO SUBPOENA TO VIRTUAL ACTIVE, INC.</u>

## TOPICS FOR DEPOSITION

1.      Authenticity of the documents produced in response to this subpoena, including identification of the documents, when they were created, who created them, and whether they are true and accurate copies.

2.      The sale, assignment, license, or transfer of any intellectual property or rights to any intellectual property between or among Virtual Active, FMP, or Nextpulse, including but not limited to any sale, assignment, license, or transfer of rights between FMP, Virtual Active, or Nextpulse in VA Content or Software.

3.      Any assignment by Virtual Active to Nextpulse of rights against Brunswick Corporation or Life Fitness.

4.      The negotiation of the SPSA, including but not limited to negotiations regarding the sale, assignment, license, or transfer of any intellectual property or rights to any intellectual property between or among FMP, Virtual Active, or Nextpulse in VA Content or Software and any negotiations regarding the assignment, license or transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness.

5.      The negotiation of the Second Agreement, including but not limited to negotiations regarding the sale, assignment, license, or transfer of any intellectual property or rights to any intellectual property between or among FMP, Virtual Active, or Nextpulse in VA Content or Software and negotiations regarding the assignment, license or transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness

6.      The statements in Recitals C and E of the Second Agreement.

7.     Drafting of the SPSA and Second Agreement, including the drafting of provisions of the SPSA and the Second Agreement that relate to the sale, assignment, license or transfer of any intellectual property or rights to any intellectual property between or among Virtual Active, Nextpulse, or FMP and provisions that relate to any transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness.

8.     The reasons for, and intent of, entering into the SPSA.

9.     The reasons for, and intent of, entering into the Second Agreement.

10.    The reasons for, and intent of, the sale, assignment, license, or transfer of any intellectual property or rights to any intellectual property between or among FMP, Virtual Active, or Nextpulse, including but not limited to any sale, assignment, license, or transfer of rights between FMP, Virtual Active, or Nextpulse in VA Content or Software and any assignment, license, or transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness.

11.    The reasons the Second Agreement has an Effective Date of June 9, 2022.

12.    The actual execution of the Second Agreement, including the actual date on which Thomas A. Proulx and Christopher Galipo actually executed the Second Agreement and whether Messrs. Proulx and Galipo actually executed the Second Agreement on or before June 9, 2022.

13.    Employment agreements or consulting agreements for any individuals or entities involved in the development of any VA Content or Software, including but not limited to employment or consulting agreements that include provisions related to intellectual property rights in VA content or Software.

14.    Any proposed or actual grant of rights by Virtual Active, Nextpulse, or FMP to any VA Content or Software, including but not limited to any licenses or offers to license, security interests, covenants, assignments, conveyances, sales, offers to sell, or transfers of rights.

15.     The amount and source of any revenue received by Virtual Active, FMP or Nextpulse for the use, licensing, or sale of VA Content or Software from February 28, 2019, to the present.

16.     The identity of licensees or purchasers of any VA Content or Software, and the terms of any such licenses or sales.

17.     Virtual Active's relationship with Nextpulse, including but not limited to the corporate relationship between the two entities and any common ownership, directorship, board membership, management and employees.

18.     Virtual Active's relationship with FMP, including but not limited to the corporate relationship between the two entities and any common ownership, directorship, board membership, management and employees.

## DEFINITIONS

Unless otherwise specified, all terms shall be interpreted as they are used in the Federal Rules of Civil Procedure. The topics and terms used herein shall be construed to require the fullest and most complete disclosure permitted by law.

A.      "Virtual Active" means Virtual Active, Inc., its affiliates, predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers, or other representatives.

B.      "FMP" refers to Forward Motion Pictures, LLC, which is named as a party to the SPSA and Second Agreement (defined below), predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers, or other representatives. FMP is believed to have benn improperly named as "Forward Motion Partners, LLP" in Nextpulse's Amended Complaint (Corrected); for the purpose of this subpoena for document production, FMP is Forward Motion Pictures, LLP.

C.       "Life Fitness" means Life Fitness, LLC, its affiliates, predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers, or other representatives.

D.      "Brunswick" means Brunswick Corporation, including all predecessors, successors, subsidiaries, divisions, parents, and affiliates thereof, past or present, joint ventures, and other legal entities that are wholly or partially owned or controlled by Brunswick either directly or indirectly, and all past or present directors, principals, officers, owners, employees, agents, representatives, consultants, attorneys, and others acting for or on behalf of these same entities. Brunswick expressly includes the Life Fitness division of Brunswick.

E.       "Nextpulse" means Nextpulse, LLC, its affiliates, predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers, or other representatives. Nextpulse includes Netpulse, Inc., a former Delaware company that merged into Nextpulse, LLP on or about May 4, 2018.

F.    "SPSA" means Stock Purchase and Sale Agreement, made and entered into as of February 28, 2019, among Nextpulse, Virtual Active, and FMP.

G.    "Second Agreement" means the agreement which is titled "Agreement" and dated June 9, 2022, involving Nextpulse, Virtual Active, and FMP.

H.    "VA Content" means video content targeted to entertain and motivate cardio fitness equipment users course content, including but not limited to the content identified in Exhibit A to the SPSA and the VA Courses identified in Exhibit A of the Second Agreement.

I.    "Software" means any and all software and/or design tools used to create, develop, modify, enhance, or manage the VA Content. This includes, but is not limited to, software applications, programs, scripts, codebases, libraries, frameworks, development environments, and any related documentation or user manuals associated with these tools.

J.    "Communication" means the transmittal of information in any form (including facts, ideas, inquiries, or otherwise). This includes, but is not limited to, written, oral, electronic, and non-verbal forms of communication, such as emails, letters, memos, reports, text messages, instant messages, social media posts, phone calls, meetings, video conferences, and any other method of conveying information.

K.    "Document" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term. The term "document" includes, without limitation, any book, bill, calendar, chart, check, compilation, computation, computer or network activity log, correspondence, data, data compilation, database, diagram, diary, document, draft, drawing, e-mail, electronically-stored information, electronic message, file, folder, film, graph, graphic presentation, image, index, inventory, invoice, jotting,

journal, ledger, machine-readable material, map, memoranda, metadata, minutes, note, order, paper, photograph, printout, recording, report, software, spreadsheet, statement, sound recording, summary, telephone message record or log, text message, transcript, video, voicemail, voucher, webpage, wiki, work paper, writing, worksheet, or any other item or group of documentary material or information, regardless of physical or electronic format or characteristic, and any information therein, and copies, notes, and recordings thereof. Information that serves to identify, locate, or link such material, such as file inventories, file folders, indices, and metadata, is also included in this definition. A draft or non-identical copy is a separate item within the meaning of these terms. These terms are to be interpreted broadly to include documents stored in any medium and specifically include electronically stored information ("ESI") such as e-mail and documents maintained in electronic form on your websites, servers, and stand-alone computers and hard drives. ESI includes, but is not limited to, all text files (including word processing documents), spreadsheets, e-mail files and information concerning e-mail (including all metadata fields, logs of e-mail history and usage, header information and "deleted" files including all potentially relevant data contained in free or slack space), Internet history files and preferences, graphical image format ("GIF"), tagged image file format ("TIFF"), portable document format ("PDF") files, databases, contacts, tasks, calendar and scheduling information, computer system activity logs, all file fragments, and backup files containing Electronic Data.

L.    "Relating to" has its broadest possible meaning, and includes, but is not limited to: associated with, addressing, referring to, bearing upon, supporting, contradicting, applicable to, pertaining to, involving, reflecting, undermining, regarding, respecting, touching upon, associated with, describing, embodying, evidencing, stating, dealing with, constituting, implying,

implicating, refuting, or in any way logically or factually connected with the matter discussed or identified.

M.      Attached as Exhibit C is a true and accurate copy of the Stock Purchase and Sale Agreement, made and entered into as of February 28, 2019, among Nextpulse, Virtual Active, and FMP.

N.      Attached as Exhibit D is a true and correct copy of agreement that is titled "Agreement" and dated June 9, 2022, involving Nextpulse, Virtual Active, and FMP

O.      The Court has entered a Protective Order in this case, a copy of which is attached hereto as Exhibit E.  Section 4 of the Protective Order addresses how deposition testimony may be designated as confidential under the Protective Order.

# Exhibit B

## <u>EXHIBIT B TO SUBPOENA TO VIRTUAL ACTIVE, INC.</u>

## DOCUMENTS AND THINGS REQUESTED

1.      All documents and communications related to any sale, assignment, license, or transfer of any intellectual property or rights to any intellectual property between or among Virtual Active, FMP, or Nextpulse, including but not limited to any sale, assignment, license, or transfer of rights between FMP, Virtual Active, or Nextpulse in VA Content or Software.

**RESPONSE:**

2.      All documents and communications relating to any assignment, license, or transfer by Virtual Active to Nextpulse of rights against Brunswick Corporation or Life Fitness.

**RESPONSE:**

3.      All documents and communications relating to the negotiation of the SPSA, including but not limited to any negotiations regarding the sale, assignment, license, or transfer of any intellectual property or rights to any intellectual property between or among Virtual Active, FMP or Nextpulse in VA Content or Software or any negotiations regarding the assignment, license, or transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness.

**RESPONSE:**

4.      All documents and communications relating to the negotiation of the Second Agreement, including but not limited to negotiations regarding the sale, assignment, license, or transfer of any intellectual property or rights to any intellectual property between or among Virtual Active, FMP or Nextpulse in VA Content or Software or negotiations regarding the assignment, license or transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness.

**RESPONSE:**

5.    All documents and communications supporting or refuting the statements in Recitals C and E of the Second Agreement.

**RESPONSE:**

6.    All drafts and versions of the SPSA and the Second Agreement, including any drafts with comments or revisions by any party involved in the negotiation, drafting, or execution of the SPSA and the Second Agreement that relate to the sale, assignment, license or transfer of any intellectual property or rights to any intellectual property between or among Virtual Active, Nextpulse, or FMP or any transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness.

**RESPONSE:**

7.    All documents and communications related to any reasons why the Second Agreement was entered into by the parties thereto, including but not limited to any emails, letters, memos, meeting minutes, and notes.

**RESPONSE:**

8.    All communications between Virtual Active and any legal, financial, or business advisors concerning sale, assignment, license or transfer of any intellectual property or rights to any intellectual property between or among Virtual Active, FMP or Nextpulse, including but not limited to, the sale, assignment, license or transfer of rights between Virtual Active, FMP or Nextpulse in VA Content or Software or any transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness.

**RESPONSE:**

9.     All documents and communications referring to any reasons for the sale, assignment, license or transfer of intellectual property or rights to any intellectual property between or among Virtual Active, FMP or Nextpulse, including but not limited to reasons for the sale, assignment, license or transfer of rights between Virtual Active, FMP or Nextpulse in VA Content or Software or the reasons for any transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness.

**RESPONSE:**


10.     All communications with any third parties, other than Nextpulse or Virtual Active, concerning the sale, assignment, license or transfer of any intellectual property and any transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness rights to any intellectual property between or among Virtual Active, FMP or Nextpulse, including but not limited to, the sale, assignment, license or any transfer of rights between FMP, Virtual Active, or Nextpulse in VA Content or Software.

**RESPONSE:**


11.     All documents relating to any employment agreements or consulting agreements for any individuals or entities involved in the development of any VA Content or Software, including but not limited to employment or consulting agreements including provisions related to the assignment, transfer, or ownership of intellectual property rights in VA content or Software.

**RESPONSE:**

12.     Documents sufficient to identify all proposed or actual grant of rights by Virtual Active, Nextpulse, or FMP to any VA Content or Software, including but not limited to any licenses or offers to license, security interests, covenants, assignments, conveyances, sales, offers to sell, or transfers, and any related communications, drafts, agreements, proposals, and documentation evidencing or relating to such grants of rights.

**RESPONSE:**

13.     Documents sufficient to identify the amount and source of any revenue received by Virtual Active, FMP or Nextpulse on a quarterly basis from February 28, 2019, to the present for the use, licensing, or sale of VA content or Software.

**RESPONSE:**

14.     Documents sufficient to identify all licensees or purchasers of any VA Content or Software, including but not limited to contracts, agreements, invoices, communications, and any other documentation that identifies any entities who have licensed or purchased VA Content or Software.

**RESPONSE:**

15.     All documents and communications related to the date the Second Agreement was actually signed (either electronically or by wet signature) by Thomas A. Proulx and Christopher Galipo, including but not limited to any communications exchanging drafts of the Second Agreement for signature and any letters, memos, meeting minutes, notes, and other documentation that reference the planning, discussion, or finalization of the execution date of the agreement.

**RESPONSE:**

## DEFINITIONS

Unless otherwise specified, all terms shall be interpreted as they are used in the Federal Rules of Civil Procedure. The requests and terms used herein shall be construed to require the fullest and most complete disclosure permitted by law.

A.     "Virtual Active" means Virtual Active, Inc., its affiliates, predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers, or other representatives.

B.     "FMP" refers to Forward Motion Pictures, LLC, which is named as a party to the SPSA and Second Agreement (defined below), predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers, or other representatives. FMP is believed to have been improperly named as "Forward Motion Partners, LLP" in Nextpulse's Amended Complaint (Corrected); for the purpose of this subpoena for document production, FMP is Forward Motion Pictures, LLP.

C.     "Life Fitness" means Life Fitness, LLC, its affiliates, predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers, or other representatives.

D.     "Brunswick" means Brunswick Corporation, including all predecessors, successors, subsidiaries, divisions, parents, and affiliates thereof, past or present, joint ventures, and other legal entities that are wholly or partially owned or controlled by Brunswick either directly or indirectly, and all past or present directors, principals, officers, owners, employees, agents, representatives, consultants, attorneys, and others acting for or on behalf of these same entities. Brunswick expressly includes the Life Fitness division of Brunswick.

E.     "Nextpulse" means Nextpulse, LLC, its affiliates, predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers, or other representatives. Nextpulse includes Netpulse, Inc., a former Delaware company that merged into Nextpulse, LLP on or about May 4, 2018.

F.      "SPSA" means Stock Purchase and Sale Agreement, made and entered into as of February 28, 2019, among Nextpulse, Virtual Active, and FMP.

G.      "Second Agreement" means the agreement which is titled "Agreement" and dated June 9, 2022, involving Nextpulse, Virtual Active, and FMP.

H.      "VA Content" means video content targeted to entertain and motivate cardio fitness equipment users course content, including but not limited to the content identified in Exhibit A to the SPSA and the VA Courses identified in Exhibit A of the Second Agreement.

I.      "Software" means any and all software and/or design tools used to create, develop, modify, enhance, or manage the VA Content. This includes, but is not limited to, software applications, programs, scripts, codebases, libraries, frameworks, development environments, and any related documentation or user manuals associated with these tools.

J.      "Communication" means the transmittal of information in any form (including facts, ideas, inquiries, or otherwise). This includes, but is not limited to, written, oral, electronic, and non-verbal forms of communication, such as emails, letters, memos, reports, text messages, instant messages, social media posts, phone calls, meetings, video conferences, and any other method of conveying information.

K.      "Document" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed. R. Civ. P. 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term. The term "document" includes, without limitation, any book, bill, calendar, chart, check, compilation, computation, computer or network activity log, correspondence, data, data compilation, database, diagram, diary, document, draft, drawing, e-mail, electronically-stored information, electronic message, file, folder, film, graph, graphic presentation, image, index, inventory, invoice, jotting,

journal, ledger, machine-readable material, map, memoranda, metadata, minutes, note, order, paper, photograph, printout, recording, report, software, spreadsheet, statement, sound recording, summary, telephone message record or log, text message, transcript, video, voicemail, voucher, webpage, wiki, work paper, writing, worksheet, or any other item or group of documentary material or information, regardless of physical or electronic format or characteristic, and any information therein, and copies, notes, and recordings thereof.  Information that serves to identify, locate, or link such material, such as file inventories, file folders, indices, and metadata, is also included in this definition.  A draft or non-identical copy is a separate item within the meaning of these terms.  These terms are to be interpreted broadly to include documents stored in any medium and specifically include electronically stored information ("ESI") such as e-mail and documents maintained in electronic form on your websites, servers, and stand-alone computers and hard drives.  ESI includes, but is not limited to, all text files (including word processing documents), spreadsheets, e-mail files and information concerning e-mail (including all metadata fields, logs of e-mail history and usage, header information and "deleted" files including all potentially relevant data contained in free or slack space), Internet history files and preferences, graphical image format ("GIF"), tagged image file format ("TIFF"), portable document format ("PDF") files, databases, contacts, tasks, calendar and scheduling information, computer system activity logs, all file fragments, and backup files containing Electronic Data.

L.    "Relating to" has its broadest possible meaning, and includes, but is not limited to: associated with, addressing, referring to, bearing upon, supporting, contradicting, applicable to, pertaining to, involving, reflecting, undermining, regarding, respecting, touching upon, associated with, describing, embodying, evidencing, stating, dealing with, constituting, implying,

implicating, refuting, or in any way logically or factually connected with the matter discussed or identified.

M.     Attached as Exhibit C is a true and accurate copy of the Stock Purchase and Sale Agreement, made and entered into as of February 28, 2019, among Nextpulse, Virtual Active, and FMP.

N.     Attached as Exhibit D is a true and correct copy of agreement that is titled "Agreement" and dated June 9, 2022, involving Nextpulse, Virtual Active, and FMP

O.     The Court has entered a Protective Order in this case, a copy of which is attached hereto as Exhibit E.  Section 3 of the Protective Order addresses how documents may be designated as confidential under the Protective Order.

# Exhibit 3

1   JEFFREY D. BRANDSTETTER (SBN 133801)
    BRANDSTETTER LAW, PC
2   50 California Street, Suite 1500
    San Francisco, CA  94111-4612
3   Telephone:    (415) 571-8600
    Facsimile:     (415) 571-8601
4   Email:          brandstetterlaw@gmail.com
5
    Attorneys for Non-Party
6   FORWARD MOTION PICTURES, LLC

7

8              **IN THE UNITED STATES DISTRICT COURT**
             **FOR THE NORTHERN DISTRICT OF ILLINOIS**
9                      **EASTERN DIVISION**

10
    NEXTPULSE, LLC,                          Civil Action No.: 1:22-cv-03239
11
                    Plaintiff,               NON-PARTY FORWARD MOTION
12                                           PICTURES LLC'S RESPONSES AND
           v.                                OBJECTIONS TO LIFE FITNESS LLC'S
13                                           SUBPOENA FOR PRODUCTION OF
                                             DOCUMENTS AND THINGS
14  LIFE FITNESS, LLC,

15                  Defendant.

16

17       **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

18         Responding non-party Forward Motion Pictures LLC ("FMP" or "Responding Party")

19  hereby responds and objects to the Subpoena for Production of Documents and Things

20  ("Document Requests") propounded by Life Fitness, LLC ("Life Fitness" or "Propounding

21  Party") as follows.

22         FMP responds and objects to Life Fitness's Document Requests based on the

23  information and documents currently available to it, given that discovery in this action is

24  ongoing.  Nothing contained in these responses shall in any way limit FMP's ability to make all

25  uses of the information or documents referenced herein or of any information, documents or

26  other evidence that may be discovered in the future. FMP has made its best efforts to respond

27  accurately to Life Fitness's Document Requests, but reserves the right to amend its objections

28
    FMP's Responses/Objections to Life Fitness' Doc Subpoena          1

and responses.  The responses contained herein are made in a good faith effort to comply with the provisions of the Federal Rules of Civil Procedure, but are in no way deemed to prejudice FMP with respect to further discovery, research, and analysis.

## **GENERAL OBJECTIONS**

FMP objects to this entire set of Document Requests on the following grounds:

1.      FMP objects to Life Fitness's Document Requests to the extent that they seek documents or information protected from disclosure by the attorney-client privilege, attorney work product doctrine, and/or the common interest doctrine.  FMP further objects to Life Fitness's Document Requests to the extent that they seek confidential and/or proprietary business information, which if disclosed could harm Responding Party's competitive position. To the extent FMP inadvertently produces any document or information falling within any applicable privilege, FMP does not waive the applicable privilege/objection. To the extent FMP provides any document or information falling within any privilege and it is later held that FMP waived the applicable privilege/objection, FMP waives the applicable privilege/objection only to the extent of the document or information provided.

2.      FMP objects to Life Fitness's Document Requests to the extent that they do not describe with reasonable particularity the documents requested, are vague, ambiguous, overly broad in scope or as to time, uncertain as to time, unduly burdensome, harassing, oppressive or seek information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

3.      FMP objects to Life Fitness's Document Requests to the extent that each request lacks foundation or assumes facts not in evidence.

4.      FMP objects to Life Fitness's Document Requests to the extent information demanded is already in Life Fitness's possession, custody, or control, or available to Life Fitness from public sources or other sources less burdensome to Life Fitness than to FMP.

5.      FMP objects to Life Fitness's Document Requests to the extent they purport to require FMP do anything by way of response beyond what is required by the Federal Rules of

1    Civil Procedure or applicable Court Rules.

2          6.     FMP objects to the Document Requests on the basis that they are the incorrect

3    discovery vehicle and are more appropriately served as interrogatories.

4          7.     FMP objects to Life Fitness's Document Requests on the grounds that discovery

5    is ongoing.  FMP reserves the right to modify or supplement its response.

6          8.     No incidental or implied admissions are intended by these responses. The fact

7    that FMP has responded or objected to any Document Request or part thereof shall not be

8    deemed an admission that FMP accepts or admits to the existence of any facts set forth or

9    assumed by such request, or that the response or objection constitutes admissible evidence. The

10   fact that FMP answered part or all of any Document Request is not intended to be, and shall not

11   be construed as, a waiver by FMP of any part of any objection to any Document Request.

12         9.     To the extent any document previously produced to Life Fitness was produced

13   inadvertently and such document is responsive to this Document Request: (a) any objection or

14   claim of privilege raised herein to the production of such document shall apply to the document

15   inadvertently produced previously; (b) such document shall not be permitted to be used as

16   evidence or otherwise by any defendant herein (including any division thereof), unless so

17   ordered by the Court in this matter; and (c) Life Fitness shall promptly, upon request by FMP,

18   return such document to FMP and destroy any copies thereof in Life Fitness' possession,

19   custody or control.

20                    **OBJECTIONS TO DEFINITIONS**

21       FMP objects to the definition of "FMP" as confusing, ambiguous, unintelligible, and

22   calls for speculation on the part of FMP because it includes two separate definitions for FMP:

23   "Forward Motion Pictures, LLC" and "Forward Motion Pictures, LLP" (which entity either

24   does not exist or, if it does, is unrelated to FMP).  The definition of "FMP" is further confusing,

25   unintelligible, and calls for speculation on the part of FMP because it concludes with "for the

26   purpose of this subpoena for document production, FMP is Forward Motion Pictures, LLP," an

27   entity that either does not exist or is not related to FMP.

28

FMP objects to the definition of "Life Fitness" as overbroad, vague, ambiguous, unintelligible, and calls for speculation on the part of FMP because it includes affiliates, predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers, or other representatives—persons or entities about whom FMP has no knowledge.

FMP objects to the definition of "Brunswick" as overbroad, vague, ambiguous, unintelligible, and calls for speculation on the part of FMP because it includes all predecessors, successors, subsidiaries, divisions, parents, and affiliates thereof, past or present, joint ventures, and other legal entities that are wholly or partially owned or controlled by Brunswick either directly or indirectly, and all past or present directors, principals, officers, owners, employees, agents, representatives, consultants, attorneys, and others acting for or on behalf of these same entities. FMP further objects to the definition of "Brunswick" because it expressly includes the Life Fitness division of Brunswick, yet does not specify a time period, which is relevant because FMP is informed and believes that at some point in time, Brunswick sold Life Fitness to a third party buyer.

FMP objects to the definition of "Virtual Active" as overbroad, vague, ambiguous, unintelligible, and calls for speculation on the part of FMP because it includes affiliates, predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers, or other representatives, yet does not specify a time period during which such persons or entities were employed by, were working on behalf of, or were a part of FMP.

FMP objects to the definition of "Nextpulse" as overbroad, vague, ambiguous, unintelligible, and calls for speculation on the part of FMP because it includes affiliates, predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers, or other representatives, yet does not specify a time period during which such persons or entities were employed by, were working on behalf of, or were a part of Nextpulse. FMP further objects to the definition of "Nextpulse" because it includes Netpulse, Inc., a former Delaware company that merged into Nextpulse, LLP on or about May 4, 2018, but does not state whether it includes Netpulse as it existed prior to the stated merger date, after said merger date, or both.

FMP objects to the definition of "VA Content" as overbroad, vague, ambiguous, unintelligible, and calls for speculation on the part of FMP because it includes video content targeted to entertain and motivate cardio fitness equipment users course content without specifying whether such video content was created by, or bears any relationship to, FMP. The definition of "VA Content" is further ambiguous, unintelligible, and calls for speculation on the part of FMP because it concludes with the open-ended language of "including, but not limited to," which implies other video content about which FMP has no knowledge.

FMP objects to the definition of "Software" as overbroad, vague, ambiguous, unintelligible, and calls for speculation on the part of FMP because it does not specify whether "design tools" are non-software-based tools since that term is listed separate from the phrase "all software." The definition of "Software" is further ambiguous, unintelligible, and calls for speculation on the part of FMP because it includes the open-ended language of "includes, but is not limited to," which implies something other than "software applications, programs, scripts, codebases, libraries, frameworks, development environments, and any related documentation or user manuals associated with these tools."

FMP objects to the definition of "Communication" as overbroad, vague, ambiguous, unintelligible, and calls for speculation on the part of FMP because it does not specify whether it relates to communications by, or about which, FMP has any knowledge whatsoever. The definition of "Communication" is further ambiguous, unintelligible, and calls for speculation on the part of FMP because it does not specify whether the parenthetical "(including facts, ideas, inquiries, or otherwise) is meant to be all-inclusive or not. The definition of "Communication" is further ambiguous, unintelligible, and calls for speculation on the part of FMP because it includes the open-ended language of "includes, but is not limited to," which implies something other than "written, oral, electronic, and non-verbal forms of communication, such as emails, letters, memos, reports, text messages, instant messages, social media posts, phone calls, meetings, video conferences, and any other method of conveying information."

1      FMP objects to the definition of "Document" as overbroad, vague, ambiguous,

2 unintelligible, and calls for speculation on the part of FMP because it does not specify whether

3 it relates to documents drafted by, received by, or about which, FMP has any knowledge

4 whatsoever.  The definition of "Document" is further ambiguous, unintelligible, and calls for

5 speculation on the part of FMP because it includes the open-ended language of "includes,

6 without limitation," which implies something other than the laundry list of items following that

7 phrase.

8      FMP objects to the definition of "Relating to" as overbroad, vague, ambiguous,

9 unintelligible, and calls for speculation on the part of FMP because it does not specify whether

10 it relates to, or is about which, something that FMP has any knowledge of whatsoever.  The

11 definition of "Relating to" is further ambiguous, unintelligible, and calls for speculation on the

12 part of FMP because it does not specify any time period(s).  The definition of "Relating to" is

13 further ambiguous, unintelligible, and calls for speculation on the part of FMP because it

14 includes the open-ended language of "includes, but is not limited to," which implies something

15 other than "associated with, addressing, referring to, bearing upon, supporting, contradicting,

16 applicable to, pertaining to, involving, reflecting, undermining, regarding, respecting, touching

17 upon, associated with, describing, embodying, evidencing, stating, dealing with, constituting,

18 implying, implicating, refuting, or in any way logically or factually connected with the matter

19 discussed or identified."  The definition of "Relating to" is further ambiguous, unintelligible,

20 and calls for speculation on the part of FMP because it has, by its very language, the "broadest

21 possible meaning," which may differ depending on one's interpretation of that phrase, even

22 among courts.

23      **<u>DOCUMENTS AND THINGS REQUESTED</u>**

24 **<u>REQUEST FOR PRODUCTION NO. 1</u>**:

25      All documents and communications related to any sale, assignment, license, or transfer

26 of any intellectual property or rights to any intellectual property between or among FMP,

27 Virtual Active, or Nextpulse, including but not limited to any sale, assignment, license, or

28 transfer of rights between FMP, Virtual Active, or Nextpulse in VA Content or Software.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Responding Party objects to this Request on the ground it is overbroad, vague, ambiguous, and unduly burdensome because it (a) is unclear whether it pertains to documents and communications about which FMP has any knowledge (e.g., documents and communications, if any, between Nextpulse and VA prior to FMP's acquisition of VA), (b) is unclear which party(ies) is/are selling, assigning, licensing, or transferring to which other party(ies), (c) seeks documents and communications between or among parties to this case and a non-party (FMP), and (d) lacks any temporal limitation and/or specificity because it is not limited to any specific time period(s) (e.g., before or after FMP acquired VA from Nextpulse). Responding Party further objects to this Request on the ground it seeks documents and communications protected by the attorney-client privilege, attorney work product doctrine, and/or the common interest doctrine because it seeks documents and communications (i) between FMP and its attorney, (ii) prepared in anticipation of litigation, and/or (iii) between FMP and a party with whom FMP shares a legal interest. Responding Party further objects to this Request on the ground it seeks confidential and/or proprietary business information, which if disclosed could harm Responding Party's competitive position. Subject to and without waiving the foregoing objections, Responding Party will produce all relevant, non-privileged, and otherwise non-objectionable documents responsive to this Request that are in its possession, custody and control, to the extent that they have not already been produced.

**REQUEST FOR PRODUCTION NO. 2:**

All documents and communications relating to any assignment, license, or transfer by Virtual Active to Nextpulse of rights against Life Fitness Corporation or Life Fitness.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

Responding Party objects to this Request on the ground it is overbroad, vague, ambiguous, and unduly burdensome because it (a) is unclear whether it pertains to documents and communications about which FMP has any knowledge (e.g., documents and communications, if any, between Nextpulse and VA prior to FMP's acquisition of VA), (b) seeks documents and communications between or among parties to this case and a non-

party (FMP), and (c) lacks any temporal limitation and/or specificity because it is not limited to any specific time period(s) (e.g., before or after FMP acquired VA from Nextpulse). Responding Party further objects to this Request on the ground it seeks documents and communications protected by the attorney-client privilege, attorney work product doctrine, and/or the common interest doctrine because it seeks documents and communications (i) between FMP and its attorney, (ii) prepared in anticipation of litigation, and/or (iii) between FMP and a party with whom FMP shares a legal interest.  Responding Party further objects to this Request on the ground it seeks confidential and/or proprietary business information, which if disclosed could harm Responding Party's competitive position.  Subject to and without waiving the foregoing objections, Responding Party will produce all relevant, non-privileged, and otherwise non-objectionable documents responsive to this Request that are in its possession, custody and control, to the extent that they have not already been produced.

**REQUEST FOR PRODUCTION NO. 3:**

All documents and communications relating to the negotiation of the SPSA, including but not limited to any negotiations regarding the sale, assignment, license, or transfer of any intellectual property or rights to any intellectual property between or among FMP, Virtual Active, or Nextpulse in VA Content or Software or any negotiations regarding the assignment, license, or transfer by Virtual Active to Nextpulse of rights against Life Fitness and Life Fitness.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

Responding Party objects to this Request on the ground it is overbroad, vague, ambiguous, and unduly burdensome because it (a) is unclear whether it pertains to documents and communications about which FMP has any knowledge (e.g., transfers of rights, if any, between VA and Nextpulse prior to FMP's acquisition of VA), (b) seeks documents and communications between or among parties to this case and a non-party (FMP), and (c) lacks any temporal limitation and/or specificity because it is not limited to any specific time period(s) (e.g., before or after FMP acquired VA from Nextpulse).  Responding Party further objects to this Request on the ground it seeks documents and communications protected by the attorney-

client privilege, attorney work product doctrine, and/or the common interest doctrine because it seeks documents and communications (i) between FMP and its attorney, (ii) prepared in anticipation of litigation, and/or (iii) between FMP and a party with whom FMP shares a legal interest.  Responding Party further objects to this Request on the ground it seeks confidential and/or proprietary business information, which if disclosed could harm Responding Party's competitive position.  Subject to and without waiving the foregoing objections, Responding Party will produce all relevant, non-privileged, and otherwise non-objectionable documents responsive to this Request that are in its possession, custody and control, to the extent that they have not already been produced.

**REQUEST FOR PRODUCTION NO. 4:**

All documents and communications relating to the negotiation of the Second Agreement, including but not limited to negotiations regarding the sale, assignment, license, or transfer of any intellectual property or rights to any intellectual property between or among FMP, Virtual Active, or Nextpulse in VA Content or Software or negotiations regarding the assignment, license or transfer by Virtual Active to Nextpulse of rights against Life Fitness and Life Fitness.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

Responding Party objects to this Request on the ground it is overbroad and unduly burdensome because it (a) seeks documents and communications between or among parties to this case and a non-party (FMP), and (b) lacks any temporal limitation and/or specificity because it is not limited to any specific time period(s).  Responding Party further objects to this Request on the ground it seeks documents protected by the attorney-client privilege, attorney work product doctrine, and/or the common interest doctrine because it seeks documents and communications (i) between FMP and its attorney, (ii) prepared in anticipation of litigation, and/or (iii) between FMP and a party with whom FMP shares a legal interest.  Responding Party further objects to this Request on the ground it seeks confidential and/or proprietary business information, which if disclosed could harm Responding Party's competitive position. Subject to and without waiving the foregoing objections, Responding Party will produce all

relevant, non-privileged, and otherwise non-objectionable documents responsive to this Request that are in its possession, custody and control, to the extent that they have not already been produced.

**REQUEST FOR PRODUCTION NO. 5:**

All documents and communications supporting or refuting the statements in Recitals C and E of the Second Agreement.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

Responding Party objects to this Request on the ground it is overbroad and unduly burdensome because it seeks documents and communications between or among parties to this case and a non-party (FMP). Responding Party further objects to this Request on the ground it seeks documents and communications protected by the attorney-client privilege, attorney work product doctrine, and/or the common interest doctrine because it seeks documents and communications (i) between FMP and its attorney, (ii) prepared in anticipation of litigation, and/or (iii) between FMP and a party with whom FMP shares a legal interest. Responding Party further objects to this Request on the ground it seeks confidential and/or proprietary business information, which if disclosed could harm Responding Party's competitive position. Subject to and without waiving the foregoing objections, Responding Party will produce all relevant, non-privileged, and otherwise non-objectionable documents responsive to this Request that are in its possession, custody and control, to the extent that they have not already been produced.

**REQUEST FOR PRODUCTION NO. 6:**

All drafts and versions of the SPSA and the Second Agreement, including any drafts with comments or revisions by any party involved in the negotiation, drafting, or execution of the SPSA and the Second Agreement that relate to the sale, assignment, license or transfer of any intellectual property or rights to any intellectual property between or among Virtual Active, Nextpulse, or FMP or any transfer by Virtual Active to Nextpulse of rights against Life Fitness and Life Fitness.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

1    Responding Party objects to this Request on the ground it is overbroad, vague,

2    ambiguous, and unduly burdensome because it (a) is unclear whether it pertains to documents

3    about which FMP has any knowledge (e.g., transfers of rights, if any, between VA and

4    Nextpulse prior to FMP's acquisition of VA), (b) seeks documents between or among parties to

5    this case and a non-party (FMP), and (c) lacks any temporal limitation and/or specificity

6    because it is not limited to any specific time period(s) (e.g., before or after FMP acquired VA

7    from Nextpulse).  Responding Party further objects to this Request on the ground it seeks

8    documents protected by the attorney-client privilege, attorney work product doctrine, and/or the

9    common interest doctrine because it seeks documents (i) between FMP and its attorney,

10   (ii) prepared in anticipation of litigation, and/or (iii) between FMP and a party with whom FMP

11   shares a legal interest.  Responding Party further objects to this Request on the ground it seeks

12   confidential and/or proprietary business information, which if disclosed could harm

13   Responding Party's competitive position.  Subject to and without waiving the foregoing

14   objections, Responding Party will produce all relevant, non-privileged, and otherwise non-

15   objectionable documents responsive to this Request that are in its possession, custody and

16   control, to the extent that they have not already been produced.

17   **REQUEST FOR PRODUCTION NO. 7:**

18   All documents and communications related to any reasons why the Second Agreement

19   was entered into by the parties thereto, including but not limited to any emails, letters, memos,

20   meeting minutes, and notes.

21   **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

22   Responding Party objects to this Request on the ground it is overbroad and unduly

23   burdensome because it (a) seeks documents and communications between or among parties to

24   this case and a non-party (FMP), and (b) lacks any temporal limitation and/or specificity

25   because it is not limited to any specific time period(s).  Responding Party further objects to this

26   Request on the ground it seeks documents and communications protected by the attorney-client

27   privilege, attorney work product doctrine, and/or the common interest doctrine because it seeks

28   documents and communications (i) between FMP and its attorney, (ii) prepared in anticipation

1  of litigation, and/or (iii) between FMP and a party with whom FMP shares a legal interest.

2  Responding Party further objects to this Request on the ground it seeks confidential and/or

3  proprietary business information, which if disclosed could harm Responding Party's

4  competitive position.  Subject to and without waiving the foregoing objections, Responding

5  Party will produce all relevant, non-privileged, and otherwise non-objectionable documents

6  responsive to this Request that are in its possession, custody and control, to the extent that they

7  have not already been produced.

8  **REQUEST FOR PRODUCTION NO. 8:**

9          All communications between FMP and any legal, financial, or business advisors

10  concerning sale, assignment, license or transfer of any intellectual property or rights to any

11  intellectual property between or among FMP, Virtual Active, or Nextpulse, including but not

12  limited to, the sale, assignment, license or transfer of rights between FMP, Virtual Active, or

13  Nextpulse in VA Content or Software or any transfer by Virtual Active to Nextpulse of rights

14  against Life Fitness and Life Fitness.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

16          Responding Party objects to this Request on the ground it is overbroad and unduly

17  burdensome because it (a) seeks communications between or among parties to this case and a

18  non-party (FMP), and (b) lacks any temporal limitation and/or specificity because it is not

19  limited to any specific time period(s) (e.g., before or after FMP acquired VA).  Responding

20  Party further objects to this Request on the ground it seeks communications protected by the

21  attorney-client privilege, attorney work product doctrine, and/or the common interest doctrine

22  because it seeks communications (i) between FMP and its attorney, (ii) prepared in anticipation

23  of litigation, and/or (iii) between FMP and a party with whom FMP shares a legal interest.

24  Responding Party further objects to this Request on the ground it seeks confidential and/or

25  proprietary business information, which if disclosed could harm Responding Party's

26  competitive position.  Subject to and without waiving the foregoing objections, Responding

27  Party will produce all relevant, non-privileged, and otherwise non-objectionable documents

28

1  responsive to this Request that are in its possession, custody and control, to the extent that they

2  have not already been produced.

3  **REQUEST FOR PRODUCTION NO. 9:**

4      All documents and communications referring to any reasons for the sale, assignment,

5  license or transfer of intellectual property or rights to any intellectual property between or

6  among FMP, Virtual Active, or Nextpulse, including but not limited to reasons for the sale,

7  assignment, license or transfer of rights between FMP, Virtual Active, or Nextpulse in VA

8  Content or Software or the reasons for any transfer by Virtual Active to Nextpulse of rights

9  against Life Fitness and Life Fitness.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

11      Responding Party objects to this Request on the ground it is overbroad, vague, and

12  ambiguous because it (a) is unclear whether it pertains to documents and communications

13  about which FMP has any knowledge (e.g., transfers of rights, if any, between VA and

14  Nextpulse prior to FMP's acquisition of VA), (b) is unclear which party(ies) it is referring to

15  with regard to "reasons for the sale, assignment, license or transfer of intellectual property or

16  rights to any intellectual property," (c) seeks documents and communications between or

17  among parties to this case and a non-party (FMP), and (d) lacks any temporal limitation and/or

18  specificity because it is not limited to any specific time period(s) (e.g., before or after FMP

19  acquired VA).  Responding Party further objects to this Request on the ground it seeks

20  documents protected by the attorney-client privilege, attorney work product doctrine, and/or the

21  common interest doctrine because it seeks documents and communications (i) between FMP

22  and its attorney, (ii) prepared in anticipation of litigation, and/or (iii) between FMP and a party

23  with whom FMP shares a legal interest.  Responding Party further objects to this Request on

24  the ground it seeks confidential and/or proprietary business information, which if disclosed

25  could harm Responding Party's competitive position.  Subject to and without waiving the

26  foregoing objections, Responding Party will produce all relevant, non-privileged, and otherwise

27  non-objectionable documents responsive to this Request that are in its possession, custody and

28  control, to the extent that they have not already been produced.

1

2  **REQUEST FOR PRODUCTION NO. 10:**

3      All communications with any third parties, other than Nextpulse or Virtual Active,

4  concerning the sale, assignment, license or transfer of any intellectual property and any transfer

5  by Virtual Active to Nextpulse of rights against Life Fitness and Life Fitness rights to any

6  intellectual property between or among FMP, Virtual Active, or Nextpulse, including but not

7  limited to, the sale, assignment, license or any transfer of rights between FMP, Virtual Active,

8  or Nextpulse in VA Content or Software.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

10      Responding Party objects to this Request on the ground it is overbroad, vague, and

11  ambiguous because it (a) is unclear whether it pertains to communications about which FMP

12  has any knowledge, (b) is unclear which third parties it is referring to, (c) seeks

13  communications between or among non-parties to this case, and (d) lacks any temporal

14  limitation and/or specificity because it is not limited to any specific time period(s).  Responding

15  Party further objects to this Request on the ground it seeks communications protected by the

16  attorney-client privilege, attorney work product doctrine, and/or the common interest doctrine

17  because it seeks documents and communications (i) between FMP and its attorney,

18  (ii) prepared in anticipation of litigation, and/or (iii) between FMP and a party with whom FMP

19  shares a legal interest.  Responding Party further objects to this Request on the ground it seeks

20  confidential and/or proprietary business information, which if disclosed could harm

21  Responding Party's competitive position.  Subject to and without waiving the foregoing

22  objections, Responding Party will produce all relevant, non-privileged, and otherwise non-

23  objectionable documents responsive to this Request that are in its possession, custody and

24  control, to the extent that they have not already been produced.

25  **REQUEST FOR PRODUCTION NO. 11:**

26      All documents relating to any employment agreements or consulting agreements for any

27  individuals or entities involved in the development of any VA Content or Software, including

28

1  but not limited to employment or consulting agreements including provisions related to the

2  assignment, transfer, or ownership of intellectual property rights in VA content or Software.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

4      Responding Party objects to this Request on the ground it is overbroad, vague, and

5  ambiguous because it (a) is unclear whether it pertains to documents about which FMP has any

6  knowledge, (b) seeks documents between or among parties to this case and non-parties, and

7  (c) lacks any temporal limitation and/or specificity because it is not limited to any specific time

8  period(s) (e.g., before or after FMP acquired VA).  Responding Party further objects to this

9  Request on the ground it seeks documents protected by the attorney-client privilege, attorney

10  work product doctrine, and/or the common interest doctrine because it seeks documents

11  (i) between FMP and its attorney, and/or (ii) between FMP and a party with whom FMP shares

12  a legal interest.  Responding Party further objects to this Request on the ground it seeks

13  confidential and/or proprietary business information, which if disclosed could harm

14  Responding Party's competitive position.  Subject to and without waiving the foregoing

15  objections, Responding Party will produce all relevant, non-privileged, and otherwise non-

16  objectionable documents responsive to this Request that are in its possession, custody and

17  control, to the extent that they have not already been produced.

18  **REQUEST FOR PRODUCTION NO. 12:**

19      Documents sufficient to identify all proposed or actual grant of rights by Virtual Active,

20  Nextpulse, or FMP to any VA Content or Software, including but not limited to any licenses or

21  offers to license, security interests, covenants, assignments, conveyances, sales, offers to sell,

22  or transfers, and any related communications, drafts, agreements, proposals, and documentation

23  evidencing or relating to such grants of rights.

24  **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

25      Responding Party objects to this Request on the ground it is overbroad, vague, and

26  ambiguous because it (a) is unclear whether it pertains to documents about which FMP has any

27  knowledge, (b) is unclear which party(ies) it is referring to as grantor or grantee with regard to

28  "all proposed or actual grant of rights… to any VA Content or Software," and (c) seeks

1  documents between or among parties to this case and a non-party (FMP).  Responding Party

2  further objects to this Request on the ground it lacks any temporal limitation and/or specificity

3  because it is not limited to any specific time period(s) (e.g., before or after FMP acquired VA).

4  Responding Party further objects to this Request on the ground it seeks documents protected by

5  the attorney-client privilege, attorney work product doctrine, and/or the common interest

6  doctrine because it seeks documents and communications (i) between FMP and its attorney,

7  (ii) prepared in anticipation of litigation, and/or (iii) between FMP and a party with whom FMP

8  shares a legal interest.  Responding Party further objects to this Request on the ground it seeks

9  confidential and/or proprietary business information, which if disclosed could harm

10  Responding Party's competitive position.  Subject to and without waiving the foregoing

11  objections, Responding Party will produce all relevant, non-privileged, and otherwise non-

12  objectionable documents responsive to this Request that are in its possession, custody and

13  control, to the extent that they have not already been produced.

14  **REQUEST FOR PRODUCTION NO. 13:**

15  Documents sufficient to identify the amount and source of any revenue received by

16  FMP, Virtual Active, or Nextpulse on a quarterly basis from February 28, 2019, to the present

17  for the use, licensing, or sale of VA content or Software.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

19  Responding Party objects to this Request on the ground it is overbroad, vague, and

20  ambiguous because it (a) is unclear whether it pertains to documents about which FMP has any

21  knowledge, (b) is unclear which party(ies) is/are selling, assigning, licensing, or transferring to

22  which other party(ies), and (c) seeks documents between or among parties to this case and a

23  non-party (FMP).  Responding Party further objects to this Request on the ground it seeks

24  documents protected by the attorney-client privilege, attorney work product doctrine, and/or the

25  common interest doctrine because it seeks documents (i) between FMP and its attorney, and/or

26  (ii) between FMP and a party with whom FMP shares a legal interest.  Responding Party

27  further objects to this Request on the ground it seeks confidential and/or proprietary business

28  information, which if disclosed could harm Responding Party's competitive position.  Subject

to and without waiving the foregoing objections, Responding Party will produce all relevant, non-privileged, and otherwise non-objectionable documents responsive to this Request that are in its possession, custody and control, to the extent that they have not already been produced.

**REQUEST FOR PRODUCTION NO. 14:**

Documents sufficient to identify all licensees or purchasers of any VA Content or Software, including but not limited to contracts, agreements, invoices, communications, and any other documentation that identifies any entities who have licensed or purchased VA Content or Software.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

Responding Party objects to this Request on the ground it is overbroad, vague, and ambiguous because it (a) is unclear whether it pertains to documents about which FMP has any knowledge, (b) seeks documents and communications between or among parties to this case and a non-party (FMP), and (c) lacks any temporal limitation and/or specificity because it is not limited to any specific time period(s) (e.g., before or after FMP acquired VA). Responding Party further objects to this Request on the ground it seeks documents protected by the attorney-client privilege, attorney work product doctrine, and/or the common interest doctrine because it seeks documents and communications (i) between FMP and its attorney, (ii) prepared in anticipation of litigation, and/or (iii) between FMP and a party with whom FMP shares a legal interest. Responding Party further objects to this Request on the ground it seeks confidential and/or proprietary business information, which if disclosed could harm Responding Party's competitive position. Subject to and without waiving the foregoing objections, Responding Party will produce all relevant, non-privileged, and otherwise non-objectionable documents responsive to this Request that are in its possession, custody and control, to the extent that they have not already been produced.

**REQUEST FOR PRODUCTION NO. 15:**

All documents and communications related to the date the Second Agreement was actually signed (either electronically or by wet signature) by Thomas A. Proulx and Christopher Galipo, including but not limited to any communications exchanging drafts of the Second

1 Agreement for signature and any letters, memos, meeting minutes, notes, and other

2 documentation that reference the planning, discussion, or finalization of the execution date of

3 the agreement.

4 **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

5       Responding Party objects to this Request on the ground it is overbroad, vague, and

6 ambiguous because it (a) is unclear whether it pertains to documents and communications

7 about which FMP has any knowledge, and (b) seeks documents and communications between

8 or among parties to this case and a non-party (FMP).  Responding Party further objects to this

9 Request on the ground it seeks documents protected by the attorney-client privilege, attorney

10 work product doctrine, and/or the common interest doctrine because it seeks documents and

11 communications (i) between FMP and its attorney, (ii) prepared in anticipation of litigation,

12 and/or (iii) between FMP and a party with whom FMP shares a legal interest.  Responding

13 Party further objects to this Request on the ground it seeks confidential and/or proprietary

14 business information, which if disclosed could harm Responding Party's competitive position.

15 Subject to and without waiving the foregoing objections, Responding Party will produce all

16 relevant, non-privileged, and otherwise non-objectionable documents responsive to this

17 Request that are in its possession, custody and control, to the extent that they have not already

18 been produced.

19

20 DATED:  August 26, 2024             BRANDSTETTER LAW, PC

21

22              By:    /s/ Jeffrey D. Brandstetter   

23                 Jeffrey D. Brandstetter
                Attorneys for Non-Party FORWARD

24                 MOTION PICTURES, LLC

25

26

27

28

1    Kathryn C. Curry (kcurry@gcalaw.com)
      GCA Law Partners LLP
2    2570 W. El Camino Real, Suite 400
      Mountain View, CA 94040
3    (650) 428-3900
4    *Admitted Pro Hac Vice*

5    Sara Tonnies Horton (shorton@willkie.com)
      Michael G. Babbitt (mbabbitt@willkie.com)
6    Skyler J. Silvertrust (ssilvertrust@willkie.com)
      Willkie Farr & Gallagher LLP
7    300 North LaSalle Dr.
      Chicago, IL 60654-3406
8    (312) 728 9000

9
      Jason J. Keener (jkeener@irwinip.com)
10   Irwin IP LLP
      150 N. Wacker Drive, Ste. 700
11   Chicago, IL 60606
      (312) 667-6282
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via electronic mail on August 26, 2024, upon all counsel of record.

                    /s/ Jeffrey D. Brandstetter
                    Jeffrey D. Brandstetter

# Exhibit 4

1
JEFFREY D. BRANDSTETTER (SBN 133801)
BRANDSTETTER LAW, PC
2
50 California Street, Suite 1500
San Francisco, CA 94111-4612
3
Telephone:    (415) 571-8600
Facsimile:    (415) 571-8601
4
Email:    brandstetterlaw@gmail.com
5
Attorneys for Non-Party
6
VIRTUAL ACTIVE, INC.
7
8
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
9
**EASTERN DIVISION**
10

11
NEXTPULSE, LLC,                         Civil Action No.: 1:22-cv-03239

12
            Plaintiff,            NON-PARTY VIRTUAL ACTIVE, INC.'S
                                  RESPONSES AND OBJECTIONS TO LIFE
13
    v.                            FITNESS LLC'S SUBPOENA FOR
                                  PRODUCTION OF DOCUMENTS AND
14
LIFE FITNESS, LLC,                THINGS

15
            Defendant.

16

17
    **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

18
        Responding non-party Virtual Active, Inc. ("VA" or "Responding Party") hereby

19
responds and objects to the Subpoena for Production of Documents and Things ("Document

20
Requests") propounded by Life Fitness, LLC ("Life Fitness" or "Propounding Party") as

21
follows.

22
        VA responds and objects to Life Fitness's Document Requests based on the information

23
and documents currently available to it, given that discovery in this action is ongoing. Nothing

24
contained in these responses shall in any way limit VA's ability to make all uses of the

25
information or documents referenced herein or of any information, documents or other

26
evidence that may be discovered in the future. VA has made its best efforts to respond

27
accurately to Life Fitness's Document Requests, but reserves the right to amend its objections

28

and responses.  The responses contained herein are made in a good faith effort to comply with the provisions of the Federal Rules of Civil Procedure but are in no way deemed to prejudice VA with respect to further discovery, research, and analysis.

## **GENERAL OBJECTIONS**

VA objects to this entire set of Document Requests on the following grounds:

1.      VA objects to Life Fitness's Document Requests to the extent that they seek documents or information protected from disclosure by the attorney-client privilege, attorney work product doctrine, and/or the common interest doctrine.  VA further objects to Life Fitness's Document Requests to the extent that they seek confidential and/or proprietary business information, which if disclosed could harm Responding Party's competitive position. To the extent VA inadvertently produces any document or information falling within any applicable privilege, VA does not waive the applicable privilege/objection. To the extent VA provides any document or information falling within any privilege and it is later held that VA waived the applicable privilege/objection, VA waives the applicable privilege/objection only to the extent of the document or information provided.

2.      VA objects to Life Fitness's Document Requests to the extent that they do not describe with reasonable particularity the documents requested, are vague, ambiguous, overly broad in scope or as to time, uncertain as to time, unduly burdensome, harassing, oppressive or seek information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

3.      VA objects to Life Fitness's Document Requests to the extent that each request lacks foundation or assumes facts not in evidence.

4.      VA objects to Life Fitness's Document Requests to the extent information demanded is already in Life Fitness's possession, custody, or control, or available to Life Fitness from public sources or other sources less burdensome to Life Fitness than to VA.

5.      VA objects to Life Fitness's Document Requests to the extent they purport to require VA do anything by way of response beyond what is required by the Federal Rules of

1    Civil Procedure or applicable Court Rules.

2         6.     VA objects to the Document Requests on the basis that they are the incorrect

3    discovery vehicle and are more appropriately served as interrogatories.

4         7.     VA objects to Life Fitness's Document Requests on the grounds that discovery

5    is ongoing.  VA reserves the right to modify or supplement its response.

6         8.     No incidental or implied admissions are intended by these responses. The fact

7    that VA has responded or objected to any Document Request or part thereof shall not be

8    deemed an admission that VA accepts or admits to the existence of any facts set forth or

9    assumed by such request, or that the response or objection constitutes admissible evidence. The

10   fact that VA answered part or all of any Document Request is not intended to be, and shall not

11   be construed as, a waiver by VA of any part of any objection to any Document Request.

12        9.     To the extent any document previously produced to Life Fitness was produced

13   inadvertently and such document is responsive to this Document Request: (a) any objection or

14   claim of privilege raised herein to the production of such document shall apply to the document

15   inadvertently produced previously; (b) such document shall not be permitted to be used as

16   evidence or otherwise by any defendant herein (including any division thereof), unless so

17   ordered by the Court in this matter; and (c) Life Fitness shall promptly, upon request by VA,

18   return such document to VA and destroy any copies thereof in Life Fitness' possession, custody

19   or control.

20                          **OBJECTIONS TO DEFINITIONS**

21        VA objects to the definition of "Virtual Active" as overbroad, vague, ambiguous,

22   unintelligible, and calls for speculation on the part of VA because it includes affiliates,

23   predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers,

24   or other representatives, yet does not specify a time period during which such persons or

25   entities were employed by, were working on behalf of, or were a part of VA.

26        VA objects to the definition of "FMP" as confusing, ambiguous, unintelligible, and

27   calls for speculation on the part of VA because it includes two separate definitions for FMP:

28   "Forward Motion Pictures, LLC" and "Forward Motion Pictures, LLP" (which entity either

1   does not exist or, if it does, is unrelated to FMP).  The definition of "FMP" is further confusing,

2   unintelligible, and calls for speculation on the part of VA because it concludes with "for the

3   purpose of this subpoena for document production, FMP is Forward Motion Pictures, LLP," an

4   entity that either does not exist or is not related to FMP.

5       VA objects to the definition of "Life Fitness" as overbroad, vague, ambiguous,

6   unintelligible, and calls for speculation on the part of VA because it includes affiliates,

7   predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers,

8   or other representatives—persons or entities about whom VA has no knowledge.

9       VA objects to the definition of "Brunswick" as overbroad, vague, ambiguous,

10   unintelligible, and calls for speculation on the part of VA because it includes all predecessors,

11   successors, subsidiaries, divisions, parents, and affiliates thereof, past or present, joint ventures,

12   and other legal entities that are wholly or partially owned or controlled by Brunswick either

13   directly or indirectly, and all past or present directors, principals, officers, owners, employees,

14   agents, representatives, consultants, attorneys, and others acting for or on behalf of these same

15   entities.  VA further objects to the definition of "Brunswick" because it expressly includes the

16   Life Fitness division of Brunswick, yet does not specify a time period, which is relevant

17   because VA is informed and believes that at some point in time, Brunswick sold Life Fitness to

18   a third party buyer.

19       VA objects to the definition of "Nextpulse" as overbroad, vague, ambiguous,

20   unintelligible, and calls for speculation on the part of VA because it includes affiliates,

21   predecessors, successors, parents, subsidiaries, assigns, agents, employees, directors, officers,

22   or other representatives, yet does not specify a time period during which such persons or

23   entities were employed by, were working on behalf of, or were a part of Nextpulse.  VA further

24   objects to the definition of "Nextpulse" because it includes Netpulse, Inc., a former Delaware

25   company that merged into Nextpulse, LLP on or about May 4, 2018, but does not state whether

26   it includes Netpulse as it existed prior to the stated merger date, after said merger date, or both.

27       VA objects to the definition of "VA Content" as overbroad, vague, ambiguous,

28   unintelligible, and calls for speculation on the part of VA because it includes video content

1   targeted to entertain and motivate cardio fitness equipment users course content without

2   specifying whether such video content was created by, or bears any relationship to, VA.  The

3   definition of "VA Content" is further ambiguous, unintelligible, and calls for speculation on the

4   part of VA because it concludes with the open-ended language of "including, but not limited

5   to," which implies other video content about which VA has no knowledge.

6          VA objects to the definition of "Software" as overbroad, vague, ambiguous,

7   unintelligible, and calls for speculation on the part of VA because it does not specify whether

8   "design tools" are non-software-based tools since that term is listed separate from the phrase

9   "all software."  The definition of "Software" is further ambiguous, unintelligible, and calls for

10  speculation on the part of VA because it includes the open-ended language of "includes, but is

11  not limited to," which implies something other than "software applications, programs, scripts,

12  codebases, libraries, frameworks, development environments, and any related documentation or

13  user manuals associated with these tools."

14         VA objects to the definition of "Communication" as overbroad, vague, ambiguous,

15  unintelligible, and calls for speculation on the part of VA because it does not specify whether it

16  relates to communications by, or about which, VA has any knowledge whatsoever.  The

17  definition of "Communication" is further ambiguous, unintelligible, and calls for speculation

18  on the part of VA because it does not specify whether the parenthetical "(including facts, ideas,

19  inquiries, or otherwise) is meant to be all-inclusive or not.  The definition of "Communication"

20  is further ambiguous, unintelligible, and calls for speculation on the part of VA because it

21  includes the open-ended language of "includes, but is not limited to," which implies something

22  other than "written, oral, electronic, and non-verbal forms of communication, such as emails,

23  letters, memos, reports, text messages, instant messages, social media posts, phone calls,

24  meetings, video conferences, and any other method of conveying information."

25         VA objects to the definition of "Document" as overbroad, vague, ambiguous,

26  unintelligible, and calls for speculation on the part of VA because it does not specify whether it

27  relates to documents drafted by, received by, or about which, VA has any knowledge

28  whatsoever.  The definition of "Document" is further ambiguous, unintelligible, and calls for

speculation on the part of VA because it includes the open-ended language of "includes, without limitation," which implies something other than the laundry list of items following that phrase.

VA objects to the definition of "Relating to" as overbroad, vague, ambiguous, unintelligible, and calls for speculation on the part of VA because it does not specify whether it relates to, or is about which, something that VA has any knowledge of whatsoever.  The definition of "Relating to" is further ambiguous, unintelligible, and calls for speculation on the part of VA because it does not specify any time period(s).  The definition of "Relating to" is further ambiguous, unintelligible, and calls for speculation on the part of VA because it includes the open-ended language of "includes, but is not limited to," which implies something other than "associated with, addressing, referring to, bearing upon, supporting, contradicting, applicable to, pertaining to, involving, reflecting, undermining, regarding, respecting, touching upon, associated with, describing, embodying, evidencing, stating, dealing with, constituting, implying, implicating, refuting, or in any way logically or factually connected with the matter discussed or identified."  The definition of "Relating to" is further ambiguous, unintelligible, and calls for speculation on the part of VA because it has, by its very language, the "broadest possible meaning," which may differ depending on one's interpretation of that phrase, even among courts.

**DOCUMENTS AND THINGS REQUESTED**

**REQUEST FOR PRODUCTION NO. 1**:

All documents and communications related to any sale, assignment, license, or transfer of any intellectual property or rights to any intellectual property between or among Virtual Active, FMP, or Nextpulse, including but not limited to any sale, assignment, license, or transfer of rights between FMP, Virtual Active, or Nextpulse in VA Content or Software.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Responding Party objects to this Request on the ground it is overbroad, vague, ambiguous, and unduly burdensome because it (a) is unclear whether it pertains to documents and communications about which VA has any knowledge (e.g., documents and

1   communications, if any, between Nextpulse and VA prior to FMP's acquisition of VA), (b) is

2   unclear which party(ies) is/are selling, assigning, licensing, or transferring to which other

3   party(ies), (c) seeks documents and communications between or among parties to this case and

4   a non-party (VA), and (d) lacks any temporal limitation and/or specificity because it is not

5   limited to any specific time period(s) (e.g., before or after FMP acquired VA from Nextpulse).

6   Responding Party further objects to this Request on the ground it seeks documents and

7   communications protected by the attorney-client privilege, attorney work product doctrine,

8   and/or the common interest doctrine because it seeks documents and communications (i)

9   between VA and its attorney, (ii) prepared in anticipation of litigation, and/or (iii) between VA

10  and a party with whom VA shares a legal interest.  Responding Party further objects to this

11  Request on the ground it seeks confidential and/or proprietary business information, which if

12  disclosed could harm Responding Party's competitive position.  Subject to and without waiving

13  the foregoing objections, Responding Party will produce all relevant, non-privileged, and

14  otherwise non-objectionable documents responsive to this Request that are in its possession,

15  custody and control, to the extent that they have not already been produced.

**REQUEST FOR PRODUCTION NO. 2:**

17          All documents and communications relating to any assignment, license, or transfer by

18  Virtual Active to Nextpulse of rights against Brunswick Corporation or Life Fitness.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

20          Responding Party objects to this Request on the ground it is overbroad, vague,

21  ambiguous, and unduly burdensome because it (a) is unclear whether it pertains to documents

22  and communications about which VA, under its current ownership, has any knowledge

23  (e.g., documents and communications, if any, between Nextpulse and VA prior to FMP's

24  acquisition of VA), (b) seeks documents and communications between or among parties to this

25  case and a non-party (VA), and (c) lacks any temporal limitation and/or specificity because it is

26  not limited to any specific time period(s) (e.g., before or after FMP acquired VA from

27  Nextpulse).  Responding Party further objects to this Request on the ground it seeks documents

28  and communications protected by the attorney-client privilege, attorney work product doctrine,

1   and/or the common interest doctrine because it seeks documents and communications

2   (i) between VA and its attorney, (ii) prepared in anticipation of litigation, and/or (iii) between

3   VA and a party with whom VA shares a legal interest.  Responding Party further objects to this

4   Request on the ground it seeks confidential and/or proprietary business information, which if

5   disclosed could harm Responding Party's competitive position.  Subject to and without waiving

6   the foregoing objections, Responding Party will produce all relevant, non-privileged, and

7   otherwise non-objectionable documents responsive to this Request that are in its possession,

8   custody and control, to the extent that they have not already been produced.

9   **REQUEST FOR PRODUCTION NO. 3:**

10      All documents and communications relating to the negotiation of the SPSA, including

11   but not limited to any negotiations regarding the sale, assignment, license, or transfer of any

12   intellectual property or rights to any intellectual property between or among Virtual Active,

13   FMP or Nextpulse in VA Content or Software or any negotiations regarding the assignment,

14   license, or transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness.

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

16      Responding Party objects to this Request on the ground it is overbroad, vague,

17   ambiguous, and unduly burdensome because it (a) is unclear whether it pertains to documents

18   and communications about which VA, under its current ownership, has any knowledge

19   (e.g., transfers of rights, if any, between VA and Nextpulse prior to FMP's acquisition of VA),

20   (b) seeks documents and communications between or among parties to this case and a non-

21   party (VA), and (c) lacks any temporal limitation and/or specificity because it is not limited to

22   any specific time period(s) (e.g., before or after FMP acquired VA from Nextpulse).

23   Responding Party further objects to this Request on the ground it seeks documents and

24   communications protected by the attorney-client privilege, attorney work product doctrine,

25   and/or the common interest doctrine because it seeks documents and communications

26   (i) between VA and its attorney, (ii) prepared in anticipation of litigation, and/or (iii) between

27   VA and a party with whom VA shares a legal interest.  Responding Party further objects to this

28   Request on the ground it seeks confidential and/or proprietary business information, which if

disclosed could harm Responding Party's competitive position.  Subject to and without waiving the foregoing objections, Responding Party will produce all relevant, non-privileged, and otherwise non-objectionable documents responsive to this Request that are in its possession, custody and control, to the extent that they have not already been produced.

**REQUEST FOR PRODUCTION NO. 4:**

All documents and communications relating to the negotiation of the Second Agreement, including but not limited to negotiations regarding the sale, assignment, license, or transfer of any intellectual property or rights to any intellectual property between or among Virtual Active, FMP or Nextpulse in VA Content or Software or negotiations regarding the assignment, license or transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

Responding Party objects to this Request on the ground it is overbroad and unduly burdensome because it (a) seeks documents and communications between or among parties to this case and a non-party (VA), and (b) lacks any temporal limitation and/or specificity because it is not limited to any specific time period(s).  Responding Party further objects to this Request on the ground it seeks documents protected by the attorney-client privilege, attorney work product doctrine, and/or the common interest doctrine because it seeks documents and communications (i) between VA and its attorney, (ii) prepared in anticipation of litigation, and/or (iii) between VA and a party with whom VA shares a legal interest.  Responding Party further objects to this Request on the ground it seeks confidential and/or proprietary business information, which if disclosed could harm Responding Party's competitive position.  Subject to and without waiving the foregoing objections, Responding Party will produce all relevant, non-privileged, and otherwise non-objectionable documents responsive to this Request that are in its possession, custody and control, to the extent that they have not already been produced.

**REQUEST FOR PRODUCTION NO. 5:**

All documents and communications supporting or refuting the statements in Recitals C and E of the Second Agreement.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

Responding Party objects to this Request on the ground it is overbroad and unduly burdensome because it seeks documents and communications between or among parties to this case and a non-party (VA).  Responding Party further objects to this Request on the ground it seeks documents and communications protected by the attorney-client privilege, attorney work product doctrine, and/or the common interest doctrine because it seeks documents and communications (i) between VA and its attorney, (ii) prepared in anticipation of litigation, and/or (iii) between VA and a party with whom VA shares a legal interest.  Responding Party further objects to this Request on the ground it seeks confidential and/or proprietary business information, which if disclosed could harm Responding Party's competitive position.  Subject to and without waiving the foregoing objections, Responding Party will produce all relevant, non-privileged, and otherwise non-objectionable documents responsive to this Request that are in its possession, custody and control, to the extent that they have not already been produced.

**REQUEST FOR PRODUCTION NO. 6:**

All drafts and versions of the SPSA and the Second Agreement, including any drafts with comments or revisions by any party involved in the negotiation, drafting, or execution of the SPSA and the Second Agreement that relate to the sale, assignment, license or transfer of any intellectual property or rights to any intellectual property between or among Virtual Active, Nextpulse, or FMP or any transfer by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

Responding Party objects to this Request on the ground it is overbroad, vague, ambiguous, and unduly burdensome because it (a) is unclear whether it pertains to documents about which VA, under its current ownership, has any knowledge (e.g., transfers of rights, if any, between VA and Nextpulse prior to FMP's acquisition of VA), (b) seeks documents between or among parties to this case and a non-party (VA), and (c) lacks any temporal limitation and/or specificity because it is not limited to any specific time period(s) (e.g., before or after FMP acquired VA from Nextpulse).  Responding Party further objects to this Request

on the ground it seeks documents protected by the attorney-client privilege, attorney work product doctrine, and/or the common interest doctrine because it seeks documents (i) between VA and its attorney, (ii) prepared in anticipation of litigation, and/or (iii) between VA and a party with whom VA shares a legal interest.  Responding Party further objects to this Request on the ground it seeks confidential and/or proprietary business information, which if disclosed could harm Responding Party's competitive position.  Subject to and without waiving the foregoing objections, Responding Party will produce all relevant, non-privileged, and otherwise non-objectionable documents responsive to this Request that are in its possession, custody and control, to the extent that they have not already been produced.

**REQUEST FOR PRODUCTION NO. 7:**

All documents and communications related to any reasons why the Second Agreement was entered into by the parties thereto, including but not limited to any emails, letters, memos, meeting minutes, and notes.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

Responding Party objects to this Request on the ground it is overbroad and unduly burdensome because it (a) seeks documents and communications between or among parties to this case and a non-party (VA), and (b) lacks any temporal limitation and/or specificity because it is not limited to any specific time period(s).  Responding Party further objects to this Request on the ground it seeks documents and communications protected by the attorney-client privilege, attorney work product doctrine, and/or the common interest doctrine because it seeks documents and communications (i) between VA and its attorney, (ii) prepared in anticipation of litigation, and/or (iii) between VA and a party with whom VA shares a legal interest. Responding Party further objects to this Request on the ground it seeks confidential and/or proprietary business information, which if disclosed could harm Responding Party's competitive position.  Subject to and without waiving the foregoing objections, Responding Party will produce all relevant, non-privileged, and otherwise non-objectionable documents responsive to this Request that are in its possession, custody and control, to the extent that they have not already been produced.

1    **REQUEST FOR PRODUCTION NO. 8:**

2    All communications between Virtual Active and any legal, financial, or business

3    advisors concerning sale, assignment, license or transfer of any intellectual property or rights to

4    any intellectual property between or among Virtual Active, FMP or Nextpulse, including but

5    not limited to, the sale, assignment, license or transfer of rights between Virtual Active, FMP or

6    Nextpulse in VA Content or Software or any transfer by Virtual Active to Nextpulse of rights

7    against Brunswick and Life Fitness.

8    **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

9    Responding Party objects to this Request on the ground it is overbroad and unduly

10    burdensome because it (a) seeks communications between or among parties to this case and a

11    non-party (VA), and (b) lacks any temporal limitation and/or specificity because it is not

12    limited to any specific time period(s) (e.g., before or after FMP acquired VA).  Responding

13    Party further objects to this Request on the ground it seeks communications protected by the

14    attorney-client privilege, attorney work product doctrine, and/or the common interest doctrine

15    because it seeks communications (i) between VA and its attorney, (ii) prepared in anticipation

16    of litigation, and/or (iii) between VA and a party with whom VA shares a legal interest.

17    Responding Party further objects to this Request on the ground it seeks confidential and/or

18    proprietary business information, which if disclosed could harm Responding Party's

19    competitive position.  Subject to and without waiving the foregoing objections, Responding

20    Party will produce all relevant, non-privileged, and otherwise non-objectionable documents

21    responsive to this Request that are in its possession, custody and control, to the extent that they

22    have not already been produced.

23    **REQUEST FOR PRODUCTION NO. 9:**

24    All documents and communications referring to any reasons for the sale, assignment,

25    license or transfer of intellectual property or rights to any intellectual property between or

26    among Virtual Active, FMP or Nextpulse, including but not limited to reasons for the sale,

27    assignment, license or transfer of rights between Virtual Active, FMP or Nextpulse in VA

28

1  Content or Software or the reasons for any transfer by Virtual Active to Nextpulse of rights

2  against Brunswick and Life Fitness.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

4        Responding Party objects to this Request on the ground it is overbroad, vague, and

5  ambiguous because it (a) is unclear whether it pertains to documents and communications

6  about which VA, under its current ownership, has any knowledge (e.g., transfers of rights, if

7  any, between VA and Nextpulse prior to FMP's acquisition of VA), (b) is unclear which

8  party(ies) it is referring to with regard to "reasons for the sale, assignment, license or transfer of

9  intellectual property or rights to any intellectual property," (c) seeks documents and

10  communications between or among parties to this case and a non-party (VA), and (d) lacks any

11  temporal limitation and/or specificity because it is not limited to any specific time period(s)

12  (e.g., before or after FMP acquired VA).  Responding Party further objects to this Request on

13  the ground it seeks documents protected by the attorney-client privilege, attorney work product

14  doctrine, and/or the common interest doctrine because it seeks documents and communications

15  (i) between VA and its attorney, (ii) prepared in anticipation of litigation, and/or (iii) between

16  VA and a party with whom VA shares a legal interest.  Responding Party further objects to this

17  Request on the ground it seeks confidential and/or proprietary business information, which if

18  disclosed could harm Responding Party's competitive position.  Subject to and without waiving

19  the foregoing objections, Responding Party will produce all relevant, non-privileged, and

20  otherwise non-objectionable documents responsive to this Request that are in its possession,

21  custody and control, to the extent that they have not already been produced.

22

23  **REQUEST FOR PRODUCTION NO. 10:**

24        All communications with any third parties, other than Nextpulse or Virtual Active,

25  concerning the sale, assignment, license or transfer of any intellectual property and any transfer

26  by Virtual Active to Nextpulse of rights against Brunswick and Life Fitness rights to any

27  intellectual property between or among Virtual Active, FMP or Nextpulse, including but not

28

1  limited to, the sale, assignment, license or any transfer of rights between FMP, Virtual Active,

2  or Nextpulse in VA Content or Software.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

4       Responding Party objects to this Request on the ground it is overbroad, vague, and

5  ambiguous because it (a) is unclear whether it pertains to communications about which VA has

6  any knowledge, (b) is unclear which third parties it is referring to, (c) seeks communications

7  between or among non-parties to this case, and (d) lacks any temporal limitation and/or

8  specificity because it is not limited to any specific time period(s).  Responding Party further

9  objects to this Request on the ground it seeks communications protected by the attorney-client

10 privilege, attorney work product doctrine, and/or the common interest doctrine because it seeks

11 documents and communications (i) between VA and its attorney, (ii) prepared in anticipation of

12 litigation, and/or (iii) between VA and a party with whom VA shares a legal interest.

13 Responding Party further objects to this Request on the ground it seeks confidential and/or

14 proprietary business information, which if disclosed could harm Responding Party's

15 competitive position.  Subject to and without waiving the foregoing objections, Responding

16 Party will produce all relevant, non-privileged, and otherwise non-objectionable documents

17 responsive to this Request that are in its possession, custody and control, to the extent that they

18 have not already been produced.

19 **REQUEST FOR PRODUCTION NO. 11:**

20      All documents relating to any employment agreements or consulting agreements for any

21 individuals or entities involved in the development of any VA Content or Software, including

22 but not limited to employment or consulting agreements including provisions related to the

23 assignment, transfer, or ownership of intellectual property rights in VA content or Software.

24 **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

25      Responding Party objects to this Request on the ground it is overbroad, vague, and

26 ambiguous because it (a) is unclear whether it pertains to documents about which VA has any

27 knowledge, (b) seeks documents between or among parties to this case and non-parties, and

28 (c) lacks any temporal limitation and/or specificity because it is not limited to any specific time

1  period(s) (e.g., before or after FMP acquired VA).  Responding Party further objects to this

2  Request on the ground it seeks documents protected by the attorney-client privilege, attorney

3  work product doctrine, and/or the common interest doctrine because it seeks documents

4  (i) between VA and its attorney, and/or (ii) between VA and a party with whom VA shares a

5  legal interest.  Responding Party further objects to this Request on the ground it seeks

6  confidential and/or proprietary business information, which if disclosed could harm

7  Responding Party's competitive position.  Subject to and without waiving the foregoing

8  objections, Responding Party will produce all relevant, non-privileged, and otherwise non-

9  objectionable documents responsive to this Request that are in its possession, custody and

10  control, to the extent that they have not already been produced.

11  **REQUEST FOR PRODUCTION NO. 12:**

12  Documents sufficient to identify all proposed or actual grant of rights by Virtual Active,

13  Nextpulse, or FMP to any VA Content or Software, including but not limited to any licenses or

14  offers to license, security interests, covenants, assignments, conveyances, sales, offers to sell,

15  or transfers, and any related communications, drafts, agreements, proposals, and documentation

16  evidencing or relating to such grants of rights.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

18  Responding Party objects to this Request on the ground it is overbroad, vague, and

19  ambiguous because it (a) is unclear whether it pertains to documents about which VA has any

20  knowledge, (b) is unclear which party(ies) it is referring to as grantor or grantee with regard to

21  "all proposed or actual grant of rights… to any VA Content or Software," and (c) seeks

22  documents between or among parties to this case and a non-party (VA).  Responding Party

23  further objects to this Request on the ground it lacks any temporal limitation and/or specificity

24  because it is not limited to any specific time period(s) (e.g., before or after FMP acquired VA).

25  Responding Party further objects to this Request on the ground it seeks documents protected by

26  the attorney-client privilege, attorney work product doctrine, and/or the common interest

27  doctrine because it seeks documents and communications (i) between VA and its attorney,

28  (ii) prepared in anticipation of litigation, and/or (iii) between VA and a party with whom VA

1  shares a legal interest.  Responding Party further objects to this Request on the ground it seeks

2  confidential and/or proprietary business information, which if disclosed could harm

3  Responding Party's competitive position.  Subject to and without waiving the foregoing

4  objections, Responding Party will produce all relevant, non-privileged, and otherwise non-

5  objectionable documents responsive to this Request that are in its possession, custody and

6  control, to the extent that they have not already been produced.

7  **REQUEST FOR PRODUCTION NO. 13:**

8       Documents sufficient to identify the amount and source of any revenue received by

9  Virtual Active, FMP or Nextpulse on a quarterly basis from February 28, 2019, to the present

10  for the use, licensing, or sale of VA content or Software.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

12       Responding Party objects to this Request on the ground it is overbroad, vague, and

13  ambiguous because it (a) is unclear whether it pertains to documents about which VA has any

14  knowledge, (b) is unclear which party(ies) is/are selling, assigning, licensing, or transferring to

15  which other party(ies), and (c) seeks documents between or among parties to this case and a

16  non-party (VA).  Responding Party further objects to this Request on the ground it seeks

17  documents protected by the attorney-client privilege, attorney work product doctrine, and/or the

18  common interest doctrine because it seeks documents (i) between VA and its attorney, and/or

19  (ii) between VA and a party with whom VA shares a legal interest.  Responding Party further

20  objects to this Request on the ground it seeks confidential and/or proprietary business

21  information, which if disclosed could harm Responding Party's competitive position.  Subject

22  to and without waiving the foregoing objections, Responding Party will produce all relevant,

23  non-privileged, and otherwise non-objectionable documents responsive to this Request that are

24  in its possession, custody and control, to the extent that they have not already been produced.

25  **REQUEST FOR PRODUCTION NO. 14:**

26       Documents sufficient to identify all licensees or purchasers of any VA Content or

27  Software, including but not limited to contracts, agreements, invoices, communications, and

28

1   any other documentation that identifies any entities who have licensed or purchased VA

2   Content or Software.

3   **RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

4       Responding Party objects to this Request on the ground it is overbroad, vague, and

5   ambiguous because it (a) is unclear whether it pertains to documents about which VA has any

6   knowledge, (b) seeks documents and communications between or among parties to this case

7   and a non-party (VA), and (c) lacks any temporal limitation and/or specificity because it is not

8   limited to any specific time period(s) (e.g., before or after FMP acquired VA).  Responding

9   Party further objects to this Request on the ground it seeks documents protected by the

10   attorney-client privilege, attorney work product doctrine, and/or the common interest doctrine

11   because it seeks documents and communications (i) between VA and its attorney, (ii) prepared

12   in anticipation of litigation, and/or (iii) between VA and a party with whom VA shares a legal

13   interest.  Responding Party further objects to this Request on the ground it seeks confidential

14   and/or proprietary business information, which if disclosed could harm Responding Party's

15   competitive position.  Subject to and without waiving the foregoing objections, Responding

16   Party will produce all relevant, non-privileged, and otherwise non-objectionable documents

17   responsive to this Request that are in its possession, custody and control, to the extent that they

18   have not already been produced.

19   **REQUEST FOR PRODUCTION NO. 15:**

20       All documents and communications related to the date the Second Agreement was

21   actually signed (either electronically or by wet signature) by Thomas A. Proulx and Christopher

22   Galipo, including but not limited to any communications exchanging drafts of the Second

23   Agreement for signature and any letters, memos, meeting minutes, notes, and other

24   documentation that reference the planning, discussion, or finalization of the execution date of

25   the agreement.

26   **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

27       Responding Party objects to this Request on the ground it is overbroad, vague, and

28   ambiguous because it (a) is unclear whether it pertains to documents and communications

1   about which VA has any knowledge, and (b) seeks documents and communications between or

2   among parties to this case and a non-party (VA).  Responding Party further objects to this

3   Request on the ground it seeks documents protected by the attorney-client privilege, attorney

4   work product doctrine, and/or the common interest doctrine because it seeks documents and

5   communications (i) between VA and its attorney, (ii) prepared in anticipation of litigation,

6   and/or (iii) between VA and a party with whom VA shares a legal interest.  Responding Party

7   further objects to this Request on the ground it seeks confidential and/or proprietary business

8   information, which if disclosed could harm Responding Party's competitive position.  Subject

9   to and without waiving the foregoing objections, Responding Party will produce all relevant,

10  non-privileged, and otherwise non-objectionable documents responsive to this Request that are

11  in its possession, custody and control, to the extent that they have not already been produced.

12

13  DATED:  August 26, 2024                         BRANDSTETTER LAW, PC

14

15                                      By:    /s/ Jeffrey D. Brandstetter
16                                          Jeffrey D. Brandstetter
                                            Attorneys for Non-Party
17                                          VIRTUAL ACTIVE, INC.

18

19

20

21

22

23

24

25

26

27

28

1

Kathryn C. Curry (kcurry@gcalaw.com)
GCA Law Partners LLP

2

2570 W. El Camino Real, Suite 400
Mountain View, CA 94040

3

(650) 428-3900

4

*Admitted Pro Hac Vice*

5

Sara Tonnies Horton (shorton@willkie.com)
Michael G. Babbitt (mbabbitt@willkie.com)

6

Skyler J. Silvertrust (ssilvertrust@willkie.com)
Willkie Farr & Gallagher LLP

7

300 North LaSalle Dr.

8

Chicago, IL 60654-3406
(312) 728 9000

9

Jason J. Keener (jkeener@irwinip.com)

10

Irwin IP LLP
150 N. Wacker Drive, Ste. 700

11

Chicago, IL 60606
(312) 667-6282

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via electronic mail on August 26, 2024, upon all counsel of record.

>       /s/ Jeffrey D. Brandstetter
> Jeffrey D. Brandstetter

Exhibit 5

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA001352 | 12/8/2017 14:58 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Marcus Marotto <mmarotto@netpulse.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Check in | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA001356 | | | | | va_model_for_tom_20171208.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA001357 | | | | | VA_PL_2014-2017_(1).xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA001464 | 4/4/2019 19:43 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.co | Re: VA Taxes & Bank | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA001465 | | | | | VA_2017_CA.pdf | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA001466 | | | | | VA_2017_Fed.pdf | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA001713 | 9/29/2011 0:46 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Fwd: Netpulse, Inc Financial Statements | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney; Re: |
| VA001714 | | | | | Netpulse_Inc_Monthly_ | Attorney-Client | | Attachment to above email Re: |
| VA001725 | 8/11/2011 2:20 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Hsu, Eric" | | Fwd: Signature pages | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney re requested faxed documents |
| VA001892 | 9/13/2011 3:33 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Huie, James" <jhuie@wsgr.com> | | Fwd: Plan | Attorney-Client | | Attorney-client communication; Client query to attorney re Merger Agreement |
| VA001969 | | | | | ForecastsH.xls | Privacy Privileged; Trade Secret Privileged | | Confidential financial information provided to |
| VA001974 | 8/11/2011 16:48 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Hsu, Eric" | | Fwd: Timeline for today | Attorney-Client Privileged | | Attorney-client communication; Client query to Attorney re Merger Agreement |
| VA001975 | | | | | Virtual_Active__Project_Beat_-_New_Warnock_Promis | Attorney-Client Privileged | | Attachment to above email: Draft financial agreement sent by attorney to client |
| VA002069 | | | | | Netpulse_VA__Analysis_2011-07-19.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information from VA attorney re |
| VA002070 | | | | | NP_VA_Operations_Buil dup.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information from VA attorney |
| VA002162 | 9/6/2011 9:33 | John Ford <john@vafitness.com> | Bryan Arp <bryana@netpulse.com> | | Minor change | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA002163 | | | | | MatrixRoyalties.xlsx | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA002725 | | | | | Q1_PL_Rough_Draft.xlsx | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA002726 | | | | | Q2_PL_Rough_Draft.xlsx | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA002727 | | | | | Q1_BS_Rough_Draft.xlsx | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA002728 | | | | | Q2_BS_Rough_Draft.xlsx | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA003501 | 8/24/2011 18:49 | John Ford <john@vafitness.com> | Tim <tcknox@earthlink.net>, | | Spreadsheet | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA003502 | | | | | EarnOut-Warnock.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA003539 | 7/11/2011 19:24 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | | RE: Important Information | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re |
| VA003540 | 7/11/2011 19:21 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | | Fwd: Important Information | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA009120 | 7/11/2011 20:58 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | | Fwd: Option exercise | Attorney-Client Privileged | | Attorney-client communication; Client query to Attorney re |
| VA009121 | | | | | ewert-sig.jpeg | Attorney-Client Privileged | | Attachment to above email; Signature Form sent to attorney |
| VA009341 | | | | | va_model_for_tom_20171208.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information provided to |
| VA009358 | 12/8/2017 14:58 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Marcus Marotto <mmarotto@netpulse.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Check in | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA009362 | | | | | va_model_for_tom_20171208.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA009363 | | | | | VA_PL_2014-2017_(1).xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA009402 | 4/4/2019 19:43 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.co | Re: VA Taxes & Bank | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA009403 | | | | | VA_2017_CA.pdf | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA009404 | | | | | VA_2017_Fed.pdf | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA009710 | 10/26/2019 2:23 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.co | Re: VA 2018 | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA009711 | | | | | May_2018_VA_G&A_allocation.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA017284 | 12/11/2011 0:40 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Virtual Active - Closing Documents | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney; Re: |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA017285 | 12/11/2011 0:36 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Virtual Active - Closing Documents Update | Attorney-Client Privileged | | Attorney-client communication; VA attorney response to client. |
| VA017288 | 10/29/2011 5:13 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Fw: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA017289 | 5/11/2011 18:56 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Sig Pages | Attorney-Client Privileged | | Attorney-client communication; Client query re Merger Agreements |
| VA017290 | 9/15/2011 5:35 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | | RE: Proposed Merger Consideration | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA017291 | 9/15/2011 5:33 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Re: Proposed Merger Consideration | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA017292 | | | | | Explanation_of_Proposed_Distribution.docx | Attorney-Client Privileged | | Attachment to above email: Attorney-client notes re Merger |
| VA017293 | 9/15/2011 0:30 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Proposed Merger Consideration | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney re |
| VA017294 | | | | | Explanation_of_Proposed_Distribution.docx | Attorney-Client Privileged | | Attachment to above email: Checklist drafted by VA |
| VA017295 | | | | | ProposedDistribution.xls | Attorney-Client Privileged | | Attachment to above email: Corporate Financial Statements |
| VA017297 | | | | | Q2_P_L.XLSX | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017298 | | | | | Q2_Sales_Tax.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017299 | | | | | eStmt_06_30_2011-2_Acct_suffix_7592.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017300 | | | | | eStmt_06_30_2011_Acct_suffix_1862.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017301 | | | | | Q2_AP.XLSX | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017302 | | | | | Q2_Ppd_Rent.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017303 | | | | | Q2_Ppd_Patent_Royalty.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017304 | | | | | Q2_Ppd_Music_Royalty.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA017305 | | | | | Q2_11_AR.XLSX | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017306 | | | | | Prepaid_Assets_as_of_09_15_11.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017307 | | | | | Q2_11_BS.XLSX | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017308 | | | | | AR_09_15_11.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017309 | | | | | AR_as_of_09_15_11.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017310 | | | | | MOU_AV_ICG.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017311 | 10/28/2011 5:05 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com | | Fwd: VA/NP Merger - Documentation of | Attorney-Client Privileged; Trade Secret | | Attorney-client communication; corporate financials. Re: |
| VA017312 | 10/28/2011 2:19 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, Cindy Cannon <cindy@vafitness.com | "Hsu, Eric" <ehsu@wsgr.com> | Re: VA/NP Merger - Documentation of Specified Liabilities | Attorney-Client Privileged | | Attorney-client communication; corporate financials. Re: Specified Liabilities |
| VA017313 | 10/28/2011 2:13 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | VA/NP Merger - Documentation of | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client Re: |
| VA017314 | 10/26/2011 0:27 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Virtual Active: Note Transfer Agreements | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: |
| VA017315 | 10/26/2011 0:19 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | RE: Virtual Active: Note Transfer Agreements | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client Re: |
| VA017316 | 10/29/2011 4:47 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Fw: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA017317 | 10/25/2011 6:15 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Virtual Active: Note Transfer Agreements | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: |
| VA017318 | 10/24/2011 0:01 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Virtual Active: Note Transfer Agreements | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. |
| VA017319 | | | | | Virtual_Active__Note_Transfer_Agreement_(John_A._Damm_and_Barb | Attorney-Client Privileged | | Attachment to above email. Re: Note Transfer and Sale |
| VA017320 | | | | | Virtual_Active__Note_Transfer_Agreement_(Deborah_Landis_Transfer_ | Attorney-Client Privileged | | Attachment to above email. Re: Note Transfer and Sale |
| VA017321 | 9/15/2011 4:39 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Project Beat - Turn of Merger Agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA017322 | 9/15/2011 4:39 | "Murano, Scott" <smurano@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: Project Beat - Turn of Merger Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA017323 | 9/15/2011 4:37 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Project Beat - Turn of Merger Agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA017324 | 9/15/2011 4:33 | "Murano, Scott" <smurano@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, 'John Ford' | | RE: Project Beat - Turn of Merger Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA017325 | 9/15/2011 4:26 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Project Beat - Turn of Merger Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA017326 | 2/10/2011 1:35 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | | RE: Project Beat - Follow up re ICG short | Attorney-Client Privileged | | Attorney-client communication; VA attorney response to Client's |
| VA017327 | 2/10/2011 1:34 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Project Beat - Follow up re ICG short | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA017328 | 2/10/2011 1:28 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Project Beat - Follow up re ICG short term note | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger |
| VA017329 | 10/29/2011 4:45 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | Fw: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA017330 | | | | | Virtual_Active__Project_Beat_-_Reorganization_- | Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of |
| VA017331 | | | | | Virtual_Active_-_Reorganization_- | Attorney-Client Privileged | | Attachment to attorney-client communication, above; |
| VA017332 | | | | | Virtual_Active__Reorganization_-_Note_Exchange_Agree | Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of |
| VA017333 | | | | | Virtual_Active__Project_Beat_-_New_Warnock_Promis | Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of |
| VA017334 | | | | | Virtual_Active__Reorganization_-_A&R_Articles_of_Incor | Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of |
| VA017335 | | | | | Virtual_Active_-_Reorganization_- | Attorney-Client Privileged | | Attachment to attorney-client communication, above; |
| VA017336 | | | | | Virtual_Active__Reorganization_Spreadsheet_( | Attorney-Client Privileged | | Attachment to attorney-client communication, above; |
| VA017337 | 9/15/2011 8:30 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Huie, James" | Re: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged | | Internal client email forwarded/relayed re attorney advice/counsel |
| VA017338 | 9/15/2011 8:29 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com>, "Hsu, Eric" <ehsu@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, | | Fwd: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA017339 | | | | | 2006_Financials-Balanced_Fintess.pdf | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements |
| VA017340 | | | | | 2007_Financials-Balanced_Fintess.pdf | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA017341 | | | | | 2008_Financials-Balanced_Fitness.pdf | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements |
| VA017342 | | | | | 2009_Financials-Virtual_Active,_Inc..pdf | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements |
| VA017343 | 9/15/2011 1:06 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, Cindy Cannon | RE: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA017344 | 9/15/2011 1:01 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com > | | Re: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney re Merger Agreement and |
| VA017345 | 9/15/2011 0:57 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, Cindy Cannon <cindy@vafitness.com >, "Murano, Scott" <smurano@wsgr.com> | | Fwd: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication; Client query to attorney re Merger Agreement |
| VA017346 | | | | | 2006_TR-Balanced_Fitness,_Inc. pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017347 | | | | | 2007_TR-Balanced_Fitness,_Inc. pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017348 | | | | | 2008_TR-Balanced_Fitness,_Inc. pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017349 | | | | | 2009_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017350 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017351 | 9/15/2011 0:52 | Cindy Cannon <cindy@vafitness.com > | John Ford <john@vafitness.com> | | Fwd: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials; |
| VA017352 | | | | | 2006_TR-Balanced_Fitness,_Inc. pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA017353 | | | | | 2007_TR-Balanced_Fitness,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017354 | | | | | 2008_TR-Balanced_Fitness,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017355 | | | | | 2009_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017356 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017357 | 9/14/2011 9:11 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | Cindy Cannon <cindy@vafitness.com>, "Hsu, Eric" <ehsu@wsgr.com>, | Re: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA017358 | | | | | VAOrgChart.pdf | Attorney-Client Privileged | | Attachment to above email; Diagram provided to VA |
| VA017359 | 9/14/2011 7:50 | "Huie, James" <jhuie@wsgr.com> | 'Cindy Cannon' <cindy@vafitness.com>, John Ford | "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." | RE: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA017360 | 9/14/2011 7:48 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com>, "Huie, James" | | Fwd: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA017361 | | | | | 2006_TR-Balanced_Fitness,_Inc. | Attorney-Client Privileged | | Attachment to above email: Corporate Financial Statements |
| VA017362 | | | | | 2007_TR-Balanced_Fitness,_Inc. | Attorney-Client Privileged | | Attachment to above email: Corporate Financial Statements |
| VA017363 | | | | | 2008_TR-Balanced_Fitness,_Inc. | Attorney-Client Privileged | | Attachment to above email: Corporate Financial Statements |
| VA017364 | | | | | 2009_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged | | Attachment to above email: Corporate Financial Statements |
| VA017365 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged | | Attachment to above email: Corporate Financial Statements |
| VA017366 | 9/17/2011 4:30 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, | RE: Call Tomorrow re: Disclosure Schedules | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA017383 | 9/17/2011 4:05 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, | Re: Call Tomorrow re: Disclosure Schedules | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA017384 | 9/17/2011 3:45 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, | Call Tomorrow re: Disclosure Schedules | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA017385 | 2/11/2011 21:28 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | | RE: FW: Virtual Active, Inc. 909 Montgomery St., #104 (Landlord | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger Agreement |
| VA017386 | 2/11/2011 20:31 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | | Re: FW: Virtual Active, Inc. 909 Montgomery St., #104 (Landlord | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Notice of Merger |
| VA017387 | 2/11/2011 20:25 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | | FW: Virtual Active, Inc. 909 Montgomery St., #104 (Landlord Letters | Attorney-Client Privileged | | Attorney-client communication; VA attorney update re Merger Agreement |
| VA017388 | | | | | DOC175.PDF | Attorney-Client | | Attachment to above email: Re: |
| VA017395 | 10/24/2011 5:51 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." | | Fwd: AW: Virtual Active, Inc. 909 Montgomery St., #104 (Landlord Letters and Consent/Notice Letters | Attorney-Client Privileged | | Attorney-client communication; Client update to VA attorney. Re: Landlord consent |
| VA017396 | | | | | DOC175.PDF | Attorney-Client | | Attachment to above email: Re: |
| VA017417 | 10/21/2011 7:32 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: Virtual Active, Inc. 909 Montgomery St., #104 (Landlord Letters | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client Re: Landlord Consent |
| VA017418 | | | | | Virtual_Acitve_-_Project_Beat__Notice_and_Consent_to_Chang_Income_Property_Par | Attorney-Client Privileged | | Attachment to above email: Notice of Merger Agreement |
| VA017419 | | | | | Virtual_Acitve_-_Project_Beat__Letter_to_Chang_Income_Property_Partnership_LP_(In | Attorney-Client Privileged | | Attachment to above email: Notice of Merger Agreement |
| VA017420 | | | | | Virtual_Active_-_Project_Beat_-_Consent_Letter_(Master_Services_and_Licen | Attorney-Client Privileged | | Attachment to above email: Notice of Merger Agreement |
| VA017421 | | | | | Virtual_Active__Project_Beat_-_Notice_to_Indoorcycli | Attorney-Client Privileged | | Attachment to above email: Notice of Merger Agreement |
| VA017422 | | | | | Virtual_Active__Project_Beat_-_Notice_to_JHT_Ltd_an | Attorney-Client Privileged | | Attachment to above email: Notice of Merger Agreement |
| VA017423 | 10/24/2011 1:24 | Cindy Cannon <cindy@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, John Ford | | Re: Virtual Active/Netpulse Merger - Request for 2007 W- | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney query. Re: W2 |
| VA017424 | | | | | 2007_John_Ford_and_R | Attorney-Client | | Attachment to above email Re: |
| VA017425 | 10/24/2011 0:09 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Cindy Cannon <cindy@vafitness.com | John Ford <john@vafitness.com>, | Virtual Active/Netpulse Merger - Request for | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA017426 | 9/20/2011 3:31 | "Hsu, Eric" <ehsu@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com>, John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, | RE: Virtual Active - Project Beat signatures | Attorney-Client Privileged | | Attorney-client communication; VA attorney upate to client. re: Project Beat Signatures |
| VA017427 | | | | | Virtual_Active_(fka_Balanced_Fitness)__Projec | Attorney-Client Privileged | | Attachment to above email: merger tracking spreadsheet |
| VA017428 | 9/20/2011 0:26 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | | Re: Virtual Active - Project Beat signatures | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney. re: |
| VA017429 | 9/20/2011 0:14 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | | RE: Virtual Active - Project Beat signatures | Attorney-Client Privileged | | Attorney-client communication; VA attorney upate to client. re: |
| VA017432 | 9/19/2011 2:41 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | | RE: Virtual Active - Project Beat signatures | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client; re: |
| VA017433 | 9/19/2011 2:30 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | | Re: Virtual Active - Project Beat signatures | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA017434 | 9/19/2011 2:17 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, | Virtual Active - Project Beat signatures | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re the revision of the Merger Agreement |
| VA017435 | | | | | Virtual_Active_(fka_Balanced_Fitness)__Projec | Attorney-Client Privileged | | Attachment to above email: Merger Agreement active |
| VA017436 | 9/21/2011 5:19 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: Retention Bonus Paid by Netpulse | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. Re: |
| VA017437 | 9/21/2011 5:16 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Retention Bonus Paid by Netpulse | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney; |
| VA017438 | 9/21/2011 5:13 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | 'John Ford' <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | Retention Bonus Paid by Netpulse | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. Re: |
| VA017439 | 10/21/2011 5:38 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA017440 | 10/21/2011 5:39 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA017441 | 10/21/2011 5:34 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA017442 | 10/21/2011 5:26 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA017445 | 10/20/2011 0:43 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, | Re: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA017446 | 10/20/2011 0:33 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, | RE: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA017447 | 10/20/2011 0:31 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, | Re: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA017448 | 10/20/2011 6:38 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, | Re: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA017449 | 10/20/2011 5:56 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, | Re: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA017450 | 10/20/2011 1:00 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, | RE: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA017451 | 10/20/2011 0:48 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | RE: Virtual Active - Reorganization Agreements (Drafts) | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, updates and advice on VA corporate reorganization |
| VA017452 | 10/20/2011 0:44 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, | Re: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA017453 | 10/20/2011 0:41 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, | Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA017454 | | | | | Virtual_Active__Project_Beat_-_Reorganization_- | Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of |
| VA017455 | | | | | Virtual_Active__Reorganization_-_Omnibus_Amendment | Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of |
| VA017456 | | | | | Virtual_Active__Reorganization_-_A&R_Articles_of_Incor | Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of |
| VA017457 | | | | | Virtual_Active_-_Reorganization_- | Attorney-Client Privileged | | Attachment to attorney-client communication, above; |
| VA017458 | | | | | Virtual_Active__Reorganization_Spreadsheet_( | Attorney-Client Privileged | | Attachment to attorney-client communication, above; |
| VA017459 | 9/17/2011 7:26 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com>, "Hsu, Eric" <ehsu@wsgr.com>, "Huie, James" | | Conference Call re: Disclosure Schedules | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA017460 | | | | | Conference Call re: Disclosure Schedules | Attorney-Client Privileged | | Attachment to above email: Meeting invite between attorney |
| VA017463 | 9/21/2011 0:50 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | 'John Ford' <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | FW: Project Beat - Latest Updated | Attorney-Client Privileged | | Attorney-client communication; VA attorney request to client. |
| VA017464 | | | | | 780725_Result.rtf | Attorney-Client | | Attachment to above email. Re: |
| VA017972 | 10/11/2011 18:15 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Letters of Transmittal | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney. Re: |
| VA017973 | 10/11/2011 18:11 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Letters of Transmittal | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA017974 | | | | | WSGR_Payoff_Letter.p | Attorney-Client | | Attachment to above email Re: |
| VA017975 | 10/11/2011 18:08 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Letters of Transmittal | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA017976 | | | | | WSGR_Payoff_Letter.p | Attorney-Client | | Attachment to above email Re: |
| VA017977 | | | | | WSGR_Payoff_Letter(1) | Attorney-Client | | Attachment to above email Re: |
| VA017978 | 10/11/2011 18:04 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Letters of Transmittal | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney. Re: |
| VA017994 | 10/11/2011 17:58 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Letters of Transmittal | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA017995 | | | | | Sandra_and_Donald_Dubois_transfer_to_Cin | Attorney-Client Privileged | | Attachment to above email. Re: Assignment Separate from |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA017996 | 10/11/2011 17:41 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Virtual Active - Letters of Transmittal | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney. Re: |
| VA017997 | 10/11/2011 17:40 | "Hsu, Eric" <ehsu@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Letters of Transmittal | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA017998 | 10/11/2011 17:41 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Virtual Active - Letters of Transmittal | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA017999 | 10/11/2011 17:34 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Letters of Transmittal | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA018000 | 10/11/2011 17:33 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Letters of Transmittal | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney. Re: |
| VA018001 | 10/11/2011 17:29 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Letters of Transmittal | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA018002 | 10/11/2011 17:15 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | | Re: Virtual Active - Letters of Transmittal | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney. Re: |
| VA018003 | 10/11/2011 2:27 | "Hsu, Eric" <ehsu@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Virtual Active - Letters of Transmittal batch 1 | Attorney-Client Privileged | | Attorney-client communication VA attorney query to client Re: |
| VA018004 | | | | | Letters_of_Transmittal_ | Not Privileged | | Not Privileged |
| VA018005 | | | | | Virtual Active - PDF Letter of Transmittal for | Attorney-Client Privileged | | Attachment to above email Re: Letter of transmittal |
| VA018006 | | | | | Virtual Active - PDF Letter of Transmittal for | Attorney-Client Privileged | | Attachment to above email Re: Letter of transmittal |
| VA018007 | | | | | Virtual Active - PDF Letter of Transmittal for Keith S. Moreland and | Attorney-Client Privileged | | Attachment to above email Re: Letter of transmittal |
| VA018008 | | | | | Virtual Active - PDF Letter of Transmittal for Frank and Rosemary | Attorney-Client Privileged | | Attachment to above email Re: Letter of transmittal |
| VA018009 | | | | | Virtual Active - PDF Letter of Transmittal for | Attorney-Client Privileged | | Attachment to above email Re: Letter of transmittal |
| VA018010 | | | | | Virtual Active - PDF Letter of Transmittal for | Attorney-Client Privileged | | Attachment to above email Re: Letter of transmittal |
| VA018011 | | | | | Virtual Active - PDF Letter of Transmittal for Vincent L. Oatis and | Attorney-Client Privileged | | Attachment to above email Re: Letter of transmittal |
| VA018012 | | | | | Virtual Active - PDF Letter of Transmittal for Dale Stephen Canfield | Attorney-Client Privileged | | Attachment to above email Re: Letter of transmittal |
| VA018013 | | | | | Virtual Active - PDF Letter of Transmittal for Sandra and Donald | Attorney-Client Privileged | | Attachment to above email Re: Letter of transmittal |
| VA018014 | | | | | Virtual Active - PDF Letter of Transmittal for Abelardo and Luisa | Attorney-Client Privileged | | Attachment to above email Re: Letter of transmittal |
| VA018037 | 9/17/2011 1:07 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Re: Project Beat - Available Funds for | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA018038 | 9/17/2011 1:05 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | | Project Beat - Available Funds for WSGR's bills | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA018039 | 10/21/2011 5:59 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Virtual Active, Inc. 909 Montgomery St., | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018042 | 10/20/2011 9:17 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: Virtual Active, Inc. 909 Montgomery St., | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client Re: |
| VA018046 | 10/20/2011 9:08 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Virtual Active, Inc. 909 Montgomery St., | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018047 | 10/20/2011 8:45 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: Virtual Active, Inc. 909 Montgomery St., | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client Re: |
| VA018048 | 9/15/2011 0:54 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com >, "Huie, James" <jhuie@wsgr.com>, | RE: Virtual Active - Due Diligence (Financial Statements) | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA018049 | 10/20/2011 8:39 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Virtual Active, Inc. 909 Montgomery St., | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018050 | 10/20/2011 8:26 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: Virtual Active, Inc. 909 Montgomery St., | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client Re: |
| VA018054 | 10/20/2011 7:30 | John Ford <john@vafitness.com> | James Huie <jhuie@wsgr.com> | | Fwd: Virtual Active, Inc. 909 Montgomery St., | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: |
| VA018060 | 10/19/2011 8:44 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, | FW: Virtual Active, Inc. 909 Montgomery St., | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA018061 | | | | | Virtual_Acitve_-_Project_Beat__Notice_and_Consent_to_Chan g_Income_Property_Par | Attorney-Client Privileged | | Attachment to above email: Notice of Merger Agreement |
| VA018062 | 10/19/2011 1:59 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, | RE: Virtual Active, Inc. 909 Montgomery St., | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client Re: |
| VA018063 | | | | | Virtual_Acitve_-_Project_Beat__Notice_and_Consent_to_Chan g_Income_Property_Par | Attorney-Client Privileged | | Attachment to above email: Notice of Merger Agreement |
| VA018066 | 10/18/2011 3:04 | John Ford <john@vafitness.com> | James Huie <jhuie@wsgr.com>, Eric Hsu | | Fwd: Virtual Active, Inc. 909 Montgomery St., #104 | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: Landlord consent |
| VA018067 | | | | | Sample_Assignment_& | Attorney-Client | | Attachment to above email. Re: |
| VA018068 | 9/15/2011 0:51 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Cindy Cannon <cindy@vafitness.com >, "Huie, James" <jhuie@wsgr.com>, | Re: Virtual Active - Due Diligence (Financial Statements) | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA018084 | 8/11/2011 17:33 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Urgent | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018085 | 8/11/2011 17:32 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Urgent | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA018086 | 9/15/2011 0:18 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com >, "Huie, James" <jhuie@wsgr.com>, | Virtual Active - Due Diligence (Financial Statements) | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client re Merger Agreement |
| VA018087 | 8/11/2011 17:31 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Urgent | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018088 | 8/11/2011 17:30 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Urgent | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA018089 | 8/11/2011 17:29 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Urgent | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018090 | 8/11/2011 17:28 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | RE: Urgent | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re outstanding contract |
| VA018091 | | | | | Virtual_Active__Amend ment_to_ICG_Agreeme | Attorney-Client Privileged | | Attachment to above email: Draft License Agreement |
| VA018092 | 8/11/2011 17:25 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | RE: Urgent | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re outstanding contract |
| VA018093 | | | | | Virtual_Active__Amend ment_to_ICG_Agreeme | Attorney-Client Privileged | | Attachment to above email: Draft License Agreement |
| VA018094 | 8/11/2011 17:23 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | RE: Urgent | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re outstanding contract |
| VA018095 | | | | | Virtual_Active__Amend ment_to_ICG_Agreeme | Attorney-Client Privileged | | Attachment to above email: Draft License Agreement |
| VA018096 | 8/11/2011 17:22 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Urgent | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018097 | 8/11/2011 17:23 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Urgent | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA018098 | 8/11/2011 17:17 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Hsu, Eric" | | Urgent | Attorney-Client Privileged | | Attorney-client communication; Client query to Attorney re Merger Agreement |
| VA018110 | 8/11/2011 1:14 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | RE: Urgent | Attorney-Client Privileged | | Attorney-client communication; VA attorney request to Client for faxed documents |
| VA018111 | 8/11/2011 1:12 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Urgent | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney re requested faxed documents |
| VA018243 | 12/11/2011 7:35 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Executed Copy of Warnock Partial | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA018253 | 12/11/2011 7:27 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Executed Copy of Warnock Partial | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client |
| VA018254 | 12/11/2011 7:21 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Executed Copy of Warnock Partial | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018255 | 12/11/2011 6:58 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Executed Copy of Warnock Partial | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client Re: |
| VA018256 | 9/20/2011 3:01 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - NOL and Reorg | Attorney-Client Privileged | | Attorney-client communication; Client response to VA attorney |
| VA018257 | 9/20/2011 2:41 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Project Beat - NOL and Reorg | Attorney-Client Privileged | | Attorney-client communication; Client response to VA attorney |
| VA018258 | 11/11/2011 0:24 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | FW: Virtual Active - Assignment of Right to | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. re: |
| VA018259 | | | | | Assignment_of_Contrac | Attorney-Client | | Attachment to above email. Re |
| VA018260 | 9/18/2011 4:14 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com | | Re: Virtual Active - Due Diligence (outstanding | Attorney-Client Privileged | | Internal client email relaying/forwarding attorney |
| VA018261 | 9/18/2011 4:13 | Cindy Cannon <cindy@vafitness.com | John Ford <john@vafitness.com> | | Re: Virtual Active - Due Diligence (outstanding | Attorney-Client Privileged | | Internal client email relaying/forwarding attorney |
| VA018262 | 9/18/2011 4:11 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com | | Re: Virtual Active - Due Diligence (outstanding | Attorney-Client Privileged | | Internal client email relaying/forwarding attorney |
| VA018263 | 9/18/2011 4:10 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Re: Virtual Active - Due Diligence (outstanding | Attorney-Client Privileged | | Internal client email relaying/forwarding attorney |
| VA018264 | 1/11/2011 2:21 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | RE: AFR | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to Client re |
| VA018265 | | | | | Virtual_Active__Reorganization_-_Note_Exchange_Agree | Attorney-Client Privileged | | Attachment to above email: Draft copy of Note Exchange Agreement |
| VA018266 | | | | | Virtual_Active__Project_Beat_-_New_Warnock_Promis | Attorney-Client Privileged | | Attachment to above email: Draft copy of Promissory Note for Note Exchange Agreement |
| VA018267 | 9/18/2011 5:59 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Virtual Active - Due Diligence (outstanding | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018268 | 9/18/2011 5:55 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | RE: Virtual Active - Due Diligence (outstanding | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re |
| VA018269 | 9/18/2011 5:29 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Virtual Active - Due Diligence (outstanding | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018270 | 9/18/2011 5:27 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Virtual Active - Due Diligence (outstanding | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018271 | 9/18/2011 5:27 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Virtual Active - Due Diligence (outstanding | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re |
| VA018272 | 9/18/2011 5:26 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com >, "Byrnes, Stephen J." | RE: Virtual Active - Due Diligence (outstanding documents) | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client re missing documents in relation |
| VA018273 | 9/18/2011 5:24 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Cindy Cannon <cindy@vafitness.com >, "Byrnes, Stephen J." | Re: Virtual Active - Due Diligence (outstanding documents) | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re insurance policies in |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA018274 | 9/18/2011 5:09 | "Hsu, Eric" <ehsu@wsgr.com> | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com>, "Byrnes, Stephen J." | RE: Virtual Active - Due Diligence (outstanding documents) | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client re missing documents in relation |
| VA018275 | 9/18/2011 5:02 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | "Hsu, Eric" "Stephen J. Byrnes." | Re: Virtual Active - Due Diligence (outstanding documents) | Attorney-Client Privileged | | Internal client email relaying/forwarding attorney advice/counsel re Merger |
| VA018276 | 9/18/2011 4:40 | Cindy Cannon <cindy@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, John Ford | | Re: Virtual Active - Due Diligence (outstanding documents) | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query/request for documents in |
| VA018277 | | | | | Vendor_List.xlsx | Attorney-Client Privileged | | Attachment to above email: Vendor List forwarded to VA |
| VA018278 | 10/31/2011 3:43 | John Ford <john@vafitness.com> | "Stephen J. Byrnes" <sbyrnes@wsgr.com> | | AFR | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney. Re: |
| VA018279 | 9/18/2011 4:36 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Fwd: Virtual Active - Due Diligence | Attorney-Client Privileged | | Internal client email relaying/forwarding attorney |
| VA018280 | 9/18/2011 4:23 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Cindy Cannon <cindy@vafitness.com>, "Byrnes, Stephen J." | Re: Virtual Active - Due Diligence (outstanding documents) | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re employee agreements |
| VA018281 | 9/18/2011 4:22 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Cindy Cannon <cindy@vafitness.com>, "Byrnes, Stephen J." | Re: Virtual Active - Due Diligence (outstanding documents) | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re employee agreements |
| VA018282 | 9/18/2011 4:07 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com>, "Byrnes, Stephen J." | RE: Virtual Active - Due Diligence (outstanding documents) | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client re outstanding documents in |
| VA018283 | 9/18/2011 4:04 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com>, "Byrnes, Stephen J." | Virtual Active - Due Diligence (outstanding documents) | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA018284 | 8/21/2011 3:25 | "Murano, Scott" <smurano@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Executed Letter | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA018285 | 8/21/2011 1:56 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | | Re: Executed Letter | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018286 | 8/19/2011 1:23 | "Murano, Scott" <smurano@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: Executed Letter | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA018287 | 8/19/2011 8:00 | John Ford <john@vafitness.com> | Scott Murano <smurano@wsgr.com> | | Fwd: Executed Letter | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney re |
| VA018288 | | | | | Executed_Netpulse_Virtual_Active_LOI.pdf | Attorney-Client Privileged | | Attachment to above email: Correspondence to Client re |
| VA018290 | 9/16/2011 7:23 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Murano, Scott" | | Fwd: Open source software | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney re Open Source Agreements |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA018297 | 9/21/2011 3:09 | "Huie, James" <jhuie@wsgr.com> | "Slafsky, John" <JSlafsky@wsgr.com>, "Murano, Scott" <smurano@wsgr.com>, 'John Ford' | | Virtual Active Call - WSGR Bill | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Response to previous email. Re: Consent Documents |
| VA018298 | | | | | Virtual Active Call - | Attorney-Client | | Attachment to above email. Re: |
| VA018299 | 9/21/2011 2:33 | "Murano, Scott" <smurano@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, | RE: Specified Liabilities | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA018300 | 9/21/2011 2:30 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Specified Liabilities | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018301 | 9/21/2011 2:22 | "Murano, Scott" <smurano@wsgr.com> | John Ford <john@vafitness.com>, "Huie, James" | | RE: Specified Liabilities | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Re: Specified Liabilities |
| VA018302 | 9/21/2011 1:52 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | RE: Specified Liabilities | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. re: |
| VA018303 | 9/21/2011 1:41 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Specified Liabilities | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018304 | 9/21/2011 1:14 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | RE: Specified Liabilities | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. re: |
| VA018305 | 9/21/2011 1:10 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Specified Liabilities | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018306 | 9/21/2011 1:06 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com>, "Murano, Scott" <smurano@wsgr.com> | | RE: Specified Liabilities | Attorney-Client Privileged | | Attorney-client communication; VA attorney request to client. re: Liabilities |
| VA018307 | 9/16/2011 7:19 | Ryan Damm <Ryan@vafitness.com> | John Ford <john@vafitness.com> | | Re: Open source software | Attorney-Client Privileged | | Internal client email forwarded/relaying attorney |
| VA018310 | 9/20/2011 8:13 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | | Re: Fax | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney Re: |
| VA018311 | 9/20/2011 8:08 | "Hsu, Eric" <ehsu@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | RE: Fax | Attorney-Client Privileged | | Attorney-client communication; VA attorney request to client. |
| VA018312 | 9/20/2011 7:52 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | | Re: Fax | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney Re: |
| VA018313 | 9/20/2011 7:52 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Fax | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. Re: |
| VA018314 | | | | | Virtual_Active_-_Invention_Assignment | Attorney-Client Privileged | | Attachment to above email re: employment agreement |
| VA018315 | 9/20/2011 7:48 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Fax | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney Re: |
| VA018316 | 9/20/2011 7:43 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | RE: Fax | Attorney-Client Privileged | | Attorney-client communication; VA attorney request to client. Re: Faxed documents |
| VA018317 | 9/20/2011 7:09 | John Ford <john@vafitness.com> | Eric Hsu <ehsu@wsgr.com>, "Stephen J. Byrnes" | | Fax | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney re: faxed documents |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA018318 | 9/20/2011 5:15 | John Ford <john@vafitness.com> | john@vafitness.com | | Fwd: FW: Virtual Active Agreement - scanned document | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client query to attorney query. re: Merger agreement |
| VA018319 | | | | | Virtual_Active_Agreement_8-3-09.pdf | Attorney-Client Privileged; Trade Secret | | Attachment to above email re: license agreement |
| VA018336 | 9/16/2011 1:12 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com>, | Re: Open source software | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018337 | 10/28/2009 1:09 | "Murano, Scott" <smurano@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: FW: Virtual Active Agreement - scanned | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to Client re |
| VA018338 | 10/28/2009 1:06 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: FW: Virtual Active Agreement - scanned | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018339 | 10/28/2009 1:04 | "Murano, Scott" <smurano@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: FW: Virtual Active Agreement - scanned | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice/response to |
| VA018340 | 10/28/2009 1:01 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | | Re: FW: Virtual Active Agreement - scanned | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018341 | 10/28/2009 0:55 | "Murano, Scott" <smurano@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: FW: Virtual Active Agreement - scanned | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice/update to |
| VA018342 | 10/28/2009 0:50 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | | Fwd: FW: Virtual Active Agreement - scanned | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney re |
| VA018343 | | | | | Virtual_Active_Agreement_8-3-09.pdf | Attorney-Client Privileged | | Attachment to above email: licensing agreement with OEM |
| VA018361 | 4/10/2011 5:36 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Re: Virtual Active - Update | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018362 | 4/10/2011 4:43 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." | Virtual Active - Update | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger Agreement Amendment |
| VA018363 | 9/16/2011 1:05 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, | RE: Open source software | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA018366 | 9/14/2011 2:08 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com>, "'cindy@vafitness.com'" <cindy@vafitness.com>, "Murano, Scott" | | Re: DD Request List with every item commented on | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA018367 | 9/14/2011 2:05 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, Cindy Cannon <cindy@vafitness.com>, "Murano, Scott" <smurano@wsgr.com> | | DD Request List with every item commented on | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney re Merger Agreement |
| VA018368 | | | | | Netpulse__Virtual_Active_DD_REQUESTS_COM | Attorney-Client Privileged | | Attachment to above email: Due Diligence Checklist |
| VA018369 | 9/20/2011 5:02 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - Merger Agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA018370 | 9/20/2011 4:59 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - Merger Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. re: |
| VA018371 | 9/20/2011 4:56 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - Merger Agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018372 | 9/20/2011 4:55 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - Merger Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. re: |
| VA018373 | 9/20/2011 4:49 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - Merger Agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018374 | 9/20/2011 4:47 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - Merger Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. re: |
| VA018375 | 9/20/2011 4:37 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - Merger Agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018376 | 9/16/2011 1:04 | John Ford <john@vafitness.com> | Ryan Damm <Ryan@vafitness.com> | | Fwd: Open source software | Attorney-Client Privileged | | Internal client email forwarding/relaying attorney |
| VA018377 | 9/20/2011 6:48 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Project Beat - Merger Agreement Open Items | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. re: |
| VA018378 | 10/28/2011 1:41 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Virtual Active - Optionee Notice | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client Re: |
| VA018379 | | | | | Project_Beat__Optione e_Notice_(Final)_(PALI | Attorney-Client Privileged | | Attachment to above email. Re: Notice to Option Holders |
| VA018380 | 9/16/2011 1:02 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com>, | Re: Open source software | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018381 | 9/16/2011 1:02 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, | RE: Open source software | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA018382 | 9/16/2011 0:20 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." | | Open source software | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney re Open Source Agreements |
| VA018383 | 9/19/2011 1:28 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.co m>, "Timm, Carol" <ctimm@wsgr.com>, | Project Beat - Section 8.2(r) amendment | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client regarding the amendment of agreements in relation to the |
| VA018384 | 10/14/2011 9:37 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford | "Huie, James" <jhuie@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com> | RE: Fwd: VA Reorganization Question - 2011 Net Operating Losses | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attorney-client communication, seeking, and conveying, updates and advice on VA corporate reorganization |
| VA018385 | 10/14/2011 8:18 | John Ford <john@vafitness.com> | James Huie <jhuie@wsgr.com>, Eric Hsu | | Fwd: VA Reorganization Question - 2011 Net Operating Losses | Attorney-Client Privileged | | Internal client email forwarding attorney advice/counsel Re: Reorganization Questions |
| VA018386 | | | | | VA_P_and_L_Q3_11.xls | Attorney-Client | | Attachment to above email; |
| VA018387 | 10/14/2011 4:12 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Re: VA Reorganization Question - 2011 Net Operating Losses | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication, seeking, and conveying, updates and advice on VA |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA018388 | | | | | VA_P_and_L_Q3_11.xls x | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attachment to above email; Corporate Financials. |
| VA018389 | 11/11/2011 20:22 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Fwd: Documents | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA018390 | 10/14/2011 1:19 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com > | | Fwd: VA Reorganization Question - 2011 Net Operating Losses | Attorney-Client Privileged; Privacy Privileged | | Internal client email forwarding attorney advice/counsel Re: Reorganization Questions |
| VA018391 | 10/14/2011 1:11 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | VA Reorganization Question - 2011 Net Operating Losses | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication, seeking, and conveying, updates and advice on VA |
| VA018392 | 2/11/2011 19:49 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Follow-Up on Ordinary Course Trade Payables/Liabilities | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA018393 | 2/11/2011 19:39 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | Follow-Up on Ordinary Course Trade Payables/Liabilities | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Amendment to Merger |
| VA018616 | 1/11/2011 20:49 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, | Re: FW: Netpulse - VA information statement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018617 | 1/11/2011 20:34 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, | FW: Netpulse - VA information statement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger |
| VA018618 | | | | | Virtual_Active__Project _Beat_- _Reorganization_Inform | Attorney-Client Privileged | | Attachment to above email: Information Statement for Merger Agreement |
| VA018619 | | | | | Virtual_Active_- _Reorganization_- | Attorney-Client Privileged | | Attachment to above email: Draft Copy of Information |
| VA018652 | 9/19/2011 2:32 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Huie, James" | | Fwd: Project Beat - Board and Stockholder Consent (Signature Page Packets) | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney re consent form in relation to Merger Agreement |
| VA018653 | | | | | Virtual_Active_- _Stockholder_Consent_ | Attorney-Client Privileged | | Attachment to above email: Signature page sent to VA |
| VA018665 | 9/19/2011 8:07 | John Ford <john@vafitness.com> | "Stephen J. Byrnes" <sbyrnes@wsgr.com>, Eric Hsu <ehsu@wsgr.com>, James Huie | | Fwd: Project Beat - Board and Stockholder Consent (Signature Page Packets) | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney. re: Signature page |
| VA018666 | | | | | Optionholders- | Attorney-Client | | Attachment to above email. Re: |
| VA018675 | 11/11/2011 20:00 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Fwd: Documents | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: |
| VA018676 | | | | | Partial_Assignment_of_ | Attorney-Client | | Attachment to above email. Re: |
| VA018698 | 9/18/2011 2:04 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> , "Hsu, Eric" <ehsu@wsgr.com>, | Re: Project Beat - Board and Stockholder Consent (Signature Page Packets) | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query/request for documents in relation to Merger Agreement |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA018699 | 9/18/2011 9:19 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com>, | Project Beat - Board and Stockholder Consent (Signature Page Packets) | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Board and Shareholder consent forms in relation to Merger |
| VA018700 | | | | | Adam_Ford.pdf | Attorney-Client Privileged | | Attachment to above email: Shareholder Consent Form forwarded by VA attorney for |
| VA018701 | | | | | Billy_Shipp.pdf | Attorney-Client Privileged | | Attachment to above email: Shareholder Consent Form forwarded by VA attorney for |
| VA018702 | | | | | John_A._Ford.pdf | Attorney-Client Privileged | | Attachment to above email: Shareholder Consent Form forwarded by VA attorney for |
| VA018703 | | | | | John_H._Ford.pdf | Attorney-Client Privileged | | Attachment to above email: Shareholder Consent Form forwarded by VA attorney for |
| VA018704 | | | | | Lance_D._Ford.pdf | Attorney-Client Privileged | | Attachment to above email: Shareholder Consent Form forwarded by VA attorney for |
| VA018705 | | | | | Laura_Sachs.pdf | Attorney-Client Privileged | | Attachment to above email: Shareholder Consent Form forwarded by VA attorney for |
| VA018706 | | | | | Optionholders.pdf | Attorney-Client Privileged | | Attachment to above email: Optionholder Consent Form forwarded by VA attorney for |
| VA018707 | | | | | Steven_P._Sixt.pdf | Attorney-Client Privileged | | Attachment to above email: Shareholder Consent Form forwarded by VA attorney for |
| VA018708 | | | | | Steven_W._Ford.pdf | Attorney-Client Privileged | | Attachment to above email: Shareholder Consent Form forwarded by VA attorney for |
| VA018727 | 4/11/2011 2:33 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Fwd: Fwd: Fw: Revised Agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018728 | | | | | Virtual_Active__Project _Beat_- _New_Warnock_Promis | Attorney-Client Privileged | | Attachment to above email: Promissory Note in relation to Merger Agreement |
| VA018930 | 3/10/2011 16:38 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | | RE: Fw: Revised Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to Client re |
| VA018931 | 3/10/2011 16:22 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Re: Fw: Revised Agreement | Attorney-Client Privileged | | Attorney-client communication; Client query to Attorney re |
| VA018932 | 8/11/2011 20:13 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | | Re: Fax coming through to you | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018933 | 3/10/2011 16:15 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Re: Fw: Revised Agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA018934 | 3/10/2011 0:23 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, | Fw: Revised Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger Agreement Draft |
| VA018935 | | | | | _21672681v17_LEGAL_-_ | Attorney-Client Privileged | | Attachment to above email: Draft Copy of Merger |
| VA018936 | | | | | WS_BinaryComparison__21672681v16_LEGAL__-_Netpulse_Virtual_Merg | Attorney-Client Privileged | | Attachment to above email: Draft Copy of Merger Agreement |
| VA018937 | 9/17/2011 7:24 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com | | Fwd: Updated DD List | Attorney-Client Privileged | | Internal client email forwarding attorney advice/counsel re |
| VA018938 | 9/16/2011 2:31 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, Cindy Cannon <cindy@vafitness.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, "Murano, Scott" | | Re: Updated DD List | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Due Diligence for Merger Agreement |
| VA018939 | 9/16/2011 2:26 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, Cindy Cannon <cindy@vafitness.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, "Murano, Scott" | | Re: Updated DD List | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Due Diligence for Merger Agreement |
| VA018940 | 9/16/2011 2:02 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." | RE: Updated DD List | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA018941 | | | | | Virtual_Active_-_Project_Beat_Due_Diligence_Request_List_(9- | Attorney-Client Privileged | | Attachment to above email: Due Diligence Checklist provided by VA attorney |
| VA018942 | 9/16/2011 1:59 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." | | Updated DD List | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney re Merger Agreement |
| VA018943 | 9/17/2011 1:39 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com>, "Hsu, Eric" | RE: Virtual Active - Due Diligence | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA018944 | 9/17/2011 1:38 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Cindy Cannon <cindy@vafitness.com>, "Byrnes, Stephen J." | Re: Virtual Active - Due Diligence | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA018945 | 9/17/2011 1:35 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com>, "Byrnes, Stephen J." | Virtual Active - Due Diligence | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA018946 | 8/11/2011 20:12 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Fax coming through to you | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA018947 | | | | | Ryan_Damm_Signature _Page.pdf | Attorney-Client Privileged | | Attachment to above email: Draft shareholder consent form |
| VA018948 | 9/21/2011 3:00 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Slafsky, John" <JSlafsky@wsgr.com>, "Murano, Scott" | Virtual Active - John H Ford Personal Guaranty | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. re: Personal guarantee |
| VA018949 | | | | | Virtual_Active_- _John_H_Ford_Personal _Guaranty_(WSGR_fees | Attorney-Client Privileged | | Attachment to above email. re: Personal guarantee |
| VA018950 | 9/15/2011 0:56 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Murano, Scott" <smurano@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, Cindy Cannon <cindy@vafitness.com | DD Items D1,D2,D11,D13 | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA018951 | | | | | RumblefishMusicLicen se.pdf | Attorney-Client Privileged | | Attachment to above email: Music License Agreement |
| VA018952 | | | | | Virtual_Active_JHT_Non exclusive_signed_agree | Attorney-Client Privileged | | Attachment to above email: Tech License Agreement |
| VA018953 | | | | | JHTCommercialAmend mentA.pdf | Attorney-Client Privileged | | Attachment to above email: Tech License Agreement |
| VA018954 | | | | | Virtual_Active_JHTNA_ Commercial_Amendme | Attorney-Client Privileged | | Attachment to above email: Tech License Agreement |
| VA018955 | | | | | JHTNA_Virtual_Active_A mendment_B_signed_1 | Attorney-Client Privileged | | Attachment to above email: Tech License Agreement |
| VA018956 | | | | | 2011-6- 29_Commercial_Virtual _Active_- | Attorney-Client Privileged | | Attachment to above email: Tech License Agreement subject to confidentiality clause |
| VA018957 | | | | | OriginalICGMyRideHom e.pdf | Attorney-Client Privileged | | Attachment to above email: License Agreement with OEM |
| VA018958 | | | | | Virtual_Active_- _ICG_Agreement.pdf | Attorney-Client Privileged | | Attachment to above email: License Agreement with OEM |
| VA018959 | 10/10/2011 22:48 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Re: FW: Checklist | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018968 | 10/10/2011 22:43 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | RE: FW: Checklist | Attorney-Client Privileged | | Attorney-client communication; VA attorney response to client. |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA018969 | | | | | Virtual_Active_-_John_A_Ford_Personal_Guaranty_(WSGR_fees | Attorney-Client Privileged | | Attachment to above email. Re: Personal Guarantee |
| VA018970 | 10/10/2011 22:29 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Re: FW: Checklist | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA018971 | 10/10/2011 21:40 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." | FW: Checklist | Attorney-Client Privileged | | Attorney-client communication; VA attorney update/query to client. Re: Document checklist |
| VA018972 | | | | | Netpulse_Closing_Che | Attorney-Client | | Attachment to above email Re: |
| VA018981 | 8/11/2011 20:08 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Fax coming through to you | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re |
| VA019116 | 9/20/2011 2:59 | "Huie, James" <jhuie@wsgr.com> | "john@vafitness.com" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Netpulse/VA - revised merger | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client for |
| VA019117 | 9/20/2011 2:56 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Netpulse/VA - revised merger | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019118 | 9/20/2011 2:54 | "Huie, James" <jhuie@wsgr.com> | "john@vafitness.com" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Fw: Netpulse/VA - revised merger | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. re: |
| VA019119 | | | | | _21672681v12_LEGAL_-_ | Attorney-Client Privileged | | Attachment to above email Re: Agreement and Plan Merger |
| VA019120 | | | | | WS_BinaryComparison__21672681v11_LEGAL_-_Netpulse_Virtual_Merg | Attorney-Client Privileged | | Attachment to above email Re: agreement and plan merger draft. |
| VA019181 | 11/19/2011 0:27 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | RE: NP/VA Merger - Perkins Request for | Attorney-Client Privileged | | Attorney-client communication; VA attorney request to client Re: |
| VA019182 | 8/11/2011 20:08 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Fax coming through to you | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re |
| VA019312 | 9/19/2011 4:36 | "Huie, James" <jhuie@wsgr.com> | "john@vafitness.com" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Fw: Netpulse/VA - revised merger | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA019313 | 8/11/2011 20:07 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Fax coming through to you | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019314 | 9/19/2011 4:31 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Fw: Netpulse/VA - revised merger | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney; |
| VA019315 | 9/19/2011 4:28 | "Huie, James" <jhuie@wsgr.com> | "john@vafitness.com" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Fw: Netpulse/VA - revised merger | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client; |
| VA019316 | 9/19/2011 4:17 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Netpulse/VA - revised merger | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney; |
| VA019376 | 9/19/2011 2:11 | John Ford <john@vafitness.com> | "Barry, Ralph" <rbarry@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Netpulse/VA - revised merger | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019377 | 9/19/2011 2:11 | "Barry, Ralph" <rbarry@wsgr.com> | John Ford <john@vafitness.com>, "Huie, James" | | Re: Fw: Netpulse/VA - revised merger agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re the revision of the Merger |
| VA019378 | 9/19/2011 1:59 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Barry, Ralph" <rbarry@wsgr.com> | Re: Fw: Netpulse/VA - revised merger | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019379 | 9/19/2011 1:57 | "Huie, James" <jhuie@wsgr.com> | "john@vafitness.com" <john@vafitness.com> | "Barry, Ralph" <rbarry@wsgr.com> | Fw: Netpulse/VA - revised merger | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA019380 | 9/19/2011 1:02 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Fw: Netpulse/VA - revised merger | Attorney-Client Privileged | | Attorney-client communication; VA attorney sending copy of |
| VA019381 | | | | | _21672681v10_LEGAL_-_ | Attorney-Client Privileged | | Attachment to above email: Draft Copy of Merger |
| VA019382 | | | | | WS_BinaryComparison__21672681v9_LEGAL_-_Netpulse_Virtual_Merg | Attorney-Client Privileged | | Attachment to above email: Draft Copy of Merger Agreement subject to confidentiality agreement |
| VA019383 | 9/17/2011 7:32 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | | RE: Netpulse/VA - revised merger | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA019384 | 8/11/2011 19:56 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Fax coming through to you | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re |
| VA019385 | 9/17/2011 7:31 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Re: Netpulse/VA - revised merger | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019386 | 9/17/2011 7:28 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | | RE: Netpulse/VA - revised merger | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA019387 | 9/17/2011 5:27 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> , "Byrnes, Stephen J." | Re: Netpulse/VA - revised merger agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA019388 | 9/17/2011 5:12 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> , "Byrnes, Stephen J." | Re: Netpulse/VA - revised merger agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA019389 | 9/17/2011 6:28 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> , "Byrnes, Stephen J." | FW: Netpulse/VA - revised merger agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA019390 | | | | | WS_BinaryComparison__21672681v7_LEGAL_-_Netpulse_Virtual_Merg | Attorney-Client Privileged | | Attachment to above email: Draft Merger Agreement with attorney comments and edits and subject to confidentiality |
| VA019391 | | | | | _21672681v8_LEGAL__-_Netpulse_Virtual_Merg | Attorney-Client Privileged | | Attachment to above email: Draft Merger Agreement with |
| VA019392 | 9/17/2011 0:53 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> , "Hsu, Eric" <ehsu@wsgr.com>, | Re: Netpulse/VA - revised merger agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re draft Merger Agreement |
| VA019393 | 9/17/2011 0:45 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> , "Hsu, Eric" <ehsu@wsgr.com>, | Fw: Netpulse/VA - revised merger agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA019394 | | | | | WS_BinaryComparison__21672681v7_LEGAL_-_Netpulse_Virtual_Merg | Attorney-Client Privileged | | Attachment to above email: Draft Merger Agreement with attorney comments and edits and subject to confidentiality |
| VA019395 | | | | | _21672681v8_LEGAL__-_Netpulse_Virtual_Merg | Attorney-Client Privileged | | Attachment to above email: Draft Merger Agreement with |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA019396 | 1/8/2011 23:46 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; VA attorney advice re Stock Option Agreements |
| VA019397 | 1/8/2011 23:45 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com > | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; VA attorney advice re Stock Option Agreements |
| VA019398 | 1/8/2011 23:41 | Cindy Cannon <cindy@vafitness.com > | "Huie, James" <jhuie@wsgr.com>, John Ford | | Re: Virtual Active | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Stock Option |
| VA019399 | 8/11/2011 19:47 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Hsu, Eric" | | Fax coming through to you | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney re requested documents |
| VA019400 | 1/8/2011 18:21 | "Huie, James" <jhuie@wsgr.com> | Cindy Cannon <cindy@vafitness.com | 'John Ford' <john@vafitness.com>, | RE: Virtual Active | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Stock |
| VA019401 | | | | | Virtual_Active_-_Notes.pdf | Attorney-Client Privileged | | Attachment to above email: Promissory Note re Stock |
| VA019402 | | | | | Virtual_Active_-_Optionholders.pdf | Attorney-Client Privileged | | Attachment to above email: Equity Incentive Plan re Stock |
| VA019403 | | | | | Virtual_Active_-_Stockholder_Percenta | Attorney-Client Privileged | | Attachment to above email: Shareholders List re Stock |
| VA019404 | | | | | Virtual_Active_-_Summary_Cap.pdf | Attorney-Client Privileged | | Attachment to above email: Capitalization Summary re |
| VA019405 | 7/30/2011 0:47 | Cindy Cannon <cindy@vafitness.com > | John Ford <john@vafitness.com> | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA019406 | 7/30/2011 0:33 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com > | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA019407 | 7/30/2011 0:29 | John Ford <john@vafitness.com> | "Ingram, Tim" <tingram@wsgr.com> | Cindy Cannon <cindy@vafitness.com >, "Huie, James" | Re: Virtual Active | Attorney-Client Privileged | | Attorney-client communication; Client request of legal advice re corporate financials |
| VA019408 | 7/30/2011 0:25 | Cindy Cannon <cindy@vafitness.com > | John Ford <john@vafitness.com> | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA019409 | 7/30/2011 0:24 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com > | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA019410 | 7/30/2011 0:21 | Cindy Cannon <cindy@vafitness.com > | John Ford <john@vafitness.com> | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA019411 | 7/30/2011 0:15 | John Ford <john@vafitness.com> | "Ingram, Tim" <tingram@wsgr.com> | Cindy Cannon <cindy@vafitness.com >, "Huie, James" | Re: Virtual Active | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Option Grants |
| VA019412 | 7/29/2011 3:29 | "Ingram, Tim" <tingram@wsgr.com> | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com >, "Huie, James" | RE: Virtual Active | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Option Grants |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA019413 | | | | | Virtual_Active__Board_Consent_re_Option_Gr | Attorney-Client Privileged | | Attachment to above email: Written Consent of Board of |
| VA019414 | | | | | Virtual_Active__Shareh older_Consent_re_Opti | Attorney-Client Privileged | | Attachment to above email: Written Consent of |
| VA019415 | 7/29/2011 2:26 | Cindy Cannon <cindy@vafitness.com > | John Ford <john@vafitness.com>, "Ingram, Tim" <tingram@wsgr.com> | | Re: Virtual Active | Attorney-Client Privileged | | Attorney-client communication; Client query re attorney query re Stock Options |
| VA019422 | 7/29/2011 2:15 | John Ford <john@vafitness.com> | "Ingram, Tim" <tingram@wsgr.com> | Cindy Cannon <cindy@vafitness.com >, "Huie, James" | Re: Virtual Active | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Stock Options |
| VA019423 | 7/29/2011 1:46 | "Ingram, Tim" <tingram@wsgr.com> | John Ford <john@vafitness.com>, Cindy Cannon <cindy@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: Virtual Active | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Stock Options |
| VA019424 | 7/29/2011 9:36 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | "Ingram, Tim" <tingram@wsgr.com> | Re: Virtual Active | Attorney-Client Privileged | | Internal client email relaying/discussing attorney |
| VA019425 | 7/29/2011 9:35 | John Ford <john@vafitness.com> | "Ingram, Tim" <tingram@wsgr.com> | Cindy Cannon <cindy@vafitness.com >, "Huie, James" | Re: Virtual Active | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Option Grants |
| VA019426 | 7/29/2011 7:50 | "Ingram, Tim" <tingram@wsgr.com> | Cindy Cannon <cindy@vafitness.com >, John Ford | "Huie, James" <jhuie@wsgr.com> | RE: Virtual Active | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Option Grants |
| VA019427 | | | | | Virtual_Active__Board_Consent_re_Option_Gr | Attorney-Client Privileged | | Attachment to above email: Written Consent of Board of |
| VA019428 | | | | | Virtual_Active__Shareh older_Consent_re_Opti | Attorney-Client Privileged | | Attachment to above email: Written Consent of |
| VA019429 | 7/29/2011 3:31 | Cindy Cannon <cindy@vafitness.com > | "Ingram, Tim" <tingram@wsgr.com>, John Ford | | Re: Virtual Active | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Option Grants |
| VA019430 | 9/20/2011 9:01 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | RE: Prior Inventions Pages | Attorney-Client Privileged | | Attorney-client communication; Attorney response to client re:Prior inventions Exhibit A |
| VA019431 | | | | | Virtual_Active_JHT_Non exclusive_signed_agree | Attorney-Client Privileged | | Attachment to above email. re: insurance |
| VA019432 | 9/20/2011 8:35 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | RE: Prior Inventions Pages | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney re: Prior inventions Exhibit A |
| VA019433 | 9/20/2011 8:25 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Fwd: Prior Inventions Pages | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney re:Prior inventions Exhibit A |
| VA019434 | | | | | Scan2.pdf | Attorney-Client | | Attachment to above email: re: |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA019445 | 8/11/2011 10:05 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Virtual Active - Letters of Resignation | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re corporate |
| VA019446 | | | | | Virtual_Active__Project _Beat_-_Lance_D._Ford_Resign | Attorney-Client Privileged | | Attachment to above email: Draft employment letter by VA attorney |
| VA019447 | | | | | Virtual_Active__Project _Beat_-_John_A._Ford_Resigna | Attorney-Client Privileged | | Attachment to above email: Draft employment letter by VA attorney |
| VA019449 | | | | | 2008_Financials-Balanced_Fintess.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019450 | | | | | 2009_Financials-Virtual_Active,_Inc...pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019451 | | | | | JHF_Interest_Draws.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019452 | | | | | VA_Notes_and_Interest _as_of_September_14_2011.xls | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019453 | | | | | VA_Capitalization_Conv _and_Non_Conv_Septe mber_14_2011.xls | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019454 | | | | | ForecastsH.xls | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019465 | 10/21/2011 5:54 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | Re: Fwd: WG: Virtual Active/NP Merger - | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA019466 | 10/21/2011 5:47 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Fwd: WG: Virtual Active/NP Merger - | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019467 | 10/21/2011 5:42 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com>, "Huie, James" | | Re: Fwd: WG: Virtual Active/NP Merger - Third Party Consent | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Re: Consent Letters |
| VA019468 | 10/21/2011 5:36 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Fwd: WG: Virtual Active/NP Merger - Third Party Consent Letters | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: Third-party consent letters |
| VA019469 | | | | | DOC164.PDF | Attorney-Client | | Attachment to above email: |
| VA019483 | 9/11/2011 0:13 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Revised Warnock Note | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019492 | 10/18/2011 4:13 | "Huie, James" <jhuie@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Hsu, Eric" | Re: Virtual Active/NP Merger - Third Party Consent Letters | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Re: Third-party consent |
| VA019493 | 10/18/2011 4:10 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, | Re: Virtual Active/NP Merger - Third Party | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney query. |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA019494 | 10/18/2011 0:18 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, | Virtual Active/NP Merger - Third Party | Attorney-Client Privileged | | Attorney-client communication; corporate financials. VA |
| VA019495 | | | | | Netpulse___VA_- _Third_Part_Consent_L | Attorney-Client Privileged | | Attachment to above email. Re: Third Party Consent Letter |
| VA019496 | | | | | Netpulse___VA_- _Third_Part_Consent_L | Attorney-Client Privileged | | Attachment to above email. Re: Third Party Consent Letter |
| VA019497 | | | | | Netpulse___VA_- _Third_Party_Notice_Le | Attorney-Client Privileged | | Attachment to above email. Re: Merger Notice |
| VA019499 | | | | | ForecastsH.xls | Privacy Privileged; Trade Secret Privileged | | Confidential financial information Re: VA corporate |
| VA019518 | | | | | 2010_Efile_Forms- Virtual_Active,_Inc.pdf | Privacy Privileged | | Confidential tax information Re: Tax return Signature page |
| VA019519 | | | | | 2010_TB_&_AJEs- Virtual_Active,_Inc.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information Re: Trial balance |
| VA019520 | | | | | InventorySummary(2).p df | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: Inventory list |
| VA019561 | 9/11/2011 0:12 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | RE: Revised Warnock Note | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA019562 | 9/15/2011 9:59 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Update | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA019563 | 9/15/2011 9:57 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Update | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney re |
| VA019564 | 9/15/2011 4:48 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Murano, Scott" | | Fwd: Update | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA019565 | 9/15/2011 4:48 | John Ford <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.co | | Re: Update | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019566 | 9/15/2011 4:44 | "Greenstein, Gary" <ggreenstein@wsgr.co | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: Update | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA019567 | 9/15/2011 4:40 | John Ford <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.co | | Update | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney re |
| VA019844 | 9/19/2011 3:50 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." | Re: Consents | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney; Response to previous email. |
| VA019845 | 9/19/2011 3:29 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." | Re: Consents | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Response to previous email. Re: |
| VA019846 | 9/19/2011 3:23 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." | Re: Consents | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Response to previous email. |
| VA019850 | 9/19/2011 3:22 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com>, "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." | | Re: Consents | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Response to previous email |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA019851 | 9/19/2011 3:18 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." | | Consents | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney re: consent document clarification |
| VA019852 | 11/15/2011 0:14 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, James Huie <jhuie@wsgr.com>, | | Re: Virtual Active, Inc. - Project Beat Merger Closing | Attorney-Client Privileged | | Attorney-client communication; Client response to VA attorney re: merger complete |
| VA019853 | 11/15/2011 0:12 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com>, "Slafsky, John" <JSlafsky@wsgr.com>, "Murano, Scott" <smurano@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, "Humphreys, Ivan" <IHumphreys@wsgr.com>, "O'Brien, Adam" <aobrien@wsgr.com>, "Barry, Ralph" <rbarry@wsgr.com>, "Hines, Amanda" <ahines@wsgr.com>, "Greenstein, Gary" <ggreenstein@wsgr.com>, "Timm, Carol" | "Hsu, Eric" <ehsu@wsgr.com> | Virtual Active, Inc. - Project Beat Merger Closing | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re: merger complete |
| VA019854 | 9/20/2011 1:34 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." | Project Beat - updated spreadsheet | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re: project Beat signatures |
| VA019855 | | | | | Virtual_Active_(fka_Balanced_Fitness)__Projec | Privileged | | Attachment to above email: merger tracking spreadsheet |
| VA019860 | 9/16/2011 1:26 | "Huie, James" <jhuie@wsgr.com> | "Barry, Ralph" <rbarry@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | Re: Project Beat - Form of Option Agreement | Attorney-Client Privileged | | Internal attorney email shared with client re Option Agreement |
| VA019861 | 9/16/2011 1:16 | "Barry, Ralph" <rbarry@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | RE: Project Beat - Form of Option Agreement | Attorney-Client Privileged | | Internal attorney email shared with client re Option Agreement |
| VA019862 | 9/16/2011 1:10 | "Huie, James" <jhuie@wsgr.com> | "Barry, Ralph" <rbarry@wsgr.com> | 'John Ford' <john@vafitness.com> | Project Beat - Form of Option Agreement | Attorney-Client Privileged | | Internal attorney email shared with client re Option Agreement |
| VA019863 | | | | | Virtual_Active__Form_of_Stock_Option_Agreement_-_Exercise_for_Vested_S | Privileged | | Attachment to above email: Draft Option Agreement by counsel |
| VA019867 | 9/18/2011 5:47 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - Need to discuss | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA019868 | 9/18/2011 5:45 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | FW: Project Beat - Need to discuss | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA019873 | 9/20/2011 6:55 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | "Slafsky, John" <JSlafsky@wsgr.com>, "Huie, James" | Re: Bill Status | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney. Re: Bill payment |
| VA019874 | 9/20/2011 6:48 | "Murano, Scott" <smurano@wsgr.com> | John Ford <john@vafitness.com> | "Slafsky, John" <JSlafsky@wsgr.com>, "Huie, James" | Bill Status | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. re: Bill payment |
| VA019875 | 11/11/2011 19:10 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Just Faxed | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: |
| VA019876 | 11/11/2011 19:07 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | RE: Just Faxed | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA019877 | | | | | Virtual_Active_-_Netpulse_-_Agreement_of_Merger | Attorney-Client Privileged | | Attachment to above email Re: Blank Signature Page |
| VA019878 | 11/11/2011 19:05 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Hsu, Eric" | | Just Faxed | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: Payoff letter |
| VA019879 | 11/19/2011 0:19 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: NP/VA Merger - Perkins Request for | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019882 | 9/15/2011 8:24 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | | Re: Virtual Action - Project Beat (Board | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019883 | | | | | VAMinutesSept2.pdf | Attorney-Client Privileged | | Attachment to above email: Board Minutes forwarded to VA |
| VA019884 | 9/15/2011 5:57 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | | Re: Virtual Action - Project Beat (Board | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019885 | 9/15/2011 5:03 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | Virtual Action - Project Beat (Board minutes) | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA019886 | | | | | Shareholder_Consent.pdf | Attorney-Client Privileged | | Attachment to above email: Shareholder consent form |
| VA019887 | | | | | Board_Meeting.pdf | Attorney-Client Privileged | | Attachment to above email: Draft board minutes forwarded |
| VA019890 | 7/11/2011 20:00 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | RE: Virtual Active Merger - Outstanding | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re |
| VA019891 | | | | | Virtual_Active__Project_Beat_Signature_Tracki | Attorney-Client Privileged | | Attachment to above email: Checklist for outstanding items |
| VA019902 | 7/11/2011 17:19 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | RE: Virtual Active Merger - Outstanding Items Needed | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re Merger Agreement |
| VA019903 | 8/11/2011 23:21 | John Ford <john@vafitness.com> | "Stephen J. Byrnes" <sbyrnes@wsgr.com> | | Fwd: Revised Warnock Note | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019904 | 7/11/2011 16:30 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Virtual Active Merger - Outstanding Items Needed | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re Merger Agreement |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA019905 | 7/11/2011 16:11 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Hsu, Eric" | | Re: Virtual Active Merger - Outstanding Items Needed | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA019906 | 6/11/2011 21:32 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Virtual Active Merger - Outstanding | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019907 | 6/11/2011 20:34 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Virtual Active Merger - Outstanding Items | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re |
| VA019908 | 3/11/2011 20:32 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | RE: Signature Page to Merger Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger |
| VA019909 | 3/11/2011 19:46 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Signature Page to Merger Agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019910 | 3/11/2011 18:56 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | RE: Signature Page to Merger Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger |
| VA019911 | 3/11/2011 18:23 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Signature Page to Merger Agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019912 | 3/11/2011 18:17 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Signature Page to Merger Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger |
| VA019913 | | | | | Virtual_Active_-_J._Ford_Signature_Page_to_Merger_Agreemen | Attorney-Client Privileged | | Attachment to above email: Draft Signature Page to Merger Agreement Amendment |
| VA019914 | 11/11/2011 22:56 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Consent to Assignment - Signature | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA019917 | 11/11/2011 22:54 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Consent to Assignment - Signature | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA019918 | 11/11/2011 22:46 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | Consent to Assignment - Signature Page from | Attorney-Client Privileged | | Attorney-client communication; VA attorney request to client. |
| VA019919 | | | | | Netpulse,_Inc._-_Consent_to_Assignme | Attorney-Client Privileged | | Attachment to above email Re: Consent Signature Page |
| VA019920 | 9/20/2011 9:40 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Fw: can you confirm whether there are any | Attorney-Client Privileged | | Attorney-client communication; VA attorney response to client. |
| VA019921 | 9/20/2011 9:38 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Fw: can you confirm whether there are any | Attorney-Client Privileged | | Attorney-client communication; Client response to VA attorney. |
| VA019922 | 9/20/2011 9:38 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Fw: can you confirm whether there are any | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney re: |
| VA019923 | 3/10/2011 21:55 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Netpulse/VA Merger - Consent from | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger |
| VA019924 | 3/10/2011 21:54 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Netpulse/VA Merger - Consent from | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019925 | 3/10/2011 21:49 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Netpulse/VA Merger - Consent from | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to Client re Merger Agreement |
| VA019926 | 3/10/2011 20:59 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | RE: Netpulse/VA Merger - Consent from | Attorney-Client Privileged | | Attorney-client communication; VA attorney receipt of update from Client re Merger Agreement |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---------|-----------|------|-----|-----|------------------|-----------|-----------|---------------|
| VA019927 | 3/10/2011 20:58 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Netpulse/VA Merger - Consent from | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019930 | 3/10/2011 20:01 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Netpulse/VA Merger - Consent from | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019931 | 3/10/2011 20:00 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: Netpulse/VA Merger - Consent from | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Consent |
| VA019932 | | | | | Laura_Sachs.pdf | Attorney-Client | | Attachment to above email: |
| VA019933 | 3/10/2011 19:44 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Netpulse/VA Merger - Consent from | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019934 | 3/10/2011 19:42 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: Netpulse/VA Merger - Consent from | Attorney-Client Privileged | | Attorney-client communication; VA attorney query re consent for |
| VA019935 | 3/10/2011 19:38 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Netpulse/VA Merger - Consent from | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019936 | 3/10/2011 19:33 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: Netpulse/VA Merger - Consent from | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Consent |
| VA019937 | 3/10/2011 19:27 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Netpulse/VA Merger - Consent from | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019938 | 3/10/2011 19:24 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | RE: Netpulse/VA Merger - Consent from | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Consent |
| VA019939 | 3/10/2011 19:21 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Netpulse/VA Merger - Consent from | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019940 | 3/10/2011 19:13 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | 'John Ford' <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | Netpulse/VA Merger - Consent from | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Consent |
| VA019953 | 9/18/2011 4:53 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | RE: Kinko's | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client re |
| VA019954 | 9/18/2011 4:32 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | RE: Kinko's | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re receipt of requested documents in relation to Merger |
| VA019955 | 9/18/2011 4:31 | John Ford <john@vafitness.com> | Eric Hsu <ehsu@wsgr.com>, "Stephen J. Byrnes" | | Fwd: Kinko's | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query/request for documents in |
| VA019958 | 9/20/2011 1:35 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." | Re: FW: Netpulse Convertible Note Financing April 22, | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. Re: Note Financing |
| VA019959 | 9/20/2011 1:31 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." | RE: FW: Netpulse Convertible Note Financing April 22, | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client Re: Note Financing |
| VA019960 | | | | | Revised_EXHIBIT_F_to_Merger_Agreement_(Ca | Attorney-Client Privileged | | Attachment to above email re: Exhibit F to merger draft |
| VA019961 | | | | | EXHIBIT_F_to_Merger_Agreement_(Capitalizati | Attorney-Client Privileged | | Attachment to above email re: Exhibit F to merger draft |
| VA019962 | 9/20/2011 0:36 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." | Re: FW: Netpulse Convertible Note Financing April 22, | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. Re: Note Financing |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA019963 | 9/20/2011 8:54 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> , "Byrnes, Stephen J." | FW: Netpulse Convertible Note Financing April 22, | Attorney-Client Privileged | | Attorney-client communication; VA attorney upate to client. re: note financing |
| VA019964 | | | | | Netpulse_Convertible_Promissory_Note_Webf | Attorney-Client Privileged | | Attachment to above email Re: Promissory Note |
| VA019965 | | | | | Netpluse_UWC_2011- | Attorney-Client Privileged | | Attachment to above email Re: |
| VA019966 | | | | | Netpulse_-_Note_Purchase_Agree | Attorney-Client Privileged | | Attachment to above email Re: Convertible Note |
| VA019967 | | | | | Netpulse_Convertible_Note_Cover_Letter_201 | Attorney-Client Privileged | | Attachment to above email Re: Convertible Note |
| VA019968 | | | | | Netpulse_Convertible_Promissory_Note_DFJ_ | Attorney-Client Privileged | | Attachment to above email Re: Convertible Note |
| VA019969 | | | | | Netpulse_Convertible_Promissory_Note_DFJ_ | Attorney-Client Privileged | | Attachment to above email Re: Convertible Note |
| VA019970 | | | | | Netpulse_Convertible_Promissory_Note_JABE | Attorney-Client Privileged | | Attachment to above email Re: Convertible Note |
| VA019971 | | | | | Netpulse_Convertible_Promissory_Note_Javeli | Attorney-Client Privileged | | Attachment to above email Re: Convertible Note |
| VA019972 | | | | | Netpulse_Convertible_Promissory_Note_Parkv | Attorney-Client Privileged | | Attachment to above email Re: Convertible Note |
| VA019973 | 8/11/2011 2:20 | John Ford <john@vafitness.com> | John Ford <john@vafitness.com> | | Fwd: FIRPTA Certificate | Attorney-Client Privileged | | Internal client email forwarding/relaying attorney |
| VA019974 | | | | | FIRPTA_Certificate_signature_page.pdf | Attorney-Client Privileged | | Attachment to above email: Notice in relation to Merger |
| VA019975 | | | | | Virtual_Active_-_Project_Beat_-_FIRPTA_certificate_(Fi | Attorney-Client Privileged | | Attachment to above email: Notice in relation to Merger Agreement sent to attorney for |
| VA019976 | 8/11/2011 20:18 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | Revised Warnock Note | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA019977 | | | | | Virtual_Active__Project_Beat_-_New_Warnock_Promis | Attorney-Client Privileged | | Attachment to above email: Draft financial agreement sent by attorney to client for review |
| VA019978 | | | | | Virtual_Active_-_Project_Beat_-_Revised_Warnock_Pro | Attorney-Client Privileged | | Attachment to above email: Draft financial agreement sent by attorney to client for review |
| VA019979 | 7/11/2011 23:07 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | FIRPTA Certificate | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to Client re |
| VA019980 | | | | | FIRPTA_Certificate_sign | Attorney-Client | | Attachment to above: |
| VA019981 | | | | | Virtual_Active_-_Project_Beat_-_FIRPTA_certificate_(Fi | Attorney-Client Privileged | | Attachment to above email: Notice in relation to Merger Agreement |
| VA019982 | 9/16/2011 1:43 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." | Re: Virtual Active - Due Diligence | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA019983 | 9/16/2011 0:16 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." | Virtual Active - Due Diligence | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re Merger Agreement |
| VA019984 | | | | | Virtual_Active_-_Outstanding_Docume | Attorney-Client Privileged | | Attachment to above email: Attorney-client notes re Merger |
| VA019985 | 9/21/2011 1:07 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Unexecuted | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019986 | 9/21/2011 0:07 | "Hsu, Eric" <ehsu@wsgr.com> | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com>, "Byrnes, Stephen J." | RE: Virtual Active - Unexecuted Agreements | Attorney-Client Privileged | | Attorney-client communication; VA attorney request to client. re: Unexecuted agreements |
| VA019987 | 9/20/2011 3:44 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Unexecuted | Attorney-Client Privileged | | Attorney-client communication; VA attorney upate to client. re: |
| VA019988 | 9/20/2011 3:30 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Unexecuted | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019989 | 9/20/2011 3:29 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Unexecuted | Attorney-Client Privileged | | Attorney-client communication; VA attorney upate to client. re: |
| VA019990 | 9/20/2011 8:10 | "Hsu, Eric" <ehsu@wsgr.com> | "'cindy@vafitness.com'" <cindy@vafitness.com>, | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Unexecuted Agreements | Attorney-Client Privileged | | Attorney-client communication; VA attorney upate to client. re: Unexecuted agreements request |
| VA019991 | 9/20/2011 8:06 | Cindy Cannon <cindy@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, John Ford | | Re: Virtual Active - Unexecuted Agreements | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. re: Unexecuted |
| VA019992 | 11/15/2011 9:28 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Is the Affidavit of Lost Cert and Stock | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019993 | 9/20/2011 7:19 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Fwd: Virtual Active - Unexecuted | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019994 | 9/20/2011 6:57 | "Hsu, Eric" <ehsu@wsgr.com> | Cindy Cannon <cindy@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, John Ford | RE: Virtual Active - Unexecuted Agreements | Attorney-Client Privileged | | Attorney-client communication; VA attorney upate to client. re: Unexecuted agreements |
| VA019995 | 9/20/2011 5:34 | "Hsu, Eric" <ehsu@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Unexecuted | Attorney-Client Privileged | | Attorney-client communication; VA attorney upate to client. re: |
| VA019996 | 9/20/2011 5:23 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Unexecuted | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA019997 | 9/20/2011 4:38 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | | Fwd: Virtual Active - Unexecuted Agreements | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query. re: Unexecuted |
| VA019998 | | | | | A75e7bbbe-5fd7-4b7d-bde0-ccc5e37eb69b.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attachment to above email; corporate financials. Re: Business Agreement Document |
| VA019999 | 9/20/2011 1:57 | Cindy Cannon <cindy@vafitness.com> | ehsu@wsgr.com, sbyrnes@wsgr.com, John Ford | | Re: Virtual Active - Unexecuted Agreements | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. re: Unexecuted |
| VA020000 | 9/20/2011 1:09 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, Cindy Cannon | RE: Virtual Active - Unexecuted Agreements | Attorney-Client Privileged | | Attorney-client communication; VA attorney upate to client. re: Unexecuted agreements |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA020001 | | | | | A75e7bbbe-5fd7-4b7d- | Attorney-Client | | Attachment to above email. Re: |
| VA020002 | 9/20/2011 1:03 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Unexecuted | Attorney-Client Privileged | | Attorney-client communication; VA attorney upate to client. re: |
| VA020003 | 9/20/2011 0:50 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Unexecuted | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020004 | 9/20/2011 0:48 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, Cindy Cannon <cindy@vafitness.com | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Unexecuted Agreements | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. re: Unexecuted agreements request |
| VA020005 | 11/15/2011 9:28 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Is the Affidavit of Lost Cert and Stock | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA020006 | 9/20/2011 0:47 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, Cindy Cannon <cindy@vafitness.com | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Unexecuted Agreements | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. re: Unexecuted agreements request |
| VA020007 | 9/20/2011 0:27 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Unexecuted | Attorney-Client Privileged | | Attorney-client communication; VA attorney upate to client. re: |
| VA020008 | | | | | Virtual_Active_- | Attorney-Client | | Attachment to above email re: |
| VA020009 | 9/19/2011 2:37 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Virtual Active - Unexecuted | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client re |
| VA020010 | | | | | Lease_KeyCode.pdf | Attorney-Client Privileged | | Attachment to above email: License agreement forwarded |
| VA020011 | | | | | VA-Netpulse_Content_Lice | Attorney-Client Privileged | | Attachment to above email: License agreement forwarded |
| VA020012 | | | | | M._Etter_Trademark_As signment.pdf | Attorney-Client Privileged | | Attachment to above email: License agreement forwarded |
| VA020013 | | | | | 2011.6.29_Commercial _Virtual_Active_- _Johnson_Health_Tech | Attorney-Client Privileged | | Attachment to above email: License agreement forwarded to VA attorney for review and |
| VA020014 | | | | | JHTCommercialAmend mentA.pdf | Attorney-Client Privileged | | Attachment to above email: License agreement forwarded |
| VA020015 | | | | | JHTNA_Virtual_Active_A mendment_B_signed_1 | Attorney-Client Privileged | | Attachment to above email: License agreement forwarded |
| VA020016 | | | | | RumblefishMusicLicen se.pdf | Attorney-Client Privileged | | Attachment to above email: License agreement forwarded |
| VA020017 | | | | | Virtual_Active_- _ICG_Agreement.pdf | Attorney-Client Privileged | | Attachment to above email: License agreement forwarded |
| VA020018 | | | | | Virtual_Active_JHT_Non exclusive_signed_agree | Attorney-Client Privileged | | Attachment to above email: License agreement forwarded |
| VA020019 | | | | | Virtual_Active_JHTNA_ Commercial_Amendme | Attorney-Client Privileged | | Attachment to above email: License agreement forwarded |
| VA020020 | 8/31/2011 8:21 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Virtual Active - Netpulse NDA | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020021 | 8/31/2011 8:15 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | RE: Virtual Active - Netpulse NDA | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA020022 | | | | | Virtual_Active_-_Netpulse_NDA_(PALIB | Attorney-Client Privileged | | Attachment to above email: Draft NDA drafted by VA |
| VA020023 | 8/31/2011 5:22 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Virtual Active - Netpulse NDA | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020024 | 8/31/2011 4:56 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Virtual Active - Netpulse NDA | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020025 | | | | | Virtual_Active_-_Netpulse_NDA_(PALIB | Attorney-Client Privileged | | Attachment to above email: Draft NDA drafted by VA |
| VA020026 | 9/20/2011 5:47 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Fw: Netpulse -- Exhibit F | Attorney-Client Privileged | | Attorney-client communication; VA attorney upate to client. re: |
| VA020077 | 11/15/2011 9:19 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Is the Affidavit of Lost Cert and Stock Cert Receipt easily accessible? | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: Request |
| VA020083 | 9/20/2011 3:24 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, | Re: FW: Netpulse -- Exhibit F | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. Re: Exhibit F Merger agreement |
| VA020084 | 9/20/2011 8:40 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, | FW: Netpulse -- Exhibit F | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. re: Exhibit F Merger agreement |
| VA020085 | 9/16/2011 0:22 | "Wood, David (Perkins Coie)" <dwood@perkinscoie.com> | "Huie, James" <jhuie@wsgr.com> | "Joachim, Scott (Perkins Coie)" <SJoachim@perkinscoie.com>, "Murano, | RE: Project Beat - Prior 409A Valuation | Attorney-Client Privileged | | Internal attorney email shared with client re Merger Agreement |
| VA020086 | | | | | EXHIBIT_F_to_Merger_Agreement_(Capitalizati | Attorney-Client Privileged | | Attachment to above email: Corporate financial statement |
| VA020087 | | | | | Netpulse_Cap_Table_2011-08- | Attorney-Client Privileged | | Attachment to above email: Corporate financial statement |
| VA020104 | 11/11/2011 18:07 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | Virtual Active: Project Beat - Waiver | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re: |
| VA020105 | | | | | Virtual_Active_-_Project_Beat_-_Closing_Conditions_W | Attorney-Client Privileged | | Attachment to above email. re: waiver agreements signature page |
| VA020106 | | | | | Virtual_Active__Project_Beat_-_Waiver_Agreement_re | Attorney-Client Privileged | | Attachment to above email. re: waiver agreements |
| VA020123 | 9/19/2011 7:44 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Consents (Signature Page Packet For Noteholders) | Attorney-Client Privileged | | Attorney-client communication; VA attorney respnse to client. re: Noteholders signatures for merger. |
| VA020124 | 9/19/2011 7:32 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Consents (Signature Page Packet | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney; e |
| VA020125 | 9/19/2011 7:30 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | RE: Consents (Signature Page Packet | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice/respnse to |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA020126 | 9/19/2011 7:26 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com>, | Re: Consents (Signature Page Packet | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney; re: |
| VA020127 | 9/19/2011 7:07 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com>, | Re: Consents (Signature Page Packet | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney; re: |
| VA020128 | 11/18/2011 3:51 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, | NP/VA Merger - Perkins Request for Copy of R. | Attorney-Client Privileged | | Attorney-client communication; VA attorney request to client Re: |
| VA020129 | 8/11/2011 5:48 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Virtual Active - Outstanding signatures | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020130 | | | | | Virtual_Active_-_dated_ISQs.pdf | Attorney-Client Privileged | | Attachment to above email: Consent form re Merger |
| VA020131 | | | | | Virtual_Active_-_Option_Exercises.pdf | Attorney-Client Privileged | | Attachment to above email: Consent form re Merger |
| VA020132 | 9/19/2011 7:01 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, | RE: Consents (Signature Page Packet | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice/respnse to |
| VA020133 | 9/19/2011 6:48 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com>, | Re: Consents (Signature Page Packet | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney; re: |
| VA020134 | 9/19/2011 6:40 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, | RE: Consents (Signature Page Packet | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client |
| VA020135 | | | | | Noteholders.pdf | Attorney-Client | | Attachment to above email Re: |
| VA020136 | 10/19/2011 4:27 | Cindy Cannon <cindy@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, John Ford | | Re: Virtual Active - Request for Full-Year Salary Data | Attorney-Client Privileged | | Attorney-client communication; corporate financials. Re: Year Salary Data |
| VA020137 | 10/18/2011 7:10 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com>, Cindy Cannon <cindy@vafitness.com> | "Hines, Amanda" <ahines@wsgr.com>, "Barry, Ralph" <rbarry@wsgr.com>, "Huie, James" | Virtual Active - Request for Full-Year Salary Data | Attorney-Client Privileged | | Attorney-client communication; corporate financials. VA attorney query to client Re: Year Salary Data |
| VA020159 | 9/19/2011 2:07 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, "Murano, Scott" | | Fwd: Virtual Active - URGENT NEED PLEASE | Attorney-Client Privileged | | Attorney-client communication; Client providing update to attorney re corporate financials and their preparation |
| VA020160 | | | | | Virtual_Active_Engagement_Letter.pdf | Attorney-Client Privileged | | Attachment to above email: Engagement letter of corporate |
| VA020172 | 10/26/2011 1:35 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, | VA/Netpulse Merger - Draft Reorganization | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. Re: |
| VA020173 | | | | | Virtual_Active__Project_Beat_-_Reorganization_Inform | Attorney-Client Privileged | | Attachment to above email. Re: Reorganization update |
| VA020174 | | | | | Virtual_Active__Reorganization_Spreadsheet_( | Attorney-Client Privileged | | Attachment to above email. Re: Reorganization update |
| VA020175 | 9/19/2011 0:48 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, | RE: Virtual Active - URGENT NEED PLEASE | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA020176 | 9/19/2011 7:49 | John Ford <john@vafitness.com> | "Stephen J. Byrnes" <sbyrnes@wsgr.com>, Eric Hsu <ehsu@wsgr.com>, James Huie | | Fwd: Virtual Active - URGENT NEED PLEASE | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. re: VA enagement letter |
| VA020177 | | | | | Virtual_Active_Engage | Attorney-Client | | Attachment to above email. re: |
| VA020184 | 4/11/2011 23:54 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Ford Family - Missing Signatures | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re corporate |
| VA020185 | | | | | Virtual_Active_Signatur | Attorney-Client | | Attachment to above email: |
| VA020193 | 4/11/2011 22:07 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Ford Family - Missing Signatures | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to Client re |
| VA020194 | | | | | Virtual_Active_Signatur | Attorney-Client | | Attachment to above email: |
| VA020195 | 4/11/2011 22:06 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Ford Family - Missing Signatures | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger |
| VA020196 | | | | | Virtual_Active_Signatur | Attorney-Client | | Attachment to above email: |
| VA020197 | 4/11/2011 22:01 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Ford Family - Missing Signatures | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020198 | 4/11/2011 21:59 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Ford Family - Missing Signatures | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger |
| VA020199 | 3/10/2011 16:38 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | | RE: Is the agreement finalized? | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger |
| VA020200 | 9/19/2011 0:38 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Project Beat - Tim Warnock's Notes | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020201 | 9/19/2011 0:37 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Project Beat - Tim Warnock's Notes | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020202 | 9/19/2011 0:33 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Project Beat - Tim Warnock's Notes | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020203 | 10/11/2011 0:53 | John Ford <john@vafitness.com> | "Stephen J. Byrnes" <sbyrnes@wsgr.com> | | Fwd: Questions | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: |
| VA020211 | 10/11/2011 0:25 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Questions | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020212 | 10/11/2011 0:25 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | RE: Questions | Attorney-Client Privileged | | Attorney-client communication; VA attorney response to client. |
| VA020214 | 9/11/2011 23:03 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Fwd: Questions | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney re |
| VA020215 | 3/10/2011 16:28 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Re: Is the agreement finalized? | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020217 | 9/17/2011 0:15 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, | Re: Project Beat - Results from the Call | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA020218 | 9/17/2011 0:11 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, | Re: Project Beat - Results from the Call | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA020219 | 9/17/2011 0:03 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> , "Byrnes, Stephen J." <sbyrnes@wsgr.com>, | RE: Project Beat - Results from the Call | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA020220 | 9/17/2011 9:59 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> , "Byrnes, Stephen J." | Re: Project Beat - Results from the Call | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA020221 | 9/17/2011 9:32 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> , "Byrnes, Stephen J." | RE: Project Beat - Results from the Call | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA020222 | 9/16/2011 8:09 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - Results from the Call | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA020223 | 9/16/2011 8:05 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> , "Byrnes, Stephen J." | Re: Project Beat - Results from the Call | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA020224 | 9/16/2011 7:08 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> , "Byrnes, Stephen J." | RE: Project Beat - Results from the Call | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA020225 | 9/16/2011 6:02 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> , "Byrnes, Stephen J." | RE: Project Beat - Results from the Call | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA020226 | 3/10/2011 16:13 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Hsu, Eric" | | RE: Is the agreement finalized? | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger Agreement |
| VA020227 | 9/16/2011 5:59 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> , "Byrnes, Stephen J." | Re: Project Beat - Results from the Call | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney update re Merger Agreement |
| VA020228 | 9/16/2011 5:53 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> , "Byrnes, Stephen J." | Project Beat - Results from the Call | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA020229 | 9/13/2011 2:19 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com >, "Huie, James" | RE: Virtual Active, Inc. - Project Beat Due Diligence (Trademark | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA020230 | 9/13/2011 2:15 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Cindy Cannon <cindy@vafitness.com >, "Huie, James" | RE: Virtual Active, Inc. - Project Beat Due Diligence (Trademark | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney re Merger Agreement |
| VA020231 | 9/13/2011 1:47 | "Hsu, Eric" <ehsu@wsgr.com> | Cindy Cannon <cindy@vafitness.com | John Ford <john@vafitness.com>, | RE: Virtual Active, Inc. - Project Beat Due | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020232 | 9/13/2011 1:36 | Cindy Cannon <cindy@vafitness.com > | "Hsu, Eric" <ehsu@wsgr.com>, John Ford | | Re: Virtual Active, Inc. - Project Beat Due Diligence (Trademark | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney re Merger Agreement |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---------|-----------|------|----|----|------------------|-----------|-----------|---------------|
| VA020233 | 9/13/2011 0:45 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "cindy@vafitness.com" <cindy@vafitness.com>, "Huie, James" <jhuie@wsgr.com>, | Re: Virtual Active, Inc. - Project Beat Due Diligence (Trademark Matters) | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney re Merger Agreement |
| VA020234 | 9/13/2011 0:01 | "Hsu, Eric" <ehsu@wsgr.com> | "john@vafitness.com" <john@vafitness.com> | "cindy@vafitness.com" <cindy@vafitness.com>, "Huie, James" <jhuie@wsgr.com>, | Virtual Active, Inc. - Project Beat Due Diligence (Trademark Matters) | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA020235 | 9/19/2011 9:40 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Humphreys, Ivan" | RE: FW: Tax indemnity | Attorney-Client Privileged | | Attorney-client communication; VA attorney upate to client. Re: Tax indemnity draft. |
| VA020236 | 9/19/2011 9:39 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com>, "Humphreys, Ivan" | Re: FW: Tax indemnity | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney. re: tax indemnity draft. |
| VA020237 | 3/10/2011 15:59 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Hsu, Eric" | | Re: Is the agreement finalized? | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to Client re Merger Agreement |
| VA020238 | 9/19/2011 9:37 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Humphreys, Ivan" | FW: Tax indemnity | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. re: tax indemnity draft. |
| VA020239 | 9/19/2011 7:50 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Greenstein, Gary" <ggreenstein@wsgr.com>, "Timm, Carol" <ctimm@wsgr.com>, | Re: Project Beat - Company Products | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney. re: video products |
| VA020240 | 9/19/2011 7:46 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.com>, "Timm, Carol" <ctimm@wsgr.com>, | Project Beat - Company Products | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. Re: Video Products |
| VA020245 | 9/16/2011 0:34 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | | FW: Project Beat - Prior 409A Valuation | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re |
| VA020246 | | | | | Netpulse_Cap_Table_2011-08- | Attorney-Client Privileged | | Attachment to above email: Corporate financial statement |
| VA020247 | 9/16/2011 0:32 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Fw: Project Beat - Prior 409A Valuation | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re |
| VA020248 | | | | | Netpulse_Cap_Table_2011-08- | Attorney-Client Privileged | | Attachment to above email: Corporate financial statement |
| VA020249 | 9/16/2011 7:38 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Barry, Ralph" <rbarry@wsgr.com>, "Murano, Scott" | Re: Fw: Project Beat - Prior 409A Valuation | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA020250 | 9/16/2011 7:36 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Barry, Ralph" <rbarry@wsgr.com>, "Murano, Scott" | Re: Fw: Project Beat - Prior 409A Valuation | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---------|-----------|------|----|----|------------------|-----------|-----------|---------------|
| VA020251 | 9/16/2011 7:33 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Barry, Ralph" <rbarry@wsgr.com>, "Murano, Scott" | Fw: Project Beat - Prior 409A Valuation | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA020252 | | | | | Netpulse_409A_Report_-_9.30.2010_- | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements |
| VA020253 | 9/21/2011 3:36 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." | FW: Netpulse - Parent Disclosure Schedule to Merger Agreement.DOC | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Re: Purchaser Disclosure |
| VA020254 | | | | | Park_Lane_Netpulse_Engagement_08_18_11- | Attorney-Client Privileged | | Attachment to above email. Re: Park Lane Engagement |
| VA020255 | 3/10/2011 15:55 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Hsu, Eric" | | Is the agreement finalized? | Attorney-Client Privileged | | Attorney-client communication; Client query to Attorney re Merger Agreement |
| VA020256 | 9/21/2011 3:19 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." | FW: Netpulse - Parent Disclosure Schedule to Merger Agreement.DOC | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Re: Purchaser Disclosure |
| VA020257 | | | | | Netpulse_-_Parent_Disclosure_Schedule_to_Merger_Agre | Attorney-Client Privileged | | Attachment to above email Re: Purchaser Disclosure |
| VA020258 | 9/16/2011 4:10 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | RE: Project Beat - Schedules and Open | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020259 | 9/16/2011 4:07 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | RE: Project Beat - Schedules and Open | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020260 | 9/16/2011 4:03 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - Schedules and Open | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020261 | 9/16/2011 4:02 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | RE: Project Beat - Schedules and Open | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020262 | 9/16/2011 3:55 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - Schedules and Open | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020263 | 9/16/2011 3:51 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | RE: Project Beat - Schedules and Open | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020264 | 9/16/2011 3:44 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | RE: Project Beat - Schedules and Open | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020265 | 9/16/2011 2:06 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - Schedules and Open | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020266 | 9/16/2011 1:56 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "'cindy@vafitness.com'" <cindy@vafitness.com> | Re: Project Beat - Schedules and Open Items | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re employment concerns in |
| VA020267 | 10/11/2011 2:46 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: WSGR Payoff Letter Follow-Up | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020268 | 9/16/2011 1:54 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "cindy@vafitness.com" <cindy@vafitness.com>, "Murano, Scott" | Re: Project Beat - Schedules and Open Items | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney update re employment |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA020269 | 9/16/2011 1:48 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com>, "'cindy@vafitness.com'" | "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - Schedules and Open Items | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re employment concerns in relation to Merger Agreement |
| VA020270 | 9/16/2011 1:38 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - Schedules and Open | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020271 | 9/16/2011 1:19 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, Cindy Cannon <cindy@vafitness.com | "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - Schedules and Open Items | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA020272 | 9/16/2011 1:11 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Project Beat - Schedules and Open | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020273 | 8/27/2011 0:10 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | | Re: Quick call this afternoon? | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020274 | 8/26/2011 7:08 | "Murano, Scott" <smurano@wsgr.com> | John Ford <john@vafitness.com> | | RE: Quick call this afternoon? | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020275 | 8/26/2011 7:02 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | | Re: Quick call this afternoon? | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020276 | 8/26/2011 6:52 | "Murano, Scott" <smurano@wsgr.com> | John Ford <john@vafitness.com> | | RE: Quick call this afternoon? | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020277 | 8/26/2011 6:45 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | | Re: Quick call this afternoon? | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020278 | 10/11/2011 1:47 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | WSGR Payoff Letter Follow-Up | Attorney-Client Privileged | | Attorney-client communication VA attorney query to client  Re: |
| VA020279 | | | | | Virtual_Active__Project _Beat_-_WSGR_Payoff_Letter_( | Attorney-Client Privileged | | Attachment to above email Re: Payoff Letter |
| VA020332 | 9/14/2011 3:38 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | RE: FW: IP due diligence | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020333 | 9/14/2011 3:36 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: FW: IP due diligence | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020334 | 9/14/2011 2:46 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | FW: IP due diligence | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020335 | 11/21/2011 8:42 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | RE: FW: Netpulse/VA | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA020346 | 9/20/2011 6:47 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: FW: Project Beat - Reorganization Plan | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney. re: |
| VA020347 | 9/20/2011 6:44 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | FW: Project Beat - Reorganization Plan | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. re: |
| VA020349 | 8/10/2011 2:13 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Virtual Active - Security Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to Client re |
| VA020350 | 8/10/2011 2:06 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Re: Virtual Active - Security Agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020351 | 8/10/2011 0:00 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | | RE: Virtual Active - Security Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney query re Merger |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA020352 | 10/11/2011 19:43 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | | RE: FW: VIRTUAL ACTIVE | Attorney-Client Privileged | | Attorney-client communication; VA attorney upate to client. Re: |
| VA020353 | 11/21/2011 8:34 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: FW: Netpulse/VA | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: |
| VA020354 | 7/10/2011 21:59 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Re: Virtual Active - Security Agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020355 | | | | | Recap.xlsb | Attorney-Client Privileged | | Attachment to above email: Corporate financial statement |
| VA020356 | 7/10/2011 19:54 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Virtual Active - Security Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020357 | 7/10/2011 19:46 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Re: Virtual Active - Security Agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020358 | 7/10/2011 19:42 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Slafsky, John" <JSlafsky@wsgr.com>, "Murano, Scott" | RE: Virtual Active - Security Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re corporate financials |
| VA020359 | 7/10/2011 19:37 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Slafsky, John" <JSlafsky@wsgr.com>, "Murano, Scott" | Re: Virtual Active - Security Agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA020360 | 7/10/2011 19:17 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Slafsky, John" <JSlafsky@wsgr.com>, "Murano, Scott" | RE: Virtual Active - Security Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re corporate financials |
| VA020361 | 7/10/2011 18:36 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Slafsky, John" <JSlafsky@wsgr.com>, "Murano, Scott" | Re: Virtual Active - Security Agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney update re corporate financials |
| VA020362 | 7/10/2011 17:30 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Slafsky, John" <JSlafsky@wsgr.com>, "Murano, Scott" | RE: Virtual Active - Security Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re corporate financials |
| VA020363 | 7/10/2011 15:55 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Slafsky, John" <JSlafsky@wsgr.com>, "Murano, Scott" | Re: Virtual Active - Security Agreement | Attorney-Client Privileged | | Attorney-client communication; Client seeking attorney advice re corporate financials |
| VA020364 | 7/10/2011 15:54 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Slafsky, John" <JSlafsky@wsgr.com>, "Murano, Scott" | Re: Virtual Active - Security Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re corporate financials |
| VA020365 | 11/21/2011 8:32 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | RE: FW: Netpulse/VA | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA020366 | 7/10/2011 15:42 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Slafsky, John" <JSlafsky@wsgr.com>, "Murano, Scott" | Re: Virtual Active - Security Agreement | Attorney-Client Privileged | | Attorney-client communication; Client seeking attorney advice re corporate financials |
| VA020367 | 7/10/2011 6:56 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Slafsky, John" <JSlafsky@wsgr.com>, "Murano, Scott" | Virtual Active - Security Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re corporate financials |
| VA020368 | | | | | Virtual_Active_-_Ford_Guaranty_Security_Agreement_(PALIB2_ | Attorney-Client Privileged | | Attachment to above email: Draft Security Agreement |
| VA020369 | 10/28/2011 1:00 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Virtual Active - Ford Framing Promissory | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA020370 | 10/28/2011 0:38 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Virtual Active - Ford Framing Promissory | Attorney-Client Privileged | | Attorney-client communication; VA attorney response to client. |
| VA020371 | | | | | Virtual_Active__Deman d_Promissory_Note_(Jo | Attorney-Client Privileged | | Attachment to above email. Re: Promissory Note |
| VA020372 | | | | | Virtual_Active__Deman d_Promissory_Note_(La | Attorney-Client Privileged | | Attachment to above email. Re: Promissory Note |
| VA020373 | | | | | Virtual_Active__Deman d_Promissory_Note_(St | Attorney-Client Privileged | | Attachment to above email. Re: Promissory Note |
| VA020374 | | | | | Virtual_Active__Deman d_Promissory_Note_(St | Attorney-Client Privileged | | Attachment to above email. Re: Promissory Note |
| VA020375 | | | | | Virtual_Active__Deman d_Promissory_Note_(Jo | Attorney-Client Privileged | | Attachment to above email. Re: Promissory Note |
| VA020376 | | | | | Virtual_Active__Deman d_Promissory_Note_(La | Attorney-Client Privileged | | Attachment to above email. Re: Promissory Note |
| VA020377 | | | | | Virtual_Active__Deman d_Promissory_Note_(St | Attorney-Client Privileged | | Attachment to above email. Re: Promissory Note |
| VA020378 | | | | | Virtual_Active__Deman d_Promissory_Note_(St | Attorney-Client Privileged | | Attachment to above email. Re: Promissory Note |
| VA020388 | 4/11/2011 20:36 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | RE: Updated merger agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to Client re |
| VA020389 | | | | | Virtual_Active,_Inc._-_Project_Beat_- | Attorney-Client Privileged | | Attachment to above email: Draft Amendment to Merger |
| VA020390 | 4/11/2011 20:14 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Fwd: Updated merger agreement | Attorney-Client Privileged | | Attorney-client communication; Client query to Attorney re |
| VA020452 | 9/18/2011 6:02 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Greenstein, Gary" <ggreenstein@wsgr.co m>, "Timm, Carol" <ctimm@wsgr.com>, | Re: Project Beat - Etter Agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Etter Agreement |
| VA020453 | 11/21/2011 8:30 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: FW: Netpulse/VA | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: |
| VA020454 | 9/18/2011 6:00 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.co m>, "Timm, Carol" <ctimm@wsgr.com>, | Project Beat - Etter Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client re Etter Agreement |
| VA020455 | 6/23/2011 8:23 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com | | Fwd: Housekeeping | Attorney-Client Privileged | | Internal client email forwarding/relaying attorney |
| VA020456 | | | | | optiondetail.pdf | Attorney-Client Privileged | | Attachment to above email: Corporate Financial Statement |
| VA020457 | 6/17/2011 1:23 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | | Re: Housekeeping | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020458 | 6/17/2011 1:19 | "Murano, Scott" <smurano@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: Housekeeping | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re corporate |
| VA020459 | | | | | optiondetail.pdf | Attorney-Client | | Attachment to above email: |
| VA020460 | 6/17/2011 3:09 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, "cindy@vafitness.com" | Re: Housekeeping | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re corporate financials |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA020461 | 6/17/2011 2:08 | "Murano, Scott" <smurano@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com>, "Huie, James" <jhuie@wsgr.com>, "'cindy@vafitness.com'" | | Re: Housekeeping | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re corporate financials |
| VA020462 | 6/17/2011 0:45 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Murano, Scott" <smurano@wsgr.com>, Cindy Cannon <cindy@vafitness.com> | | Housekeeping | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney re employee stock options |
| VA020463 | 11/14/2011 6:36 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Update | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: |
| VA020464 | 11/14/2011 6:37 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Update | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA020465 | 11/14/2011 6:30 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Update | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: |
| VA020466 | 11/21/2011 8:29 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | FW: Netpulse/VA | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client. Re: |
| VA020467 | 11/14/2011 6:31 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Update | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA020468 | 11/14/2011 6:16 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Update | Attorney-Client Privileged | | Attorney-client communication; Client query to VA Attorney Re: |
| VA020548 | 9/16/2011 8:09 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com>, "Hsu, Eric" | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Old TM contract | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re previous OEM contract |
| VA020549 | 9/16/2011 8:08 | John Ford <john@vafitness.com> | Eric Hsu <ehsu@wsgr.com>, James Huie | | Old TM contract | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney re previous OEM contract |
| VA020622 | 4/11/2011 20:01 | John Ford <john@vafitness.com> | "Barry, Ralph" <rbarry@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." | Re: FW: Project Beat - 280G Calculations | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA020623 | 4/11/2011 19:58 | "Barry, Ralph" <rbarry@wsgr.com> | John Ford <john@vafitness.com>, "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." | | RE: FW: Project Beat - 280G Calculations | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re corporate financials |
| VA020624 | 5/11/2011 9:07 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Virtual Active - Follow-Up on Action Items | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to Client re |
| VA020625 | 4/11/2011 19:41 | John Ford <john@vafitness.com> | "Barry, Ralph" <rbarry@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." | | Re: FW: Project Beat - 280G Calculations | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re corporate financials |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA020626 | 9/19/2011 9:58 | John Ford <john@vafitness.com> | "Hines, Amanda" <ahines@wsgr.com>, Cindy Cannon <cindy@vafitness.com | "Barry, Ralph" <rbarry@wsgr.com> | Re: FW: Project Beat - 280G Calculations | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re: 280G calulations |
| VA020627 | 9/19/2011 9:53 | "Hines, Amanda" <ahines@wsgr.com> | 'John Ford' <john@vafitness.com> | "Barry, Ralph" <rbarry@wsgr.com> | FW: Project Beat - 280G Calculations | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. re: |
| VA020628 | | | | | Virtual_Active,_Inc._28 0G_Information_Reque | Attorney-Client Privileged | | Attachment to above email. re: 280G calulations |
| VA020629 | | | | | Virtual_Active,_Inc._28 0G_Memorandum_(PAL | Attorney-Client Privileged | | Attachment to above email. re: 280G calulations |
| VA020630 | 9/15/2011 7:44 | "Hines, Amanda" <ahines@wsgr.com> | 'John Ford' <john@vafitness.com> | "Barry, Ralph" <rbarry@wsgr.com> | RE: Project Beat - 280G Calculations | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020631 | | | | | Virtual_Active,_Inc._28 0G_Information_Reque | Attorney-Client Privileged | | Attachment to above email: Attorney-Client Memo re Merger |
| VA020632 | | | | | Virtual_Active,_Inc._28 0G_Memorandum_(PAL | Attorney-Client Privileged | | Attachment to above email: Attorney-Client Memo re Merger |
| VA020633 | 9/14/2011 9:59 | John Ford <john@vafitness.com> | "Barry, Ralph" <rbarry@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - 280G Calculations | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Due Diligence for Merger Agreement |
| VA020634 | 9/14/2011 9:56 | "Barry, Ralph" <rbarry@wsgr.com> | John Ford <john@vafitness.com>, "Huie, James" | "Murano, Scott" <smurano@wsgr.com>, "Hines, Amanda" | RE: Project Beat - 280G Calculations | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA020635 | 9/14/2011 9:48 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Barry, Ralph" <rbarry@wsgr.com>, "Murano, Scott" | Re: Project Beat - 280G Calculations | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA020636 | 9/14/2011 9:17 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Barry, Ralph" <rbarry@wsgr.com>, "Murano, Scott" | Re: Project Beat - 280G Calculations | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA020637 | 9/14/2011 9:16 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Barry, Ralph" <rbarry@wsgr.com>, "Murano, Scott" | Project Beat - 280G Calculations | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA020639 | 10/18/2011 3:06 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Update | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: |
| VA020643 | 10/29/2011 2:05 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | RE: Virtual Active - Revised R. Damm | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client Re: |
| VA020644 | 10/29/2011 0:01 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Virtual Active - Revised R. Damm | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney; Re: |
| VA020645 | 10/28/2011 3:52 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | RE: Virtual Active - Revised R. Damm | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client Re: |
| VA020646 | | | | | Virtual_Active_-_R._Damm_Special_Bo nus_Letter_(PALIB2_56 | Attorney-Client Privileged | | Attachment to above email. Re: Bonus letter |
| VA020647 | 10/28/2011 3:15 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Virtual Active - Revised R. Damm Bonus Letter | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA020648 | | | | | Virtual_Active_-_R._Damm_Special_Bonus_Letter_(PALIB2_56 | Attorney-Client Privileged | | Attachment to above email. Re: Bonus letter |
| VA020649 | | | | | Virtual_Active_-_R._Damm_Special_Bo | Attorney-Client Privileged | | Attachment to above email. Re: Bonus letter |
| VA020650 | 3/11/2011 0:42 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, | Re: Project Beat | 280G Waiver (Ford) | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020651 | 3/11/2011 0:16 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, | Project Beat | 280G Waiver (Ford) | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re waivers |
| VA020652 | | | | | Project_Beat___280G_Waiver_(Ford)_(PALIB2 | Attorney-Client Privileged | | Attachment to above email: Waiver Form associated with |
| VA020653 | 9/16/2011 7:39 | "Huie, James" <jhuie@wsgr.com> | "Barry, Ralph" <rbarry@wsgr.com>, 'John Ford' | | Updated: Virtual Active - Options Call | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice/update to client re Merger Agreement |
| VA020654 | | | | | Updated: Virtual Active - Options Call | Attorney-Client Privileged | | Attachment to above email: Dial in information re attorney-client |
| VA020660 | 10/18/2011 3:05 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Update | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA020664 | 11/11/2011 17:24 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Fwd: Update | Attorney-Client Privileged | | Attorney-client communication; Client request to attorney for |
| VA020665 | | | | | Assignment_of_Contract-2- | Attorney-Client Privileged | | Attachment to above email. Re contract document |
| VA020674 | 9/14/2011 8:13 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Netpulse/VA - draft agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA020675 | 9/14/2011 8:12 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Barry, Ralph" | RE: Netpulse/VA - draft agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA020676 | 9/14/2011 6:16 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Netpulse/VA - draft agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020677 | 9/14/2011 6:10 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Netpulse/VA - draft agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020678 | 9/14/2011 6:08 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Fw: Netpulse/VA - draft agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020679 | | | | | Netpulse_Virtual_Merg | Attorney-Client | | Attachment to above email: |
| VA020680 | 10/18/2011 2:17 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Re: Update | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: |
| VA020681 | 10/28/2011 6:13 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Notifications | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: |
| VA020682 | 10/28/2011 6:13 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com>, "'john@vafitness.com'" <john@vafitness.com> | | Re: Notifications | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Re: Merger agreement |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---------|-----------|------|-----|-----|------------------|-----------|-----------|---------------|
| VA020683 | 10/28/2011 5:06 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Notifications | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Re: Merger agreement |
| VA020684 | 10/28/2011 4:41 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Hsu, Eric" | | Notifications | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney Re: Notification |
| VA020685 | 9/20/2011 5:17 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com>, "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." | | RE: Update on consents | Attorney-Client Privileged | | Attorney-client communication; VA attorney upate to client. Re: Option and Note Holder Consent |
| VA020686 | 9/20/2011 5:16 | John Ford <john@vafitness.com> | Eric Hsu <ehsu@wsgr.com>, James Huie <jhuie@wsgr.com>, "Stephen J. Byrnes" | | Update on consents | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. re: option and note holder consent |
| VA020687 | 9/16/2011 9:25 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." | Re: Fw: Project Beat - Specified Liabilities | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA020688 | 9/16/2011 9:23 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." | Re: Fw: Project Beat - Specified Liabilities | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA020689 | 9/16/2011 8:50 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." | Fw: Project Beat - Specified Liabilities | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA020690 | 9/16/2011 4:35 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - Specified Liabilities | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020691 | 10/18/2011 2:16 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | | RE: Update | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA020692 | 9/16/2011 4:30 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | RE: Project Beat - Specified Liabilities | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020693 | 9/16/2011 4:30 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | FW: Project Beat - Specified Liabilities | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client re |
| VA020694 | 9/16/2011 4:28 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - Specified Liabilities | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020695 | 9/16/2011 4:24 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | FW: Project Beat - Specified Liabilities | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA020700 | 9/15/2011 0:53 | "Hsu, Eric" <ehsu@wsgr.com> | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com>, "smorano@wsgr.com" <smorano@wsgr.com>, "Huie, James" | RE: Virtual Active DD | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA020701 | 9/15/2011 8:32 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com>, "Huie, James" <jhuie@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com>, | | Virtual Active DD | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA020702 | | | | | Q2_11_Fixed_Asset_Purchases.xlsx | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements |
| VA020703 | | | | | 04-11_Depreciaiton_sched | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements |
| VA020704 | | | | | JHF_Interest_Draws.xlsx | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements |
| VA020705 | | | | | VA_Notes_and_Interest_as_of_September_14_ | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements |
| VA020706 | | | | | VA_Capitalization_Conv_and_Non_Conv_Septe | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements |
| VA020707 | 9/26/2011 8:54 | "Huie, James" <jhuie@wsgr.com> | "Slafsky, John" <JSlafsky@wsgr.com>, 'John Ford' <john@vafitness.com>, "Murano, Scott" | | Virtual Active/VA Call | Attorney-Client Privileged | | Attorney-client communication; Attorney-client communication; Client response to attorney query. Re: VA Mergerquery. Re: VA Merger |
| VA020708 | | | | | Virtual Active/VA Call | Attorney-Client | | Attachment to above email. Re: |
| VA020716 | 10/27/2011 0:19 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Virtual Active - Optionee Addresses | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney. Re: |
| VA020717 | 10/27/2011 0:18 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | RE: Virtual Active - Optionee Addresses | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA020718 | 10/27/2011 7:51 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Virtual Active - Optionee Addresses | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney. Re: |
| VA020719 | | | | | Virtual_Active__Reorg_ | Attorney-Client | | Attachment to above email. Re: |
| VA020720 | 10/27/2011 7:41 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | RE: Virtual Active - Optionee Addresses | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA020721 | 10/27/2011 7:17 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Optionee Addresses | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney. Re: |
| VA020722 | | | | | Virtual_Active__Reorg_ | Attorney-Client | | Attachment to above email. Re: |
| VA020723 | 10/27/2011 7:09 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Optionee Addresses | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney. Re: |
| VA020724 | | | | | Virtual_Active_-_Project_Beat_-_Optionee_Addresses_( | Attorney-Client Privileged | | Attachment to above email Re: Optionee List |
| VA020725 | 10/27/2011 7:03 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Optionee Addresses | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA020726 | 10/27/2011 7:00 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Optionee Addresses | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney. Re: |
| VA020727 | 10/27/2011 6:55 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Optionee Addresses | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---------|-----------|------|-----|-----|------------------|-----------|-----------|---------------|
| VA020728 | 10/26/2011 1:00 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Optionee Addresses | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA020729 | 10/11/2011 19:42 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | | Re: FW: VIRTUAL ACTIVE | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020730 | 10/18/2011 1:43 | John Ford <john@vafitness.com> | James Huie <jhuie@wsgr.com> | | Fwd: Update | Attorney-Client Privileged | | Attorney-client communication; Client request to attorney for |
| VA020731 | 10/26/2011 0:23 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Optionee Addresses | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney. Re: |
| VA020732 | 10/26/2011 9:22 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Virtual Active - Optionee Addresses | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA020733 | | | | | Virtual_Active_-_Project_Beat_- | Attorney-Client Privileged | | Attachment to above email Re: Optionee List |
| VA020740 | 10/28/2011 2:18 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Virtual Active - R. Damm Bonus Letter | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney; Re: |
| VA020753 | 10/28/2011 7:32 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Virtual Active - R. Damm Bonus Letter | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA020754 | | | | | Virtual_Active_-_R._Damm_Retention_Bonus_(PALIB2_569156 | Attorney-Client Privileged | | Attachment to above email. Re: Retention Bonus |
| VA020755 | | | | | Virtual_Active__Note_Transfer_and_Sale_Agreement_(Deborah_Landis | Attorney-Client Privileged | | Attachment to above email. Re: Note Transfer and Sale |
| VA020756 | | | | | Virtual_Active__Note_Transfer_and_Sale_Agreement_(John_A._Damm_ | Attorney-Client Privileged | | Attachment to above email. Re: Note Transfer and Sale |
| VA020763 | 9/30/2011 0:31 | "Huie, James" <jhuie@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, "'john@vafitness.com'" <john@vafitness.com> | | RE: Virtual Active - Call from Perkins | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Corporate financials Re: VA Perkins |
| VA020764 | 9/29/2011 6:28 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Virtual Active - Call from Perkins | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. |
| VA020765 | 9/29/2011 6:03 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Re: Virtual Active - Call from Perkins | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020766 | 9/29/2011 0:43 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com>, "Slafsky, John" | Re: Virtual Active - Call from Perkins | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. corporate financials Re: |
| VA020767 | 9/29/2011 0:43 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Slafsky, John" | Re: Virtual Active - Call from Perkins | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. Corporate financials Re: VA |
| VA020768 | 9/29/2011 0:40 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com>, "Slafsky, John" | Re: Virtual Active - Call from Perkins | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. corporate financials Re: |
| VA020769 | 9/29/2011 0:39 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Slafsky, John" | Re: Virtual Active - Call from Perkins | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. Corporate financials Re: VA |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA020770 | 9/29/2011 0:25 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com>, "Slafsky, John" | Re: Virtual Active - Call from Perkins | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. corporate financials Re: |
| VA020771 | 9/16/2011 7:40 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." | Re: Virtual Active - Cap table | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA020772 | 9/29/2011 0:24 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Slafsky, John" | RE: Virtual Active - Call from Perkins | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. Corporate financials Re: VA |
| VA020773 | 9/29/2011 0:11 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com>, "Slafsky, John" | Re: Virtual Active - Call from Perkins | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. corporate financials Re: |
| VA020774 | 9/28/2011 2:45 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Slafsky, John" | RE: Virtual Active - Call from Perkins | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. Corporate financials Re: VA |
| VA020775 | 9/28/2011 2:37 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com>, "Slafsky, John" | Re: Virtual Active - Call from Perkins | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. corporate financials Re: |
| VA020776 | 9/28/2011 2:13 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Slafsky, John" | Virtual Active - Call from Perkins | Attorney-Client Privileged | | Attorney-client communication VA attorney query to client  Re: Call from Perkins |
| VA020777 | 3/11/2011 3:51 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Virtual Active: Project Beat - J. Ford | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020778 | 3/11/2011 3:44 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: Virtual Active: Project Beat - J. Ford | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger |
| VA020779 | 3/11/2011 2:01 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Virtual Active: Project Beat - J. Ford | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020780 | 2/11/2011 22:53 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | Virtual Active: Project Beat - J. Ford | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re |
| VA020781 | | | | | Virtual_Active_-_Project_Beat_- | Attorney-Client Privileged | | Attachment to above email: Draft Copy of Employment Offer |
| VA020782 | | | | | Virtual_Active__Project_Beat_-_J._Ford_Employment_ | Attorney-Client Privileged | | Attachment to above email: Draft Copy of Employment Offer associated with Merger |
| VA020783 | 11/11/2011 17:24 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: VA - Update on Warnock | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client Re: |
| VA020784 | 9/16/2011 7:35 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com>, "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." | | Re: Virtual Active - Cap table | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA020785 | 11/11/2011 17:18 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: VA - Update on Warnock | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney; Re: |
| VA020786 | 11/11/2011 17:09 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | VA - Update on Warnock | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA020787 | 9/21/2011 7:02 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, | Fw: Revised Merger Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client. Re: Merger Agreement Draft |
| VA020788 | | | | | _21672681v13_LEGAL_- | Attorney-Client Privileged | | Attachment to above email Re: Agreement and Plan Merger |
| VA020789 | | | | | WS_BinaryComparison__21672681v12_LEGAL__-_Netpulse_Virtual_Merg | Attorney-Client Privileged | | Attachment to above email Re: Agreement and Plan Merger Draft |
| VA020790 | 9/21/2011 1:50 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Cindy Cannon <cindy@vafitness.com>, "Byrnes, Stephen J." | Re: Ryan Damm offer letter | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. re:offer letter |
| VA020791 | | | | | BalancedFitness-Employment_Offer_Lett | Attorney-Client Privileged | | Attachment to above email. re: offer letter |
| VA020792 | 9/21/2011 1:10 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com>, "Byrnes, Stephen J." | RE: Ryan Damm offer letter | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. re: offer letter |
| VA020793 | 9/21/2011 1:08 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Cindy Cannon <cindy@vafitness.com>, "Byrnes, Stephen J." | Re: Ryan Damm offer letter | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. re:offer letter |
| VA020794 | 9/20/2011 3:56 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com>, "Byrnes, Stephen J." | RE: Ryan Damm offer letter | Attorney-Client Privileged | | Attorney-client communication; VA attorney upate to client. re: offer letters |
| VA020795 | 9/20/2011 2:37 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Cindy Cannon <cindy@vafitness.com>, "Byrnes, Stephen J." | Re: Ryan Damm offer letter | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. re: offer letters |
| VA020796 | 9/20/2011 2:11 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Cindy Cannon <cindy@vafitness.com>, "Byrnes, Stephen J." | Re: Ryan Damm offer letter | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. re: offer letters |
| VA020797 | 9/20/2011 1:53 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com>, "Byrnes, Stephen J." | RE: Ryan Damm offer letter | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client requested documents. re: offer |
| VA020798 | 9/16/2011 7:32 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." | | Re: Virtual Active - Cap table | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA020799 | 9/20/2011 9:29 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Ryan Damm offer letter | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney re: offer letter |
| VA020800 | | | | | VirtualActive-Employment_Offer_Lett | Attorney-Client Privileged | | Attachment to above email. re:offer letter |
| VA020801 | 1/11/2011 21:19 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Addresses and emails of shareholders | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA020802 | 1/11/2011 21:12 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Addresses and emails of shareholders | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to Client re |
| VA020803 | 1/11/2011 17:15 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Addresses and emails of shareholders | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA020804 | | | | | ShareholderInfo.xlsx | Attorney-Client | | Attachment to above email: |
| VA021113 | 9/20/2011 9:09 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Project Beat - D&O Insurance Contacts | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA021114 | 9/16/2011 7:27 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com>, "Huie, James" <jhuie@wsgr.com>, | Virtual Active - Cap table | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA021115 | | | | | Virtual_Active_Summary_of_Capitalization.pdf | Attorney-Client Privileged | | Attachment to above email: Corporate financials forwarded |
| VA021458 | 9/19/2011 2:56 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Huie, James" | RE: File Sent: VA_redux_docs.zip | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client re employee documents request. |
| VA021459 | 9/19/2011 2:38 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Huie, James" | | Fwd: File Sent: VA_redux_docs.zip | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney; Re: Employee documents |
| VA021624 | 9/26/2011 8:50 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Slafsky, John" <JSlafsky@wsgr.com>, "Murano, Scott" | Re: Virtual Active - Update | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. Re: VA Merger |
| VA021625 | 10/18/2011 6:25 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | | Re: John A. Ford employment agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA021626 | 9/26/2011 8:49 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Slafsky, John" <JSlafsky@wsgr.com>, "Murano, Scott" | RE: Virtual Active - Update | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. Re: VA Merger |
| VA021627 | 9/26/2011 7:01 | "Huie, James" <jhuie@wsgr.com> | "Slafsky, John" <JSlafsky@wsgr.com>, "Murano, Scott" <smurano@wsgr.com> | 'John Ford' <john@vafitness.com> | Virtual Active - Update | Attorney-Client Privileged | | Internal attorney email shared with client Re: Update |
| VA021630 | 9/16/2011 5:49 | "Greenstein, Gary" <ggreenstein@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Murano, Scott" <smurano@wsgr.com> | RE: Smooth Fitness | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re license agreement with OEM |
| VA021631 | 9/16/2011 5:24 | John Ford <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, "Murano, Scott" <smurano@wsgr.com> | Re: Smooth Fitness | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re license agreement with OEM |
| VA021632 | 9/16/2011 5:02 | "Greenstein, Gary" <ggreenstein@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Murano, Scott" <smurano@wsgr.com> | FW: Smooth Fitness | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re license agreement with OEM |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA021633 | 9/13/2011 3:19 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Smooth Fitness | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA021634 | 9/13/2011 2:26 | John Ford <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.com> | "Murano, Scott" <smurano@wsgr.com>, "Slafsky, John" <JSlafsky@wsgr.com>, | Re: Smooth Fitness | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re license agreement with OEM |
| VA021635 | 9/13/2011 2:20 | "Greenstein, Gary" <ggreenstein@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com>, "Murano, Scott" <smurano@wsgr.com> | "Slafsky, John" <JSlafsky@wsgr.com>, "Huie, James" <jhuie@wsgr.com> | Re: Smooth Fitness | Attorney-Client Privileged | | Attorney-client communication; VA attorney query re license agreement with OEM |
| VA021636 | 9/13/2011 2:17 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Smooth Fitness | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney re |
| VA021637 | 10/18/2011 6:26 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: John A. Ford employment agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA021638 | 9/13/2011 2:15 | "Murano, Scott" <smurano@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: Smooth Fitness | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA021639 | 9/13/2011 2:14 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | "Greenstein, Gary" <ggreenstein@wsgr.com>, "Slafsky, John" <JSlafsky@wsgr.com>, | Re: Smooth Fitness | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re license agreement with OEM |
| VA021640 | 9/13/2011 1:53 | "Murano, Scott" <smurano@wsgr.com> | John Ford <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.com>, "Slafsky, John" <JSlafsky@wsgr.com>, | FW: Smooth Fitness | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re license agreement with OEM |
| VA021641 | 9/21/2011 3:22 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Slafsky, John" | Re: Project beat | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re: status update |
| VA021642 | 9/21/2011 3:05 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com>, "Slafsky, John" | Re: Project beat | Attorney-Client Privileged | | Attorney-client communication; Client response to VA Attorney. re: status update |
| VA021643 | 9/21/2011 3:03 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Slafsky, John" | Re: Project beat | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re: status update |
| VA021644 | 9/21/2011 2:27 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Project beat | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client Re: |
| VA021645 | 9/16/2011 7:11 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Greenstein, Gary" <ggreenstein@wsgr.com>, "Timm, Carol" <ctimm@wsgr.com>, "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." | Re: FW: Project Beat - Merger Agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney update re Merger Agreement |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA021646 | 9/16/2011 4:29 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.com>, "Timm, Carol" <ctimm@wsgr.com>, "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." | FW: Project Beat - Merger Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA021647 | | | | | Project_Beat_-_Merger_Agreement_(W SGR_Comments)_(PALI | Attorney-Client Privileged | | Attachment to above email: Draft Copy of Merger Agreement subject to |
| VA021650 | 10/17/2011 6:35 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: John A. Ford employment agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA021765 | 9/11/2011 0:28 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Closing Deliverables | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA021766 | 9/11/2011 0:22 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Closing Deliverables | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA021767 | 9/11/2011 0:21 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Virtual Active - Closing Deliverables | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA021768 | | | | | Virtual_Active_Closing_Deliverables.pdf | Attorney-Client Privileged | | Attachment to above email: Stockholder Consent Form |
| VA021769 | 9/15/2011 1:59 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Disclosure call | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA021770 | 9/15/2011 1:58 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Disclosure call | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA021771 | 9/15/2011 1:45 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Disclosure call | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA021772 | 9/15/2011 1:40 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Disclosure call | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA021773 | 9/15/2011 1:34 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Disclosure call | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA021774 | 10/17/2011 6:23 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: John A. Ford employment agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA021775 | 9/15/2011 1:26 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Disclosure call | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA021776 | 9/14/2011 2:20 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Virtual Active - Disclosure call | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA021777 | 10/28/2011 1:38 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com>, | Re: Ford Framing 70k specified liability | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA021778 | 10/28/2011 0:22 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, | RE: Ford Framing 70k specified liability | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA021779 | 10/27/2011 3:13 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com>, "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Ford Framing 70k specified liability | Attorney-Client Privileged | | Attorney-client communication; Client query/update to attorney. Re: Ford Liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA021780 | 11/11/2011 21:51 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Virtual Active - Officer's Certificate for | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney; Re: |
| VA021781 | 11/11/2011 21:52 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Virtual Active - Officer's Certificate for | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA021782 | 11/11/2011 21:18 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Officer's Certificate for | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney; Re: |
| VA021783 | 11/11/2011 21:17 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Officer's Certificate for | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney; Re: |
| VA021784 | 11/11/2011 21:16 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Officer's Certificate for | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA021785 | | | | | Officer's_Certificate_fo | Attorney-Client | | Attachment to above email Re: |
| VA021786 | 10/11/2011 19:41 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | FW: VIRTUAL ACTIVE | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. Re: |
| VA021787 | | | | | Ac833ce16-adc0-418c- | Attorney-Client | | Attachment to above email. Re: |
| VA021788 | 10/17/2011 6:15 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: John A. Ford employment agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA021789 | 11/11/2011 21:11 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Officer's Certificate for | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney; Re: |
| VA021790 | 11/11/2011 21:09 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Officer's Certificate for | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA021791 | | | | | Officer's_Certificate_fo | Attorney-Client | | Attachment to above email Re: |
| VA021792 | 11/11/2011 21:08 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Officer's Certificate for | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney; Re: |
| VA021793 | 11/11/2011 21:07 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Virtual Active - Officer's Certificate for | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA021794 | | | | | Officer's_Certificate_fo | Attorney-Client | | Attachment to above email Re: |
| VA022004 | 8/11/2011 17:19 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Cindy Myers Signature | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA022005 | | | | | Virtual_Active_-_dated_ISQs.pdf | Attorney-Client Privileged | | Attachment to above email: Consent form re Merger |
| VA022006 | | | | | Virtual_Active_-_Option_Exercises.pdf | Attorney-Client Privileged | | Attachment to above email: Consent form re Merger |
| VA022007 | | | | | Virtual_Active__Project_Beat_-_Lance_D._Ford_Resign | Attorney-Client Privileged | | Attachment to above email: Draft Employment letter by VA attorney |
| VA022008 | | | | | Virtual_Active__Project_Beat_-_John_A._Ford_Resigna | Attorney-Client Privileged | | Attachment to above email: Draft Employment letter by VA attorney |
| VA022009 | 8/11/2011 17:04 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Virtual Active - Cindy Myers Signature | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re |
| VA022010 | 8/11/2011 16:56 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Virtual Active - Cindy Myers Signature | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022011 | 8/11/2011 16:57 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com>, "Hsu, Eric" | | Re: Virtual Active - Cindy Myers Signature | Attorney-Client Privileged | | Attorney-client communication; VA attorney request for documents re Merger |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA022012 | 10/17/2011 5:59 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: John A. Ford employment agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA022013 | 8/11/2011 16:53 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Cindy Myers Signature | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022014 | 8/11/2011 16:50 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Cindy Myers Signature | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022015 | 8/11/2011 16:48 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Cindy Myers Signature | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA022016 | | | | | Leon_Scott_Sartin.pdf | Attorney-Client Privileged | | Attachment to above email: Draft consent form sent by |
| VA022017 | | | | | Cindy_Myers_and_Leon _Scott_Sartin.PDF | Attorney-Client Privileged | | Attachment to above email: Consent form re Merger |
| VA022018 | 8/11/2011 16:25 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Cindy Myers Signature | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022019 | 8/11/2011 16:24 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Virtual Active - Cindy Myers Signature | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA022020 | 5/10/2011 23:03 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | RE: Virtual Active - Recap | Attorney-Client Privileged | | Attorney-client communication; VA attorney scheduling Meeting |
| VA022021 | 5/10/2011 23:01 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Virtual Active - Recap | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022022 | 5/10/2011 21:30 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Virtual Active - Recap | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger |
| VA022052 | 2/11/2011 21:20 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | RE: Hi Tom | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger |
| VA022053 | 10/13/2011 2:50 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: John A. Ford employment agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA022054 | 2/11/2011 21:15 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Hi Tom | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022055 | 2/11/2011 21:14 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Hi Tom | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022056 | 2/11/2011 21:12 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: Hi Tom | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger |
| VA022057 | | | | | 344076_Result.rtf | Attorney-Client | | Attachment to above email: |
| VA022058 | 2/11/2011 20:02 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Fwd: Hi Tom | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022060 | 4/11/2011 2:30 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Virtual Active - Securityholder | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re |
| VA022061 | | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Virtual_Active_Project _Beat_- _Securityholder_Mailin | Attorney-Client Privileged | | Attachment to above email: Information Statement for Merger Agreement |
| VA022070 | 5/11/2011 2:03 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Virtual Active Reorganization - | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to Client re |
| VA022071 | | | | | VIRTUAL_ACTIVE_- _Project_Beat_- _John_A._Ford_Commo | Attorney-Client Privileged | | Attachment to above email: Draft Purchase Agreement |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA022072 | | | | | VIRTUAL_ACTIVE_-_Project_Beat_-_C._Galipo_Common_S | Attorney-Client Privileged | | Attachment to above email: Draft Purchase Agreement |
| VA022073 | | | | | VIRTUAL_ACTIVE_-_Project_Beat_-_P._Lynch_Common_St | Attorney-Client Privileged | | Attachment to above email: Draft Purchase Agreement |
| VA022074 | | | | | VIRTUAL_ACTIVE_-_Project_Beat_-_R._Grijalva_Common_ | Attorney-Client Privileged | | Attachment to above email: Draft Purchase Agreement |
| VA022075 | | | | | VIRTUAL_ACTIVE_-_Project_Beat_-_J._Donley_Common_S | Attorney-Client Privileged | | Attachment to above email: Draft Purchase Agreement |
| VA022076 | | | | | Virtual_Active__Project_Beat_-_V._Bircheff_Common_ | Attorney-Client Privileged | | Attachment to above email: Draft Purchase Agreement |
| VA022173 | 10/13/2011 2:48 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: John A. Ford employment agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022191 | 4/11/2011 20:03 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | RE: Escrow | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re corporate |
| VA022192 | 4/11/2011 18:28 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Escrow | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022193 | 4/11/2011 18:26 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | RE: Escrow | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re financials |
| VA022194 | 10/13/2011 2:45 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: John A. Ford employment agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA022195 | 4/11/2011 18:24 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Escrow | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022354 | 9/18/2011 9:04 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, | Project Beat - Board and Stockholder Consent | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re Board and stockholder consent forms in relation to Merger |
| VA022355 | | | | | Project_Beat_-_VA_Board_Resolutions_(Merger)_(PALIB2_563 | Attorney-Client Privileged | | Attachment to above email: Board Consent Form forwarded to VA attorney for review and |
| VA022356 | | | | | Project_Beat_-_VA_Stockholder_Consent_(Merger)_(PALIB2_ | Attorney-Client Privileged | | Attachment to above email: Shareholder Consent Form forwarded to VA attorney for |
| VA022357 | | | | | Project_Beat_-_Merger_Agreement_(WSGR_Comments)_(PALI | Attorney-Client Privileged | | Attachment to above email: Draft Merger Agreement with attorney edits and subject to |
| VA022359 | 9/18/2011 2:05 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022360 | 9/18/2011 1:56 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA022361 | 9/18/2011 1:39 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Hsu, Eric" | | Re: Follow-Up on Documents and Additional Due | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query/request for documents in |
| VA022362 | 9/18/2011 1:22 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Follow-Up on Documents and | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022363 | 9/18/2011 1:20 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022364 | | | | | 20110917164600.pdf | Attorney-Client Privileged | | Attachment to above email: Insurance policy sent to VA |
| VA022365 | 10/13/2011 2:41 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | | Re: John A. Ford employment agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022366 | 9/18/2011 1:19 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022367 | | | | | 20110917164516.pdf | Attorney-Client Privileged | | Attachment to above email: Insurance policy sent to VA |
| VA022368 | 9/18/2011 1:16 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022369 | | | | | 20110917164440.pdf | Attorney-Client Privileged | | Attachment to above email: Insurance policy sent to VA |
| VA022370 | 9/18/2011 1:14 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022371 | | | | | 20110917164359.pdf | Attorney-Client Privileged | | Attachment to above email: Employment contract |
| VA022372 | 9/18/2011 1:13 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Follow-Up on Documents and | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA022373 | 9/18/2011 1:11 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022374 | | | | | 20110917164313.pdf | Attorney-Client Privileged | | Attachment to above email: Employment contract |
| VA022375 | 9/18/2011 1:08 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Follow-Up on Documents and | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022376 | 9/18/2011 1:07 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022377 | | | | | 20110917164233.pdf | Attorney-Client Privileged | | Attachment to above email: Employment contract |
| VA022378 | 9/18/2011 1:06 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | RE: Follow-Up on Documents and | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA022379 | 9/18/2011 1:04 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022380 | | | | | 20110917164153.pdf | Attorney-Client Privileged | | Attachment to above email: Employment contract |
| VA022381 | 9/18/2011 1:01 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022382 | | | | | 20110917164107.pdf | Attorney-Client Privileged | | Attachment to above email: Employment contract |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA022383 | 10/13/2011 1:55 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, Cindy Cannon | John A. Ford employment agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Re: Ford Employee agreement |
| VA022384 | 9/18/2011 0:57 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022385 | | | | | 20110917163959.pdf | Attorney-Client Privileged | | Attachment to above email: Employment contract |
| VA022386 | | | | | 20110917164026.pdf | Attorney-Client Privileged | | Attachment to above email: Employment contract |
| VA022387 | 9/18/2011 0:52 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022388 | | | | | 20110917163920.pdf | Attorney-Client Privileged | | Attachment to above email: Severance agreement |
| VA022389 | | | | | 20110917163959.pdf | Attorney-Client Privileged | | Attachment to above email: Employment contract |
| VA022390 | 9/18/2011 0:23 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022391 | 9/18/2011 0:18 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Follow-Up on Documents and | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA022394 | 9/19/2011 9:59 | John Ford <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, | Re: Virtual Active - Open source software rep | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney. re: Open source software |
| VA022395 | 9/19/2011 9:51 | "Greenstein, Gary" <ggreenstein@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, | RE: Virtual Active - Open source software rep | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. re: open source software |
| VA022396 | 9/19/2011 6:53 | John Ford <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.com> | | Re: Virtual Active - Open source software | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney; re: |
| VA022397 | 9/19/2011 6:46 | "Greenstein, Gary" <ggreenstein@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, "Timm, Carol" <ctimm@wsgr.com>, | RE: Virtual Active - Open source software rep | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. re: open source software |
| VA022398 | 9/19/2011 5:27 | John Ford <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, "Timm, Carol" <ctimm@wsgr.com>, | Re: Virtual Active - Open source software rep | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney update. re: open source software. |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA022412 | 9/19/2011 5:20 | "Greenstein, Gary" <ggreenstein@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, "Timm, Carol" <ctimm@wsgr.com>, | RE: Virtual Active - Open source software rep | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re: open source software |
| VA022413 | 9/19/2011 5:15 | John Ford <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, "Timm, Carol" <ctimm@wsgr.com>, | Re: Virtual Active - Open source software rep | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney update re: open source software. |
| VA022414 | 9/19/2011 5:14 | John Ford <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, "Timm, Carol" <ctimm@wsgr.com>, | Re: Virtual Active - Open source software rep | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney update re: open source software. |
| VA022415 | 9/19/2011 5:09 | "Greenstein, Gary" <ggreenstein@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, "Timm, Carol" <ctimm@wsgr.com>, | Virtual Active - Open source software rep | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re: open source software |
| VA022416 | 9/21/2011 4:06 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." | RE: Consents | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. response to previous email. re: |
| VA022417 | | | | | Virtual_Active_(fka_Balanced_Fitness)__Project | Attorney-Client Privileged | | Attachment to above email. Re: VA Privilege Log |
| VA022418 | 9/21/2011 3:53 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | | Re: Consents | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. |
| VA022419 | 9/21/2011 3:09 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | | RE: Consents | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA022420 | 9/21/2011 3:06 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Consents | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA022421 | | | | | Virtual_Active_(fka_Balanced_Fitness)__Project | Attorney-Client Privileged | | Attachment to above email re: merger tracking spreadsheet |
| VA022422 | 9/21/2011 2:55 | John Ford <john@vafitness.com> | Eric Hsu <ehsu@wsgr.com> | | Consents | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022522 | 10/11/2011 21:31 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | Virtual Active - Warnock Promissory Note (Final) | Attorney-Client Privileged | | Attorney-client communication VA attorney query to client Re: |
| VA022523 | | | | | Virtual_Active__Project_Beat_-_New_Warnock_Promis | Attorney-Client Privileged | | Attachment to above email Re: Promissory Note |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA022524 | | | | | Virtual_Active_-_New_Warnock_Promissory_Note_(Final)_- | Attorney-Client Privileged | | Attachment to above email Re: Promissory Note |
| VA022525 | 9/17/2011 6:28 | John Ford <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, | Re: Project Beat - Diligence Effort | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA022526 | 9/17/2011 6:26 | "Greenstein, Gary" <ggreenstein@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, | FW: Project Beat - Diligence Effort | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA022527 | 9/17/2011 7:50 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | | Project Beat - Diligence Effort | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA022528 | 9/19/2011 4:46 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com>, | Re: Question | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. Response to previous email |
| VA022529 | 9/19/2011 4:44 | "Murano, Scott" <smurano@wsgr.com> | "john@vafitness.com" <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com>, | Re: Question | Attorney-Client Privileged | | Attorney-client communication; VA attorney response to client. Response to previous email |
| VA022530 | 9/19/2011 4:41 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com>, | Re: Question | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. Response to previous email |
| VA022531 | 9/19/2011 4:37 | "Murano, Scott" <smurano@wsgr.com> | "john@vafitness.com" <john@vafitness.com>, "Huie, James" <jhuie@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." | | Re: Question | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Response to previous email |
| VA022532 | 9/19/2011 4:35 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com>, "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." | | Question | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney re: investor concerns/ guaranteed earnings |
| VA022533 | 9/13/2011 7:05 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com | | Fwd: FW: Contact | Attorney-Client Privileged | | Internal client email forwarding/relaying VA attorney |
| VA022534 | | | | | Netpulse__Virtual_Active_Due_Diligence_Requ | Attorney-Client Privileged | | Attachment to above email: Due Diligence Checklist |
| VA022535 | 12/9/2011 22:24 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com>, "Hsu, Eric" | RE: FW: Contact | Attorney-Client Privileged | | Attorney-client communication; VA attorney response to client. Re: Contact |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA022536 | 3/11/2011 12:21 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Virtual Active: Project Beat - Latest | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022537 | 12/9/2011 22:23 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | Cindy Cannon <cindy@vafitness.com>, "Hsu, Eric" | Re: FW: Contact | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. Re: Contact |
| VA022538 | 12/9/2011 22:00 | "Huie, James" <jhuie@wsgr.com> | 'Cindy Cannon' <cindy@vafitness.com>, John Ford | "Hsu, Eric" <ehsu@wsgr.com> | FW: Contact | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Re: Due diligence request |
| VA022539 | | | | | Netpulse__Virtual_Active_Due_Diligence_Requ | Attorney-Client Privileged | | Attachment to above email. Re: Due Diligence Checklist |
| VA022561 | 9/17/2011 9:28 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | RE: Virtual Active - Ewert license | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA022562 | | | | | Lease_AppleFinancial.pdf | Attorney-Client Privileged | | Attachment to above email: Equipment lease sent to VA |
| VA022563 | 9/17/2011 9:20 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Virtual Active - Ewert license agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA022564 | 10/28/2011 7:15 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Hsu, Eric" | | SigPage of Notice | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney. Re: Optionee Notice Signature |
| VA022565 | | | | | Project_Beat__Optionee_Notice_(Final)_(PALI | Attorney-Client Privileged | | Attachment to above email. Re: Notice to Option Holders |
| VA022566 | | | | | SigPageOptNotice.pdf | Attorney-Client | | Attachment to above email Re: |
| VA022567 | 3/11/2011 7:05 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: Virtual Active: Project Beat - Latest | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re |
| VA022568 | 9/30/2011 9:15 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: one more item | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney. |
| VA022569 | 9/30/2011 9:14 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Re: one more item | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney. |
| VA022570 | 9/30/2011 9:12 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: one more item | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA022571 | 9/30/2011 9:10 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com>, "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." | | Re: one more item | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Response to previous email |
| VA022572 | 9/30/2011 9:08 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." | | one more item | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: Disclosure Schedule |
| VA022573 | 8/11/2011 21:41 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Virtual Active: Project Beat - WSGR | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022574 | 8/11/2011 21:15 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | RE: Virtual Active: Project Beat - WSGR | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA022575 | 8/11/2011 20:59 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Virtual Active: Project Beat - WSGR | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA022576 | 8/11/2011 20:47 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | Virtual Active: Project Beat - WSGR Payoff | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA022577 | | | | | Virtual_Active__Project _Beat_- _WSGR_Payoff_Letter_( | Attorney-Client Privileged | | Attachment to above email: Correspondence written by VA attorney and sent to Client for |
| VA022578 | 9/17/2011 6:08 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, | Re: Virtual Active: Project Beat - Form | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022579 | 3/11/2011 6:40 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | FW: Virtual Active: Project Beat - Latest | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger |
| VA022580 | | | | | Netpulse_- _Amendment_No_1_to_ | Attorney-Client Privileged | | Attachment to above email: Draft Amendment to Merger |
| VA022581 | 9/17/2011 6:06 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, | RE: Virtual Active: Project Beat - Form | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA022582 | | | | | 888923_Result.rtf | Attorney-Client Privileged | | Attachment to above email: Draft Agreement for Creditors |
| VA022583 | 9/17/2011 5:34 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, | Re: Virtual Active: Project Beat - Form | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022584 | 9/17/2011 5:22 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, | RE: Virtual Active: Project Beat - Form | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA022585 | 9/17/2011 4:43 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Huie, James" <jhuie@wsgr.com>, | Re: Virtual Active: Project Beat - Form | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022586 | 9/17/2011 0:31 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | Virtual Active: Project Beat - Form Payment | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA022587 | | | | | Virtual_Active__Project _Beat_- _Form_Payment_Defer | Attorney-Client Privileged | | Attachment to above email: Draft letter by VA attorney to creditors re Merger Agreement |
| VA022588 | 10/28/2011 8:49 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Supporting Documents for | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022589 | 10/28/2011 8:48 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Supporting Documents for Specified Liabilities | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client Re: |
| VA022590 | 9/15/2011 0:42 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | "Huie, James" <jhuie@wsgr.com> | Re: Project Beat - 409A Valuation | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022591 | 9/15/2011 0:40 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - 409A Valuation | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022592 | 9/15/2011 0:41 | "Murano, Scott" <smurano@wsgr.com> | "john@vafitness.com'" <john@vafitness.com>, "Huie, James" | | Re: Project Beat - 409A Valuation | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA022593 | 8/11/2011 19:24 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" | RE: Docs | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re |
| VA022594 | 9/15/2011 0:39 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Murano, Scott" <smurano@wsgr.com> | Re: Project Beat - 409A Valuation | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022595 | 9/15/2011 0:38 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | Project Beat - 409A Valuation | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA022596 | 1/11/2011 15:10 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com > | | Re: Ford Framing Non-Conv Notes | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Internal client email relaying/discussing attorney |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA022597 | 1/11/2011 15:10 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Fwd: Ford Framing Non-Conv Notes | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022598 | 1/11/2011 15:09 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Re: Ford Framing Non-Conv Notes | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Internal client email relaying/discussing attorney |
| VA022599 | 1/11/2011 15:06 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Ford Framing Non-Conv Notes | Attorney-Client Privileged | | Internal client email relaying/discussing attorney |
| VA022600 | 1/11/2011 15:05 | Cindy Cannon <cindy@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, John Ford | | Re: Ford Framing Non-Conv Notes | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Ford Framing Contract |
| VA022601 | 10/28/2011 2:34 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | RE: Ford Framing Non-Conv Notes | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA022602 | 10/28/2011 2:22 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Ford Framing Non-Conv Notes | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022603 | 10/28/2011 1:01 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "john@vafitness.com" <john@vafitness.com> | | Re: Ford Framing Non-Conv Notes | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA022604 | 8/11/2011 19:05 | John Ford <john@vafitness.com> | "Stephen J. Byrnes" <sbyrnes@wsgr.com>, Eric Hsu | | Fwd: Docs | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney re outstanding contract |
| VA022605 | 10/28/2011 0:58 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Cindy Cannon <cindy@vafitness.com>, "Hsu, Eric" | Re: Ford Framing Non-Conv Notes | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. Re: Ford Framing |
| VA022606 | 10/28/2011 9:48 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com>, "Hsu, Eric" | RE: Ford Framing Non-Conv Notes | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Re: Ford Framing Contract |
| VA022607 | 10/28/2011 5:39 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com>, Cindy Cannon | | Fwd: Ford Framing Non-Conv Notes | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. Re: Ford Framing Contract |
| VA022608 | | | | | Ford_Framing_Non-Conv_Note_Update_10 | Attorney-Client Privileged | | Attachment to above email. Re: Ford Liabilities |
| VA022611 | 9/15/2011 1:47 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Re: Virtual Active - Project Beat Due Diligence Follow-up | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA022612 | 9/15/2011 1:46 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com>, Cindy Cannon <cindy@vafitness.com | "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Project Beat Due Diligence Follow-up | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client re Merger Agreement |
| VA022613 | 9/15/2011 1:44 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Virtual Active - Project Beat Due Diligence | Attorney-Client Privileged | | Internal client email forwarding/relaying attorney |
| VA022614 | 9/15/2011 1:41 | Cindy Cannon <cindy@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, John Ford | | Re: FW: Virtual Active - Project Beat Due Diligence Follow-up | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA022615 | 9/15/2011 0:58 | "Hsu, Eric" <ehsu@wsgr.com> | Cindy Cannon <cindy@vafitness.com > | John Ford <john@vafitness.com>, "Huie, James" <jhuie@wsgr.com>, | FW: Virtual Active - Project Beat Due Diligence Follow-up | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client re Merger Agreement |
| VA022616 | 9/20/2011 3:10 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." | Project Beat - updated tracking spreadsheet | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re: Project Beat signatures |
| VA022617 | | | | | Virtual_Active_(fka Bal anced_Fitness)__Projec | Attorney-Client Privileged | | Attachment to above email re: Project Beat signatures |
| VA022618 | 8/11/2011 17:18 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "john@vafitness.com" <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Docs | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re |
| VA022635 | 4/11/2011 4:10 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Virtual Active - Board Consent | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022636 | 4/11/2011 4:00 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | RE: Virtual Active - Board Consent | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger |
| VA022637 | 4/11/2011 3:46 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Virtual Active - Board Consent | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA022638 | 4/11/2011 3:46 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, | Virtual Active - Board Consent Approving | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Board |
| VA022639 | | | | | Virtual_Active__Reorga nization_- | Attorney-Client Privileged | | Attachment to above email: Board Consent form for Merger |
| VA022640 | 9/19/2011 7:29 | "Hsu, Eric" <ehsu@wsgr.com> | Cindy Cannon <cindy@vafitness.com > | John Ford <john@vafitness.com>, "Byrnes, Stephen J." | RE: Virtual Active - High Priority items | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. re: VA merger documents request |
| VA022641 | 9/19/2011 5:42 | Cindy Cannon <cindy@vafitness.com > | "Hsu, Eric" <ehsu@wsgr.com>, John Ford <john@vafitness.com>, | | Re: Virtual Active - High Priority items | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. Response to previous email |
| VA022642 | | | | | EE_Health_Ins_and_Wa | Attorney-Client | | Attachment to above email re: |
| VA022643 | | | | | John_H_Ford_Life_Ins_ | Attorney-Client | | Attachment to above email re: |
| VA022644 | | | | | Terminated_EE_- | Attorney-Client | | Attachment to above email re: |
| VA022645 | 9/19/2011 4:58 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com | "Hsu, Eric" <ehsu@wsgr.com>, | Re: Virtual Active - High Priority items | Attorney-Client Privileged | | Internal communication; Client email to colleague to address |
| VA022646 | 9/19/2011 4:57 | Cindy Cannon <cindy@vafitness.com > | "Hsu, Eric" <ehsu@wsgr.com>, John Ford <john@vafitness.com>, | | Re: Virtual Active - High Priority items | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. Response to previous email |
| VA022647 | 9/19/2011 4:54 | Cindy Cannon <cindy@vafitness.com > | "Hsu, Eric" <ehsu@wsgr.com>, John Ford <john@vafitness.com>, | | Re: Virtual Active - High Priority items | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. Response to previous email |
| VA022649 | 9/19/2011 4:52 | Cindy Cannon <cindy@vafitness.com > | "Hsu, Eric" <ehsu@wsgr.com>, John Ford <john@vafitness.com>, | | Re: Virtual Active - High Priority items | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. Response to previous email #794 |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA022650 | 9/19/2011 4:43 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, Cindy Cannon | Re: Virtual Active - High Priority items | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. Response to previous |
| VA022651 | 9/19/2011 4:39 | "Hsu, Eric" <ehsu@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com>, John Ford | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, Cindy Cannon | RE: Virtual Active - High Priority items | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client; re: VA documents request. |
| VA022652 | 9/19/2011 2:47 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, Cindy Cannon | RE: Virtual Active - High Priority items | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client; re: VA documents request. |
| VA022653 | 9/19/2011 1:26 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, Cindy Cannon | Re: Virtual Active - High Priority items | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re requested copies of |
| VA022654 | 9/19/2011 1:24 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, Cindy Cannon | Re: Virtual Active - High Priority items | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re requested copies of |
| VA022655 | 9/19/2011 0:43 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, Cindy Cannon | Virtual Active - High Priority items | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client requesting documents in |
| VA023251 | 12/9/2011 14:16 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, "Greenstein, Gary" <ggreenstein@wsgr.com>, "Ingram, Tim" <tingram@wsgr.com>, "Slafsky, John" <JSlafsky@wsgr.com> | | Merger | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: Merger Agreement |
| VA023258 | 5/11/2011 18:08 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Fwd: Virtual Active Signature Pages | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re |
| VA023259 | 5/11/2011 17:55 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Fwd: Virtual Active Signature Pages | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA023260 | 5/11/2011 17:30 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Fwd: Virtual Active Signature Pages | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re |
| VA023261 | 5/11/2011 15:36 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Hsu, Eric" | | Fwd: Virtual Active Signature Pages | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney's query re Merger Agreement |
| VA023262 | | | | | VirtualActive_Signature Pages_McIlwain_Bill.pd | Attorney-Client Privileged | | Attachment to above email: Stockholder Consent Form |
| VA023270 | 9/20/2011 6:22 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Fwd: Signature page Netpulse agreement | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. re: signature page |
| VA023271 | | | | | NPVA_SigPage.jpg | Attorney-Client Privileged | | Attachment to above email. Re: |
| VA023275 | 8/11/2011 17:11 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | | Fwd: Docs | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney re |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA023276 | | | | | BEsig1.jpg | Attorney-Client Privileged | | Attachment to above email: Stockholder Consent Form |
| VA023277 | | | | | BEsig2.jpg | Attorney-Client Privileged | | Attachment to above email: Stockholder Consent Form |
| VA023278 | | | | | BEsig3.jpg | Attorney-Client Privileged | | Attachment to above email: Stockholder Consent Form |
| VA023279 | | | | | BEsig4.jpg | Attorney-Client Privileged | | Attachment to above email: Stockholder Consent Form |
| VA023280 | | | | | BEsig5.jpg | Attorney-Client Privileged | | Attachment to above email: Stockholder Consent Form |
| VA023298 | 1/10/2011 17:26 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Project Beat - Updated Disclosure | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA023301 | 1/10/2011 15:00 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Fw: Project Beat - Updated Disclosure | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to Client re |
| VA023453 | 7/11/2011 4:18 | "Hsu, Eric" <ehsu@wsgr.com> | "john@vafitness.com" <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Virtual Active - Landlord Consent | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re lease |
| VA023454 | | | | | Virtual_Active__Project_Beat__Notice_and_Consent_to_Chang_Incom | Attorney-Client Privileged | | Attachment to above email: Draft lease agreement |
| VA023455 | | | | | Virtual_Active__Project_Beat__Letter_to_Chang_Income_Property_Partnership_LP_(Informati | Attorney-Client Privileged | | Attachment to above email: Draft lease agreement |
| VA023466 | 9/18/2011 1:58 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Fwd: Virtual Active | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query/request for documents in relation to Merger Agreement |
| VA023467 | | | | | 2010_Efile_Forms-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA023468 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA023469 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA023470 | 9/15/2011 1:02 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | | Fwd: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney re Merger Agreement and |
| VA023471 | | | | | 2010_Efile_Forms-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; tax returns sent to VA attorney for review and advice re Merger |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA023472 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials and tax returns sent to VA attorney for review and advice re Merger |
| VA023473 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; tax returns sent to VA attorney for review and advice re Merger |
| VA023474 | 9/15/2011 0:31 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, Cindy Cannon <cindy@vafitness.com>, "Huie, James" <jhuie@wsgr.com> | | Fwd: Virtual Active | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication; Client update to attorney re requested documents for Merger Agreement |
| VA023475 | | | | | 2010_Efile_Forms-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email: corporate financial statements and tax documents forwarded |
| VA023476 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for |
| VA023477 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for |
| VA023480 | | | | | 2010_Efile_Forms-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for |
| VA023481 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: corporate financial statements forwarded to VA |
| VA023482 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for |
| VA023494 | 8/26/2011 2:37 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Fwd: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; VA attorney advice on corporate financials |
| VA023495 | | | | | Virtual_Active,_Inc._-_Secured_Convertible_Promissory_Notes_as_of_8-26-2011.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA023496 | | | | | Virtual_Active_-_List_of_Outstanding_Options_with_Vesting_as_of_8-26-2011.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA023497 | | | | | Virtual_Active_-_Summary_Capitalization_as_of_8-26- | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA023498 | | | | | Virtual_Active,_Inc._-_Convertible_Notes_as_of_8-26-2011.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA023503 | | | | | 2010_Efile_Forms-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financials forwarded to VA attorney for |
| VA023504 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financials forwarded to VA attorney for |
| VA023505 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financials forwarded to VA attorney for |
| VA023519 | | | | | 2010_Efile_Forms-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financials forwarded to VA attorney for |
| VA023520 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financials forwarded to VA attorney for |
| VA023521 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financials forwarded to VA attorney for |
| VA023522 | 9/19/2011 9:26 | John Ford <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, | Re: FW: Netpulse/VA - merger agreement - responses to Perkins Coie edits to IP Reps | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney. re: video products/ Perkins edits |
| VA023536 | 10/31/2011 5:21 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA023537 | 9/19/2011 9:08 | "Greenstein, Gary" <ggreenstein@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, | FW: Netpulse/VA - merger agreement - responses to Perkins Coie edits to IP Reps | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. re: video products/ Perkins edits |
| VA023603 | 10/31/2011 5:11 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA023625 | 2/11/2011 20:40 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Fwd: Re: Employment agreement | Attorney-Client Privileged | | Attorney-client communication; Client query to Attorney re |
| VA023626 | | | | | John_Ford_Offer_Ltr.do | Attorney-Client | | Attachment to above email: |
| VA023643 | 10/28/2011 8:44 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Barry, Ralph" <rbarry@wsgr.com>, | Re: Employment agreement | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: Employment Agreement |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA023644 | 10/28/2011 8:28 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Barry, Ralph" <rbarry@wsgr.com>, | RE: Employment agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Re: Employment Agreement |
| VA023645 | 10/28/2011 7:45 | John Ford <john@vafitness.com> | James Huie <jhuie@wsgr.com>, "Stephen J. Byrnes" <sbyrnes@wsgr.com> | | Fwd: Employment agreement | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: Employment agreement |
| VA023646 | | | | | Netpulse_Offer_Letter_ | Attorney-Client | | Attachment to above email Re: |
| VA023647 | 10/31/2011 5:12 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA023654 | 9/11/2011 18:03 | Ryan Damm <Ryan@vafitness.com> | John Ford <john@vafitness.com> | | Re: Virtual Active - High Priority Items | Attorney-Client Privileged | | Internal client forwarding email regarding attorney |
| VA023655 | 9/11/2011 17:41 | John Ford <john@vafitness.com> | Ryan Damm <ryan@vafitness.com> | | Fwd: Virtual Active - High Priority Items | Attorney-Client Privileged | | Internal client forwarding email regarding attorney |
| VA023656 | 9/11/2011 17:40 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Virtual Active - High Priority Items | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA023657 | 9/11/2011 17:28 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Virtual Active - High Priority Items | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA023658 | 9/11/2011 17:29 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Virtual Active - High Priority Items | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA023659 | 9/11/2011 17:24 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - High Priority Items | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA023660 | 9/11/2011 17:16 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - High Priority Items | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA023661 | | | | | Virtual_Active_-_R._Damm_Special_Bonus_Letter_(PALIB2_56 | Attorney-Client Privileged | | Attachment to above email: Draft employment letter by VA attorney re Merger Agreement |
| VA023662 | 9/11/2011 16:17 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Virtual Active - High Priority Items | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA023663 | 10/31/2011 4:21 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA023664 | 9/11/2011 16:18 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Virtual Active - High Priority Items | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA023665 | 9/11/2011 14:41 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Virtual Active - High Priority Items | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA023666 | 9/11/2011 6:40 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Virtual Active - High Priority Items | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA023667 | 9/11/2011 6:29 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - High Priority Items | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA023668 | 9/11/2011 6:12 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Virtual Active - High Priority Items | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA023793 | 10/11/2011 22:36 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Fwd: Update | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: |
| VA023794 | | | | | Assignment_of_Contrac | Attorney-Client | | Attachment to above email. Re |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA023797 | 10/31/2011 6:45 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, | Re: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA023809 | 10/11/2011 21:02 | John Ford <john@vafitness.com> | "Stephen J. Byrnes" <sbyrnes@wsgr.com> | | Fwd: Update | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: |
| VA023810 | | | | | Virtual_Active__Project _Beat_- _New_Warnock_Promis | Attorney-Client Privileged | | Attachment to above email Re: Promissory Note |
| VA023811 | | | | | Assignment_of_Contrac | Attorney-Client | | Attachment to above email. Re |
| VA023825 | 10/30/2011 5:02 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA023897 | | | | | 2006_TR-Balanced_Fitness,_Inc. | Privacy Privileged | | Privacy and tax return privileged. Re: Tax return |
| VA023898 | | | | | 2007_TR-Balanced_Fitness,_Inc. | Privacy Privileged | | Privacy and tax return privileged. Re: Tax return |
| VA023899 | | | | | 2008_TR-Balanced_Fitness,_Inc. | Privacy Privileged | | Privacy and tax return privileged. Re: Tax return |
| VA023900 | | | | | 2009_TR-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged. Re: Tax return |
| VA023901 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged. Re: Tax return |
| VA023902 | 10/30/2011 2:19 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA023908 | 9/15/2011 1:00 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, Cindy Cannon <cindy@vafitness.com>, "Huie, James" <jhuie@wsgr.com>, "Murano, Scott" | | DD Item E5 | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA023909 | | | | | ForecastsH.xls | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements |
| VA023910 | 10/14/2011 8:19 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Barry, Ralph" <rbarry@wsgr.com>, | Re: Project Beat - Employment Agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to VA attorney re: status update/employment agreements |
| VA023911 | 10/14/2011 8:18 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Barry, Ralph" <rbarry@wsgr.com>, | FW: Project Beat - Employment Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re: status update/employment agreements |
| VA023914 | 10/30/2011 2:16 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA024044 | 1/10/2011 0:52 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Re: FW: Netpulse Virtual Merger | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024045 | 1/10/2011 0:39 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> , "Byrnes, Stephen J." <sbyrnes@wsgr.com>, | FW: Netpulse Virtual Merger Agreement (2).DOC | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger Agreement |
| VA024046 | | | | | Netpulse_Virtual_Merg | Attorney-Client Privileged | | Attachment to above email: |
| VA024047 | | | | | Netpulse_Virtual_Merg er_Agreement_(2)(redli | Attorney-Client Privileged | | Attachment to above email: Draft Copy of Merger |
| VA024048 | 9/15/2011 3:43 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, Cindy Cannon | | DD Item: Netpulse Contract | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA024049 | | | | | Sig_Page_NP_VA_Agree ment.pdf | Attorney-Client Privileged | | Attachment to above email: License Agreement sent to VA |
| VA024050 | | | | | VA-Netpulse_Content_Lice | Attorney-Client Privileged | | Attachment to above email: Content License Agreement |
| VA024051 | 8/19/2011 7:38 | "Murano, Scott" <smurano@wsgr.com> | John Ford <john@vafitness.com> | | RE: Preparing for DD | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA024052 | 8/19/2011 7:37 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | | Re: Preparing for DD | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA024053 | 8/19/2011 2:18 | John Ford <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com> | "Greenstein, Gary" <ggreenstein@wsgr.com>, "Slafsky, John" <JSlafsky@wsgr.com>, "Ingram, Tim" | Re: Preparing for DD | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA024054 | 10/29/2011 2:38 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | RE: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA024055 | 8/18/2011 0:04 | "Murano, Scott" <smurano@wsgr.com> | John Ford <john@vafitness.com>, "Greenstein, Gary" <ggreenstein@wsgr.com>, "Slafsky, John" <JSlafsky@wsgr.com>, "Ingram, Tim" <tingram@wsgr.com>, "Huie, James" | | RE: Preparing for DD | Attorney-Client Privileged | | Attorney-client communication; VA attorney response to Client request for meeting |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024056 | 8/18/2011 0:02 | John Ford <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.com>, "Slafsky, John" <JSlafsky@wsgr.com>, "Murano, Scott" <smurano@wsgr.com>, "Ingram, Tim" <tingram@wsgr.com>, "Huie, James" | | Preparing for DD | Attorney-Client Privileged | | Attorney-client communication; Client query to Attorney re Merger Agreement |
| VA024245 | 9/21/2011 4:55 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | | RE: Virtual Active - Personal Guarentee | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. |
| VA024246 | 9/21/2011 4:45 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Re: Virtual Active - Personal Guarentee | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney. Re: |
| VA024247 | 9/21/2011 4:29 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | | Virtual Active - Personal Guarentee | Attorney-Client Privileged | | Attorney-client communication VA attorney query to client Re: |
| VA024248 | 10/29/2011 9:53 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Virtual Active - Reorganization | Attorney-Client Privileged | | Attorney-client communication, seeking, and conveying, |
| VA024249 | 8/11/2011 5:14 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Virtual Active - Option Exercises | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA024250 | | | | | Virtual_Active_-_Option_Exercises.pdf | Attorney-Client Privileged | | Attachment to above email: Signature page forwarded to |
| VA024251 | 2/11/2011 4:29 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | FW: Netpulse/VA - comments to | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger |
| VA024252 | | | | | WSComparison__22049522v1_LEGAL__-_Netpulse_-_Amendment_No_1_to_Merger_Agreement- | Attorney-Client Privileged | | Attachment to above email: Draft Copy of Merger Agreement |
| VA024257 | 5/11/2011 23:14 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Sig Pages | Attorney-Client Privileged | | Attorney-client communication; VA attorney query re consent for |
| VA024258 | | | | | Virtual_Active_-_Project_Beat_-_Garcia_Trust_Investor | Attorney-Client Privileged | | Attachment to above email: Shareholder Consent Form |
| VA024259 | 5/11/2011 22:31 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Sig Pages | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to Client re |
| VA024260 | | | | | VA_Signature_Pages.zip | Attorney-Client | | Attachment to above email: |
| VA024261 | | | | | Virtual_Active__Project_Beat_Signature_Tracki | Attorney-Client Privileged | | Attachment to above email: Shareholder Checklist re |
| VA024262 | | | | | Garcia.pdf | Attorney-Client | | Attachment to above email: |
| VA024263 | | | | | Ewert.pdf | Attorney-Client | | Attachment to above email: |
| VA024264 | | | | | Galipo.pdf | Attorney-Client | | Attachment to above email: |
| VA024265 | | | | | A. Ford.pdf | Attorney-Client | | Attachment to above email: |
| VA024266 | | | | | Jezek-Arriaga.pdf | Attorney-Client | | Attachment to above email: |
| VA024267 | | | | | Thompson.pdf | Attorney-Client | | Attachment to above email: |
| VA024268 | | | | | Moreland.pdf | Attorney-Client | | Attachment to above email: |
| VA024269 | | | | | Burgoon.pdf | Attorney-Client | | Attachment to above email: |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024270 | | | | | Damm.pdf | Attorney-Client | | Attachment to above email: |
| VA024271 | | | | | Bader.pdf | Attorney-Client | | Attachment to above email: |
| VA024272 | | | | | S. Sixt.pdf | Attorney-Client | | Attachment to above email: |
| VA024273 | | | | | D. Canfield.pdf | Attorney-Client | | Attachment to above email: |
| VA024274 | | | | | J. Abbona.pdf | Attorney-Client | | Attachment to above email: |
| VA024275 | | | | | Bonthron.pdf | Attorney-Client | | Attachment to above email: |
| VA024276 | | | | | Oatis.pdf | Attorney-Client | | Attachment to above email: |
| VA024277 | | | | | Donley.pdf | Attorney-Client | | Attachment to above email: |
| VA024278 | | | | | Etter.pdf | Attorney-Client | | Attachment to above email: |
| VA024279 | | | | | Myers Sartin.pdf | Attorney-Client | | Attachment to above email: |
| VA024280 | | | | | Bircheff.pdf | Attorney-Client | | Attachment to above email: |
| VA024281 | | | | | C. Elias.pdf | Attorney-Client | | Attachment to above email: |
| VA024282 | | | | | Morache.pdf | Attorney-Client | | Attachment to above email: |
| VA024283 | | | | | Reiss.pdf | Attorney-Client | | Attachment to above email: |
| VA024284 | | | | | Warnock.pdf | Attorney-Client | | Attachment to above email: |
| VA024285 | | | | | Sachs.pdf | Attorney-Client | | Attachment to above email: |
| VA024286 | | | | | N. Elias.pdf | Attorney-Client | | Attachment to above email: |
| VA024287 | | | | | R. Abbona.pdf | Attorney-Client | | Attachment to above email: |
| VA024288 | | | | | Wascow.pdf | Attorney-Client | | Attachment to above email: |
| VA024289 | | | | | Shipp.pdf | Attorney-Client | | Attachment to above email: |
| VA024290 | | | | | Kirby.pdf | Attorney-Client | | Attachment to above email: |
| VA024291 | | | | | Lynch.pdf | Attorney-Client | | Attachment to above email: |
| VA024292 | | | | | Grijalva.pdf | Attorney-Client | | Attachment to above email: |
| VA024293 | 5/11/2011 20:22 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Sig Pages | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA024294 | 5/11/2011 19:38 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Re: Sig Pages | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA024295 | 5/11/2011 19:37 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | | Re: Sig Pages | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to Client re |
| VA024296 | 5/11/2011 19:32 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Sig Pages | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA024297 | 5/11/2011 19:26 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "'john@vafitness.com'" <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Sig Pages | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger |
| VA024370 | 9/6/2011 14:33 | John Ford <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.co | | Re: GRG Comments on Life Fitness Draft | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA024371 | 9/6/2011 14:31 | "Greenstein, Gary" <ggreenstein@wsgr.co | John Ford <john@vafitness.com> | | RE: GRG Comments on Life Fitness Draft | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re |
| VA024372 | 9/6/2011 6:30 | John Ford <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.co | | Re: GRG Comments on Life Fitness Draft | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA024373 | 8/6/2011 22:38 | John Ford <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.co | | Re: GRG Comments on Life Fitness Draft | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA024374 | 8/6/2011 22:34 | "Greenstein, Gary" <ggreenstein@wsgr.co | John Ford <john@vafitness.com> | | RE: GRG Comments on Life Fitness Draft | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Life |
| VA024375 | 8/6/2011 22:07 | John Ford <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.co | | Re: GRG Comments on Life Fitness Draft | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024382 | 8/6/2011 22:06 | "Greenstein, Gary" <ggreenstein@wsgr.co | John Ford <john@vafitness.com> | | RE: GRG Comments on Life Fitness Draft | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Life |
| VA024383 | 8/6/2011 21:58 | John Ford <john@vafitness.com> | "Greenstein, Gary" <ggreenstein@wsgr.co | | Re: GRG Comments on Life Fitness Draft | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney |
| VA024384 | 8/6/2011 21:49 | "Greenstein, Gary" <ggreenstein@wsgr.co | John Ford <john@vafitness.com> | "Slafsky, John" <JSlafsky@wsgr.com> | GRG Comments on Life Fitness Draft | Attorney-Client Privileged | | Attorney-client communication; VA attorney advicere Life |
| VA024555 | 5/22/2013 1:30 | Diane Ryczek <dryczek@netpulse.co | Marcus <marcus@vafitness.co | | Re: April Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024556 | 5/22/2013 1:23 | Diane Ryczek <dryczek@netpulse.co | Marcus <marcus@vafitness.co | | Re: April Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024557 | 2/22/2013 8:22 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m> | Ruben Grijalva <ruben@vafitness.com >, Tom Proulx <tomp@netpulse.com> , Bryan Arp <bryana@netpulse.com> | January variance analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024558 | | | | | Variance_Virtual_Active _13.1.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024559 | | | | | Virtual_Active_v12.9_PL AN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024560 | | | | | Virtual_Active_v13.1_a. xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024563 | 12/29/2016 0:23 | Tom Proulx <tomp@netpulse.com> | Marcus <marcus@vafitness.co m>, Joseph Lee <jlee@netpulse.com> | Diane Ryczek <dryczek@netpulse.co m> | November reporting | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024564 | | | | | Revenue_16.11.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024565 | 4/27/2013 1:24 | Diane Ryczek <dryczek@netpulse.co m> | Ruben Grijalva <ruben@vafitness.com >, Marcus Marotto <marcus@vafitness.co m>, Shawn Oatis <shawn@vafitness.com >, paul@vafitness.com, Jobert Atienza <jobert@vafitness.com >, Larissa Mills <larissa@vafitness.co m>, John Donley <jdonley@vafitness.co m>, Chris Galipo <chris@vafitness.com> , Elliott Sidey <elliott@vafitness.com >, John Ford <jford@netpulse.com> | | Virtual Active Q1 2013 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024566 | | | | | VA_Q1_2013.pdf | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024567 | 12/21/2012 0:17 | Diane Ryczek <dryczek@netpulse.co | Marcus <marcus@vafitness.co | | Re: Variance analysis for November | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and |
| VA024568 | 12/21/2012 9:13 | Diane Ryczek <dryczek@netpulse.co | Marcus Marotto <marcus@vafitness.co | | Re: Variance analysis for November | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and |
| VA024569 | | | | | Variance_Virtual_Active _12.11.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024570 | | | | | Virtual_Active_v12.9_PL AN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024571 | | | | | Virtual_Active_v12.11_a .xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024572 | 5/18/2013 1:13 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m>, Ruben Grijalva <ruben@vafitness.com | Bryan Arp <bryana@netpulse.co m>, Tom Proulx <tomp@netpulse.com> | April Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024573 | | | | | Virtual_Active_v12.9_PL AN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024574 | | | | | Virtual_Active_v13.4.xls x | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024575 | | | | | Variance_Virtual_Active _13.4.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024576 | 12/21/2012 7:44 | Diane Ryczek <dryczek@netpulse.co | Marcus Marotto <marcus@vafitness.co | | Re: Variance analysis for November | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024577 | 12/19/2012 2:27 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m> | Bryan Arp <bryana@netpulse.co m>, Tom Proulx <tomp@netpulse.com> | Variance analysis for November | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024578 | | | | | Variance_Virtual_Active _12.11.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024579 | | | | | Virtual_Active_v12.9_PL AN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024580 | | | | | Virtual_Active_v12.11_a .xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024581 | 4/16/2013 7:52 | Ruben Grijalva <ruben@vafitness.com | Marcus Marotto <marcus@vafitness.co | | Fwd: February Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024582 | | | | | Variance_Virtual_Active _13.2_RGrijalva.xls | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024583 | 3/29/2013 0:06 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m>, Ruben Grijalva <ruben@vafitness.com | | Re: February Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024584 | 3/28/2013 9:14 | Diane Ryczek <dryczek@netpulse.co m> | Marcus <marcus@vafitness.co m> | Ruben Grijalva <ruben@vafitness.com | Re: February Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and |
| VA024585 | 3/27/2013 0:01 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m>, Ruben Grijalva <ruben@vafitness.com | | Fwd: February Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024586 | | | | | Variance_Virtual_Active _13.2.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024587 | | | | | Virtual_Active_v12.9_PL AN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024588 | | | | | Virtual_Active_v13.2.xls x | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024589 | 3/27/2013 9:54 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m>, Ruben Grijalva <ruben@vafitness.com | Bryan Arp <bryana@netpulse.co m>, Tom Proulx <tomp@netpulse.com> | February Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024590 | | | | | Variance_Virtual_Active _13.2.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024591 | | | | | Virtual_Active_v12.9_PL AN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024592 | | | | | Virtual_Active_v13.2.xls x | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024593 | 10/25/2013 2:34 | Diane Ryczek <dryczek@netpulse.co m> | Marcus <marcus@vafitness.co m> | | Re: Variance Analysis September 2013 - due 10/24 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024594 | 10/25/2013 7:37 | Diane Ryczek <dryczek@netpulse.co m> | Marcus <marcus@vafitness.co m> | | Re: Variance Analysis September 2013 - due 10/24 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024595 | 10/18/2013 8:21 | Diane Ryczek <dryczek@netpulse.co m> | Ruben Grijalva <ruben@vafitness.com >, Marcus Marotto <marcus@vafitness.co | Tom Proulx <tomp@netpulse.com> , Bryan Arp <bryana@netpulse.co | Variance Analysis September 2013 - due 10/24 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024596 | | | | | Virtual_Active_v13.4_F6 1-13.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024597 | | | | | Virtual_Active_v13.9.xls x | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024598 | | | | | Variance_Virtual_Active _13.9.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024599 | 2/10/2013 16:40 | Diane Ryczek <dryczek@netpulse.co m> | Marcus <marcus@vafitness.co m> | Ruben Grijalva <ruben@vafitness.com > | Re: Variance Analysis August 2013 - due Monday 9/30/13 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024600 | 8/20/2013 8:28 | Diane Ryczek <dryczek@netpulse.co m> | Marcus <marcus@vafitness.co m> | Ruben Grijalva <ruben@vafitness.com >, Bryan Arp <bryana@netpulse.co m>, Tom Proulx <tomp@netpulse.com> | Re: Variance Analysis July 2013 - due Tuesday August 20th | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024601 | 8/17/2013 0:23 | Diane Ryczek <dryczek@netpulse.co m> | Ruben Grijalva <ruben@vafitness.com >, Marcus Marotto <marcus@vafitness.co | Bryan Arp <bryana@netpulse.co m>, Tom Proulx <tomp@netpulse.com> | Variance Analysis July 2013 - due Tuesday August 20th | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA corporate accounts |
| VA024602 | | | | | Variance_Virtual_Active _13.7.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024603 | | | | | Virtual_Active_v13.4_F6 1-13.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024604 | | | | | Virtual_Active_v13.7.xls x | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024605 | 2/10/2013 0:32 | Diane Ryczek <dryczek@netpulse.co m> | Marcus <marcus@vafitness.co m> | Ruben Grijalva <ruben@vafitness.com > | Re: Variance Analysis August 2013 - due Monday 9/30/13 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024606 | 2/10/2013 0:08 | Diane Ryczek <dryczek@netpulse.co m> | Ruben Grijalva <ruben@vafitness.com >, Marcus Marotto <marcus@vafitness.co | | Fwd: Variance Analysis August 2013 - due Monday 9/30/13 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024607 | | | | | Variance_Virtual_Active _13.8.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024608 | | | | | Virtual_Active_v13.4_F6 1-13.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024609 | | | | | Virtual_Active_v13.8.xls x | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024610 | 9/26/2013 0:22 | Diane Ryczek <dryczek@netpulse.co m> | Ruben Grijalva <ruben@vafitness.com >, Marcus Marotto <marcus@vafitness.co | | Re: Variance Analysis August 2013 - due Monday 9/30/13 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024611 | 9/26/2013 0:18 | Diane Ryczek <dryczek@netpulse.co m> | Ruben Grijalva <ruben@vafitness.com >, Marcus Marotto <marcus@vafitness.co | Bryan Arp <bryana@netpulse.co m>, Tom Proulx <tomp@netpulse.com> | Variance Analysis August 2013 - due Monday 9/30/13 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024612 | | | | | Variance_Virtual_Active _13.8.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024613 | | | | | Virtual_Active_v13.4_F6 1-13.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024614 | | | | | Virtual_Active_v13.8.xls x | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024615 | 4/19/2013 0:30 | Diane Ryczek <dryczek@netpulse.co | Marcus <marcus@vafitness.co | | Re: March Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and |
| VA024616 | 4/18/2013 5:48 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m>, Tom Proulx <tomp@netpulse.com> | Bryan Arp <bryana@netpulse.co m> | March Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024617 | | | | | Variance_Virtual_Active _13.3.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024618 | | | | | Virtual_Active_v12.9_PL AN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024619 | | | | | Virtual_Active_v13.3.xls x | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024620 | 4/25/2019 7:00 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | | Re: Virtual Active - Stock Purchase and Sale - Final Executed | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024621 | 5/12/2020 2:07 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Chris Galipo <chris@vafitness.com> | Marcus <marcus@vafitness.co m> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024622 | 11/28/2020 0:11 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Marcus Marotto <marcus@vafitness.co m> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024623 | 11/27/2020 0:55 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.co m> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024624 | 11/27/2020 0:22 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Marcus Marotto <marcus@vafitness.co m> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024625 | 11/27/2020 9:47 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.co m> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024626 | 11/26/2020 0:11 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.co m> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024627 | 11/26/2020 0:00 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Marcus Marotto <marcus@vafitness.co m> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024628 | 11/25/2020 9:06 | Chris Galipo <chris@vafitness.com> | Marcus <marcus@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024629 | 11/25/2020 4:04 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com>, Marcus Marotto <marcus@vafitness.com> | | Fwd: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA024630 | 11/25/2020 2:56 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com>, Chris Galipo | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024631 | 11/25/2020 0:11 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com>, "Tom Proulx (tomp@netpulse.com)" | Chris Galipo <chris@vafitness.com>, Marcus <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA024632 | | | | | Nextpulse_-_VA_Term_Sheet_-_Summary_of_Terms_2020-10- | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA024633 | | | | | Nextpulse_-_VA_Side_Letter_-_Summary_of_Terms__20201124b.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA024634 | 5/12/2020 1:28 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024635 | 11/24/2020 3:33 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024636 | 11/24/2020 2:50 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com>, Marcus <marcus@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA024637 | | | | | Nextpulse_-_VA_Term_Sheet_-_Summary_of_Terms_2020-10- | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA024638 | | | | | Nextpulse_-_VA_Side_Letter_-_Summary_of_Terms_20201124b.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA024639 | 11/24/2020 9:03 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024640 | 11/24/2020 9:00 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com>, Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA024641 | 11/24/2020 1:54 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com>, Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA024642 | 11/24/2020 0:05 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com>, Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA024643 | | | | | Side_Letter_Terms_202 01123.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA024644 | | | | | Nextpulse_- _VA_Library_Summary_ 2020-10- 27_[jdb_redline_20201 | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA024645 | 11/22/2020 9:29 | Chris Galipo <chris@vafitness.com> | Marcus <marcus@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024646 | 11/17/2020 7:32 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024647 | 11/17/2020 4:24 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024648 | 11/17/2020 4:06 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024649 | 4/12/2020 23:01 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024650 | 3/30/2019 0:32 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto | Re: FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024651 | 3/28/2019 5:13 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto | Re: FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024652 | 3/15/2019 1:12 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto | Re: FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024653 | 3/14/2019 7:13 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben@vafitness>, Marcus Marotto | Re: FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024654 | 3/14/2019 7:10 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Ruben Grijalva <ruben@vafitness>, Marcus Marotto | Re: FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024655 | | | | | FMP-VA_Acquisition_Docs-20190314T170641Z- | Attorney-Client Privileged | | Attachment to attorney-client communication, above; cofidential document related to |
| VA024656 | | | | | 4. Nextpulse-FMP Assignment of Contracts 2019-02-28 | Attorney-Client Privileged | | Attachment to attorney-client communication, above; cofidential document related to |
| VA024657 | | | | | 8. UBS ACA 2019-02-25 exec.pdf | Attorney-Client Privileged | | Attachment to attorney-client communication, above; cofidential document related to |
| VA024658 | | | | | 3. FMP Security Agreement 2019-02-28 exec.pdf | Attorney-Client Privileged | | Attachment to attorney-client communication, above; cofidential document related to |
| VA024659 | | | | | 5. Nextpulse Affidavit for Lost Stock Certificate 2019-02-28 | Attorney-Client Privileged | | Attachment to attorney-client communication, above; cofidential document related to |
| VA024660 | | | | | 7. FMP Incumbency Certificate 2019-02-28 exec.pdf | Attorney-Client Privileged | | Attachment to attorney-client communication, above; cofidential document related to |
| VA024661 | | | | | 2. FMP Secured Promissory Note 2019-02-28 exec.pdf | Attorney-Client Privileged | | Attachment to attorney-client communication, above; cofidential document related to |
| VA024662 | | | | | 6. NP-VA Incumbency Certificate 2019-02-28 exec.pdf | Attorney-Client Privileged | | Attachment to attorney-client communication, above; cofidential document related to |
| VA024663 | | | | | 1. Stock Purchase Agreement VA-FMP 2019-02-28 exec.pdf | Attorney-Client Privileged | | Attachment to attorney-client communication, above; cofidential document related to |
| VA024664 | 3/14/2019 6:31 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto | Re: FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024665 | 3/13/2019 6:06 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto | Re: FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024666 | 3/13/2019 6:00 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto | Re: FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024667 | 3/13/2019 1:06 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto | Re: FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024668 | 12/3/2019 21:50 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto | FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024669 | 2/12/2020 17:57 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024670 | 2/12/2020 17:55 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024671 | 11/30/2020 9:45 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com> | Chris Galipo <chris@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024672 | 11/30/2020 8:30 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024673 | 11/28/2020 7:11 | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024674 | 11/28/2020 2:12 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024685 | 5/15/2018 2:37 | Marcus Marotto <marcusmarotto@gmail.com> | Thomas A Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Virtual Active Licensing Proposal | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: License Proposal |
| VA024686 | | | | | Virtual_Active_Proposal_20180515.pdf | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: VA Proposal |
| VA024687 | 1/3/2019 0:16 | Chris Galipo <chrisgalipo@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024688 | 1/3/2019 0:15 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024689 | 1/3/2019 0:01 | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024690 | 2/28/2019 3:59 | Chris Galipo <chrisgalipo@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024691 | 2/28/2019 3:56 | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or Brunswick |
| VA024692 | | | | | 1._Stock_Purchase_Agreement_VA-FMP_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024693 | | | | | 2._FMP_Secured_Promissory_Note_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024694 | | | | | 3._FMP_Security_Agreement_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024695 | | | | | 4._Nextpulse-FMP_Assignment_of_Contracts_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024696 | | | | | 5._Nextpulse_Affidavit_for_Lost_Stock_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024697 | | | | | 6._NP-VA_Incumbency_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024698 | | | | | 7._FMP_Incumbency_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024699 | | | | | 8._UBS_ACA_2019-02-25_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024700 | 2/28/2019 3:51 | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024701 | 2/28/2019 3:37 | Chris Galipo <chrisgalipo@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024702 | 2/28/2019 2:58 | Chris Galipo <chrisgalipo@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024703 | | | | | Netpulse_-_Exercycle_Content_License_Signed.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024704 | 2/28/2019 0:28 | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024705 | 2/28/2019 9:30 | Chris Galipo <chrisgalipo@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024706 | | | | | 8B._C._Galipo_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024707 | 2/28/2019 8:48 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024708 | 2/28/2019 7:39 | Jeff Suto <Jeff@jsuto.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024709 | | | | | 8B._C._Galipo_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024710 | 2/28/2019 7:08 | Jeff Suto <Jeff@jsuto.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024711 | | | | | 8A._C._Galipo_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024712 | | | | | 4A._Nextpulse-FMP_Assignment_of_Contracts_2019-02-27.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024713 | 2/28/2019 7:07 | Jeffrey Brandstetter <brandstetter@gmail.com> | Tom Proulx <tomp@netpulse.com> | Jeff Suto <Jeff@jsuto.com>, "chrisgalipo@gmail.com" | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024714 | 7/24/2018 7:03 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Lastest version | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: License Proposal |
| VA024715 | | | | | VA_License_Proposal_20180620_(1).xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: VA corporate accounting |
| VA024716 | 2/28/2019 5:09 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com>, "chrisgalipo@gmail.com" | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024717 | 2/28/2019 8:21 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024718 | 2/28/2019 8:19 | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024719 | 2/28/2019 8:17 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024720 | 2/28/2019 8:10 | Jeff Suto <Jeff@jsuto.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gma | | Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024721 | | | | | 1._Stock_Purchase_Agreement_VA-FMP_2019-02-28.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024722 | | | | | 2._FMP_Secured_Promissory_Note_2019-02-27.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024723 | | | | | 3._FMP_Security_Agreement_2019-02-27A.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024724 | | | | | 4._Nextpulse-FMP_Assignment_of_Contracts_2019-02-27.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024725 | | | | | 5._Nextpulse_Affidavit_for_Lost_Stock_Certificate_2019-02-22.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024726 | | | | | 6._NP-VA_Incumbency_Certificate_2019-02-27.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024727 | | | | | 7._Incumbency_Certificate_20190226_[FMP].pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024728 | | | | | 8._C._Galipo_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024729 | | | | | 9._T._Proulx_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024736 | 2/28/2019 0:22 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | tomp@netpulse.com | Re: Virtual Active - Secured Note | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024737 | | | | | RED_Note_02-26_v_02-19_[jdb_redline_20190227].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A discussions with a company other than Life Fitness and/or |
| VA024749 | 3/29/2019 0:10 | Chris Galipo <chrisgalipo@gmail.co | Chris Galipo <chris@vafitness.com> | | Fwd: extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA corporate |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024766 | 1/30/2019 7:45 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Update and DACA | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA |
| VA024767 | 1/30/2019 8:20 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: VA Update and DACA | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA |
| VA024768 | 1/29/2019 2:28 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Update and DACA | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA |
| VA024769 | 1/29/2019 2:25 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: VA Update and DACA | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA |
| VA024770 | 1/29/2019 9:51 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Update and DACA | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA |
| VA024771 | 1/29/2019 9:43 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: VA Update and DACA | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA |
| VA024772 | 1/29/2019 9:32 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Update and DACA | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA |
| VA024773 | 1/28/2019 8:09 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024774 | 8/3/2019 0:27 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA024775 | 1/24/2019 8:43 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024776 | 1/24/2019 4:40 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024777 | 1/23/2019 1:06 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024778 | 1/21/2019 9:02 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024779 | 1/21/2019 8:59 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Fwd: VA Update and DACA | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA |
| VA024780 | 1/20/2019 1:55 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024781 | 1/18/2019 3:00 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024782 | 5/12/2018 23:48 | Marcus Marotto <marcusmarotto@gmail.com> | Thomas A Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Chris Galipo <chrisgalipo@gmail.co | Virtual Active Acquisition Contract | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: Acquisition Contract |
| VA024785 | 8/3/2019 0:13 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA corporate |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024788 | 2/28/2019 6:32 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, Chris Galipo <chrisgalipo@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: VA - Security Agreement | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024789 | 2/28/2019 5:26 | Chris Galipo <chrisgalipo@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: VA - Security Agreement | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or Brunswick |
| VA024790 | | | | | FMP_Security_Agreement_2019-02-27.docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024791 | 2/28/2019 4:46 | Jeff Suto <Jeff@jsuto.com> | "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gmail.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" | VA - Security Agreement | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or Brunswick |
| VA024792 | | | | | FMP_Security_Agreement_2019-02-27.docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024793 | | | | | RED_Sec_Agt_02-27_v_02-08.docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024794 | 1/18/2019 1:54 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking and conveying, updates and advice on VA M&A activities |
| VA024795 | 1/18/2019 1:53 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking and conveying, updates and advice on VA M&A activities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024796 | 1/18/2019 1:37 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024797 | 1/17/2019 1:19 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024798 | | | | | DKCity_NetpulseContentLicense_20140620.PDF | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024799 | | | | | Netpulse_-_Lexco_Content_License_Signed.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024800 | | | | | Netpulse_Silverfit_Contract_Signed_Final.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024801 | | | | | 2014.05.06_-_Virtual_Active_Blanket_Executed.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024802 | 1/17/2019 0:21 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024803 | | | | | RED_Sec_Agt_01-16_v_01-12_JB.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024804 | | | | | RED_SPA_01-16_v_01-12_JB.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024805 | 6/3/2019 9:29 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA024806 | 1/17/2019 0:12 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024807 | 1/17/2019 8:24 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024808 | 1/17/2019 7:34 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024809 | 1/17/2019 4:59 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024810 | | | | | SPA_VA-FMP_[jdb_redline_2019 0112].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024811 | | | | | FMP_Secured_Prom_Note_[jdb_redline_20190 112].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024812 | | | | | FMP_Security_Agr_[jdb_redline_20190112].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024813 | 1/17/2019 2:27 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024814 | 10/1/2019 20:58 | Chris Galipo <chrisgalipo@gmail.com> | | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024815 | | | | | Stock_Purchase_Agreement_VA-FMP_2018-12_30_[jdb_redline_20190108_with_changes_from_CG].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024816 | 10/1/2019 20:57 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024817 | | | | | Stock_Purchase_Agreement_VA-FMP_2018-12_30_[jdb_redline_20190108_with_changes_from_CG].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024818 | 10/1/2019 5:02 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024819 | | | | | FMP_Security_Agreement_2018-12-30_[jdb_redline_20190109].doc | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024820 | 9/1/2019 8:13 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024821 | | | | | Stock_Purchase_Agreement_VA-FMP_2018-12_30_[jdb_redline_201 90108].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024822 | 8/1/2019 18:51 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024823 | 6/3/2019 2:51 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA024824 | | | | | Application for Automatic Extension of Time to File Certain Business Income Tax, Information, and Other | Privacy Privileged | | Confidential financial information re: VA corporate accounting and taxes |
| VA024825 | 12/31/2018 9:31 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024826 | | | | | Stock_Purchase_Agreement_VA-FMP_2018-12_30.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024827 | | | | | FMP_Secured_Promissory_Note_2018-12-31.doc | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024828 | | | | | FMP_Security_Agreement_2018-12-30.doc | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024829 | | | | | Tab_045_-_Schedule_3.19(b)(i)_-_Intellectual_Property.PDF | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024830 | | | | | Tab_046_-_Schedule_3.19(b)(ii)_-_Intellectual_Property.PDF | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024831 | | | | | VA_Content_+_Data_List.zip | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024832 | | | | | VA_LibraryData_02192015 VA_Home.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024833 | | | | | VA_LibraryData_02192015 Tours_In_Production.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024834 | | | | | VA_LibraryData_02192015 Tours.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024835 | | | | | VA_LibraryData_02192015 BIKE.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024836 | | | | | VA_LibraryData_02192 015 Atoms_In_Production.p df | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024837 | | | | | VA_LibraryData_02192 015 All_Finished_Atoms.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024838 | | | | | VA_LibraryData_02192 015 Broll.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024839 | | | | | VA_LibraryData_02192 015 RUN.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024840 | | | | | VA_LibraryData_02192 015 Atom_Metadata.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024841 | | | | | VA_LibraryData_02192 015 HIKE.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024842 | 12/21/2018 2:52 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024843 | 12/21/2018 7:27 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Marcus Marotto <marcusmarotto@gmai l.com>, Ruben Grijalva <ruben.grijalva@gmail. com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024844 | 12/21/2018 7:03 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024845 | 12/18/2018 2:45 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024846 | | | | | FMP_Secured_Promissory_Note_2018-12-17.doc | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024847 | | | | | FMP_Security_Agreement_2018-12-17.doc | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024848 | | | | | Stock_Purchase_Agreement_VA-FMP_2018-12_17.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024849 | | | | | RED_Note_12-17_v_12-05_JB.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024850 | | | | | RED_Sec_Agt_12-17_v_12-05_JB.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024851 | | | | | RED_SPA_12-17_v_12-05_JB.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024852 | 12/18/2018 2:44 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024853 | 6/12/2018 1:30 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024854 | | | | | 2._RED_SPA_10-31_v_original_[jdb_redline_20181205].docx | Privacy Privileged; Trade Secret Privileged | | Corporate financial information. Re: Purchase Agreement Draft |
| VA024855 | | | | | 3._FMP_Secured_Promissory_Note_2018-10-31_[jdb_redline_20181205].doc | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: Promissory Note draft |
| VA024856 | | | | | 4._FMP_Security_Agreement_2018-10-31_[jdb_redline_20181205].doc | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: Security Agreement |
| VA024857 | 6/12/2018 0:40 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication; Client response to attorney query. Re: Forward Motion |
| VA024858 | 4/12/2018 6:38 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024859 | 11/29/2018 2:52 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024860 | 2/28/2019 0:00 | Chris Galipo <chrisgalipo@gmail.com | Tom Proulx <tomp@netpulse.com> | | Re: extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA024861 | 11/28/2018 0:22 | Chris Galipo <chrisgalipo@gmail.com> | ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024862 | 11/28/2018 9:56 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024863 | 11/13/2018 3:02 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024864 | 11/13/2018 7:06 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024865 | 11/13/2018 6:56 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024866 | 11/13/2018 6:32 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024867 | 11/13/2018 5:16 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024868 | 11/13/2018 1:09 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024869 | 11/13/2018 0:10 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024870 | 6/11/2018 20:02 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024871 | 2/27/2019 1:55 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA024872 | 6/11/2018 5:36 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication; VA attorney response to client. Re: Forward Motion |
| VA024873 | 6/11/2018 5:28 | Chris Galipo <chrisgalipo@gmail.com> | brandstetterlaw@gmail.com | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication; Client response to attorney query. Re: Forward Motion |
| VA024874 | 2/11/2018 17:41 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024875 | 1/11/2018 21:43 | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Internal client email forwarding attorney advice/counsel Re: Contract Promissoy Note |
| VA024876 | | | | | 2._RED_SPA_10-31_v_original_Marcus.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email Re: Purchase Agreement Draft |
| VA024877 | | | | | 3._FMP_Secured_Promissory_Note_2018-10-31_Marcus.doc | Attorney-Client Privileged; Privacy Privileged | | Corporate financial information Re: Promissory Note draft |
| VA024878 | 10/31/2018 5:42 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024879 | 2/27/2019 8:00 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Virtual Active - ancillary documents | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024880 | 2/27/2019 0:49 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail. | Re: Virtual Active - ancillary documents | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024881 | 2/27/2019 0:47 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Virtual Active - ancillary documents | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024882 | | | | | Incumbency_Certificate_20190226_[FMP].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A discussions with a company other than Life Fitness and/or |
| VA024883 | 2/27/2019 0:31 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Virtual Active - ancillary documents | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024884 | 2/27/2019 0:08 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Virtual Active - ancillary documents | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024885 | | | | | Nextpulse-FMP_Assignment_of_Contracts_2019-02-22_[jdb_redline_20190226].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024892 | 2/27/2019 0:05 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Virtual Active - ancillary documents | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024893 | | | | | Incumbency_Certificate_20190226_[FMP].docx | Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of |
| VA024894 | 2/26/2019 9:25 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Virtual Active - ancillary documents | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024895 | 2/26/2019 9:22 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Virtual Active - ancillary documents | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024896 | 2/26/2019 9:16 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Virtual Active - ancillary documents | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024897 | 1/3/2019 0:57 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Cindy Marshall <cynthia.marshall@ubs.com>, Jordan Hayes <jordan.hayes@ubs.co | Re: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024898 | 1/3/2019 0:15 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Cindy Marshall <cynthia.marshall@ubs.com>, Jordan Hayes <jordan.hayes@ubs.com> | Re: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024899 | 2/28/2019 6:05 | Tom Proulx <tomp@netpulse.com> | Cindy Marshall <cynthia.marshall@ubs.com> | c galipo <chrisgalipo@gmail.com>, Jordan Hayes <jordan.hayes@ubs.com> | Re: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024900 | 2/28/2019 5:58 | <cynthia.marshall@ubs.com> | <tomp@netpulse.com>, | <jordan.hayes@ubs.com> | RE: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024901 | | | | | disclaim.txt | Not Privileged | | Not Privileged |
| VA024902 | 2/27/2019 5:09 | <cynthia.marshall@ubs.com> | <tomp@netpulse.com>, | <jordan.hayes@ubs.com> | RE: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024903 | | | | | disclaim.txt | Not privileged | | Not privileged |
| VA024904 | 2/26/2019 2:57 | <cynthia.marshall@ubs.com> | <tomp@netpulse.com>, | <jordan.hayes@ubs.com> | RE: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024905 | | | | | disclaim.txt | Not privileged | | Not privileged |
| VA024912 | 2/26/2019 1:25 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Cindy Marshall <cynthia.marshall@ubs.com>, Jordan Hayes <jordan.hayes@ubs.com> | Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024913 | 2/26/2019 8:33 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Cindy Marshall <cynthia.marshall@ubs.com>, Jordan Hayes <jordan.hayes@ubs.com> | Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024914 | 2/23/2019 0:36 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Cindy Marshall <cynthia.marshall@ubs.com>, Jordan Hayes <jordan.hayes@ubs.com> | Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024915 | 2/22/2019 9:41 | Chris Galipo <chrisgalipo@gmail.com> | Cindy Marshall <cynthia.marshall@ubs.com> | Jordan Hayes <jordan.hayes@ubs.com>, Tom Proulx <tomp@netpulse.com> | Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024916 | 2/22/2019 9:36 | <cynthia.marshall@ubs.com> | <chrisgalipo@gmail.com> | <jordan.hayes@ubs.com>, | RE: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024917 | | | | | disclaim.txt | Not privileged | | Not privileged |
| VA024918 | 2/22/2019 9:31 | Chris Galipo <chrisgalipo@gmail.com> | Cindy Marshall <cynthia.marshall@ubs.com> | Jordan Hayes <jordan.hayes@ubs.com>, Tom Proulx <tomp@netpulse.com> | Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024919 | 2/22/2019 8:14 | <cynthia.marshall@ubs.com> | <chrisgalipo@gmail.com> | <jordan.hayes@ubs.com>, | RE: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024920 | | | | | disclaim.txt | Not privileged | | Not privileged |
| VA024921 | 2/22/2019 7:05 | Chris Galipo <chrisgalipo@gmail.com> | cynthia.marshall@ubs.com | jordan.hayes@ubs.com, tomp@netpulse.com | Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024922 | 2/21/2019 7:20 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024923 | 2/21/2019 5:43 | <cynthia.marshall@ubs .com> | <chrisgalipo@gmail.com>, | <jordan.hayes@ubs.com> | Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024924 | | | | | Account_Control_Agree | Not privileged | | Not privileged |
| VA024925 | | | | | disclaim.txt | Not privileged | | Not privileged |
| VA024931 | 1/17/2019 8:53 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024932 | 1/17/2019 7:33 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024933 | 1/14/2019 8:59 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024934 | 10/1/2019 20:46 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024935 | 10/1/2019 20:45 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024936 | 10/1/2019 20:33 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024937 | 9/1/2019 21:39 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024938 | 12/31/2018 9:44 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024939 | 12/31/2018 8:05 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024940 | 12/31/2018 8:01 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024946 | 12/31/2018 2:26 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024947 | 12/30/2018 2:45 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024948 | 12/28/2018 2:05 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024949 | 12/28/2018 1:59 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024950 | 12/28/2018 1:34 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024951 | 12/28/2018 8:20 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024952 | 12/27/2018 1:00 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024953 | 12/27/2018 0:41 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024954 | 12/27/2018 0:35 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024955 | 12/27/2018 9:20 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024961 | 3/22/2019 9:53 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024962 | 3/22/2019 9:52 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024963 | 3/22/2019 9:46 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024964 | 3/22/2019 9:33 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024965 | 3/22/2019 9:26 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024966 | 3/22/2019 9:19 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024967 | 3/22/2019 9:03 | Chris Galipo <chrisgalipo@gmail.co | Chris Galipo <chris@vafitness.com> | | Fwd: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024968 | | | | | May_2018_VA_G&A_all ocation.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024969 | | | | | 2017_Netpulse_Allocati on.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024970 | | | | | 2016_Allocate_Netpuls e_G&A_(1)_(1).xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024971 | 7/3/2019 21:04 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024972 | | | | | May_2018_VA_G&A_all ocation.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024973 | | | | | 2017_Netpulse_Allocati on.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024974 | | | | | 2016_Allocate_Netpuls e_G&A_(1)_(1).xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025034 | 2/20/2019 1:29 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential communication regarding VA M&A terms/confidential corporate |
| VA025035 | | | | | RED_SPA_02-12_v_02-08_[jdb_redline_20190 219b].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025036 | | | | | FMP_Secured_Prom_N ote_[jdb_redline_20190 219].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025037 | 8/2/2019 18:00 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential communication regarding VA M&A terms/confidential corporate |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025038 | | | | | RED_SPA_01-16_v_01-12_JB_[jdb_redline_20190207bc].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to confidential communication, above; draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025039 | | | | | RED_Sec_Agt_01-16_v_01-12_JB_[jdb_redline_20190207b].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to confidential communication, above; draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025040 | | | | | FMP_Secured_Prom_Note_[jdb_redline_20190207b].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to confidential communication, above; draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025041 | 8/2/2019 17:30 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025042 | 7/2/2019 21:48 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025043 | | | | | RED_SPA_01-16_v_01-12_JB_[jdb_redline_20190207bc].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025044 | | | | | RED_Sec_Agt_01-16_v_01-12_JB_[jdb_redline_20190207b].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025045 | | | | | FMP_Secured_Prom_Note_[jdb_redline_20190207b].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025046 | 7/2/2019 21:15 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025047 | 7/2/2019 21:07 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025048 | | | | | RED_SPA_01-16_v_01-12_JB_[jdb_redline_201 90207b].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025049 | | | | | FMP_Secured_Prom_Note_[jdb_redline_20190 207].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025050 | 7/2/2019 19:50 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025054 | 7/2/2019 19:43 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025055 | | | | | RED_SPA_01-16_v_01-12_JB_[jdb_redline_201 90207].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025056 | 7/2/2019 18:40 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025057 | 7/2/2019 18:10 | Ruben Grijalva <ruben.grijalva@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025058 | 7/2/2019 17:41 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025059 | 7/2/2019 6:15 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025060 | | | | | RED_SPA_01-16_v_01-12_JB_[jdb_redline_20190206].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025061 | 6/2/2019 16:45 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025062 | 6/2/2019 11:15 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025063 | 5/2/2019 17:25 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025064 | 1/31/2019 2:15 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025065 | 1/31/2019 2:11 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025069 | 1/31/2019 2:06 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025070 | 1/31/2019 1:20 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025071 | 1/31/2019 0:59 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025072 | 1/31/2019 0:07 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025073 | 1/30/2019 0:20 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025074 | 1/30/2019 0:00 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025089 | 1/3/2019 19:59 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Jeff Suto <Jeff@jsuto.com>, Chris Galipo <chrisgalipo@gmail.co | Re: Virtual Active - Stock Purchase and Sale - Final Executed Copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA025090 | 1/3/2019 19:57 | Tom Proulx <tomp@netpulse.com> | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com>, "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gma | Re: Virtual Active - Stock Purchase and Sale - Final Executed Copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA025091 | 2/28/2019 2:47 | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, Chris Galipo <chrisgalipo@gmail.com>, "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gma | | Virtual Active - Stock Purchase and Sale - Final Executed Copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA025092 | | | | | 1._Stock_Purchase_Agreement_VA-FMP_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025093 | | | | | 2._FMP_Secured_Promissory_Note_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025094 | | | | | 3._FMP_Security_Agreement_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025095 | | | | | 4._Nextpulse-FMP_Assignment_of_Contracts_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025096 | | | | | 5._Nextpulse_Affidavit_for_Lost_Stock_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025097 | | | | | 6._NP-VA_Incumbency_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025098 | | | | | 7._FMP_Incumbency_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025099 | | | | | 8._UBS_ACA_2019-02-25_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025100 | 2/27/2019 2:57 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: DACA | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA |
| VA025101 | 2/27/2019 2:56 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: DACA | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA |
| VA025102 | 2/27/2019 7:59 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: DACA | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA |
| VA025103 | 2/27/2019 7:51 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: DACA | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA |
| VA025104 | 2/27/2019 5:13 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: DACA | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA |
| VA025105 | 2/27/2019 5:37 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Fwd: DACA | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA |
| VA025106 | 2/27/2019 5:26 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: DACA | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA025107 | 2/27/2019 5:21 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: DACA | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA025108 | 3/18/2019 6:06 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Maya Nakamura <mayanaka82@yahoo.com> | Re: BofA card | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA025109 | 12/3/2019 22:00 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Maya Nakamura <mayanaka82@yahoo.com> | Re: BofA card | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounting and taxes |
| VA025110 | 12/3/2019 21:54 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Maya Nakamura <mayanaka82@yahoo.com> | Re: BofA card | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounting and taxes |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025111 | 12/3/2019 21:28 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | Maya Nakamura <mayanaka82@yahoo.com> | BofA card | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounting and taxes |
| VA025112 | 2/28/2019 8:22 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025113 | 2/26/2019 8:52 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail. | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025114 | 2/26/2019 8:36 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail. | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025115 | 2/20/2019 9:14 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail. | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025116 | 2/20/2019 8:03 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail. | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025117 | 2/20/2019 1:20 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail. | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025118 | 2/19/2019 0:12 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail. | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025119 | 2/19/2019 9:59 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail. | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025120 | | | | | RED_SPA_02-12_v_02-08_[jdb_redline_20190219].docx | Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of |
| VA025121 | | | | | FMP_Secured_Prom_Note_[jdb_redline_20190219].docx | Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of |
| VA025122 | 2/19/2019 9:47 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025123 | 2/19/2019 9:45 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Chris Galipo <chrisgalipo@gmail.co m> | Marcus Marotto <marcusmarotto@gmai l.com>, Ruben Grijalva <ruben.grijalva@gmail. | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025124 | 2/19/2019 8:00 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025125 | 2/16/2019 8:18 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025126 | 2/15/2019 3:20 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Chris Galipo <chrisgalipo@gmail.co m> | | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025127 | | | | | Invoice_Galipo_201902 15.xls_[Compatibility_ | Attorney-Client Privileged | | Attachment to attorney-client communication, above; |
| VA025128 | 2/15/2019 2:01 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025129 | 2/15/2019 5:46 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Chris Galipo <chrisgalipo@gmail.co m> | | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025130 | | | | | Invoice_Galipo_201902 14.xls_[Compatibility_ | Attorney-Client Privileged | | Attachment to attorney-client communication, above; |
| VA025131 | | | | | RED_SPA_02-12_v_02- 08.docx | Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of |
| VA025132 | 2/14/2019 1:46 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Chris Galipo <chrisgalipo@gmail.co m> | | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025133 | 2/14/2019 1:37 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025134 | 2/14/2019 8:12 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Chris Galipo <chrisgalipo@gmail.co m> | | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025135 | 2/14/2019 6:42 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025136 | 11/2/2019 18:47 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025137 | 11/2/2019 18:08 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Chris Galipo <chrisgalipo@gmail.co m> | | Re: VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025138 | 11/2/2019 17:03 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | VA closing - Checking in | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025145 | 2/28/2019 8:19 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Fwd: VA - Shareholder and Board Consents | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication seeking, and conveying, updates and advice on VA |
| VA025146 | | | | | VA_Shareholder_Consent_2019-02-26_(directors)_exec.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to attorney-client communication, above; cofidential corporate document reflecting updates and advice on VA corporate structure and |
| VA025147 | | | | | VA_Board_Consent_2019-02-27_(officers)_exec.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to attorney-client communication, above; cofidential corporate document reflecting updates and advice on VA corporate structure and |
| VA025148 | | | | | VA_Board_Consent_2019-02-28_(VA_Stock_Sale)_exec.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to attorney-client communication, above; cofidential corporate document reflecting updates and advice on VA corporate structure and |
| VA025301 | 10/9/2018 21:49 | "SignNow" <mail@signnow.com> | chrisgalipo@gmail.com | | VA_Acq_purchase2_TermSheet_Shared Has Been Completed | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A activities |
| VA025302 | | | | | VA_Acq_purchase2_TermSheet_Shared.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA025303 | 10/9/2018 21:20 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or |
| VA025304 | 2/27/2018 2:27 | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025305 | 2/27/2018 2:15 | Marcus Marotto <marcusmarotto@gmail.com> | John Ford <jford@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025306 | 2/27/2018 2:06 | John Ford <jford@netpulse.com> | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025307 | 2/27/2018 2:05 | John Ford <jford@netpulse.com> | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025308 | 2/26/2018 3:47 | Marcus Marotto <marcusmarotto@gmail.com> | John Ford <jford@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025309 | 2/26/2018 3:38 | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025310 | 2/26/2018 2:44 | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025311 | 8/2/2018 11:20 | John Ford <jford@netpulse.com> | Marcus Marotto <marcusmarotto@gmail.com> | Thomas A Proulx <tomp@netpulse.com>, Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025312 | 7/2/2018 17:44 | Marcus Marotto <marcusmarotto@gmail.com> | Thomas A Proulx <tomp@netpulse.com>, John Ford <jford@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025313 | 10/31/2018 2:11 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025314 | 10/9/2018 21:10 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or |
| VA025315 | 10/31/2018 1:13 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025316 | 10/26/2018 3:48 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025317 | 10/26/2018 7:26 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025318 | 10/14/2018 6:01 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025319 | 10/14/2018 5:26 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025320 | 10/14/2018 0:13 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025321 | 10/14/2018 0:03 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025322 | 12/10/2018 1:30 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025323 | | | | | Stock_Purchase_&_Sale_Agr_Virtual_Active_Acquisition_20181010.d | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025324 | 10/10/2018 2:25 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025325 | 9/10/2018 23:53 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025326 | | | | | Tab_068_-_Certificate_of_Incorporation_of_Virtual_Active | Not Privileged | | Not Privileged |
| VA025327 | 10/9/2018 20:59 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Mills and/or |
| VA025328 | 9/10/2018 23:31 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025329 | | | | | Tab_013_-_Schedule_3.5(a)(i)_-_Capitalization.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025330 | 9/10/2018 19:30 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025331 | 9/10/2018 19:17 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025332 | | | | | Merger_docs.zip | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025333 | | | | | Tab 092 - Certificate of Good Standing for | Not Privileged | | Not Privileged |
| VA025334 | | | | | Tab 010 - Schedule 3.1 - Organization, Existence and Good Standing.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025335 | | | | | Cover Page.PDF | Not Privileged | | Not Privileged |
| VA025336 | | | | | Tab 056 - Schedule 3.21(h) - Employee Benefits | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025337 | | | | | Tab 042 - Schedule 3.14 - Permits.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025338 | | | | | Tab 027 - Schedule 3.12(e) - Conductof Business (Employee Compensation).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025339 | | | | | Tab 054 - Schedule 3.20 - IT Systems.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025340 | | | | | Tab 018 - Schedule 3.9 - Title and Condition of Assets.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025341 | | | | | Tab 060 - Schedule 6.3(m) - Employee Benefits or Compensation Not Requiring Parent | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025342 | | | | | Tab 023 - Schedule 3.11(g) - Taxes (382 Compliance).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025343 | | | | | Tab 061 - Schedule 8.2(d)(i) - Notes to be Converted into Company Shares.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025344 | | | | | Index.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025345 | | | | | Tab 031 - Schedule 3.13(a)(ii) - Material Contracts (Employee Compensation).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025346 | | | | | Tab 080 - Written Consent of Stockholders.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025347 | | | | | Tab 098 - Third Party Notices.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025348 | | | | | Tab 104 - Virtual Active Merger Sub, Inc. Closing Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025349 | | | | | Tab 040 - Schedule 3.13(k) - Material Contracts (Assets).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025350 | | | | | Tab 078 - Resignation Letter - Lance For - November 7, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025351 | | | | | Tab 046 - Schedule 3.19(b)(ii) - Intellectual Property.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025352 | | | | | Tab 032 - Schedule 3.13(b) - Material Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---------|-----------|------|-----|-----|------------------|-----------|-----------|---------------|
| VA025353 | | | | | Tab 008 - Company Disclosure Letter.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025354 | | | | | Tab 077 - Resignation Letter - John A. Ford - November 7, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025355 | | | | | Tab 084 - Promissory Note issued by Virtual Active to Timothy C. | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025356 | | | | | Tab 024 - Schedule 3.12(a) - Conduct of Business (Capital | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025357 | | | | | Tab 019 - Schedule 3.10 - Insurance (Policies).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025358 | | | | | Tab 043 - Schedule 3.16(a) - Litigation, Claims and Awards | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025359 | | | | | Tab 094 - Certificate of Good Standing and | Not Privileged | | Not Privileged |
| VA025360 | | | | | Tab 079 - Parachute Payment Waiver by John H. Ford - November 3, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025361 | | | | | Tab 015 - Schedule 3.5(b)(i) and (ii) - Capitalization (Preemptive Rights)(Voting | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025362 | | | | | Tab 071 - Action by Unanimous Written Consent of the BOD of Virtual Active, Inc..PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025363 | | | | | Tab 081 - Notice to Option Holders Treatment of Options in Connection with | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025364 | | | | | Tab 021 - Schedule 3.11(c) - Taxes (Withholding).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025365 | | | | | Tab 014 - Schedule 3.4(a)(ii) - Capitalization | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025366 | | | | | Tab 050 - Schedule 3.19(h) - Intellectual Property | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025367 | | | | | Tab 103 - Netpulse, Inc. Closing Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025368 | | | | | Tab 025 - Schedule 3.12(b) - Conduct of Business (Assets).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025369 | | | | | Tab 055 - Schedule 3.21(a) - Employee Benefits (Benefit | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025370 | | | | | Tab 053 - Schedule 3.19(k) - Intellectual Property (Company Ownership).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025371 | | | | | Tab 085 - Amended and Restated Articles of Incorporation - November 7, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025372 | | | | | Tab 102 - Virtual Active Merger Sub, Inc. Secretary's Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025373 | | | | | Tab 005 - Exhibit E - Release.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025374 | | | | | Tab 002 - Exhibit A - Defined Terms.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025375 | | | | | Tab 057 - Schedule 3.22(d) - Employee Benefits | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025376 | | | | | Tab 086 - Reorganization Information | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025377 | | | | | Tab 097 - Amended Agreements.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025378 | | | | | Tab 033 - Schedule 3.13(c) - Material Contracts (Leases).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025379 | | | | | Tab 003 - Exhibit C Form of Letter of Transmittal.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025380 | | | | | Tab 051 - Schedule 3.19(i) - Intellectual Property | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025381 | | | | | Tab 095 - Waiver Agreement.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025382 | | | | | Tab 016 - Schedule 3.7 - Financial Statement.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025383 | | | | | Tab 069 - Bylaws of Virtual Active Merger Sub, Inc..PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025384 | | | | | Tab 004 - Exhibit D - Legal Opinion of the Company.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025385 | | | | | Tab 073 - Offer Letter by and between John H. Ford and Netpulse.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025386 | | | | | Tab 059 - Schedule 6.2 - Material Consents.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025387 | | | | | Tab 037 - Schedule 3.13(h) - Material Contracts (Restrictive Contracts).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025388 | | | | | Tab 029 - Schedule 3.13 - Material Contracts.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025389 | | | | | Tab 099- Notice Requires Under Treasury Regulations Section 1.897-2(h)(2), by Virtual Active, | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025390 | | | | | Tab 088 - Shareholder Written Consent for Approval of Reorganization and Other Matters.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025391 | | | | | Tab 090 - Payoff Letters Greenberg Traurig LLP and WSG&R LLP.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025392 | | | | | autorun.inf | Not privileged | | Not privileged |
| VA025393 | | | | | Tab 030 - Schedule 3.13(a)(i) - Material Contracts (Employees).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025394 | | | | | Tab 045 - Schedule 3.19(b)(i) - Intellectual Property.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025395 | | | | | Tab 011 - Schedule 3.4(a) - Consents.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025396 | | | | | Tab 096 - Certificaed Copy of Virtual Active, | Not Privileged | | Not Privileged |
| VA025397 | | | | | Tab 020 - Schedule 3.11(a) - Taxes and 3.11(b) (Contested | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025398 | | | | | Tab 067 - Action by Sole Incorporator of Virtual Active Merger Sub - SEptember 20, | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025399 | | | | | Tab 035 - Schedule 3.13(e) - Material Contracts (Favored | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025400 | | | | | Tab 034 - Schedule 3.13(d) - Material Contracts (Customer | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025401 | | | | | Tab 009 - Sehcdules 2.9(b)(xii) - Reorganization.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025402 | | | | | Tab 083 - Note Exchange Agreement between Virtual Active and Timothy C. Warnock - November 7, | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025403 | | | | | Tab 064 - Schedule 9.2(r) - Retention Bonuses.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025404 | | | | | Tab 065 - Schedule 9.2(a((ix) - Certain Specific | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025405 | | | | | Tab 100 - Representation Letter of Notice Requires Under Treasury Regulations Section | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025406 | | | | | Tab 106 - Virtual Active, Inc. Secretary's Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025407 | | | | | Tab 039 - Schedule 3.13(j) - Material Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025408 | | | | | Tab 036 - Schedule 3.13(f) - Material Contracts (Non-terminable | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025409 | | | | | Tab 072 - Action by Unanimous Written Consent of the BOD of Netpulse, Inc..PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025410 | | | | | Tab 093 - Certificate of Good Standing and | Not Privileged | | Not Privileged |
| VA025411 | | | | | Tab 026 - Schedule 3.12(d) - Conduct of Business (Capital Expenditures).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025412 | | | | | Tab 049 - Schedule 3.19(g) - Intellectual Property | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025413 | | | | | Tab 013 - Schedule 3.5(a)(i) - Capitalization.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025414 | | | | | Tab 063 - Schedule 8.2(l) - Employees.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025415 | | | | | Tab 066 - Amendment No. 1 to Agreement and Plan of Merger.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025416 | | | | | Tab 022 - Schedule 3.11(d) - Taxes (280G Compliance).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025417 | | | | | Tab 075 - John A. Ford At-Will Employment, CIIA and Arbitration Agreement - January | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025418 | | | | | Tab 007 - Exhibit G - Specified Liabilities.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025419 | | | | | Tab 028 - Schedule 3.12(f) - Conduct of Business | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025420 | | | | | Tab 068 - Certificate of Incorporation of Virtual | Not Privileged | | Not Privileged |
| VA025421 | | | | | Tab 082 - Exchange Agreement - November 9, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025422 | | | | | Tab 076 - Resignation Letter - John H. Ford - November 7, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025423 | | | | | Tab 074 - John H. Ford At-Will Employment, CIIA and Arbitration Agreement - April 1, | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025424 | | | | | Tab 091 - UCC Termination Statement | Not Privileged | | Not Privileged |
| VA025425 | | | | | Tab 107 - Stockholder Representative's Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025426 | | | | | Tab 047 - Schedule 3.19(c) - Intellectual Property | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025427 | | | | | Tab 070 - Action by Unanimous Written Consent of the BOD of Virtual Activer Merger Sub, Inc..PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025428 | | | | | Tab 012 - Schedule 3.4(b) - Non-contravention.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025429 | | | | | Tab 048 - Schedule 3.19(e) - Intellectual Property | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025430 | | | | | Tab 001 - Agreement and Plan of Merger.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025431 | | | | | Tab 041 - Schedule 3.13(n) - Material Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025432 | | | | | Tab 062 - Schedule 8.2(d)(ii) - Noes Subject to Renegotiation of the Terms Thereof.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025433 | | | | | Tab 038 - Schedule 3.13(i) - Material Contracts (Restrictive Contracts).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025434 | | | | | Tab 052 - Schedule 3.19(j) - Intellectual Property (Open | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025435 | | | | | Tab 006 - Exhibit F - Noncompetition Agreement.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025436 | | | | | Tab 087 - Action by Unanimous Written Conset of the BOD of Virtual Active.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025437 | | | | | Tab 044 - Schedule 3.17 - Real Property.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025438 | | | | | Tab 058 - Schedule 3.22(d) - Employee Benefits (Employee | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025439 | | | | | Tab 101 - Netpulse, Inc. Secretary's Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025440 | | | | | Tab 017 - Schedule 3.8 - Indebtedness.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025441 | | | | | Tab 105 - Virtual Active, Inc. Closing Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025442 | | | | | Tab 089 - Netpulse, Inc. 409A Valuation, as of September 30, | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025443 | 9/10/2018 18:36 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025444 | 9/10/2018 16:49 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025445 | 8/10/2018 23:12 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025446 | 8/10/2018 22:57 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025447 | 8/10/2018 22:47 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025448 | 6/10/2018 18:46 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025449 | 5/10/2018 23:05 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025450 | | | | | Tab_001_-_Agreement_and_Plan_of_Merger.PDF | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: Merger Agreement |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025451 | 10/9/2018 2:12 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or Brunswick |
| VA025452 | 5/10/2018 22:33 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025453 | 5/10/2018 19:10 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025454 | | | | | 06._Project_Odeon_-_Operating_Agreement_(Executed).pdf | Privacy Privileged; Trade Secret Privileged | | Amended and Restated LLC agreement |
| VA025455 | 5/10/2018 18:58 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025456 | 5/10/2018 18:53 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025457 | 5/10/2018 17:37 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025458 | 5/10/2018 14:34 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025459 | 3/10/2018 20:06 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025460 | 3/10/2018 19:39 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025461 | 3/10/2018 18:41 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025462 | 9/28/2018 1:06 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025463 | 9/9/2018 22:30 | Ruben Grijalva <ruben.grijalva@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com> | c galipo <chrisgalipo@gmail.com> | Re: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or Brunswick |
| VA025464 | 9/27/2018 0:09 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025465 | 9/27/2018 0:25 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025466 | 9/26/2018 3:48 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025467 | 9/26/2018 3:15 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025468 | 9/18/2018 8:34 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025469 | 9/18/2018 8:19 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025470 | 9/18/2018 8:10 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025471 | 9/13/2018 8:23 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025472 | 12/9/2018 17:07 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025473 | 12/9/2018 8:50 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025474 | 9/9/2018 14:44 | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or Brunswick |
| VA025475 | 11/9/2018 22:38 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025476 | 11/9/2018 20:38 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025477 | 11/9/2018 20:37 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025478 | 11/9/2018 20:23 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025479 | 11/9/2018 12:34 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025480 | 7/9/2018 0:27 | Chris Galipo <chrisgalipo.com> | Tom Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025481 | 1/9/2018 17:19 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo.gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025482 | 1/9/2018 16:10 | Chris Galipo <chrisgalipo.com> | Tom Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025483 | 8/30/2018 2:07 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025484 | 8/30/2018 2:02 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025485 | 9/9/2018 14:37 | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, ruben.grijalva@gmail.com | | Fwd: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or Brunswick |
| VA025486 | 8/30/2018 2:01 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025487 | 8/30/2018 1:55 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025488 | 8/30/2018 1:44 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025489 | 8/30/2018 1:41 | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | | Fwd: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting - Equity split terms |
| VA025490 | 8/30/2018 7:17 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025491 | 8/28/2018 1:38 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025492 | 8/28/2018 1:28 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025493 | 8/27/2018 0:49 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025494 | 8/23/2018 6:12 | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025495 | 8/23/2018 6:10 | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | | Fwd: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting - Equity split terms |
| VA025496 | 8/9/2018 18:01 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or Brunswick |
| VA025497 | 8/23/2018 5:48 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025498 | 8/22/2018 9:32 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025499 | 8/13/2018 9:59 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025500 | 8/13/2018 9:46 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025501 | 9/8/2018 22:06 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025502 | | | | | VA_Nextpulse_Equity_01.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025503 | 2/27/2018 2:35 | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025504 | 3/30/2019 0:32 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto | Re: FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025505 | 3/28/2019 5:13 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto | Re: FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025506 | 3/15/2019 1:12 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto | Re: FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025507 | 3/14/2019 7:13 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto | Re: FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025508 | 3/14/2019 7:10 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto | Re: FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025509 | | | | | FMP-VA_Acquisition_Docs-20190314T170641Z- | Attorney-Client Privileged | | Attachment to attorney-client communication, above; cofidential document related to |
| VA025510 | | | | | 5. Nextpulse Affidavit for Lost Stock Certificate 2019-02-28 | Attorney-Client Privileged | | Attachment to attorney-client communication, above; cofidential document related to |
| VA025511 | | | | | 4. Nextpulse-FMP Assignment of Contracts 2019-02-28 | Attorney-Client Privileged | | Attachment to attorney-client communication, above; cofidential document related to |
| VA025512 | | | | | 1. Stock Purchase Agreement VA-FMP 2019-02-28 exec.pdf | Attorney-Client Privileged | | Attachment to attorney-client communication, above; cofidential document related to |
| VA025513 | | | | | 3. FMP Security Agreement 2019-02-28 exec.pdf | Attorney-Client Privileged | | Attachment to attorney-client communication, above; cofidential document related to |
| VA025514 | | | | | 6. NP-VA Incumbency Certificate 2019-02-28 exec.pdf | Attorney-Client Privileged | | Attachment to attorney-client communication, above; cofidential document related to |
| VA025515 | | | | | 2. FMP Secured Promissory Note 2019-02-28 exec.pdf | Attorney-Client Privileged | | Attachment to attorney-client communication, above; cofidential document related to |
| VA025516 | | | | | 7. FMP Incumbency Certificate 2019-02-28 exec.pdf | Attorney-Client Privileged | | Attachment to attorney-client communication, above; cofidential document related to |
| VA025517 | | | | | 8. UBS ACA 2019-02-25 exec.pdf | Attorney-Client Privileged | | Attachment to attorney-client communication, above; cofidential document related to |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025518 | 3/14/2019 6:31 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto | Re: FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025519 | 3/13/2019 6:06 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto | Re: FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025520 | 3/13/2019 6:00 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto | Re: FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025521 | 3/13/2019 1:06 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto | Re: FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025522 | 3/13/2019 0:41 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025523 | 12/3/2019 21:50 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto | FMP/VA Follow-up questions | Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025527 | 11/21/2020 7:08 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025528 | 11/19/2020 3:53 | Marcus <marcus@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025529 | 11/19/2020 0:07 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com>, Chris Galipo | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025530 | 11/17/2020 7:32 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025531 | 11/17/2020 4:24 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025532 | 11/17/2020 4:06 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025533 | 11/17/2020 3:57 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025534 | 11/16/2020 1:34 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025535 | 11/16/2020 0:59 | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | RE: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025536 | 12/11/2020 23:14 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025537 | | | | | Nextpulse_-_VA_Library_Summary_2020-10-27_[jdb_redline_20201 | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025538 | | | | | Side_Letter_Terms.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025540 | 12/11/2020 16:57 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025541 | 12/11/2020 1:04 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025542 | 11/11/2020 20:49 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025543 | 3/11/2020 23:21 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025544 | 3/11/2020 19:11 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025545 | 2/11/2020 22:48 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025546 | 2/11/2020 21:50 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025547 | 10/27/2020 0:59 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025548 | 10/27/2020 9:12 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025549 | 10/27/2020 9:03 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025550 | 10/27/2020 8:57 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025551 | | | | | Nextpulse_-_VA_Library_Summary_2020-10-27.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025554 | 9/25/2020 1:05 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025555 | 9/25/2020 9:51 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025556 | 9/25/2020 4:21 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, "E. David Marks" | Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Contact info. for Jeff | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025557 | 9/22/2020 2:58 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | dmarks@gcalaw.com | tomp@netpulse.com, Chris Galipo <chris@vafitness.com> | CONFIDENTIAL AND PRIVILEGED COMMUNICATION / | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025571 | 5/12/2020 2:07 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025572 | 5/12/2020 1:28 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025573 | 4/12/2020 23:01 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025574 | 2/12/2020 17:57 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025577 | 2/12/2020 17:55 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025578 | 11/30/2020 9:45 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com> | Chris Galipo <chris@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025579 | 11/30/2020 9:14 | Marcus <marcus@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025580 | 11/30/2020 8:30 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025581 | 11/28/2020 7:13 | Marcus <marcus@vafitness.com> | Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025582 | 11/28/2020 7:11 | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025583 | 11/28/2020 2:12 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025584 | 11/28/2020 0:11 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025585 | 11/27/2020 0:55 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025586 | 11/27/2020 0:22 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025588 | 11/27/2020 9:47 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025589 | 11/26/2020 0:11 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025590 | 11/26/2020 0:00 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025591 | 11/25/2020 9:06 | Chris Galipo <chris@vafitness.com> | Marcus <marcus@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025592 | 11/25/2020 7:35 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025593 | 11/25/2020 9:03 | Marcus <marcus@vafitness.com> | Chris Galipo <chris@vafitness.com> | | Fwd: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025594 | 11/25/2020 4:04 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com>, Marcus Marotto <marcus@vafitness.com> | | Fwd: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025595 | 11/25/2020 2:56 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com>, Chris Galipo | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025596 | 11/25/2020 0:11 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com>, "Tom Proulx (tomp@netpulse.com)" | Chris Galipo <chris@vafitness.com>, Marcus <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025597 | | | | | Nextpulse_-_VA_Term_Sheet_-_Summary_of_Terms_2020-10- | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025598 | | | | | Nextpulse_-_VA_Side_Letter_-_Summary_of_Terms__20201124b.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025599 | 11/24/2020 3:33 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025601 | 11/24/2020 2:50 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com>, Marcus <marcus@vafitness.com | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025602 | | | | | Nextpulse_-_VA_Term_Sheet_-_Summary_of_Terms_2020-10- | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025603 | | | | | Nextpulse_-_VA_Side_Letter_-_Summary_of_Terms_20201124b.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025604 | 11/24/2020 9:03 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025605 | 11/24/2020 9:00 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com>, Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025606 | 11/24/2020 8:52 | Marcus <marcus@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025607 | 11/24/2020 7:37 | Marcus <marcus@vafitness.com> | Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025608 | 11/24/2020 1:54 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com>, Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025609 | 11/24/2020 0:05 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com>, Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025610 | | | | | Side_Letter_Terms_20201123.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025611 | | | | | Nextpulse_-_VA_Library_Summary_2020-10-27_[jdb_redline_20201 | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025612 | 11/23/2020 8:58 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Jeff Suto <jeff@jsuto.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025613 | 11/22/2020 1:01 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025614 | 11/22/2020 9:29 | Chris Galipo <chris@vafitness.com> | Marcus <marcus@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025615 | 12/16/2020 0:43 | Chris Galipo <chris@vafitness.com> | Jeff Suto <Jeff@jsuto.com> | "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gmail.com>, "Tom Proulx | Re: VA - Nextpulse New Sub terms | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of |
| VA025616 | 12/16/2020 0:40 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus <marcus@vafitness.com> | Fwd: VA - Nextpulse New Sub terms | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025617 | 12/31/2020 3:04 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Tom Proulx <tomp@netpulse.com>, "E. David Marks" <dmarks@gcalaw.com | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse - VA JDA | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025618 | 12/31/2020 2:23 | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | "E. David Marks" <dmarks@gcalaw.com >, Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse - VA JDA | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025619 | 12/31/2020 2:21 | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | "E. David Marks" <dmarks@gcalaw.com >, Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse - VA JDA | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025620 | | | | | Nextpulse_-_VA_Library_Summary_2020-12-30.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025621 | | | | | RED_Newsub_Summary_of_Terms_12-30_v_12-16.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025622 | 12/18/2020 1:50 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | "E. David Marks" <dmarks@gcalaw.com>, Jeff Suto <Jeff@jsuto.com>, | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse - VA JDA | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025623 | 12/18/2020 1:41 | Tom Proulx <tomp@netpulse.com> | Jeff Suto <brandstetterlaw@gmail.com>, "E. David Marks" | Jeff Suto <Jeff@jsuto.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse - VA JDA | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025624 | | | | | Nextpulse_-_VA_-_FMP_JDA_2020-12-11_[clean_20201216c].pdf | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025625 | 12/17/2020 0:51 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025626 | | | | | Nextpulse_-_VA_Library_Summary_2020-12-10_[jdb_redline_20201 | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025627 | 12/16/2020 3:40 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025628 | | | | | Nextpulse_-_VA_-_FMP_JDA_2020-12-11_[execution_copy_20201216c].pdf | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025629 | | | | | Nextpulse_-_VA_-_FMP_JDA_2020-12-11_[clean_20201216c].docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025630 | | | | | Nextpulse_-_VA_-_FMP_JDA_2020-12-11_[jdb_redline_20201216c].docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025631 | 12/16/2020 2:02 | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse - VA JDA | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of |
| VA025632 | 12/16/2020 1:46 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025633 | 12/16/2020 1:44 | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse - VA JDA | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of |
| VA025634 | 12/16/2020 0:25 | Jeff Suto <Jeff@jsuto.com> | "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gmail.com>, Chris Galipo <chris@vafitness.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | RE: VA - Nextpulse New Sub terms | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of Life Fitness / Brunswick dispute |
| VA025635 | 12/16/2020 1:13 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025636 | 12/16/2020 0:29 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025637 | | | | | Nextpulse_-_VA_-_FMP_JDA_2020-12-11_[jdb_redline_20201216b].docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025638 | 5/25/2022 7:58 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025639 | 5/25/2022 7:47 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025640 | | | | | Vareci,_LLC_Operating_Agreement_2021-02-15.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025641 | | | | | RED_OA_JYS_02-15_v_JDB_02-12.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025642 | | | | | Vareci_Ancillary_Agreement_2021-02-15.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025643 | | | | | RED_Ancillary_JYS_02-15_v_JDB_02-12.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025644 | | | | | Vareci-VA_Copyright_Assignment_Agreement_2021-02-15.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025645 | | | | | Cert_of_Formation_Vareci_2021-02-12_file_copy.pdf | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025646 | 2/18/2021 8:55 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025647 | 2/18/2021 7:53 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Limin Zheng <lzheng@micleangleason.com> | Jeff Suto <Jeff@jsuto.com>, Tom Proulx | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025648 | 2/18/2021 7:34 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025649 | 2/18/2021 6:41 | Limin Zheng <lzheng@micleangleason.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com>, Tom Proulx | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025650 | 2/18/2021 4:45 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Limin Zheng <lzheng@micleangleason.com> | Jeff Suto <Jeff@jsuto.com>, Tom Proulx | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025651 | 2/17/2021 1:39 | Limin Zheng <lzheng@micleangleason.com> | Jeff Suto <Jeff@jsuto.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com>, Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse/VA - Newsub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025652 | 12/15/2020 1:49 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com>, Marcus <marcus@vafitness.co | | Fwd: VA - Nextpulse New Sub terms | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025653 | | | | | Nextpulse_-_VA_Library_Summary_2020-12-10.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025654 | | | | | VA_share.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025655 | 2/17/2021 1:36 | Jeff Suto <Jeff@jsuto.com> | Limin Zheng <lzheng@micleangleason.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com>, Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse/VA - Newsub Operating Agreement | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025656 | 2/17/2021 1:31 | Limin Zheng <lzheng@micleangleason.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com>, Jeff Suto | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025657 | 2/17/2021 1:29 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Limin Zheng <lzheng@micleangleason.com> | Tom Proulx <tomp@netpulse.com>, Jeff Suto | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025658 | 2/17/2021 1:15 | Limin Zheng <lzheng@micleangleason.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com>, Jeff Suto | Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse/VA - Newsub Operating Agreement | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of |
| VA025659 | 2/17/2021 9:23 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com>, Jeff Suto <Jeff@jsuto.com>, "Limin Zheng (lzheng@micleangleason.com)" <lzheng@micleangleas | Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse/VA - Newsub Operating Agreement and Ancillary Agreement | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A deal |
| VA025660 | 2/17/2021 7:40 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025661 | 2/17/2021 7:36 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcus@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025662 | 2/17/2021 3:10 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025663 | 2/17/2021 3:09 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025664 | 2/17/2021 3:04 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025665 | 11/12/2020 8:06 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com>, Jeff Suto | Chris Galipo <chris@vafitness.com> | Re: VA - Nextpulse New Sub terms | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025666 | 2/17/2021 2:23 | Limin Zheng <lzheng@micleangleason.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Jeff Suto | Chris Galipo <chris@vafitness.com>, Tom Proulx | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025667 | | | | | 2020.07.27_Order_re_ | Attorney Work Product; | | Attorney notes re Court Order. |
| VA025668 | 2/17/2021 1:20 | Jeff Suto <Jeff@jsuto.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com>, "Limin Zheng (lzheng@micleangleason.com)" | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse/VA - Newsub Operating Agreement | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025669 | 2/17/2021 1:19 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com>, Chris Galipo <chris@vafitness.com> , "Limin Zheng | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse/VA - Newsub Operating Agreement | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of |
| VA025670 | 2/17/2021 0:55 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> , Marcus <marcus@vafitness.co | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse/VA - Newsub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025671 | 2/17/2021 0:53 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025672 | 2/17/2021 0:44 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus <marcus@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025673 | 2/16/2021 3:57 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025674 | 2/16/2021 3:29 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chris@vafitness.com> , Tom Proulx <tomp@netpulse.com> , "Limin Zheng | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse/VA - Newsub Operating Agreement | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of |
| VA025675 | | | | | RED_OA_JYS_02-15_v_JDB_02-12_[jdb_redline_20210216].docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025676 | 2/16/2021 2:44 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> , Marcus <marcus@vafitness.co | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse/VA - Newsub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025677 | | | | | Vareci,_LLC_Operating _Agreement_2021-02-15.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025678 | | | | | RED_OA_JYS_02-15_v_JDB_02-12.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025679 | | | | | Vareci_Ancillary_Agree ment_2021-02-15.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025680 | | | | | RED_Ancillary_JYS_02-15_v_JDB_02-12.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025681 | | | | | Vareci-VA_Copyright_Assignment_Agreement_2021-02-15.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025682 | | | | | Cert_of_Formation_Vareci_2021-02-12_file_copy.pdf | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025683 | 2/16/2021 0:43 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Jeff Suto <Jeff@jsuto.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse/VA - Newsub | Attorney Work Product; Attorney-Client Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025684 | 11/12/2020 8:02 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Jeff Suto <Jeff@jsuto.com>, Chris Galipo | Re: VA - Nextpulse New Sub terms | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025685 | 11/12/2020 7:40 | Tom Proulx <tomp@netpulse.com> | Jeff Suto <Jeff@jsuto.com> | "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gma | Re: VA - Nextpulse New Sub terms | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025686 | 11/12/2020 7:13 | Jeff Suto <Jeff@jsuto.com> | "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gmail.com>, Chris Galipo <chris@vafitness.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | VA - Nextpulse New Sub terms | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of Life Fitness / Brunswick dispute |
| VA025687 | | | | | Nextpulse_-_VA_Library_Summary_2020-12-10.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025688 | | | | | VA_share.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025689 | 12/31/2020 6:02 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025690 | 12/31/2020 5:14 | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com>, "E. David Marks" <dmarks@gcalaw.com | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse - VA JDA | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025848 | 11/18/2022 6:44 | Kathryn Curry <kcurry@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and |
| VA025860 | | | | | Copyright_Assignment_Agr_20220608.KAD_rl_[ | Attorney Work Product | Yes | Tactical notes in anticipation of litigation |
| VA025872 | 6/17/2022 6:54 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025873 | | | | | Invoice_FMP:VA_20201222b_(Nextpulse:Life_Fitness).pdf | Attorney Work Product; Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney invoice referencing |
| VA025874 | | | | | Invoice_FMP:VA_20210420_(Nextpulse:Life_Fitness).pdf | Attorney Work Product; Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney invoice referencing |
| VA025875 | | | | | Invoice_FMP:VA_20220610_(VA:Nextpulse_PMK_depositions,_depo_s | Attorney Work Product; Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney invoice referencing |
| VA025876 | 6/17/2022 4:34 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025877 | | | | | Invoice_FMP:VA_20201222b_(Nextpulse:Life_Fitness).pdf | Attorney Work Product; Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney invoice referencing |
| VA025878 | | | | | Invoice_FMP:VA_20210420_(Nextpulse:Life_Fitness).pdf | Attorney Work Product; Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney invoice referencing |
| VA025879 | | | | | Invoice_FMP:VA_20220610_(VA:Nextpulse_PMK_depositions,_depo_s | Attorney Work Product; Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney invoice referencing |
| VA025880 | 6/17/2022 3:45 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025881 | 6/17/2022 2:47 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025882 | 12/6/2022 20:33 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025883 | 11/6/2022 16:08 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025884 | 11/6/2022 10:24 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025885 | 11/6/2022 0:21 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025886 | 10/6/2022 8:49 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025887 | 10/6/2022 1:11 | Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025891 | | | | | Copyright_Assignment_Agr_20220608.KAD_rl_[ | Attorney Work Product | Yes | Tactical notes in anticipation of litigation |
| VA025903 | 10/6/2022 0:59 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025904 | | | | | Copyright_Info_for_39_Videos.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025905 | 10/6/2022 0:41 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025906 | | | | | Copyright_Info_for_39_Videos.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA025907 | 10/6/2022 0:35 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025908 | 10/6/2022 0:27 | Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025909 | 10/6/2022 0:20 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025910 | | | | | Copyright_Info_for_39_Videos.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA025911 | 9/6/2022 23:55 | Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025912 | | | | | VA_Copyright_Registration_Info_update_2022.06.09.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA025913 | 9/6/2022 20:55 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com>, Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025914 | 9/6/2022 20:40 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com>, Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025915 | 9/6/2022 20:38 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025916 | 9/6/2022 20:22 | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025917 | | | | | Details_for_39_Videos.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA025918 | 9/6/2022 22:16 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025919 | | | | | Copyright_Assignment_Agr_20220609.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA025920 | 9/6/2022 19:58 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | RE: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025921 | | | | | Details_for_39_Videos.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA025922 | 8/6/2022 22:47 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | RE: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025923 | | | | | Details_for_39_Videos.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA025924 | 8/6/2022 16:18 | Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025925 | | | | | VA_Copyright_Registration_Info.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA025926 | 7/6/2022 23:42 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | RE: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025927 | 7/6/2022 23:40 | Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025928 | 7/6/2022 22:51 | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025929 | 7/6/2022 22:49 | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025930 | 7/6/2022 21:27 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025931 | 6/6/2022 18:10 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025932 | 6/6/2022 17:46 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025936 | 6/6/2022 17:20 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025937 | 3/6/2022 22:11 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025938 | 3/6/2022 21:44 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025939 | 3/6/2022 3:07 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025940 | 3/6/2022 2:39 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025941 | 3/6/2022 2:30 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common |
| VA025942 | 3/6/2022 0:55 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025943 | 3/6/2022 0:44 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025944 | 2/6/2022 23:50 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common |
| VA025945 | 2/6/2022 16:41 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025946 | 9/6/2022 1:23 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates on litigation strategies related to common defense of Life |
| VA025947 | 2/6/2022 0:53 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025948 | 2/6/2022 0:47 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025949 | 1/6/2022 22:59 | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com>, Ruben Grijalva <ruben@vafitness.com | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common |
| VA025950 | 1/6/2022 22:50 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025951 | 1/6/2022 22:47 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com>, "E. David Marks" <dmarks@gcalaw.com>, Kathryn Curry | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / |
| VA025952 | 1/6/2022 22:30 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025953 | 1/6/2022 22:14 | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com>, Ruben Grijalva <ruben@vafitness.com | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common |
| VA025954 | 1/6/2022 22:10 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common |
| VA025955 | 1/6/2022 19:24 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, "E. David Marks" <dmarks@gcalaw.com>, Kim Donovan <kdonovan@gcalaw.com>, Chris Galipo | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling agreement vs. lawsuit | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A deal |
| VA025956 | 1/6/2022 19:24 | Chris Galipo <chris@vafitness.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto <marcus@vafitness.co | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common |
| VA025957 | 8/6/2022 21:06 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025958 | 1/6/2022 5:57 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025959 | 1/6/2022 5:46 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025960 | 1/6/2022 5:37 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025961 | 1/6/2022 4:01 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025962 | 1/6/2022 1:30 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025963 | 5/29/2022 6:05 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025964 | 5/29/2022 5:39 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025965 | 5/29/2022 5:35 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---------|-----------|------|-----|-----|------------------|-----------|-----------|---------------|
| VA025966 | 5/29/2022 1:53 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025967 | 5/27/2022 3:42 | Kim Donovan <kdonovan@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / |
| VA025982 | 5/27/2022 3:41 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / |
| VA025983 | 5/27/2022 3:40 | Kim Donovan <kdonovan@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com>, | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common |
| VA025984 | 5/27/2022 3:36 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025985 | 5/27/2022 8:43 | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com>, Ruben Grijalva <ruben@vafitness.com> | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common |
| VA025986 | 5/26/2022 0:24 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025987 | 5/26/2022 9:49 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025988 | 5/26/2022 9:45 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025989 | 5/26/2022 8:50 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025990 | 5/26/2022 8:24 | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025991 | 5/26/2022 7:19 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA026005 | 5/26/2022 7:16 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA026006 | 11/18/2022 0:13 | Kathryn Curry <kcurry@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Tom Proulx | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026007 | 11/18/2022 0:05 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Tom Proulx | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026008 | | | | | Draft_Copyright_License_NP_and_LF_LLC_CLEAN_FINAL[2].docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026009 | 11/18/2022 9:46 | Kathryn Curry <kcurry@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | "E. David Marks" <dmarks@gcalaw.com>, Tom Proulx <tomp@netpulse.com>, Chris Galipo | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026010 | | | | | Draft_Copyright_License_NP_and_LF_LLC_CLEAN_FINAL.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026011 | 11/18/2022 9:42 | Kathryn Curry <kcurry@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | "E. David Marks" <dmarks@gcalaw.com>, Tom Proulx <tomp@netpulse.com>, Chris Galipo | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026012 | | | | | Draft_Copyright_License_NP_and_LF_LLC_CLEAN_FINAL.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026013 | | | | | Draft_Copyright_License_NP_and_LF_LLC_RL_FINAL.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026014 | 11/18/2022 9:27 | Kim Donovan <kdonovan@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "E. David Marks" <dmarks@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026015 | 11/18/2022 9:25 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | "E. David Marks" <dmarks@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026016 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[jdb_redline_20221118b].docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026017 | 11/18/2022 9:17 | Kim Donovan <kdonovan@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "E. David Marks" <dmarks@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026018 | 11/18/2022 9:07 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | "E. David Marks" <dmarks@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026019 | 11/18/2022 9:05 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | "E. David Marks" <dmarks@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026021 | 11/18/2022 9:04 | Kim Donovan <kdonovan@gcalaw.com> | "E. David Marks" <dmarks@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation upon business assets, operations and opportunities |
| VA026022 | 11/18/2022 8:59 | Kathryn Curry <kcurry@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | "E. David Marks" <dmarks@gcalaw.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and |
| VA026023 | 11/18/2022 8:52 | Tom Proulx <tomp@netpulse.com> | "E. David Marks" <dmarks@gcalaw.com> | Kathryn Curry <kcurry@gcalaw.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and |
| VA026024 | 11/18/2022 8:50 | Kim Donovan <kdonovan@gcalaw.com> | "E. David Marks" <dmarks@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation upon business assets, operations and opportunities |
| VA026025 | | | | | Draft_Copyright_License_NP_and_LF_LLC_11182022_1050.doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026026 | 11/18/2022 8:46 | Kim Donovan <kdonovan@gcalaw.com> | Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "E. David Marks" <dmarks@gcalaw.com>, Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation |
| VA026027 | 11/18/2022 8:45 | "E. David Marks" <dmarks@gcalaw.com> | Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com>, Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation |
| VA026028 | 11/18/2022 8:41 | Kathryn Curry <kcurry@gcalaw.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Chris Galipo | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026029 | | | | | Draft_Copyright_License_NP_and_LF_LLC_RL.doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026030 | 11/18/2022 8:05 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com>, Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026031 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[jdb_redline_20221118].doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026032 | 11/18/2022 8:02 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026033 | 11/18/2022 7:38 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026035 | 11/18/2022 7:37 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Chris Galipo | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026036 | 11/18/2022 5:42 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Chris Galipo | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026037 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[jdb_redline_20221118].doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026038 | 11/18/2022 8:51 | Kathryn Curry <kcurry@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Chris Galipo | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026039 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[jdb_redline_20221117e].doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026040 | 11/18/2022 7:40 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Chris Galipo | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026041 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[jdb_redline_20221117e].doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026042 | 11/18/2022 7:38 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Chris Galipo | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026043 | 11/18/2022 7:21 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com>, Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026044 | 11/18/2022 7:18 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Chris Galipo | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026045 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[jdb_redline_20221117d].doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026046 | 11/18/2022 6:16 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com>, Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026047 | 11/18/2022 6:12 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com>, Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026048 | 11/18/2022 6:06 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Tom Proulx | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026049 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[clean_20221117c].doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026050 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[jdb_redline_20221117c].doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026056 | | | | | Copyright_Assignment_Agr_20220613_kad_rl_[j | Attorney Work Product | Yes | Tactical notes in anticipation of litigation |
| VA026069 | 11/18/2022 4:47 | Kathryn Curry <kcurry@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Tom Proulx | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026070 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[jdb_redline_20221117b].doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026071 | 11/18/2022 3:49 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Tom Proulx | CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026072 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[jdb_redline_20221117b].doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026073 | 11/18/2022 3:21 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com> | Tom Proulx <tomp@netpulse.com>, Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" | CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026074 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[jdb_redline_20221117].doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026075 | 5/26/2022 1:38 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "E. David Marks" <dmarks@gcalaw.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx | Re: Need for info | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026076 | 5/26/2022 1:31 | "E. David Marks" <dmarks@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx <tomp@netpulse.com>, Chris Galipo <chris@vafitness.com> | | Need for info | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation upon business assets, operations and opportunities |
| VA026077 | | | | | VA_Copyright_Registration_Info_Delivery.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026078 | 6/9/2022 17:28 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026079 | 6/9/2022 17:26 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com>, Chris Galipo <chris@vafitness.com> | Re: | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026080 | | | | | _Copyright_Assignment _Agr_[Fully-executed].pdf | Attorney Work Product; Attorney-Client Privileged; Common | | Attachment to attorney-client communication, above; cofindential M&A document |
| VA026081 | 6/9/2022 17:00 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026082 | | | | | scan_(18).pdf | Attorney Work Product; Attorney-Client Privileged; Common | | Attachment to attorney-client communication, above; cofindential M&A document |
| VA026083 | 3/9/2022 4:21 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com> | Re: | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026084 | 3/9/2022 4:19 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026085 | | | | | Copyright_Assignment_ Agr.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026086 | | | | | scan_(18).pdf | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026087 | 10/12/2022 0:31 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: more copyright registrations | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026088 | 9/12/2022 23:04 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: more copyright registrations | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026089 | 6/16/2022 7:04 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026090 | 8/12/2022 15:20 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.co | | more copyright registrations | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and |
| VA026091 | 5/25/2022 1:05 | "E. David Marks" <dmarks@gcalaw.com | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com>, Tom Proulx <tomp@netpulse.com>, Kathryn Curry | Re: Copyrights | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026092 | 5/25/2022 0:54 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "E. David Marks" <dmarks@gcalaw.com> | Chris Galipo <chris@vafitness.com>, Tom Proulx <tomp@netpulse.com>, Kathryn Curry | Re: Copyrights | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026093 | 5/25/2022 0:40 | "E. David Marks" <dmarks@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Chris Galipo <chris@vafitness.com>, Tom Proulx <tomp@netpulse.com>, Kathryn Curry <kcurry@gcalaw.com>, Kim Donovan <kdonovan@gcalaw.co | | Copyrights | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation upon business assets, operations and opportunities |
| VA026094 | 7/6/2022 23:08 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026095 | 7/6/2022 22:26 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026096 | 7/6/2022 22:19 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026097 | 7/6/2022 22:05 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026098 | 7/6/2022 21:12 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026099 | 7/6/2022 21:04 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026100 | | | | | 39_Released_Titles.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026101 | | | | | VA_Copyright_Registration_Info-RELEASED_39.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026102 | 6/16/2022 7:02 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026103 | 7/6/2022 19:31 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026104 | 7/6/2022 19:12 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026105 | 7/6/2022 1:43 | Kim Donovan <kdonovan@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | RE: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026106 | 7/6/2022 1:43 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026107 | 7/6/2022 1:34 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026108 | 7/6/2022 1:32 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026109 | 7/6/2022 1:04 | Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026110 | 7/6/2022 0:57 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026111 | 7/6/2022 0:55 | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com>, Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026112 | 7/6/2022 0:52 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026113 | 6/16/2022 6:56 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026114 | | | | | Copyright_Assignment_ Agr_20220613_kad_rl_[j db_redline_20220616.d ocx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026115 | 7/6/2022 0:39 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gma il.com>, Kim Donovan <kdonovan@gcalaw.co m> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026116 | 6/6/2022 20:01 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gma il.com>, Kim Donovan <kdonovan@gcalaw.co m> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026117 | 6/6/2022 18:51 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gma il.com>, Kim Donovan <kdonovan@gcalaw.co m> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026118 | 6/6/2022 0:42 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026119 | 5/6/2022 23:55 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gma il.com>, Kim Donovan <kdonovan@gcalaw.co m> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026120 | 5/6/2022 22:46 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gma il.com>, Kim Donovan <kdonovan@gcalaw.co m> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026121 | 5/6/2022 1:56 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gma il.com>, Kim Donovan <kdonovan@gcalaw.co m> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026122 | 5/6/2022 1:08 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gma il.com>, Kim Donovan <kdonovan@gcalaw.co m> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026123 | 4/6/2022 22:16 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcus@vafitness.com>, Ruben Grijalva <ruben@vafitness.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026124 | 4/6/2022 5:12 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026125 | 6/16/2022 0:36 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026126 | | | | | Copyright_Assignment_Agr_FINAL.pdf | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026127 | 4/6/2022 2:48 | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com>, Ruben Grijalva <ruben@vafitness.com> | | Fwd: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026128 | 4/6/2022 2:47 | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026129 | 3/6/2022 23:32 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026130 | 4/5/2022 20:22 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | David Marks <dmarks@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: Va content | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026131 | 4/5/2022 20:18 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | David Marks <dmarks@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: Va content | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026132 | 4/5/2022 17:44 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com>, David Marks <dmarks@gcalaw.com> | Chris Galipo <chris@vafitness.com> | Re: Va content | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to litigation defense of Life |
| VA026133 | 4/5/2022 17:31 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com>, David Marks <dmarks@gcalaw.com> | Re: Va content | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026134 | 4/5/2022 17:28 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com>, David Marks <dmarks@gcalaw.com> | Re: Va content | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026135 | 4/26/2022 9:57 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | David Marks <dmarks@gcalaw.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Va content | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026136 | | | | | Contract_LifeFitness_20150730_VirtualActiveL | Not Privileged | | Not Privileged |
| VA026137 | 4/26/2022 9:47 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | David Marks <dmarks@gcalaw.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Va content | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026138 | | | | | Contract_LifeFitness_20150730_VirtualActiveL | Not Privileged | | Not Privileged |
| VA026139 | 3/6/2022 22:45 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026140 | 4/25/2022 3:51 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com>, David Marks <dmarks@gcalaw.com> | | Re: Va content | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and |
| VA026141 | 4/25/2022 3:48 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Va content | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026142 | 5/5/2022 17:59 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "E. David Marks" <dmarks@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com> | Chris Galipo <chris@vafitness.com>, Tom Proulx <tomp@netpulse.com> | CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Conference call to | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying updates and advice on litigation strategies related |
| VA026143 | 1/9/2022 18:04 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying updates and advice on litigation strategies related to common defense of Life |
| VA026144 | 1/9/2022 17:59 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying updates and advice on litigation strategies related to common defense of Life |
| VA026145 | 8/31/2022 3:38 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying updates and advice on litigation strategies related to common defense of Life |
| VA026146 | | | | | Copyright_Assignment_ Agr_[jdb_redline_20220 616b].docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026213 | 6/22/2022 3:29 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | bbproulx@gmail.com | "McNeill, Caroline" <caroline.mcneill@ubs.com>, "Kenney, Dion" <dion.kenney@ubs.com>, "Knollenberg, Lisa" <lisa.knollenberg@ubs.com>, Tom Proulx <thomas.proulx@gmail.com>, Kim Donovan <kdonovan@gcalaw.co | Re: Draft Agreement re: 39 videos | Attorney Work Product; Common Interest Doctrine | Yes | Attorney billing details; FMP/VA attorney response to JDA participant(s) and client |
| VA026216 | 3/6/2022 22:27 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026217 | 6/22/2022 3:00 | <bbproulx@gmail.com | "'McNeill, Caroline'" <caroline.mcneill@ubs.com>, "'Kenney, Dion'" <dion.kenney@ubs.com>, "'Knollenberg, Lisa'" <lisa.knollenberg@ubs.com> | "'Tom Proulx'" <thomas.proulx@gmail.com>, "'Kim Donovan'" <kdonovan@gcalaw.com>, "'Jeffrey Brandstetter'" <brandstetterlaw@gmail.com>, "'Chris Galipo'" | RE: Draft Agreement re: 39 videos | Attorney Work Product; Common Interest Doctrine | Yes | Attorney billing details |
| VA026219 | 6/22/2022 1:14 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | bbproulx@gmail.com | Tom Proulx <thomas.proulx@gmail.com>, Kim Donovan | Re: Draft Agreement re: 39 videos | Attorney Work Product; Common Interest Doctrine | Yes | Attorney billing details; FMP/VA attorney response to JDA participant(s) |
| VA026221 | 6/22/2022 9:51 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026222 | | | | | Invoice_FMP:VA_20220608_(VA:Nextpulse_PMK_depositions,_depo_s | Attorney Work Product; Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney invoice referencing |
| VA026237 | | | | | Invoice_FMP:VA_20220608_(VA:Nextpulse_PMK_depositions,_depo_s | Attorney-Client Privileged | Yes | Client invoice |
| VA026255 | | | | | Invoice_FMP:VA_20220608_(VA:Nextpulse_PMK_depositions,_depo_s | Attorney-Client Privileged | Yes | Client invoice |
| VA026272 | | | | | Invoice_FMP:VA_20220608_(VA:Nextpulse_PMK_depositions,_depo_s | Attorney-Client Privileged | Yes | Client invoice |
| VA026322 | | | | | Invoice_FMP:VA_20220620_(Copyright_Assign | Attorney-Client Privileged | Yes | Client invoice |
| VA026327 | 6/20/2022 2:34 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026328 | | | | | Copyright_Assignment_Agr_20220617-executed.pdf | Attorney Work Product; Attorney-Client Privileged; Common | | Attachment to attorney-client communication, above; cofidential M&A document |
| VA026329 | 3/6/2022 22:18 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026330 | 6/20/2022 1:55 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026331 | | | | | Copyright_Assignment_Agr_20220617_kad_rl_jdb.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026332 | | | | | scan_(13).pdf | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026333 | 6/20/2022 1:37 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026390 | 6/17/2022 2:20 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026391 | 6/17/2022 2:01 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026392 | 6/17/2022 1:48 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026393 | | | | | Invoice_FMP:VA_20201222b_(Nextpulse:Life_Fitness).pdf | Attorney Work Product; Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney invoice referencing |
| VA026394 | | | | | Invoice_FMP:VA_20210420_(Nextpulse:Life_Fitness).pdf | Attorney Work Product; Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney invoice referencing |
| VA026395 | | | | | Invoice_FMP:VA_20220610_(VA:Nextpulse_PMK_depositions,_depo_s | Attorney Work Product; Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney invoice referencing |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026403 | 6/13/2022 22:15 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding clarifying language post-M&A deal, and updates |
| VA026404 | | | | | Copyright_Assignment_Agr_20220613_kad_rl_[jdb_redline_20220613b. | Attorney Work Product; Attorney-Client Privileged; Common | | Attachment to attorney-client email above regarding clarifying language post-M&A deal, and |
| VA026405 | | | | | Copyright_Assignment_Agr_20220613_kad_rl.docx | Attorney Work Product; Attorney-Client Privileged; Common | | Attachment to attorney-client email above regarding clarifying language post-M&A deal, and |
| VA026406 | 6/14/2022 11:33 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding clarifying language post-M&A deal, and updates |
| VA026407 | 6/14/2022 12:38 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding clarifying language post-M&A deal, and updates |
| VA026408 | | | | | Copyright_Assignment_Agr_20220613_kad_rl_[jdb_redline_20220614.d | Attorney Work Product; Attorney-Client Privileged; Common | | Attachment to attorney-client email above regarding clarifying language post-M&A deal, and |
| VA026409 | 6/14/2022 16:06 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding clarifying language post-M&A deal, and updates |
| VA026410 | 6/15/2022 19:53 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding clarifying language post-M&A deal, and updates |
| VA026411 | | | | | Copyright_Assignment_Agr_FINAL.pdf | Attorney Work Product; Attorney-Client Privileged; Common | | Attachment to attorney-client email above regarding clarifying language post-M&A deal, and |
| VA026412 | 8/31/2022 20:09 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding clarifying language post-M&A deal, and updates |
| VA026413 | 9/2/2022 19:15 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding clarifying language post-M&A deal, and updates |
| VA026414 | | | | | Copyright_Assignment_Agr_[jdb_redline_20220902].docx | Attorney Work Product; Attorney-Client Privileged; Common | | Attachment to attorney-client email above regarding clarifying language post-M&A deal, and |
| VA026415 | 9/8/2022 15:35 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding clarifying language post-M&A deal, and updates |
| VA026444 | 6/11/2022 15:13 | dan@schiffrinlaw.com | "'Kim Donovan'" <kdonovan@gcalaw.co m> | "'Chris Galipo'" <chris@vafitness.com> , "'Jeffrey Brandstetter'" <brandstetterlaw@gma | RE: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication regarding copyright registrations in anticipation of litigation |
| VA026445 | 6/11/2022 13:42 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | dan@schiffrinlaw.com | Kim Donovan <kdonovan@gcalaw.co m>, Chris Galipo | Re: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026446 | 6/11/2022 16:43 | <dan@schiffrinlaw.com> | "'Jeffrey Brandstetter" <brandstetterlaw@gmail.com> | "'Kim Donovan'" <kdonovan@gcalaw.com>, "'Chris Galipo'" | RE: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |
| VA026447 | 6/11/2022 16:51 | <dan@schiffrinlaw.com> | "'Jeffrey Brandstetter" <brandstetterlaw@gmail.com> | "'Kim Donovan'" <kdonovan@gcalaw.com>, "'Chris Galipo'" | RE: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |
| VA026448 | 6/11/2022 14:08 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | dan@schiffrinlaw.com | Kim Donovan <kdonovan@gcalaw.com>, Chris Galipo | Re: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |
| VA026449 | 6/11/2022 17:12 | <dan@schiffrinlaw.com> | "'Jeffrey Brandstetter" <brandstetterlaw@gmail.com> | "'Kim Donovan'" <kdonovan@gcalaw.com>, "'Chris Galipo'" | RE: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |
| VA026480 | 6/11/2022 21:13 | Kim Donovan <kdonovan@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "dan@schiffrinlaw.com" <dan@schiffrinlaw.com> | Re: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |
| VA026481 | 6/11/2022 17:23 | <dan@schiffrinlaw.com> | "'Jeffrey Brandstetter" <brandstetterlaw@gmail.com> | "'Kim Donovan'" <kdonovan@gcalaw.com>, "'Chris Galipo'" | RE: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |
| VA026512 | 6/11/2022 18:23 | <dan@schiffrinlaw.com> | "'Jeffrey Brandstetter" <brandstetterlaw@gmail.com> | "'Kim Donovan'" <kdonovan@gcalaw.com>, "'Chris Galipo'" | RE: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |
| VA026543 | 6/11/2022 18:57 | <dan@schiffrinlaw.com> | "'Jeffrey Brandstetter" <brandstetterlaw@gmail.com> | "'Kim Donovan'" <kdonovan@gcalaw.com>, "'Chris Galipo'" | RE: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |
| VA026574 | 6/11/2022 16:01 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | dan@schiffrinlaw.com | Kim Donovan <kdonovan@gcalaw.com>, Chris Galipo | Re: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |
| VA026575 | 6/11/2022 23:15 | Kim Donovan <kdonovan@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "dan@schiffrinlaw.com" <dan@schiffrinlaw.com> | Re: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |

Exhibit 6

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---------|-----------|------|-----|-----|------------------|-----------|-----------|---------------|
| VA001352 | 12/8/2017 14:58 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Marcus Marotto <mmarotto@netpulse.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Check in | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA001356 | | | | | va_model_for_tom_20171208.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA001357 | | | | | VA_PL_2014-2017_(1).xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA001464 | 4/4/2019 19:43 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.co | Re: VA Taxes & Bank | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA001465 | | | | | VA_2017_CA.pdf | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA001466 | | | | | VA_2017_Fed.pdf | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA001969 | | | | | ForecastsH.xls | Privacy Privileged; Trade Secret Privileged | | Confidential financial information provided to |
| VA002069 | | | | | Netpulse_VA__Analysis_2011-07-19.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information from VA attorney re |
| VA002070 | | | | | NP_VA_Operations_Buildup.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information from VA attorney |
| VA002162 | 9/6/2011 9:33 | John Ford <john@vafitness.com> | Bryan Arp <bryana@netpulse.com> | | Minor change | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA002163 | | | | | MatrixRoyalties.xlsx | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA002725 | | | | | Q1_PL_Rough_Draft.xlsx | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA002726 | | | | | Q2_PL_Rough_Draft.xlsx | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA002727 | | | | | Q1_BS_Rough_Draft.xlsx | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA002728 | | | | | Q2_BS_Rough_Draft.xlsx | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA003501 | 8/24/2011 18:49 | John Ford <john@vafitness.com> | Tim <tcknox@earthlink.net>, | | Spreadsheet | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA003502 | | | | | EarnOut-Warnock.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA009341 | | | | | va_model_for_tom_2017208.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information provided to |
| VA009358 | 12/8/2017 14:58 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Marcus Marotto <mmarotto@netpulse.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Check in | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA009362 | | | | | va_model_for_tom_2017208.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA009363 | | | | | VA_PL_2014-2017_(1).xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA009402 | 4/4/2019 19:43 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.co | Re: VA Taxes & Bank | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA009403 | | | | | VA_2017_CA.pdf | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA009404 | | | | | VA_2017_Fed.pdf | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA009710 | 10/26/2019 2:23 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.co | Re: VA 2018 | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA009711 | | | | | May_2018_VA_G&A_allocation.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA017297 | | | | | Q2_P_L.XLSX | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017298 | | | | | Q2_Sales_Tax.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017299 | | | | | eStmt_06_30_2011-2_Acct_suffix_7592.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017300 | | | | | eStmt_06_30_2011_Acct_suffix_1862.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017301 | | | | | Q2_AP.XLSX | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017302 | | | | | Q2_Ppd_Rent.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017303 | | | | | Q2_Ppd_Patent_Royalty.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017304 | | | | | Q2_Ppd_Music_Royalty.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA017305 | | | | | Q2_11_AR.XLSX | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017306 | | | | | Prepaid_Assets_as_of_09_15_11.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017307 | | | | | Q2_11_BS.XLSX | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017308 | | | | | AR_09_15_11.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017309 | | | | | AR_as_of_09_15_11.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017310 | | | | | MOU_AV_ICG.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017311 | 10/28/2011 5:05 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com | | Fwd: VA/NP Merger - Documentation of | Attorney-Client Privileged; Trade Secret | | Attorney-client communication; corporate financials. Re: |
| VA017344 | 9/15/2011 1:01 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com > | | Re: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney re Merger Agreement and |
| VA017345 | 9/15/2011 0:57 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, Cindy Cannon <cindy@vafitness.com >, "Murano, Scott" <smurano@wsgr.com> | | Fwd: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication; Client query to attorney re Merger Agreement |
| VA017346 | | | | | 2006_TR-Balanced_Fitness,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017347 | | | | | 2007_TR-Balanced_Fitness,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017348 | | | | | 2008_TR-Balanced_Fitness,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA017349 | | | | | 2009_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017350 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017351 | 9/15/2011 0:52 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Fwd: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials; |
| VA017352 | | | | | 2006_TR-Balanced_Fitness,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017353 | | | | | 2007_TR-Balanced_Fitness,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017354 | | | | | 2008_TR-Balanced_Fitness,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017355 | | | | | 2009_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017356 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA018318 | 9/20/2011 5:15 | John Ford <john@vafitness.com> | john@vafitness.com | | Fwd: FW: Virtual Active Agreement - scanned document | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client query to attorney query. re: Merger agreement |
| VA018319 | | | | | Virtual_Active_Agreement_8-3-09.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attachment to above email re: license agreement |
| VA018384 | 10/14/2011 9:37 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com> | RE: Fwd: VA Reorganization Question - 2011 Net Operating Losses | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attorney-client communication, seeking, and conveying, updates and advice on VA corporate reorganization |
| VA018387 | 10/14/2011 4:12 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Re: VA Reorganization Question - 2011 Net Operating Losses | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication, seeking, and conveying, updates and advice on VA |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA018388 | | | | | VA_P_and_L_Q3_11.xls x | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attachment to above email; Corporate Financials. |
| VA018390 | 10/14/2011 1:19 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com > | | Fwd: VA Reorganization Question - 2011 Net Operating Losses | Attorney-Client Privileged; Privacy Privileged | | Internal client email forwarding attorney advice/counsel Re: Reorganization Questions |
| VA018391 | 10/14/2011 1:11 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | VA Reorganization Question - 2011 Net Operating Losses | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication, seeking, and conveying, updates and advice on VA |
| VA019396 | 1/8/2011 23:46 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com > | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; VA attorney advice re Stock Option Agreements |
| VA019397 | 1/8/2011 23:45 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com > | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; VA attorney advice re Stock Option Agreements |
| VA019405 | 7/30/2011 0:47 | Cindy Cannon <cindy@vafitness.com > | John Ford <john@vafitness.com> | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA019406 | 7/30/2011 0:33 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com > | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA019408 | 7/30/2011 0:25 | Cindy Cannon <cindy@vafitness.com > | John Ford <john@vafitness.com> | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA019409 | 7/30/2011 0:24 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com > | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA019410 | 7/30/2011 0:21 | Cindy Cannon <cindy@vafitness.com > | John Ford <john@vafitness.com> | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA019449 | | | | | 2008_Financials-Balanced_Fintess.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019450 | | | | | 2009_Financials-Virtual_Active,_Inc..pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019451 | | | | | JHF_Interest_Draws.xls x | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019452 | | | | | VA_Notes_and_Interest _as_of_September_14_ 2011.xls | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019453 | | | | | VA_Capitalization_Conv _and_Non_Conv_Septe mber_14_2011.xls | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA019454 | | | | | ForecastsH.xls | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019499 | | | | | ForecastsH.xls | Privacy Privileged; Trade Secret Privileged | | Confidential financial information Re: VA corporate |
| VA019518 | | | | | 2010_Efile_Forms-Virtual_Active,_Inc.pdf | Privacy Privileged | | Confidential tax information Re: Tax return Signature page |
| VA019519 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information Re: Trial balance |
| VA019520 | | | | | InventorySummary(2).pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: Inventory list |
| VA019997 | 9/20/2011 4:38 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | | Fwd: Virtual Active - Unexecuted Agreements | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query. re: Unexecuted |
| VA019998 | | | | | A75e7bbbe-5fd7-4b7d-bde0-ccc5e37eb69b.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attachment to above email; corporate financials. Re: Business Agreement Document |
| VA022596 | 1/11/2011 15:10 | John Ford <cindy@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | | Re: Ford Framing Non-Conv Notes | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Internal client email relaying/discussing attorney |
| VA022598 | 1/11/2011 15:09 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Re: Ford Framing Non-Conv Notes | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Internal client email relaying/discussing attorney |
| VA022611 | 9/15/2011 1:47 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Re: Virtual Active - Project Beat Due Diligence Follow-up | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA023467 | | | | | 2010_Efile_Forms-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA023468 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA023469 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA023470 | 9/15/2011 1:02 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | | Fwd: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney re Merger Agreement and |
| VA023471 | | | | | 2010_Efile_Forms-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; tax returns sent to VA attorney for review and advice re Merger |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA023472 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials and tax returns sent to VA attorney for review and advice re Merger |
| VA023473 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; tax returns sent to VA attorney for review and advice re Merger |
| VA023474 | 9/15/2011 0:31 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, Cindy Cannon <cindy@vafitness.com>, "Huie, James" <jhuie@wsgr.com> | | Fwd: Virtual Active | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication; Client update to attorney re requested documents for Merger Agreement |
| VA023475 | | | | | 2010_Efile_Forms-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email: corporate financial statements and tax documents forwarded |
| VA023476 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for |
| VA023477 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for |
| VA023480 | | | | | 2010_Efile_Forms-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for |
| VA023481 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: corporate financial statements forwarded to VA |
| VA023482 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for |
| VA023494 | 8/26/2011 2:37 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Fwd: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; VA attorney advice on corporate financials |
| VA023495 | | | | | Virtual_Active,_Inc._-_Secured_Convertible_Promissory_Notes_as_of_8-26-2011.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA023496 | | | | | Virtual_Active_-_List_of_Outstanding_Options_with_Vesting_as_of_8-26-2011.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA023497 | | | | | Virtual_Active_-_Summary_Capitalization_as_of_8-26- | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA023498 | | | | | Virtual_Active,_Inc._-_Convertible_Notes_as_of_8-26-2011.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA023503 | | | | | 2010_Efile_Forms-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financials forwarded to VA attorney for |
| VA023504 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financials forwarded to VA attorney for |
| VA023505 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financials forwarded to VA attorney for |
| VA023519 | | | | | 2010_Efile_Forms-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financials forwarded to VA attorney for |
| VA023520 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financials forwarded to VA attorney for |
| VA023521 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financials forwarded to VA attorney for |
| VA023897 | | | | | 2006_TR-Balanced_Fitness,_Inc. | Privacy Privileged | | Privacy and tax return privileged. Re: Tax return |
| VA023898 | | | | | 2007_TR-Balanced_Fitness,_Inc. | Privacy Privileged | | Privacy and tax return privileged. Re: Tax return |
| VA023899 | | | | | 2008_TR-Balanced_Fitness,_Inc. | Privacy Privileged | | Privacy and tax return privileged. Re: Tax return |
| VA023900 | | | | | 2009_TR-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged. Re: Tax return |
| VA023901 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged. Re: Tax return |
| VA024555 | 5/22/2013 1:30 | Diane Ryczek <dryczek@netpulse.co | Marcus <marcus@vafitness.co | | Re: April Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024556 | 5/22/2013 1:23 | Diane Ryczek <dryczek@netpulse.co | Marcus <marcus@vafitness.co | | Re: April Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024557 | 2/22/2013 8:22 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m> | Ruben Grijalva <ruben@vafitness.com >, Tom Proulx <tomp@netpulse.com> , Bryan Arp <bryana@netpulse.co | January variance analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024558 | | | | | Variance_Virtual_Active_13.1.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024559 | | | | | Virtual_Active_v12.9_PLAN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024560 | | | | | Virtual_Active_v13.1_a.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024563 | 12/29/2016 0:23 | Tom Proulx <tomp@netpulse.com> | Marcus <marcus@vafitness.com>, Joseph Lee <jlee@netpulse.com> | Diane Ryczek <dryczek@netpulse.com> | November reporting | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024564 | | | | | Revenue_16.11.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024565 | 4/27/2013 1:24 | Diane Ryczek <dryczek@netpulse.co m> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto <marcus@vafitness.com>, Shawn Oatis <shawn@vafitness.com>, paul@vafitness.com, Jobert Atienza <jobert@vafitness.com>, Larissa Mills <larissa@vafitness.com>, John Donley <jdonley@vafitness.com>, Chris Galipo <chris@vafitness.com>, Elliott Sidey <elliott@vafitness.com>, John Ford <jford@netpulse.com> | | Virtual Active Q1 2013 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024566 | | | | | VA_Q1_2013.pdf | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024567 | 12/21/2012 0:17 | Diane Ryczek <dryczek@netpulse.co | Marcus <marcus@vafitness.co | | Re: Variance analysis for November | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and |
| VA024568 | 12/21/2012 9:13 | Diane Ryczek <dryczek@netpulse.co | Marcus Marotto <marcus@vafitness.co | | Re: Variance analysis for November | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and |
| VA024569 | | | | | Variance_Virtual_Active _12.11.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024570 | | | | | Virtual_Active_v12.9_PLAN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024571 | | | | | Virtual_Active_v12.11_a.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024572 | 5/18/2013 1:13 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.com>, Ruben Grijalva <ruben@vafitness.com | Bryan Arp <bryana@netpulse.com>, Tom Proulx <tomp@netpulse.com> | April Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024573 | | | | | Virtual_Active_v12.9_PLAN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024574 | | | | | Virtual_Active_v13.4.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024575 | | | | | Variance_Virtual_Active_13.4.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024576 | 12/21/2012 7:44 | Diane Ryczek <dryczek@netpulse.co | Marcus Marotto <marcus@vafitness.co | | Re: Variance analysis for November | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and |
| VA024577 | 12/19/2012 2:27 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m> | Bryan Arp <bryana@netpulse.co m>, Tom Proulx <tomp@netpulse.com> | Variance analysis for November | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024578 | | | | | Variance_Virtual_Active_12.11.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024579 | | | | | Virtual_Active_v12.9_PLAN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024580 | | | | | Virtual_Active_v12.11_a.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024581 | 4/16/2013 7:52 | Ruben Grijalva <ruben@vafitness.com | Marcus Marotto <marcus@vafitness.co | | Fwd: February Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024582 | | | | | Variance_Virtual_Active_13.2_RGrijalva.xls | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024583 | 3/29/2013 0:06 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m>, Ruben Grijalva <ruben@vafitness.com | | Re: February Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024584 | 3/28/2013 9:14 | Diane Ryczek <dryczek@netpulse.co | Marcus <marcus@vafitness.co | Ruben Grijalva <ruben@vafitness.com | Re: February Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and |
| VA024585 | 3/27/2013 0:01 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m>, Ruben Grijalva <ruben@vafitness.com | | Fwd: February Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024586 | | | | | Variance_Virtual_Active_13.2.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024587 | | | | | Virtual_Active_v12.9_PLAN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024588 | | | | | Virtual_Active_v13.2.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024589 | 3/27/2013 9:54 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m>, Ruben Grijalva <ruben@vafitness.com | Bryan Arp <bryana@netpulse.co m>, Tom Proulx <tomp@netpulse.com> | February Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024590 | | | | | Variance_Virtual_Active_13.2.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024591 | | | | | Virtual_Active_v12.9_PLAN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024592 | | | | | Virtual_Active_v13.2.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024593 | 10/25/2013 2:34 | Diane Ryczek <dryczek@netpulse.com> | Marcus <marcus@vafitness.com> | | Re: Variance Analysis September 2013 - due 10/24 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024594 | 10/25/2013 7:37 | Diane Ryczek <dryczek@netpulse.com> | Marcus <marcus@vafitness.com> | | Re: Variance Analysis September 2013 - due 10/24 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024595 | 10/18/2013 8:21 | Diane Ryczek <dryczek@netpulse.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto <marcus@vafitness.com> | Tom Proulx <tomp@netpulse.com>, Bryan Arp <bryana@netpulse.com> | Variance Analysis September 2013 - due 10/24 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024596 | | | | | Virtual_Active_v13.4_F6 1-13.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024597 | | | | | Virtual_Active_v13.9.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024598 | | | | | Variance_Virtual_Active _13.9.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024599 | 2/10/2013 16:40 | Diane Ryczek <dryczek@netpulse.com> | Marcus <marcus@vafitness.com> | Ruben Grijalva <ruben@vafitness.com> | Re: Variance Analysis August 2013 - due Monday 9/30/13 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024600 | 8/20/2013 8:28 | Diane Ryczek <dryczek@netpulse.com> | Marcus <marcus@vafitness.com> | Ruben Grijalva <ruben@vafitness.com>, Bryan Arp <bryana@netpulse.com>, Tom Proulx <tomp@netpulse.com> | Re: Variance Analysis July 2013 - due Tuesday August 20th | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024601 | 8/17/2013 0:23 | Diane Ryczek <dryczek@netpulse.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto <marcus@vafitness.com> | Bryan Arp <bryana@netpulse.com>, Tom Proulx <tomp@netpulse.com> | Variance Analysis July 2013 - due Tuesday August 20th | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA corporate accounts |
| VA024602 | | | | | Variance_Virtual_Active _13.7.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024603 | | | | | Virtual_Active_v13.4_F6 1-13.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024604 | | | | | Virtual_Active_v13.7.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024605 | 2/10/2013 0:32 | Diane Ryczek <dryczek@netpulse.com> | Marcus <marcus@vafitness.com> | Ruben Grijalva <ruben@vafitness.com> | Re: Variance Analysis August 2013 - due Monday 9/30/13 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024606 | 2/10/2013 0:08 | Diane Ryczek <dryczek@netpulse.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto <marcus@vafitness.com> | | Fwd: Variance Analysis August 2013 - due Monday 9/30/13 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024607 | | | | | Variance_Virtual_Active _13.8.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024608 | | | | | Virtual_Active_v13.4_F6 1-13.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024609 | | | | | Virtual_Active_v13.8.xls x | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024610 | 9/26/2013 0:22 | Diane Ryczek <dryczek@netpulse.co | Ruben Grijalva <ruben@vafitness.com >, Marcus Marotto <marcus@vafitness.co | | Re: Variance Analysis August 2013 - due Monday 9/30/13 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024611 | 9/26/2013 0:18 | Diane Ryczek <dryczek@netpulse.co m> | Ruben Grijalva <ruben@vafitness.com >, Marcus Marotto <marcus@vafitness.co | Bryan Arp <bryana@netpulse.co m>, Tom Proulx <tomp@netpulse.com> | Variance Analysis August 2013 - due Monday 9/30/13 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024612 | | | | | Variance_Virtual_Active _13.8.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024613 | | | | | Virtual_Active_v13.4_F6 1-13.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024614 | | | | | Virtual_Active_v13.8.xls x | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024615 | 4/19/2013 0:30 | Diane Ryczek <dryczek@netpulse.co | Marcus <marcus@vafitness.co | | Re: March Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and |
| VA024616 | 4/18/2013 5:48 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m> | Bryan Arp <bryana@netpulse.co m>, Tom Proulx <tomp@netpulse.com> | March Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024617 | | | | | Variance_Virtual_Active _13.3.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024618 | | | | | Virtual_Active_v12.9_PL AN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024619 | | | | | Virtual_Active_v13.3.xls x | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024620 | 4/25/2019 7:00 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | | Re: Virtual Active - Stock Purchase and Sale - Final Executed | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024685 | 5/15/2018 2:37 | Marcus Marotto <marcusmarotto@gmai l.com> | Thomas A Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co m>, Ruben Grijalva <ruben.grijalva@gmail. com> | Virtual Active Licensing Proposal | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: License Proposal |
| VA024686 | | | | | Virtual_Active_Proposal 20180515.pdf | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: VA Proposal |
| VA024687 | 1/3/2019 0:16 | Chris Galipo <chrisgalipo@gmail.co m> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> , Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024688 | 1/3/2019 0:15 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024689 | 1/3/2019 0:01 | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024690 | 2/28/2019 3:59 | Chris Galipo <chrisgalipo@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024691 | 2/28/2019 3:56 | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or Brunswick |
| VA024692 | | | | | 1._Stock_Purchase_Agreement_VA-FMP_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024693 | | | | | 2._FMP_Secured_Promissory_Note_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024694 | | | | | 3._FMP_Security_Agreement_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024695 | | | | | 4._Nextpulse-FMP_Assignment_of_Contracts_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024696 | | | | | 5._Nextpulse_Affidavit_for_Lost_Stock_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024697 | | | | | 6._NP-VA_Incumbency_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024698 | | | | | 7._FMP_Incumbency_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024699 | | | | | 8._UBS_ACA_2019-02-25_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024700 | 2/28/2019 3:51 | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024701 | 2/28/2019 3:37 | Chris Galipo <chrisgalipo@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024702 | 2/28/2019 2:58 | Chris Galipo <chrisgalipo@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024703 | | | | | Netpulse_-_Exercycle_Content_License_Signed.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024704 | 2/28/2019 0:28 | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024705 | 2/28/2019 9:30 | Chris Galipo <chrisgalipo@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024706 | | | | | 8B._C._Galipo_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024707 | 2/28/2019 8:48 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024708 | 2/28/2019 7:39 | Jeff Suto <Jeff@jsuto.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024709 | | | | | 8B._C._Galipo_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024710 | 2/28/2019 7:08 | Jeff Suto <Jeff@jsuto.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or |
| VA024711 | | | | | 8A._C._Galipo_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024712 | | | | | 4A._Nextpulse-FMP_Assignment_of_Contracts_2019-02-27.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024713 | 2/28/2019 7:07 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Jeff Suto <Jeff@jsuto.com>, "chrisgalipo@gmail.com" | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024714 | 7/24/2018 7:03 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Lastest version | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: License Proposal |
| VA024715 | | | | | VA_License_Proposal_20180620_(1).xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: VA corporate accounting |
| VA024716 | 2/28/2019 5:09 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com>, "chrisgalipo@gmail.com" | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024717 | 2/28/2019 8:21 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024718 | 2/28/2019 8:19 | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024719 | 2/28/2019 8:17 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---------|-----------|------|-----|-----|------------------|-----------|-----------|---------------|
| VA024720 | 2/28/2019 8:10 | Jeff Suto <Jeff@jsuto.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gma | | Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024721 | | | | | 1._Stock_Purchase_Agreement_VA-FMP_2019-02-28.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024722 | | | | | 2._FMP_Secured_Promissory_Note_2019-02-27.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024723 | | | | | 3._FMP_Security_Agreement_2019-02-27A.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024724 | | | | | 4._Nextpulse-FMP_Assignment_of_Contracts_2019-02-27.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024725 | | | | | 5._Nextpulse_Affidavit_for_Lost_Stock_Certificate_2019-02-22.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024726 | | | | | 6._NP-VA_Incumbency_Certificate_2019-02-27.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024727 | | | | | 7._Incumbency_Certificate_20190226_[FMP].pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024728 | | | | | 8._C._Galipo_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024729 | | | | | 9._T._Proulx_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024736 | 2/28/2019 0:22 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | tomp@netpulse.com | Re: Virtual Active - Secured Note | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024737 | | | | | RED_Note_02-26_v_02-19_[jdb_redline_20190227].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A discussions with a company other than Life Fitness and/or |
| VA024749 | 3/29/2019 0:10 | Chris Galipo <chrisgalipo@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA024773 | 1/28/2019 8:09 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024774 | 8/3/2019 0:27 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA024775 | 1/24/2019 8:43 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024776 | 1/24/2019 4:40 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024777 | 1/23/2019 1:06 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024778 | 1/21/2019 9:02 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024780 | 1/20/2019 1:55 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024781 | 1/18/2019 3:00 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024782 | 5/12/2018 23:48 | Marcus Marotto <marcusmarotto@gmail.com> | Thomas A Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Chris Galipo <chrisgalipo@gmail.co | Virtual Active Acquisition Contract | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: Acquisition Contract |
| VA024785 | 8/3/2019 0:13 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA |
| VA024788 | 2/28/2019 6:32 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, Chris Galipo <chrisgalipo@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: VA - Security Agreement | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024789 | 2/28/2019 5:26 | Chris Galipo <chrisgalipo@gmail.co m> | Jeff Suto <Jeff@jsuto.com> | "Jeffrey Brandstetter (brandstetterlaw@gmai l.com)" <brandstetterlaw@gma il.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: VA - Security Agreement | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or Brunswick |
| VA024790 | | | | | FMP_Security_Agreeme nt_2019-02-27.docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024791 | 2/28/2019 4:46 | Jeff Suto <Jeff@jsuto.com> | "Jeffrey Brandstetter (brandstetterlaw@gmai l.com)" <brandstetterlaw@gma il.com> | "chrisgalipo@gmail.co m" <chrisgalipo@gmail.co m>, "Tom Proulx (tomp@netpulse.com)" | VA - Security Agreement | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or Brunswick |
| VA024792 | | | | | FMP_Security_Agreeme nt_2019-02-27.docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024793 | | | | | RED_Sec_Agt_02-27_v_02-08.docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024794 | 1/18/2019 1:54 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Marcus Marotto <marcusmarotto@gmai l.com>, Ruben Grijalva <ruben.grijalva@gmail. com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking and conveying, updates and advice on M&A activities |
| VA024795 | 1/18/2019 1:53 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Chris Galipo <chrisgalipo@gmail.com m> | Ruben Grijalva <ruben.grijalva@gmail. com>, Marcus Marotto <marcusmarotto@gmai l.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on M&A activities |
| VA024796 | 1/18/2019 1:37 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Ruben Grijalva <ruben.grijalva@gmail. com>, Marcus Marotto <marcusmarotto@gmai l.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024797 | 1/17/2019 1:19 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Ruben Grijalva <ruben.grijalva@gmail. com>, Marcus Marotto <marcusmarotto@gmai l.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024798 | | | | | DKCity_NetpulseContentLicense_20140620.PDF | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024799 | | | | | Netpulse_-_Lexco_Content_License_Signed.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024800 | | | | | Netpulse_Silverfit_Contract_Signed_Final.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024801 | | | | | 2014.05.06_-_Virtual_Active_Blanket_Executed.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024802 | 1/17/2019 0:21 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024803 | | | | | RED_Sec_Agt_01-16_v_01-12_JB.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024804 | | | | | RED_SPA_01-16_v_01-12_JB.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024805 | 6/3/2019 9:29 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA corporate |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024806 | 1/17/2019 0:12 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024807 | 1/17/2019 8:24 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024808 | 1/17/2019 7:34 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024809 | 1/17/2019 4:59 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024810 | | | | | SPA_VA-FMP_[jdb_redline_20190112].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024811 | | | | | FMP_Secured_Prom_Note_[jdb_redline_20190112].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024812 | | | | | FMP_Security_Agr_[jdb_redline_20190112].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024813 | 1/17/2019 2:27 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024814 | 10/1/2019 20:58 | Chris Galipo <chrisgalipo@gmail.com> | | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024815 | | | | | Stock_Purchase_Agreement_VA-FMP_2018-12_30_[jdb_redline_20190108_with_changes_from_CG].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024816 | 10/1/2019 20:57 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024817 | | | | | Stock_Purchase_Agreement_VA-FMP_2018-12_30_[jdb_redline_20190108_with_changes_from_CG].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024818 | 10/1/2019 5:02 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024819 | | | | | FMP_Security_Agreement_2018-12-30_[jdb_redline_20190109].doc | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024820 | 9/1/2019 8:13 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024821 | | | | | Stock_Purchase_Agreement_VA-FMP_2018-12_30_[jdb_redline_20190108].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024822 | 8/1/2019 18:51 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024823 | 6/3/2019 2:51 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA024824 | | | | | Application for Automatic Extension of Time to File Certain Business Income Tax, Information, and Other | Privacy Privileged | | Confidential financial information re: VA corporate accounting and taxes |
| VA024825 | 12/31/2018 9:31 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024826 | | | | | Stock_Purchase_Agreement_VA-FMP_2018-12_30.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024827 | | | | | FMP_Secured_Promissory_Note_2018-12-31.doc | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024828 | | | | | FMP_Security_Agreement_2018-12-30.doc | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024829 | | | | | Tab_045_-_Schedule_3.19(b)(i)_-_Intellectual_Property.PDF | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024830 | | | | | Tab_046_-_Schedule_3.19(b)(ii)_-_Intellectual_Property.PDF | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024831 | | | | | VA_Content_+_Data_List.zip | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024832 | | | | | VA_LibraryData_02192015 VA_Home.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024833 | | | | | VA_LibraryData_02192015 Tours_In_Production.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024834 | | | | | VA_LibraryData_02192015 Tours.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024835 | | | | | VA_LibraryData_02192015 BIKE.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024836 | | | | | VA_LibraryData_02192015 Atoms_In_Production.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024837 | | | | | VA_LibraryData_02192015 All_Finished_Atoms.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024838 | | | | | VA_LibraryData_02192015 Broll.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024839 | | | | | VA_LibraryData_02192015 RUN.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024840 | | | | | VA_LibraryData_02192015 Atom_Metadata.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024841 | | | | | VA_LibraryData_02192015 HIKE.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024842 | 12/21/2018 2:52 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024843 | 12/21/2018 7:27 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024844 | 12/21/2018 7:03 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024845 | 12/18/2018 2:45 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024846 | | | | | FMP_Secured_Promissory_Note_2018-12-17.doc | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024847 | | | | | FMP_Security_Agreement_2018-12-17.doc | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024848 | | | | | Stock_Purchase_Agreement_VA-FMP_2018-12_17.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024849 | | | | | RED_Note_12-17_v_12-05_JB.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024850 | | | | | RED_Sec_Agt_12-17_v_12-05_JB.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024851 | | | | | RED_SPA_12-17_v_12-05_JB.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024852 | 12/18/2018 2:44 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024853 | 6/12/2018 1:30 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024854 | | | | | 2._RED_SPA_10-31_v_original_[jdb_redline_20181205].docx | Privacy Privileged; Trade Secret Privileged | | Corporate financial information. Re: Purchase Agreement Draft |
| VA024855 | | | | | 3._FMP_Secured_Promissory_Note_2018-10-31_[jdb_redline_20181205].doc | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: Promissory Note draft |
| VA024856 | | | | | 4._FMP_Security_Agreement_2018-10-31_[jdb_redline_20181205].doc | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: Security Agreement |
| VA024857 | 6/12/2018 0:40 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication; Client response to attorney query. Re: Forward Motion |
| VA024858 | 4/12/2018 6:38 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024859 | 11/29/2018 2:52 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024860 | 2/28/2019 0:00 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA024861 | 11/28/2018 0:22 | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024862 | 11/28/2018 9:56 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024863 | 11/13/2018 3:02 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024864 | 11/13/2018 7:06 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024865 | 11/13/2018 6:56 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024866 | 11/13/2018 6:32 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024867 | 11/13/2018 5:16 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024868 | 11/13/2018 1:09 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024869 | 11/13/2018 0:10 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024870 | 6/11/2018 20:02 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024871 | 2/27/2019 1:55 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA024872 | 6/11/2018 5:36 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication; VA attorney response to client. Re: Forward Motion |
| VA024873 | 6/11/2018 5:28 | Chris Galipo <chrisgalipo@gmail.com> | brandstetterlaw@gmail.com | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication; Client response to attorney query. Re: Forward Motion |
| VA024874 | 2/11/2018 17:41 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024875 | 1/11/2018 21:43 | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Internal client email forwarding attorney advice/counsel Re: Contract Promissoy Note |
| VA024876 | | | | | 2._RED_SPA_10-31_v_original_Marcus.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email Re: Purchase Agreement Draft |
| VA024877 | | | | | 3._FMP_Secured_Promissory_Note_2018-10-31_Marcus.doc | Attorney-Client Privileged; Privacy Privileged | | Corporate financial information Re: Promissory Note draft |
| VA024878 | 10/31/2018 5:42 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024879 | 2/27/2019 8:00 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Virtual Active - ancillary documents | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024881 | 2/27/2019 0:47 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Virtual Active - ancillary documents | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024882 | | | | | Incumbency_Certificate_20190226_[FMP].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A discussions with a company other than Life Fitness and/or |
| VA024884 | 2/27/2019 0:08 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Virtual Active - ancillary documents | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024885 | | | | | Nextpulse-FMP_Assignment_of_Contracts_2019-02-22_[jdb_redline_20190226].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024896 | 2/26/2019 9:16 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Virtual Active - ancillary documents | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024897 | 1/3/2019 0:57 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Cindy Marshall <cynthia.marshall@ubs.com>, Jordan Hayes <jordan.hayes@ubs.com> | Re: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential information re: VA corporate accounts |
| VA024898 | 1/3/2019 0:15 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Cindy Marshall <cynthia.marshall@ubs.com>, Jordan Hayes <jordan.hayes@ubs.com> | Re: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024899 | 2/28/2019 6:05 | Tom Proulx <tomp@netpulse.com> | Cindy Marshall <cynthia.marshall@ubs.com> | c galipo <chrisgalipo@gmail.com>, Jordan Hayes <jordan.hayes@ubs.com> | Re: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024900 | 2/28/2019 5:58 | <cynthia.marshall@ubs.com> | <tomp@netpulse.com>, | <jordan.hayes@ubs.com> | RE: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024902 | 2/27/2019 5:09 | <cynthia.marshall@ubs.com> | <tomp@netpulse.com>, | <jordan.hayes@ubs.com> | RE: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024904 | 2/26/2019 2:57 | <cynthia.marshall@ubs.com> | <tomp@netpulse.com>, | <jordan.hayes@ubs.com> | RE: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024912 | 2/26/2019 1:25 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Cindy Marshall <cynthia.marshall@ubs.com>, Jordan Hayes <jordan.hayes@ubs.com> | Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024913 | 2/26/2019 8:33 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Cindy Marshall <cynthia.marshall@ubs.com>, Jordan Hayes <jordan.hayes@ubs.com> | Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024914 | 2/23/2019 0:36 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Cindy Marshall <cynthia.marshall@ubs.com>, Jordan Hayes <jordan.hayes@ubs.com> | Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024915 | 2/22/2019 9:41 | Chris Galipo <chrisgalipo@gmail.com> | Cindy Marshall <cynthia.marshall@ubs.com> | Jordan Hayes <jordan.hayes@ubs.com>, Tom Proulx <tomp@netpulse.com> | Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024916 | 2/22/2019 9:36 | <cynthia.marshall@ubs.com> | <chrisgalipo@gmail.com> | <jordan.hayes@ubs.com>, | RE: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024918 | 2/22/2019 9:31 | Chris Galipo <chrisgalipo@gmail.com> | Cindy Marshall <cynthia.marshall@ubs.com> | Jordan Hayes <jordan.hayes@ubs.com>, Tom Proulx <tomp@netpulse.com> | Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024919 | 2/22/2019 8:14 | <cynthia.marshall@ubs.com> | <chrisgalipo@gmail.com> | <jordan.hayes@ubs.com>, | RE: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024921 | 2/22/2019 7:05 | Chris Galipo <chrisgalipo@gmail.com> | cynthia.marshall@ubs.com | jordan.hayes@ubs.com, tomp@netpulse.com | Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024922 | 2/21/2019 7:20 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024923 | 2/21/2019 5:43 | <cynthia.marshall@ubs.com>, | <chrisgalipo@gmail.com>, | <jordan.hayes@ubs.com> | Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024931 | 1/17/2019 8:53 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024932 | 1/17/2019 7:33 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024933 | 1/14/2019 8:59 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024934 | 10/1/2019 20:46 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024935 | 10/1/2019 20:45 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024936 | 10/1/2019 20:33 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024937 | 9/1/2019 21:39 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024938 | 12/31/2018 9:44 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024939 | 12/31/2018 8:05 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024940 | 12/31/2018 8:01 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024946 | 12/31/2018 2:26 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024947 | 12/30/2018 2:45 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024948 | 12/28/2018 2:05 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024949 | 12/28/2018 1:59 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024950 | 12/28/2018 1:34 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024951 | 12/28/2018 8:20 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024952 | 12/27/2018 1:00 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024953 | 12/27/2018 0:41 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024954 | 12/27/2018 0:35 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024955 | 12/27/2018 9:20 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024961 | 3/22/2019 9:53 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024962 | 3/22/2019 9:52 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024963 | 3/22/2019 9:46 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024964 | 3/22/2019 9:33 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024965 | 3/22/2019 9:26 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024966 | 3/22/2019 9:19 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024967 | 3/22/2019 9:03 | Chris Galipo <chrisgalipo@gmail.co | Chris Galipo <chris@vafitness.com> | | Fwd: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024968 | | | | | May_2018_VA_G&A_all ocation.xlsx | Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024969 | | | | | 2017_Netpulse_Allocati on.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024970 | | | | | 2016_Allocate_Netpuls e_G&A_(1)_(1).xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024971 | 7/3/2019 21:04 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024972 | | | | | May_2018_VA_G&A_all ocation.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024973 | | | | | 2017_Netpulse_Allocati on.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024974 | | | | | 2016_Allocate_Netpuls e_G&A_(1)_(1).xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025034 | 2/20/2019 1:29 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential communication regarding VA M&A terms/confidential corporate |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025035 | | | | | RED_SPA_02-12_v_02-08_[jdb_redline_20190219b].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025036 | | | | | FMP_Secured_Prom_Note_[jdb_redline_20190219].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025037 | 8/2/2019 18:00 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential communication regarding VA M&A terms/confidential corporate |
| VA025038 | | | | | RED_SPA_01-16_v_01-12_JB_[jdb_redline_20190207bc].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to confidential communication, above; draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025039 | | | | | RED_Sec_Agt_01-16_v_01-12_JB_[jdb_redline_20190207bc].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to confidential communication, above; draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025040 | | | | | FMP_Secured_Prom_Note_[jdb_redline_20190207b].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to confidential communication, above; draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025041 | 8/2/2019 17:30 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025042 | 7/2/2019 21:48 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025043 | | | | | RED_SPA_01-16_v_01-12_JB_[jdb_redline_20190207bc].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025044 | | | | | RED_Sec_Agt_01-16_v_01-12_JB_[jdb_redline_20190207b].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025045 | | | | | FMP_Secured_Prom_Note_[jdb_redline_20190207b].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025046 | 7/2/2019 21:15 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025047 | 7/2/2019 21:07 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025048 | | | | | RED_SPA_01-16_v_01-12_JB_[jdb_redline_20190207b].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025049 | | | | | FMP_Secured_Prom_Note_[jdb_redline_20190207].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025050 | 7/2/2019 19:50 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025054 | 7/2/2019 19:43 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025055 | | | | | RED_SPA_01-16_v_01-12_JB_[jdb_redline_20190207].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025056 | 7/2/2019 18:40 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025057 | 7/2/2019 18:10 | Ruben Grijalva <ruben.grijalva@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025058 | 7/2/2019 17:41 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025059 | 7/2/2019 6:15 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025060 | | | | | RED_SPA_01-16_v_01-12_JB_[jdb_redline_20190206].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025061 | 6/2/2019 16:45 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025062 | 6/2/2019 11:15 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025063 | 5/2/2019 17:25 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025064 | 1/31/2019 2:15 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025065 | 1/31/2019 2:11 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025069 | 1/31/2019 2:06 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025070 | 1/31/2019 1:20 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025071 | 1/31/2019 0:59 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025072 | 1/31/2019 0:07 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025073 | 1/30/2019 0:20 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025074 | 1/30/2019 0:00 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025089 | 1/3/2019 19:59 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Jeff Suto <Jeff@jsuto.com>, Chris Galipo <chrisgalipo@gmail.co | Re: Virtual Active - Stock Purchase and Sale - Final Executed Copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA025090 | 1/3/2019 19:57 | Tom Proulx <tomp@netpulse.com> | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com>, "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gmai | Re: Virtual Active - Stock Purchase and Sale - Final Executed Copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA025091 | 2/28/2019 2:47 | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, Chris Galipo <chrisgalipo@gmail.com>, "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gma | | Virtual Active - Stock Purchase and Sale - Final Executed Copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA025092 | | | | | 1._Stock_Purchase_Agreement_VA-FMP_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025093 | | | | | 2._FMP_Secured_Promissory_Note_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025094 | | | | | 3._FMP_Security_Agreement_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025095 | | | | | 4._Nextpulse-FMP_Assignment_of_Contracts_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025096 | | | | | 5._Nextpulse_Affidavit_for_Lost_Stock_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025097 | | | | | 6._NP-VA_Incumbency_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025098 | | | | | 7._FMP_Incumbency_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025099 | | | | | 8._UBS_ACA_2019-02-25_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025106 | 2/27/2019 5:26 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: DACA | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA025107 | 2/27/2019 5:21 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: DACA | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA025108 | 3/18/2019 6:06 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Maya Nakamura <mayanaka82@yahoo.com> | Re: BofA card | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA025109 | 12/3/2019 22:00 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Maya Nakamura <mayanaka82@yahoo.com> | Re: BofA card | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounting and taxes |
| VA025110 | 12/3/2019 21:54 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Maya Nakamura <mayanaka82@yahoo.com> | Re: BofA card | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounting and taxes |
| VA025111 | 12/3/2019 21:28 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | Maya Nakamura <mayanaka82@yahoo.com> | BofA card | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounting and taxes |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025145 | 2/28/2019 8:19 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Fwd: VA - Shareholder and Board Consents | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication seeking, and conveying, updates and advice on VA |
| VA025146 | | | | | VA_Shareholder_Consent_2019-02-26_(directors)_exec.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to attorney-client communication, above; cofidential corporate document reflecting updates and advice on VA corporate structure and |
| VA025147 | | | | | VA_Board_Consent_2019-02-27_(officers)_exec.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to attorney-client communication, above; cofidential corporate document reflecting updates and advice on VA corporate structure and |
| VA025148 | | | | | VA_Board_Consent_2019-02-28_(VA_Stock_Sale)_exec.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to attorney-client communication, above; cofidential corporate document reflecting updates and advice on VA corporate structure and |
| VA025301 | 10/9/2018 21:49 | "SignNow" <mail@signnow.com> | chrisgalipo@gmail.com | | VA_Acq_purchase2_TermSheet_Shared Has Been Completed | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A activities |
| VA025302 | | | | | VA_Acq_purchase2_TermSheet_Shared.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA025303 | 10/9/2018 21:20 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or |
| VA025304 | 2/27/2018 2:27 | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025305 | 2/27/2018 2:15 | Marcus Marotto <marcusmarotto@gmail.com> | John Ford <jford@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025306 | 2/27/2018 2:06 | John Ford <jford@netpulse.com> | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025307 | 2/27/2018 2:05 | John Ford <jford@netpulse.com> | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025308 | 2/26/2018 3:47 | Marcus Marotto <marcusmarotto@gmail.com> | John Ford <jford@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025309 | 2/26/2018 3:38 | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025310 | 2/26/2018 2:44 | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025311 | 8/2/2018 11:20 | John Ford <jford@netpulse.com> | Marcus Marotto <marcusmarotto@gmail.com> | Thomas A Proulx <tomp@netpulse.com>, Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025312 | 7/2/2018 17:44 | Marcus Marotto <marcusmarotto@gmail.com> | Thomas A Proulx <tomp@netpulse.com>, John Ford <jford@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025313 | 10/31/2018 2:11 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025314 | 10/9/2018 21:10 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or |
| VA025315 | 10/31/2018 1:13 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025316 | 10/26/2018 3:48 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025317 | 10/26/2018 7:26 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025318 | 10/14/2018 6:01 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025319 | 10/14/2018 5:26 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025320 | 10/14/2018 0:13 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025321 | 10/14/2018 0:03 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025322 | 12/10/2018 1:30 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025323 | | | | | Stock_Purchase_&_Sal e_Agr_Virtual_Active_A cquisition_20181010.d | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025324 | 10/10/2018 2:25 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025325 | 9/10/2018 23:53 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025327 | 10/9/2018 20:59 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co m> | | Re: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or |
| VA025328 | 9/10/2018 23:31 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025329 | | | | | Tab_013_-_Schedule_3.5(a)(i)_-_Capitalization.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025330 | 9/10/2018 19:30 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025331 | 9/10/2018 19:17 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025332 | | | | | Merger_docs.zip | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025334 | | | | | Tab 010 - Schedule 3.1 - Organization, Existence and Good Standing.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025336 | | | | | Tab 056 - Schedule 3.21(h) - Employee Benefits | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025337 | | | | | Tab 042 - Schedule 3.14 - Permits.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025338 | | | | | Tab 027 - Schedule 3.12(e) - Conductof Business (Employee Compensation).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025339 | | | | | Tab 054 - Schedule 3.20 - IT Systems.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025340 | | | | | Tab 018 - Schedule 3.9 - Title and Condition of Assets.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025341 | | | | | Tab 060 - Schedule 6.3(m) - Employee Benefits or Compensation Not Requiring Parent | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025342 | | | | | Tab 023 - Schedule 3.11(g) - Taxes (382 Compliance).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025343 | | | | | Tab 061 - Schedule 8.2(d)(i) - Notes to be Converted into Company Shares.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025344 | | | | | Index.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025345 | | | | | Tab 031 - Schedule 3.13(a)(ii) - Material Contracts (Employee Compensation).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025346 | | | | | Tab 080 - Written Consent of Stockholders.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025347 | | | | | Tab 098 - Third Party Notices.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025348 | | | | | Tab 104 - Virtual Active Merger Sub, Inc. Closing Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025349 | | | | | Tab 040 - Schedule 3.13(k) - Material Contracts (Assets).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025350 | | | | | Tab 078 - Resignation Letter - Lance For - November 7, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025351 | | | | | Tab 046 - Schedule 3.19(b)(ii) - Intellectual Property.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025352 | | | | | Tab 032 - Schedule 3.13(b) - Material Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025353 | | | | | Tab 008 - Company Disclosure Letter.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025354 | | | | | Tab 077 - Resignation Letter - John A. Ford - November 7, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025355 | | | | | Tab 084 - Promissory Note issued by Virtual Active to Timothy C. | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---------|-----------|------|----|----|------------------|-----------|-----------|---------------|
| VA025356 | | | | | Tab 024 - Schedule 3.12(a) - Conduct of Business (Capital | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025357 | | | | | Tab 019 - Schedule 3.10 - Insurance (Policies).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025358 | | | | | Tab 043 - Schedule 3.16(a) - Litigation, Claims and Awards | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025360 | | | | | Tab 079 - Parachute Payment Waiver by John H. Ford - November 3, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025361 | | | | | Tab 015 - Schedule 3.5(b)(i) and (ii) - Capitalization (Preemptive Rights)(Voting | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025362 | | | | | Tab 071 - Action by Unanimous Written Consent of the BOD of Virtual Active, Inc..PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025363 | | | | | Tab 081 - Notice to Option Holders Treatment of Options in Connection with | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025364 | | | | | Tab 021 - Schedule 3.11(c) - Taxes (Withholding).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025365 | | | | | Tab 014 - Schedule 3.4(a)(ii) - Capitalization | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025366 | | | | | Tab 050 - Schedule 3.19(h) - Intellectual Property | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025367 | | | | | Tab 103 - Netpulse, Inc. Closing Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025368 | | | | | Tab 025 - Schedule 3.12(b) - Conduct of Business (Assets).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025369 | | | | | Tab 055 - Schedule 3.21(a) - Employee Benefits (Benefit | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025370 | | | | | Tab 053 - Schedule 3.19(k) - Intellectual Property (Company Ownership).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025371 | | | | | Tab 085 - Amended and Restated Articles of Incorporation - November 7, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025372 | | | | | Tab 102 - Virtual Active Merger Sub, Inc. Secretary's Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025373 | | | | | Tab 005 - Exhibit E - Release.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025374 | | | | | Tab 002 - Exhibit A - Defined Terms.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025375 | | | | | Tab 057 - Schedule 3.22(d) - Employee Benefits | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025376 | | | | | Tab 086 - Reorganization Information | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025377 | | | | | Tab 097 - Amended Agreements.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025378 | | | | | Tab 033 - Schedule 3.13(c) - Material Contracts (Leases).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025379 | | | | | Tab 003 - Exhibit C Form of Letter of Transmittal.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025380 | | | | | Tab 051 - Schedule 3.19(i) - Intellectual Property | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025381 | | | | | Tab 095 - Waiver Agreement.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025382 | | | | | Tab 016 - Schedule 3.7 - Financial Statement.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025383 | | | | | Tab 069 - Bylaws of Virtual Active Merger Sub, Inc..PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025384 | | | | | Tab 004 - Exhibit D - Legal Opinion of the Company.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025385 | | | | | Tab 073 - Offer Letter by and between John H. Ford and Netpulse.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025386 | | | | | Tab 059 - Schedule 6.2 - Material Consents.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025387 | | | | | Tab 037 - Schedule 3.13(h) - Material Contracts (Restrictive Contracts).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025388 | | | | | Tab 029 - Schedule 3.13 - Material Contracts.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025389 | | | | | Tab 099- Notice Requires Under Treasury Regulations Section 1.897-2(h)(2), by Virtual Active, | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025390 | | | | | Tab 088 - Shareholder Written Consent for Approval of Reorganization and Other Matters.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025391 | | | | | Tab 090 - Payoff Letters Greenberg Traurig LLP and WSG&R LLP.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025393 | | | | | Tab 030 - Schedule 3.13(a)(i) - Material Contracts (Employees).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025394 | | | | | Tab 045 - Schedule 3.19(b)(i) - Intellectual Property.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025395 | | | | | Tab 011 - Schedule 3.4(a) - Consents.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025397 | | | | | Tab 020 - Schedule 3.11(a) - Taxes and 3.11(b) (Contested | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025398 | | | | | Tab 067 - Action by Sole Incorporator of Virtual Active Merger Sub - SEptember 20, | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025399 | | | | | Tab 035 - Schedule 3.13(e) - Material Contracts (Favored | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025400 | | | | | Tab 034 - Schedule 3.13(d) - Material Contracts (Customer | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025401 | | | | | Tab 009 - Sehcdules 2.9(b)(xii) - Reorganization.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025402 | | | | | Tab 083 - Note Exchange Agreement between Virtual Active and Timothy C. Warnock - November 7, | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025403 | | | | | Tab 064 - Schedule 9.2(r) - Retention Bonuses.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025404 | | | | | Tab 065 - Schedule 9.2(a((ix) - Certain Specific | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025405 | | | | | Tab 100 - Representation Letter of Notice Requires Under Treasury Regulations Section | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025406 | | | | | Tab 106 - Virtual Active, Inc. Secretary's Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025407 | | | | | Tab 039 - Schedule 3.13(j) - Material Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025408 | | | | | Tab 036 - Schedule 3.13(f) - Material Contracts (Non-terminable | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025409 | | | | | Tab 072 - Action by Unanimous Written Consent of the BOD of Netpulse, Inc..PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025411 | | | | | Tab 026 - Schedule 3.12(d) - Conduct of Business (Capital Expenditures).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025412 | | | | | Tab 049 - Schedule 3.19(g) - Intellectual Property | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---------|-----------|------|----|----|------------------|-----------|-----------|---------------|
| VA025413 | | | | | Tab 013 - Schedule 3.5(a)(i) - Capitalization.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025414 | | | | | Tab 063 - Schedule 8.2(l) - Employees.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025415 | | | | | Tab 066 - Amendment No. 1 to Agreement and Plan of Merger.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025416 | | | | | Tab 022 - Schedule 3.11(d) - Taxes (280G Compliance).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025417 | | | | | Tab 075 - John A. Ford At-Will Employment, CIIA and Arbitration Agreement - January | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025418 | | | | | Tab 007 - Exhibit G - Specified Liabilities.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025419 | | | | | Tab 028 - Schedule 3.12(f) - Conduct of Business | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025421 | | | | | Tab 082 - Exchange Agreement - November 9, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025422 | | | | | Tab 076 - Resignation Letter - John H. Ford - November 7, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025423 | | | | | Tab 074 - John H. Ford At-Will Employment, CIIA and Arbitration Agreement - April 1, | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025425 | | | | | Tab 107 - Stockholder Representative's Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025426 | | | | | Tab 047 - Schedule 3.19(c) - Intellectual Property | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025427 | | | | | Tab 070 - Action by Unanimous Written Consent of the BOD of Virtual Activer Merger Sub, Inc..PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025428 | | | | | Tab 012 - Schedule 3.4(b) - Non-contravention.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025429 | | | | | Tab 048 - Schedule 3.19(e) - Intellectual Property | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025430 | | | | | Tab 001 - Agreement and Plan of Merger.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025431 | | | | | Tab 041 - Schedule 3.13(n) - Material Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025432 | | | | | Tab 062 - Schedule 8.2(d)(ii) - Noes Subject to Renegotiation of the Terms Thereof.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025433 | | | | | Tab 038 - Schedule 3.13(i) - Material Contracts (Restrictive Contracts).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025434 | | | | | Tab 052 - Schedule 3.19(j) - Intellectual Property (Open | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025435 | | | | | Tab 006 - Exhibit F - Noncompetition Agreement.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025436 | | | | | Tab 087 - Action by Unanimous Written Conset of the BOD of Virtual Active.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025437 | | | | | Tab 044 - Schedule 3.17 - Real Property.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025438 | | | | | Tab 058 - Schedule 3.22(d) - Employee Benefits (Employee | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025439 | | | | | Tab 101 - Netpulse, Inc. Secretary's Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025440 | | | | | Tab 017 - Schedule 3.8 - Indebtedness.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025441 | | | | | Tab 105 - Virtual Active, Inc. Closing Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025442 | | | | | Tab 089 - Netpulse, Inc. 409A Valuation, as of September 30, | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025443 | 9/10/2018 18:36 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025444 | 9/10/2018 16:49 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025445 | 8/10/2018 23:12 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025446 | 8/10/2018 22:57 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025447 | 8/10/2018 22:47 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025448 | 6/10/2018 18:46 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025449 | 5/10/2018 23:05 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025450 | | | | | Tab_001_-_Agreement_and_Plan_of_Merger.PDF | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: Merger Agreement |
| VA025451 | 10/9/2018 2:12 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or Brunswick |
| VA025452 | 5/10/2018 22:33 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025453 | 5/10/2018 19:10 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025454 | | | | | 06._Project_Odeon_-_Operating_Agreement_(Executed).pdf | Privacy Privileged; Trade Secret Privileged | | Amended and Restated LLC agreement |
| VA025455 | 5/10/2018 18:58 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025456 | 5/10/2018 18:53 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025457 | 5/10/2018 17:37 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025458 | 5/10/2018 14:34 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025459 | 3/10/2018 20:06 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025460 | 3/10/2018 19:39 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025461 | 3/10/2018 18:41 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025462 | 9/28/2018 1:06 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025463 | 9/9/2018 22:30 | Ruben Grijalva <ruben.grijalva@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com> | c galipo <chrisgalipo@gmail.com> | Re: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or Brunswick |
| VA025464 | 9/27/2018 0:09 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025465 | 9/27/2018 0:25 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025466 | 9/26/2018 3:48 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025467 | 9/26/2018 3:15 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025468 | 9/18/2018 8:34 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025469 | 9/18/2018 8:19 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025470 | 9/18/2018 8:10 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025471 | 9/13/2018 8:23 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025472 | 12/9/2018 17:07 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025473 | 12/9/2018 8:50 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025474 | 9/9/2018 14:44 | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or Brunswick |
| VA025475 | 11/9/2018 22:38 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025476 | 11/9/2018 20:38 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025477 | 11/9/2018 20:37 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025478 | 11/9/2018 20:23 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025479 | 11/9/2018 12:34 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025480 | 7/9/2018 0:27 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025481 | 1/9/2018 17:19 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025482 | 1/9/2018 16:10 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025483 | 8/30/2018 2:07 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025484 | 8/30/2018 2:02 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025485 | 9/9/2018 14:37 | Chris Galipo <chrisgalipo@gmail.co m> | Marcus Marotto <marcusmarotto@gmai l.com>, ruben.grijalva@gmail.c om | | Fwd: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or Brunswick |
| VA025486 | 8/30/2018 2:01 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co m> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025487 | 8/30/2018 1:55 | Chris Galipo <chrisgalipo@gmail.co m> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025488 | 8/30/2018 1:44 | Chris Galipo <chrisgalipo@gmail.co m> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025489 | 8/30/2018 1:41 | Chris Galipo <chrisgalipo@gmail.co m> | Ruben Grijalva <ruben.grijalva@gmail. com, Marcus Marotto <marcusmarotto@gmai l.com> | | Fwd: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting - Equity split terms |
| VA025490 | 8/30/2018 7:17 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co m> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025491 | 8/28/2018 1:38 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co m> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025492 | 8/28/2018 1:28 | Chris Galipo <chrisgalipo@gmail.co m> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025493 | 8/27/2018 0:49 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co m> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025494 | 8/23/2018 6:12 | Chris Galipo <chrisgalipo@gmail.co m> | Marcus Marotto <marcusmarotto@gmai l.com> | Ruben Grijalva <ruben.grijalva@gmail. com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025495 | 8/23/2018 6:10 | Marcus Marotto <marcusmarotto@gmai l.com> | Chris Galipo <chrisgalipo@gmail.co m>, Ruben Grijalva <ruben.grijalva@gmail. com> | | Fwd: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting - Equity split terms |
| VA025496 | 8/9/2018 18:01 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co m> | | Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or Brunswick |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025497 | 8/23/2018 5:48 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025498 | 8/22/2018 9:32 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025499 | 8/13/2018 9:59 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025500 | 8/13/2018 9:46 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025501 | 9/8/2018 22:06 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025502 | | | | | VA_Nextpulse_Equity_01.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025503 | 2/27/2018 2:35 | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |

Exhibit 7

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA001352 | 12/8/2017 14:58 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Marcus Marotto <mmarotto@netpulse.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Check in | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA001356 | | | | | va_model_for_tom_20171208.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA001357 | | | | | VA_PL_2014-2017_(1).xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA001969 | | | | | ForecastsH.xls | Privacy Privileged; Trade Secret Privileged | | Confidential financial information provided to |
| VA002069 | | | | | Netpulse_VA_Analysis_2011-07-19.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information from VA attorney re |
| VA002070 | | | | | NP_VA_Operations_Buildup.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information from VA attorney |
| VA002162 | 9/6/2011 9:33 | John Ford <john@vafitness.com> | Bryan Arp <bryana@netpulse.com> | | Minor change | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA002163 | | | | | MatrixRoyalties.xlsx | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA002725 | | | | | Q1_PL_Rough_Draft.xlsx | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA002726 | | | | | Q2_PL_Rough_Draft.xlsx | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA002727 | | | | | Q1_BS_Rough_Draft.xlsx | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA002728 | | | | | Q2_BS_Rough_Draft.xlsx | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA003501 | 8/24/2011 18:49 | John Ford <john@vafitness.com> | Tim <tcknox@earthlink.net>, | | Spreadsheet | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA003502 | | | | | EarnOut-Warnock.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA009341 | | | | | va_model_for_tom_20171208.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information provided to |
| VA009358 | 12/8/2017 14:58 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Marcus Marotto <mmarotto@netpulse.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Check in | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---------|-----------|------|-----|-----|------------------|-----------|-----------|---------------|
| VA009362 | | | | | va_model_for_tom_20171208.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA009363 | | | | | VA_PL_2014-2017_(1).xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA009710 | 10/26/2019 2:23 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.co | Re: VA 2018 | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA009711 | | | | | May_2018_VA_G&A_allocation.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA017297 | | | | | Q2_P_L.XLSX | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017298 | | | | | Q2_Sales_Tax.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017299 | | | | | eStmt_06_30_2011-2_Acct_suffix_7592.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017300 | | | | | eStmt_06_30_2011_Acct_suffix_1862.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017301 | | | | | Q2_AP.XLSX | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017302 | | | | | Q2_Ppd_Rent.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017303 | | | | | Q2_Ppd_Patent_Royalty.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017304 | | | | | Q2_Ppd_Music_Royalty.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017305 | | | | | Q2_11_AR.XLSX | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017306 | | | | | Prepaid_Assets_as_of_09_15_11.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017307 | | | | | Q2_11_BS.XLSX | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017308 | | | | | AR_09_15_11.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA017309 | | | | | AR_as_of_09_15_11.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017310 | | | | | MOU_AV_ICG.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017311 | 10/28/2011 5:05 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com | | Fwd: VA/NP Merger - Documentation of | Attorney-Client Privileged; Trade Secret | | Attorney-client communication; corporate financials. Re: |
| VA017344 | 9/15/2011 1:01 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com > | | Re: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney re Merger Agreement and |
| VA017351 | 9/15/2011 0:52 | Cindy Cannon <cindy@vafitness.com > | John Ford <john@vafitness.com> | | Fwd: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials; |
| VA018318 | 9/20/2011 5:15 | John Ford <john@vafitness.com> | john@vafitness.com | | Fwd: FW: Virtual Active Agreement - scanned document | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client query to attorney query. re: Merger agreement |
| VA018319 | | | | | Virtual_Active_Agreement_8-3-09.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attachment to above email re: license agreement |
| VA018384 | 10/14/2011 9:37 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com> | RE: Fwd: VA Reorganization Question - 2011 Net Operating Losses | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attorney-client communication, seeking, and conveying, updates and advice on VA corporate reorganization |
| VA018387 | 10/14/2011 4:12 | Cindy Cannon <cindy@vafitness.com > | John Ford <john@vafitness.com> | | Re: VA Reorganization Question - 2011 Net Operating Losses | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication, seeking, and conveying, updates and advice on VA |
| VA018388 | | | | | VA_P_and_L_Q3_11.xlsx | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attachment to above email; Corporate Financials. |
| VA018391 | 10/14/2011 1:11 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | VA Reorganization Question - 2011 Net Operating Losses | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication, seeking, and conveying, updates and advice on VA |
| VA019396 | 1/8/2011 23:46 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com > | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; VA attorney advice re Stock Option Agreements |
| VA019397 | 1/8/2011 23:45 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com > | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; VA attorney advice re Stock Option Agreements |
| VA019405 | 7/30/2011 0:47 | Cindy Cannon <cindy@vafitness.com > | John Ford <john@vafitness.com> | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA019406 | 7/30/2011 0:33 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com > | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA019408 | 7/30/2011 0:25 | Cindy Cannon <cindy@vafitness.com > | John Ford <john@vafitness.com> | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA019409 | 7/30/2011 0:24 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com > | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA019410 | 7/30/2011 0:21 | Cindy Cannon <cindy@vafitness.com > | John Ford <john@vafitness.com> | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA019449 | | | | | 2008_Financials-Balanced_Fintess.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019450 | | | | | 2009_Financials-Virtual_Active,_Inc..pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019451 | | | | | JHF_Interest_Draws.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019452 | | | | | VA_Notes_and_Interest_as_of_September_14_2011.xls | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019453 | | | | | VA_Capitalization_Conv_and_Non_Conv_Septe mber_14_2011.xls | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019454 | | | | | ForecastsH.xls | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019499 | | | | | ForecastsH.xls | Privacy Privileged; Trade Secret Privileged | | Confidential financial information Re: VA corporate |
| VA019519 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information Re: Trial balance |
| VA019520 | | | | | InventorySummary(2).pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: Inventory list |
| VA019997 | 9/20/2011 4:38 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com > | | Fwd: Virtual Active - Unexecuted Agreements | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to query. re: Unexecuted |
| VA019998 | | | | | A75e7bbbe-5fd7-4b7d-bde0-ccc5e37eb69b.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attachment to above email; corporate financials. Re: Business Agreement Document |
| VA022596 | 1/11/2011 15:10 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com > | | Re: Ford Framing Non-Conv Notes | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Internal client email relaying/discussing attorney |
| VA022598 | 1/11/2011 15:09 | Cindy Cannon <cindy@vafitness.com > | John Ford <john@vafitness.com> | | Re: Ford Framing Non-Conv Notes | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Internal client email relaying/discussing attorney |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA022611 | 9/15/2011 1:47 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Re: Virtual Active - Project Beat Due Diligence Follow-up | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA023468 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA023470 | 9/15/2011 1:02 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | | Fwd: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attorney-client communication; Client response to attorney re Merger Agreement and |
| VA023472 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials and tax returns sent to VA attorney for review and advice re Merger |
| VA023481 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: corporate financial statements forwarded to VA |
| VA023494 | 8/26/2011 2:37 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Fwd: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attorney-client communication; VA attorney advice on corporate financials |
| VA023495 | | | | | Virtual_Active,_Inc._-_Secured_Convertible_Promissory_Notes_as_of_8-26-2011.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA023496 | | | | | Virtual_Active_-_List_of_Outstanding_Options_with_Vesting_as_of_8-26-2011.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA023497 | | | | | Virtual_Active_-_Summary_Capitalization_as_of_8-26- | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA023498 | | | | | Virtual_Active,_Inc._-_Convertible_Notes_as_of_8-26-2011.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA024555 | 5/22/2013 1:30 | Diane Ryczek <dryczek@netpulse.co | Marcus <marcus@vafitness.co | | Re: April Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024556 | 5/22/2013 1:23 | Diane Ryczek <dryczek@netpulse.co | Marcus <marcus@vafitness.co | | Re: April Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024557 | 2/22/2013 8:22 | Diane Ryczek <dryczek@netpulse.com> | Marcus Marotto <marcus@vafitness.com> | Ruben Grijalva <ruben@vafitness.com>, Tom Proulx <tomp@netpulse.com>, Bryan Arp <bryana@netpulse.co | January variance analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024558 | | | | | Variance_Virtual_Active_13.1.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024559 | | | | | Virtual_Active_v12.9_PLAN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024560 | | | | | Virtual_Active_v13.1_a.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024563 | 12/29/2016 0:23 | Tom Proulx <tomp@netpulse.com> | Marcus <marcus@vafitness.com>, Joseph Lee <jlee@netpulse.com> | Diane Ryczek <dryczek@netpulse.com> | November reporting | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024564 | | | | | Revenue_16.11.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024565 | 4/27/2013 1:24 | Diane Ryczek <dryczek@netpulse.co m> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto <marcus@vafitness.com>, Shawn Oatis <shawn@vafitness.com>, paul@vafitness.com, Jobert Atienza <jobert@vafitness.com>, Larissa Mills <larissa@vafitness.com>, John Donley <jdonley@vafitness.com>, Chris Galipo <chris@vafitness.com>, Elliott Sidey <elliott@vafitness.com>, John Ford <jford@netpulse.com> | | Virtual Active Q1 2013 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024566 | | | | | VA_Q1_2013.pdf | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024567 | 12/21/2012 0:17 | Diane Ryczek <dryczek@netpulse.co | Marcus <marcus@vafitness.co | | Re: Variance analysis for November | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and |
| VA024568 | 12/21/2012 9:13 | Diane Ryczek <dryczek@netpulse.co | Marcus Marotto <marcus@vafitness.co | | Re: Variance analysis for November | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and |
| VA024569 | | | | | Variance_Virtual_Active_12.11.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024570 | | | | | Virtual_Active_v12.9_PLAN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024571 | | | | | Virtual_Active_v12.11_a.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024572 | 5/18/2013 1:13 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.com>, Ruben Grijalva <ruben@vafitness.com | Bryan Arp <bryana@netpulse.co m>, Tom Proulx <tomp@netpulse.com> | April Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024573 | | | | | Virtual_Active_v12.9_PLAN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024574 | | | | | Virtual_Active_v13.4.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024575 | | | | | Variance_Virtual_Active_13.4.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024576 | 12/21/2012 7:44 | Diane Ryczek <dryczek@netpulse.co | Marcus Marotto <marcus@vafitness.co | | Re: Variance analysis for November | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and |
| VA024577 | 12/19/2012 2:27 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m> | Bryan Arp <bryana@netpulse.co m>, Tom Proulx <tomp@netpulse.com> | Variance analysis for November | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024578 | | | | | Variance_Virtual_Active_12.11.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024579 | | | | | Virtual_Active_v12.9_PLAN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024580 | | | | | Virtual_Active_v12.11_a.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024581 | 4/16/2013 7:52 | Ruben Grijalva <ruben@vafitness.com | Marcus Marotto <marcus@vafitness.co | | Fwd: February Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024582 | | | | | Variance_Virtual_Active_13.2_RGrijalva.xls | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024583 | 3/29/2013 0:06 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m>, Ruben Grijalva <ruben@vafitness.com | | Re: February Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024584 | 3/28/2013 9:14 | Diane Ryczek <dryczek@netpulse.co | Marcus <marcus@vafitness.co | Ruben Grijalva <ruben@vafitness.com | Re: February Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and |
| VA024585 | 3/27/2013 0:01 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m>, Ruben Grijalva <ruben@vafitness.com | | Fwd: February Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024586 | | | | | Variance_Virtual_Active_13.2.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024587 | | | | | Virtual_Active_v12.9_PLAN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024588 | | | | | Virtual_Active_v13.2.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024589 | 3/27/2013 9:54 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m>, Ruben Grijalva <ruben@vafitness.com | Bryan Arp <bryana@netpulse.co m>, Tom Proulx <tomp@netpulse.com> | February Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024590 | | | | | Variance_Virtual_Active_13.2.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024591 | | | | | Virtual_Active_v12.9_PLAN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024592 | | | | | Virtual_Active_v13.2.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024593 | 10/25/2013 2:34 | Diane Ryczek <dryczek@netpulse.com> | Marcus <marcus@vafitness.com> | | Re: Variance Analysis September 2013 - due 10/24 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024594 | 10/25/2013 7:37 | Diane Ryczek <dryczek@netpulse.com> | Marcus <marcus@vafitness.com> | | Re: Variance Analysis September 2013 - due 10/24 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024595 | 10/18/2013 8:21 | Diane Ryczek <dryczek@netpulse.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto <marcus@vafitness.com> | Tom Proulx <tomp@netpulse.com>, Bryan Arp <bryana@netpulse.com> | Variance Analysis September 2013 - due 10/24 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024596 | | | | | Virtual_Active_v13.4_F6 1-13.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024597 | | | | | Virtual_Active_v13.9.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024598 | | | | | Variance_Virtual_Active _13.9.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024599 | 2/10/2013 16:40 | Diane Ryczek <dryczek@netpulse.com> | Marcus <marcus@vafitness.com> | Ruben Grijalva <ruben@vafitness.com> | Re: Variance Analysis August 2013 - due Monday 9/30/13 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024600 | 8/20/2013 8:28 | Diane Ryczek <dryczek@netpulse.com> | Marcus <marcus@vafitness.com> | Ruben Grijalva <ruben@vafitness.com>, Bryan Arp <bryana@netpulse.com>, Tom Proulx <tomp@netpulse.com> | Re: Variance Analysis July 2013 - due Tuesday August 20th | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024601 | 8/17/2013 0:23 | Diane Ryczek <dryczek@netpulse.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto <marcus@vafitness.com> | Bryan Arp <bryana@netpulse.com>, Tom Proulx <tomp@netpulse.com> | Variance Analysis July 2013 - due Tuesday August 20th | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA corporate accounts |
| VA024602 | | | | | Variance_Virtual_Active _13.7.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024603 | | | | | Virtual_Active_v13.4_F6 1-13.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024604 | | | | | Virtual_Active_v13.7.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024605 | 2/10/2013 0:32 | Diane Ryczek <dryczek@netpulse.com> | Marcus <marcus@vafitness.com> | Ruben Grijalva <ruben@vafitness.com> | Re: Variance Analysis August 2013 - due Monday 9/30/13 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024606 | 2/10/2013 0:08 | Diane Ryczek <dryczek@netpulse.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto <marcus@vafitness.com> | | Fwd: Variance Analysis August 2013 - due Monday 9/30/13 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024607 | | | | | Variance_Virtual_Active _13.8.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024608 | | | | | Virtual_Active_v13.4_F6 1-13.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024609 | | | | | Virtual_Active_v13.8.xls x | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024610 | 9/26/2013 0:22 | Diane Ryczek <dryczek@netpulse.co | Ruben Grijalva <ruben@vafitness.com >, Marcus Marotto <marcus@vafitness.co | | Re: Variance Analysis August 2013 - due Monday 9/30/13 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024611 | 9/26/2013 0:18 | Diane Ryczek <dryczek@netpulse.co m> | Ruben Grijalva <ruben@vafitness.com >, Marcus Marotto <marcus@vafitness.co | Bryan Arp <bryana@netpulse.co m>, Tom Proulx <tomp@netpulse.com> | Variance Analysis August 2013 - due Monday 9/30/13 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024612 | | | | | Variance_Virtual_Active _13.8.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024613 | | | | | Virtual_Active_v13.4_F6 1-13.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024614 | | | | | Virtual_Active_v13.8.xls x | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024615 | 4/19/2013 0:30 | Diane Ryczek <dryczek@netpulse.co | Marcus <marcus@vafitness.co | | Re: March Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and |
| VA024616 | 4/18/2013 5:48 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m> | Bryan Arp <bryana@netpulse.co m>, Tom Proulx <tomp@netpulse.com> | March Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024617 | | | | | Variance_Virtual_Active _13.3.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024618 | | | | | Virtual_Active_v12.9_PL AN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024619 | | | | | Virtual_Active_v13.3.xls x | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024620 | 4/25/2019 7:00 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | | Re: Virtual Active - Stock Purchase and Sale - Final Executed | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024685 | 5/15/2018 2:37 | Marcus Marotto <marcusmarotto@gmai l.com> | Thomas A Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co m>, Ruben Grijalva <ruben.grijalva@gmail. com> | Virtual Active Licensing Proposal | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: License Proposal |
| VA024686 | | | | | Virtual_Active_Proposal 20180515.pdf | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: VA Proposal |
| VA024687 | 1/3/2019 0:16 | Chris Galipo <chrisgalipo@gmail.co m> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> , Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024688 | 1/3/2019 0:15 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024689 | 1/3/2019 0:01 | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024690 | 2/28/2019 3:59 | Chris Galipo <chrisgalipo@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024691 | 2/28/2019 3:56 | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or Brunswick |
| VA024692 | | | | | 1._Stock_Purchase_Agreement_VA-FMP_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024693 | | | | | 2._FMP_Secured_Promissory_Note_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024694 | | | | | 3._FMP_Security_Agreement_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024695 | | | | | 4._Nextpulse-FMP_Assignment_of_Contracts_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024696 | | | | | 5._Nextpulse_Affidavit_for_Lost_Stock_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024697 | | | | | 6._NP-VA_Incumbency_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024698 | | | | | 7._FMP_Incumbency_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024699 | | | | | 8._UBS_ACA_2019-02-25_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024700 | 2/28/2019 3:51 | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024701 | 2/28/2019 3:37 | Chris Galipo <chrisgalipo@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024702 | 2/28/2019 2:58 | Chris Galipo <chrisgalipo@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024703 | | | | | Netpulse_-_Exercycle_Content_License_Signed.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024704 | 2/28/2019 0:28 | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024705 | 2/28/2019 9:30 | Chris Galipo <chrisgalipo@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024706 | | | | | 8B._C._Galipo_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024707 | 2/28/2019 8:48 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024708 | 2/28/2019 7:39 | Jeff Suto <Jeff@jsuto.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024709 | | | | | 8B._C._Galipo_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024710 | 2/28/2019 7:08 | Jeff Suto <Jeff@jsuto.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or |
| VA024711 | | | | | 8A._C._Galipo_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024712 | | | | | 4A._Nextpulse-FMP_Assignment_of_Contracts_2019-02-27.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024713 | 2/28/2019 7:07 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Jeff Suto <Jeff@jsuto.com>, "chrisgalipo@gmail.com" | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024714 | 7/24/2018 7:03 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Lastest version | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: License Proposal |
| VA024715 | | | | | VA_License_Proposal_20180620_(1).xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: VA corporate accounting |
| VA024716 | 2/28/2019 5:09 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com>, "chrisgalipo@gmail.com" | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024717 | 2/28/2019 8:21 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024718 | 2/28/2019 8:19 | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024719 | 2/28/2019 8:17 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024720 | 2/28/2019 8:10 | Jeff Suto <Jeff@jsuto.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gma | | Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024721 | | | | | 1._Stock_Purchase_Agreement_VA-FMP_2019-02-28.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024722 | | | | | 2._FMP_Secured_Promissory_Note_2019-02-27.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024723 | | | | | 3._FMP_Security_Agreement_2019-02-27A.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024724 | | | | | 4._Nextpulse-FMP_Assignment_of_Contracts_2019-02-27.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024725 | | | | | 5._Nextpulse_Affidavit_for_Lost_Stock_Certificate_2019-02-22.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024726 | | | | | 6._NP-VA_Incumbency_Certificate_2019-02-27.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024727 | | | | | 7._Incumbency_Certificate_20190226_[FMP].pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024728 | | | | | 8._C._Galipo_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024729 | | | | | 9._T._Proulx_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024736 | 2/28/2019 0:22 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | tomp@netpulse.com | Re: Virtual Active - Secured Note | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024737 | | | | | RED_Note_02-26_v_02-19_[jdb_redline_20190227].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A discussions with a company other than Life Fitness and/or |
| VA024773 | 1/28/2019 8:09 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024775 | 1/24/2019 8:43 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse. | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024776 | 1/24/2019 4:40 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024777 | 1/23/2019 1:06 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024778 | 1/21/2019 9:02 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024780 | 1/20/2019 1:55 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024781 | 1/18/2019 3:00 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024782 | 5/12/2018 23:48 | Marcus Marotto <marcusmarotto@gmail.com> | Thomas A Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Chris Galipo <chrisgalipo@gmail.co | Virtual Active Acquisition Contract | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: Acquisition Contract |
| VA024788 | 2/28/2019 6:32 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, Chris Galipo <chrisgalipo@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: VA - Security Agreement | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024789 | 2/28/2019 5:26 | Chris Galipo <chrisgalipo@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: VA - Security Agreement | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or Brunswick |
| VA024790 | | | | | FMP_Security_Agreement_2019-02-27.docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024791 | 2/28/2019 4:46 | Jeff Suto <Jeff@jsuto.com> | "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gmail.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" | VA - Security Agreement | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or Brunswick |
| VA024792 | | | | | FMP_Security_Agreement_2019-02-27.docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024793 | | | | | RED_Sec_Agt_02-27_v_02-08.docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024842 | 12/21/2018 2:52 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024852 | 12/18/2018 2:44 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024853 | 6/12/2018 1:30 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024854 | | | | | 2._RED_SPA_10-31_v_original_[jdb_redline_20181205].docx | Privacy Privileged; Trade Secret Privileged | | Corporate financial information. Re: Purchase Agreement Draft |
| VA024855 | | | | | 3._FMP_Secured_Promissory_Note_2018-10-31_[jdb_redline_20181205].doc | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: Promissory Note draft |
| VA024856 | | | | | 4._FMP_Security_Agreement_2018-10-31_[jdb_redline_20181205].doc | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: Security Agreement |
| VA024858 | 4/12/2018 6:38 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024859 | 11/29/2018 2:52 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024861 | 11/28/2018 0:22 | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024862 | 11/28/2018 9:56 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024870 | 6/11/2018 20:02 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024874 | 2/11/2018 17:41 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024878 | 10/31/2018 5:42 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024879 | 2/27/2019 8:00 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Virtual Active - ancillary documents | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024881 | 2/27/2019 0:47 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Virtual Active - ancillary documents | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024882 | | | | | Incumbency_Certificate_20190226_[FMP].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A discussions with a company other than Life Fitness and/or |
| VA024884 | 2/27/2019 0:08 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Virtual Active - ancillary documents | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024885 | | | | | Nextpulse-FMP_Assignment_of_Contracts_2019-02-22_[jdb_redline_20190226].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024896 | 2/26/2019 9:16 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Virtual Active - ancillary documents | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024897 | 1/3/2019 0:57 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Cindy Marshall <cynthia.marshall@ubs.com>, Jordan Hayes <jordan.hayes@ubs.co | Re: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024898 | 1/3/2019 0:15 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Cindy Marshall <cynthia.marshall@ubs.com>, Jordan Hayes <jordan.hayes@ubs.co | Re: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024899 | 2/28/2019 6:05 | Tom Proulx <tomp@netpulse.com> | Cindy Marshall <cynthia.marshall@ubs.com> | c galipo <chrisgalipo@gmail.com>, Jordan Hayes <jordan.hayes@ubs.co | Re: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024900 | 2/28/2019 5:58 | <cynthia.marshall@ubs.com> | <tomp@netpulse.com>, | <jordan.hayes@ubs.com> | RE: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024902 | 2/27/2019 5:09 | <cynthia.marshall@ubs.com> | <tomp@netpulse.com>, | <jordan.hayes@ubs.com> | RE: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024904 | 2/26/2019 2:57 | <cynthia.marshall@ubs.com> | <tomp@netpulse.com>, | <jordan.hayes@ubs.com> | RE: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024912 | 2/26/2019 1:25 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Cindy Marshall <cynthia.marshall@ubs.com>, Jordan Hayes <jordan.hayes@ubs.com> | Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024913 | 2/26/2019 8:33 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Cindy Marshall <cynthia.marshall@ubs.com>, Jordan Hayes <jordan.hayes@ubs.com> | Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024914 | 2/23/2019 0:36 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Cindy Marshall <cynthia.marshall@ubs.com>, Jordan Hayes <jordan.hayes@ubs.com> | Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024915 | 2/22/2019 9:41 | Chris Galipo <chrisgalipo@gmail.com> | Cindy Marshall <cynthia.marshall@ubs.com> | Jordan Hayes <jordan.hayes@ubs.com>, Tom Proulx <tomp@netpulse.com> | Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024916 | 2/22/2019 9:36 | <cynthia.marshall@ubs.com> | <chrisgalipo@gmail.com> | <jordan.hayes@ubs.com>, | RE: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024918 | 2/22/2019 9:31 | Chris Galipo <chrisgalipo@gmail.com> | Cindy Marshall <cynthia.marshall@ubs.com> | Jordan Hayes <jordan.hayes@ubs.com>, Tom Proulx <tomp@netpulse.com> | Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024919 | 2/22/2019 8:14 | <cynthia.marshall@ubs.com> | <chrisgalipo@gmail.com> | <jordan.hayes@ubs.com>, | RE: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024921 | 2/22/2019 7:05 | Chris Galipo <chrisgalipo@gmail.com> | cynthia.marshall@ubs.com | jordan.hayes@ubs.com, tomp@netpulse.com | Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024922 | 2/21/2019 7:20 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024923 | 2/21/2019 5:43 | <cynthia.marshall@ubs.com> | <chrisgalipo@gmail.com>, | <jordan.hayes@ubs.com> | Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024931 | 1/17/2019 8:53 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024932 | 1/17/2019 7:33 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024933 | 1/14/2019 8:59 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024934 | 10/1/2019 20:46 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024935 | 10/1/2019 20:45 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---------|-----------|------|----|----|------------------|-----------|-----------|---------------|
| VA024936 | 10/1/2019 20:33 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024937 | 9/1/2019 21:39 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024938 | 12/31/2018 9:44 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024939 | 12/31/2018 8:05 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024940 | 12/31/2018 8:01 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024946 | 12/31/2018 2:26 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024947 | 12/30/2018 2:45 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024948 | 12/28/2018 2:05 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024949 | 12/28/2018 1:59 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024950 | 12/28/2018 1:34 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024951 | 12/28/2018 8:20 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024952 | 12/27/2018 1:00 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024953 | 12/27/2018 0:41 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024954 | 12/27/2018 0:35 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024955 | 12/27/2018 9:20 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024961 | 3/22/2019 9:53 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024962 | 3/22/2019 9:52 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024963 | 3/22/2019 9:46 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024964 | 3/22/2019 9:33 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024965 | 3/22/2019 9:26 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024966 | 3/22/2019 9:19 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024967 | 3/22/2019 9:03 | Chris Galipo <chrisgalipo@gmail.co | Chris Galipo <chris@vafitness.com> | | Fwd: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024968 | | | | | May_2018_VA_G&A_all ocation.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024969 | | | | | 2017_Netpulse_Allocation.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024970 | | | | | 2016_Allocate_Netpulse_G&A_(1)_(1)_(1).xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024971 | 7/3/2019 21:04 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024972 | | | | | May_2018_VA_G&A_allocation.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024973 | | | | | 2017_Netpulse_Allocation.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024974 | | | | | 2016_Allocate_Netpulse_G&A_(1)_(1)_(1).xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025034 | 2/20/2019 1:29 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential communication regarding VA M&A terms/confidential corporate |
| VA025035 | | | | | RED_SPA_02-12_v_02-08_[jdb_redline_20190219b].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025036 | | | | | FMP_Secured_Prom_Note_[jdb_redline_20190219].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025037 | 8/2/2019 18:00 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential communication regarding VA M&A terms/confidential corporate |
| VA025038 | | | | | RED_SPA_01-16_v_01-12_JB_[jdb_redline_20190207bc].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to confidential communication, above; draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025039 | | | | | RED_Sec_Agt_01-16_v_01-12_JB_[jdb_redline_20190207b].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to confidential communication, above; draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025040 | | | | | FMP_Secured_Prom_Note_[jdb_redline_20190207b].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to confidential communication, above; draft of document reflecting confidential M&A discussions with a company other than Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025089 | 1/3/2019 19:59 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Jeff Suto <Jeff@jsuto.com>, Chris Galipo <chrisgalipo@gmail.co | Re: Virtual Active - Stock Purchase and Sale - Final Executed Copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA025090 | 1/3/2019 19:57 | Tom Proulx <tomp@netpulse.com> | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com>, "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gma | Re: Virtual Active - Stock Purchase and Sale - Final Executed Copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA025091 | 2/28/2019 2:47 | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, Chris Galipo <chrisgalipo@gmail.com>, "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gma | | Virtual Active - Stock Purchase and Sale - Final Executed Copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA025092 | | | | | 1._Stock_Purchase_Agreement_VA-FMP_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025093 | | | | | 2._FMP_Secured_Promissory_Note_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025094 | | | | | 3._FMP_Security_Agreement_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025095 | | | | | 4._Nextpulse-FMP_Assignment_of_Contracts_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025096 | | | | | 5._Nextpulse_Affidavit_for_Lost_Stock_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025097 | | | | | 6._NP-VA_Incumbency_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025098 | | | | | 7._FMP_Incumbency_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025099 | | | | | 8._UBS_ACA_2019-02-25_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025106 | 2/27/2019 5:26 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: DACA | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA025107 | 2/27/2019 5:21 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: DACA | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA025108 | 3/18/2019 6:06 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Maya Nakamura <mayanaka82@yahoo.com> | Re: BofA card | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA025109 | 12/3/2019 22:00 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Maya Nakamura <mayanaka82@yahoo.com> | Re: BofA card | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounting and taxes |
| VA025110 | 12/3/2019 21:54 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Maya Nakamura <mayanaka82@yahoo.com> | Re: BofA card | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounting and taxes |
| VA025111 | 12/3/2019 21:28 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | Maya Nakamura <mayanaka82@yahoo.com> | BofA card | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounting and taxes |
| VA025145 | 2/28/2019 8:19 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Fwd: VA - Shareholder and Board Consents | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication seeking, and conveying, updates and advice on VA |
| VA025146 | | | | | VA_Shareholder_Consent_2019-02-26_(directors)_exec.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to attorney-client communication, above; cofidential corporate document reflecting updates and advice on VA corporate structure and |
| VA025147 | | | | | VA_Board_Consent_2019-02-27_(officers)_exec.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to attorney-client communication, above; cofidential corporate document reflecting updates and advice on VA corporate structure and |
| VA025148 | | | | | VA_Board_Consent_2019-02-28_(VA_Stock_Sale)_exec.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to attorney-client communication, above; cofidential corporate document reflecting updates and advice on VA corporate structure and |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025301 | 10/9/2018 21:49 | "SignNow" <mail@signnow.com> | chrisgalipo@gmail.com | | VA_Acq_purchase2_TermSheet_Shared Has Been Completed | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A activities |
| VA025302 | | | | | VA_Acq_purchase2_TermSheet_Shared.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA025304 | 2/27/2018 2:27 | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025305 | 2/27/2018 2:15 | Marcus Marotto <marcusmarotto@gmail.com> | John Ford <jford@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025306 | 2/27/2018 2:06 | John Ford <jford@netpulse.com> | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025307 | 2/27/2018 2:05 | John Ford <jford@netpulse.com> | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025308 | 2/26/2018 3:47 | Marcus Marotto <marcusmarotto@gmail.com> | John Ford <jford@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025309 | 2/26/2018 3:38 | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025310 | 2/26/2018 2:44 | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025311 | 8/2/2018 11:20 | John Ford <jford@netpulse.com> | Marcus Marotto <marcusmarotto@gmail.com> | Thomas A Proulx <tomp@netpulse.com>, Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025312 | 7/2/2018 17:44 | Marcus Marotto <marcusmarotto@gmail.com> | Thomas A Proulx <tomp@netpulse.com>, John Ford <jford@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025313 | 10/31/2018 2:11 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025315 | 10/31/2018 1:13 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025316 | 10/26/2018 3:48 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025317 | 10/26/2018 7:26 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025318 | 10/14/2018 6:01 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025319 | 10/14/2018 5:26 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025320 | 10/14/2018 0:13 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025321 | 10/14/2018 0:03 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025322 | 12/10/2018 1:30 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025323 | | | | | Stock_Purchase_&_Sal e_Agr_Virtual_Active_A cquisition_20181010.d | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025324 | 10/10/2018 2:25 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025325 | 9/10/2018 23:53 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025328 | 9/10/2018 23:31 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025329 | | | | | Tab_013_-_Schedule_3.5(a)(i)_-_Capitalization.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025330 | 9/10/2018 19:30 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025331 | 9/10/2018 19:17 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025332 | | | | | Merger_docs.zip | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025334 | | | | | Tab 010 - Schedule 3.1 - Organization, Existence and Good Standing.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025336 | | | | | Tab 056 - Schedule 3.21(h) - Employee Benefits | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025337 | | | | | Tab 042 - Schedule 3.14 - Permits.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025338 | | | | | Tab 027 - Schedule 3.12(e) - Conductof Business (Employee Compensation).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025339 | | | | | Tab 054 - Schedule 3.20 - IT Systems.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025340 | | | | | Tab 018 - Schedule 3.9 - Title and Condition of Assets.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025341 | | | | | Tab 060 - Schedule 6.3(m) - Employee Benefits or Compensation Not Requiring Parent | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025342 | | | | | Tab 023 - Schedule 3.11(g) - Taxes (382 Compliance).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025343 | | | | | Tab 061 - Schedule 8.2(d)(i) - Notes to be Converted into Company Shares.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025344 | | | | | Index.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025345 | | | | | Tab 031 - Schedule 3.13(a)(ii) - Material Contracts (Employee Compensation).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025346 | | | | | Tab 080 - Written Consent of Stockholders.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025347 | | | | | Tab 098 - Third Party Notices.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025348 | | | | | Tab 104 - Virtual Active Merger Sub, Inc. Closing Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025349 | | | | | Tab 040 - Schedule 3.13(k) - Material Contracts (Assets).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025350 | | | | | Tab 078 - Resignation Letter - Lance For - November 7, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025351 | | | | | Tab 046 - Schedule 3.19(b)(ii) - Intellectual Property.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025352 | | | | | Tab 032 - Schedule 3.13(b) - Material Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025353 | | | | | Tab 008 - Company Disclosure Letter.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025354 | | | | | Tab 077 - Resignation Letter - John A. Ford - November 7, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025355 | | | | | Tab 084 - Promissory Note issued by Virtual Active to Timothy C. | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025356 | | | | | Tab 024 - Schedule 3.12(a) - Conduct of Business (Capital | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025357 | | | | | Tab 019 - Schedule 3.10 - Insurance (Policies).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025358 | | | | | Tab 043 - Schedule 3.16(a) - Litigation, Claims and Awards | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025360 | | | | | Tab 079 - Parachute Payment Waiver by John H. Ford - November 3, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025361 | | | | | Tab 015 - Schedule 3.5(b)(i) and (ii) - Capitalization (Preemptive Rights)(Voting | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025362 | | | | | Tab 071 - Action by Unanimous Written Consent of the BOD of Virtual Active, Inc..PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025363 | | | | | Tab 081 - Notice to Option Holders Treatment of Options in Connection with | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025364 | | | | | Tab 021 - Schedule 3.11(c) - Taxes (Withholding).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025365 | | | | | Tab 014 - Schedule 3.4(a)(ii) - Capitalization | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025366 | | | | | Tab 050 - Schedule 3.19(h) - Intellectual Property | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025367 | | | | | Tab 103 - Netpulse, Inc. Closing Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025368 | | | | | Tab 025 - Schedule 3.12(b) - Conduct of Business (Assets).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025369 | | | | | Tab 055 - Schedule 3.21(a) - Employee Benefits (Benefit | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025370 | | | | | Tab 053 - Schedule 3.19(k) - Intellectual Property (Company Ownership).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025371 | | | | | Tab 085 - Amended and Restated Articles of Incorporation - November 7, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025372 | | | | | Tab 102 - Virtual Active Merger Sub, Inc. Secretary's Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025373 | | | | | Tab 005 - Exhibit E - Release.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025374 | | | | | Tab 002 - Exhibit A - Defined Terms.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025375 | | | | | Tab 057 - Schedule 3.22(d) - Employee Benefits | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025376 | | | | | Tab 086 - Reorganization Information | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025377 | | | | | Tab 097 - Amended Agreements.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025378 | | | | | Tab 033 - Schedule 3.13(c) - Material Contracts (Leases).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025379 | | | | | Tab 003 - Exhibit C Form of Letter of Transmittal.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025380 | | | | | Tab 051 - Schedule 3.19(i) - Intellectual Property | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025381 | | | | | Tab 095 - Waiver Agreement.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025382 | | | | | Tab 016 - Schedule 3.7 - Financial Statement.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025383 | | | | | Tab 069 - Bylaws of Virtual Active Merger Sub, Inc..PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025384 | | | | | Tab 004 - Exhibit D - Legal Opinion of the Company.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025385 | | | | | Tab 073 - Offer Letter by and between John H. Ford and Netpulse.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025386 | | | | | Tab 059 - Schedule 6.2 - Material Consents.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025387 | | | | | Tab 037 - Schedule 3.13(h) - Material Contracts (Restrictive Contracts).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025388 | | | | | Tab 029 - Schedule 3.13 - Material Contracts.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025389 | | | | | Tab 099- Notice Requires Under Treasury Regulations Section 1.897-2(h)(2), by Virtual Active, | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025390 | | | | | Tab 088 - Shareholder Written Consent for Approval of Reorganization and Other Matters.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025391 | | | | | Tab 090 - Payoff Letters Greenberg Traurig LLP and WSG&R LLP.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025393 | | | | | Tab 030 - Schedule 3.13(a)(i) - Material Contracts (Employees).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025394 | | | | | Tab 045 - Schedule 3.19(b)(i) - Intellectual Property.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025395 | | | | | Tab 011 - Schedule 3.4(a) - Consents.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025397 | | | | | Tab 020 - Schedule 3.11(a) - Taxes and 3.11(b) (Contested | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025398 | | | | | Tab 067 - Action by Sole Incorporator of Virtual Active Merger Sub - SEptember 20, | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025399 | | | | | Tab 035 - Schedule 3.13(e) - Material Contracts (Favored | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025400 | | | | | Tab 034 - Schedule 3.13(d) - Material Contracts (Customer | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025401 | | | | | Tab 009 - Sehcdules 2.9(b)(xii) - Reorganization.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025402 | | | | | Tab 083 - Note Exchange Agreement between Virtual Active and Timothy C. Warnock - November 7, | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025403 | | | | | Tab 064 - Schedule 9.2(r) - Retention Bonuses.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025404 | | | | | Tab 065 - Schedule 9.2(a((ix) - Certain Specific | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025405 | | | | | Tab 100 - Representation Letter of Notice Requires Under Treasury Regulations Section | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025406 | | | | | Tab 106 - Virtual Active, Inc. Secretary's Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025407 | | | | | Tab 039 - Schedule 3.13(j) - Material Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025408 | | | | | Tab 036 - Schedule 3.13(f) - Material Contracts (Non-terminable | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025409 | | | | | Tab 072 - Action by Unanimous Written Consent of the BOD of Netpulse, Inc..PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025411 | | | | | Tab 026 - Schedule 3.12(d) - Conduct of Business (Capital Expenditures).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025412 | | | | | Tab 049 - Schedule 3.19(g) - Intellectual Property | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025413 | | | | | Tab 013 - Schedule 3.5(a)(i) - Capitalization.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025414 | | | | | Tab 063 - Schedule 8.2(l) - Employees.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025415 | | | | | Tab 066 - Amendment No. 1 to Agreement and Plan of Merger.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025416 | | | | | Tab 022 - Schedule 3.11(d) - Taxes (280G Compliance).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025417 | | | | | Tab 075 - John A. Ford At-Will Employment, CIIA and Arbitration Agreement - January | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025418 | | | | | Tab 007 - Exhibit G - Specified Liabilities.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025419 | | | | | Tab 028 - Schedule 3.12(f) - Conduct of Business | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025421 | | | | | Tab 082 - Exchange Agreement - November 9, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025422 | | | | | Tab 076 - Resignation Letter - John H. Ford - November 7, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025423 | | | | | Tab 074 - John H. Ford At-Will Employment, CIIA and Arbitration Agreement - April 1, | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025425 | | | | | Tab 107 - Stockholder Representative's Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025426 | | | | | Tab 047 - Schedule 3.19(c) - Intellectual Property | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025427 | | | | | Tab 070 - Action by Unanimous Written Consent of the BOD of Virtual Activer Merger Sub, Inc..PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025428 | | | | | Tab 012 - Schedule 3.4(b) - Non-contravention.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025429 | | | | | Tab 048 - Schedule 3.19(e) - Intellectual Property | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025430 | | | | | Tab 001 - Agreement and Plan of Merger.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025431 | | | | | Tab 041 - Schedule 3.13(n) - Material Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025432 | | | | | Tab 062 - Schedule 8.2(d)(ii) - Noes Subject to Renegotiation of the Terms Thereof.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025433 | | | | | Tab 038 - Schedule 3.13(i) - Material Contracts (Restrictive Contracts).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025434 | | | | | Tab 052 - Schedule 3.19(j) - Intellectual Property (Open | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025435 | | | | | Tab 006 - Exhibit F - Noncompetition Agreement.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025436 | | | | | Tab 087 - Action by Unanimous Written Conset of the BOD of Virtual Active.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025437 | | | | | Tab 044 - Schedule 3.17 - Real Property.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025438 | | | | | Tab 058 - Schedule 3.22(d) - Employee Benefits (Employee | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025439 | | | | | Tab 101 - Netpulse, Inc. Secretary's Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025440 | | | | | Tab 017 - Schedule 3.8 - Indebtedness.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025441 | | | | | Tab 105 - Virtual Active, Inc. Closing Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025442 | | | | | Tab 089 - Netpulse, Inc. 409A Valuation, as of September 30, | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025443 | 9/10/2018 18:36 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025444 | 9/10/2018 16:49 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025445 | 8/10/2018 23:12 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025446 | 8/10/2018 22:57 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025447 | 8/10/2018 22:47 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025448 | 6/10/2018 18:46 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025449 | 5/10/2018 23:05 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025450 | | | | | Tab_001_-_Agreement_and_Plan_of_Merger.PDF | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: Merger Agreement |
| VA025452 | 5/10/2018 22:33 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025453 | 5/10/2018 19:10 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025454 | | | | | 06._Project_Odeon_-_Operating_Agreement_(Executed).pdf | Privacy Privileged; Trade Secret Privileged | | Amended and Restated LLC agreement |
| VA025455 | 5/10/2018 18:58 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025456 | 5/10/2018 18:53 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025457 | 5/10/2018 17:37 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025458 | 5/10/2018 14:34 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025459 | 3/10/2018 20:06 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025460 | 3/10/2018 19:39 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025461 | 3/10/2018 18:41 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025462 | 9/28/2018 1:06 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025464 | 9/27/2018 0:09 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025465 | 9/27/2018 0:25 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025466 | 9/26/2018 3:48 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025467 | 9/26/2018 3:15 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025468 | 9/18/2018 8:34 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025469 | 9/18/2018 8:19 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025470 | 9/18/2018 8:10 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025471 | 9/13/2018 8:23 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025472 | 12/9/2018 17:07 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025473 | 12/9/2018 8:50 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025475 | 11/9/2018 22:38 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025476 | 11/9/2018 20:38 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025477 | 11/9/2018 20:37 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025478 | 11/9/2018 20:23 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025479 | 11/9/2018 12:34 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025480 | 7/9/2018 0:27 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025481 | 1/9/2018 17:19 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025482 | 1/9/2018 16:10 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025483 | 8/30/2018 2:07 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025484 | 8/30/2018 2:02 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025486 | 8/30/2018 2:01 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025487 | 8/30/2018 1:55 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025488 | 8/30/2018 1:44 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025489 | 8/30/2018 1:41 | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | | Fwd: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting - Equity split terms |
| VA025490 | 8/30/2018 7:17 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025491 | 8/28/2018 1:38 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025492 | 8/28/2018 1:28 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025493 | 8/27/2018 0:49 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025494 | 8/23/2018 6:12 | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025495 | 8/23/2018 6:10 | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | | Fwd: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting - Equity split terms |
| VA025497 | 8/23/2018 5:48 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025498 | 8/22/2018 9:32 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025499 | 8/13/2018 9:59 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025500 | 8/13/2018 9:46 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025501 | 9/8/2018 22:06 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025502 | | | | | VA_Nextpulse_Equity_01.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025503 | 2/27/2018 2:35 | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |

35

Exhibit 8

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA001352 | 12/8/2017 14:58 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Marcus Marotto <mmarotto@netpulse.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Check in | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA001356 | | | | | va_model_for_tom_201 71208.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA001357 | | | | | VA_PL_2014-2017_(1).xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA001464 | 4/4/2019 19:43 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.co | Re: VA Taxes & Bank | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA001465 | | | | | VA_2017_CA.pdf | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA001466 | | | | | VA_2017_Fed.pdf | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA001969 | | | | | ForecastsH.xls | Privacy Privileged; Trade Secret Privileged | | Confidential financial information provided to |
| VA002069 | | | | | Netpulse_VA__Analysis _2011-07-19.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information from VA attorney re |
| VA002070 | | | | | NP_VA_Operations_Buil dup.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information from VA attorney |
| VA002162 | 9/6/2011 9:33 | John Ford <john@vafitness.com> | Bryan Arp <bryana@netpulse.com> | | Minor change | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA002163 | | | | | MatrixRoyalties.xlsx | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA002725 | | | | | Q1_PL_Rough_Draft.xls x | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA002726 | | | | | Q2_PL_Rough_Draft.xls x | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA002727 | | | | | Q1_BS_Rough_Draft.xls x | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA002728 | | | | | Q2_BS_Rough_Draft.xls x | Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA003501 | 8/24/2011 18:49 | John Ford <john@vafitness.com> | Tim <tcknox@earthlink.net >, | | Spreadsheet | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA003502 | | | | | EarnOut-Warnock.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA009341 | | | | | va_model_for_tom_2017 1208.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information provided to |
| VA009358 | 12/8/2017 14:58 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Marcus Marotto <mmarotto@netpulse. com>, Ruben Grijalva <ruben.grijalva@gmail. com> | Re: Virtual Active Check in | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA009362 | | | | | va_model_for_tom_2017 1208.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA009363 | | | | | VA_PL_2014- 2017_(1).xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA009402 | 4/4/2019 19:43 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.co | Re: VA Taxes & Bank | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA009403 | | | | | VA_2017_CA.pdf | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA009404 | | | | | VA_2017_Fed.pdf | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA009710 | 10/26/2019 2:23 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.co | Re: VA 2018 | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA009711 | | | | | May_2018_VA_G&A_all ocation.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA017297 | | | | | Q2_P_L.XLSX | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017298 | | | | | Q2_Sales_Tax.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017299 | | | | | eStmt_06_30_2011- 2_Acct_suffix_7592.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017300 | | | | | eStmt_06_30_2011_Ac ct_suffix_1862.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017301 | | | | | Q2_AP.XLSX | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017302 | | | | | Q2_Ppd_Rent.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017303 | | | | | Q2_Ppd_Patent_Royalt y.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017304 | | | | | Q2_Ppd_Music_Royalty .xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA017305 | | | | | Q2_11_AR.XLSX | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017306 | | | | | Prepaid_Assets_as_of_09_15_11.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017307 | | | | | Q2_11_BS.XLSX | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017308 | | | | | AR_09_15_11.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017309 | | | | | AR_as_of_09_15_11.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017310 | | | | | MOU_AV_ICG.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: Corporate Financial Statements provided |
| VA017344 | 9/15/2011 1:01 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | | Re: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney re Merger Agreement and |
| VA017345 | 9/15/2011 0:57 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, Cindy Cannon <cindy@vafitness.com>, "Murano, Scott" <smurano@wsgr.com> | | Fwd: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication; Client query to attorney re Merger Agreement |
| VA017346 | | | | | 2006_TR-Balanced_Fitness,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017347 | | | | | 2007_TR-Balanced_Fitness,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017348 | | | | | 2008_TR-Balanced_Fitness,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017349 | | | | | 2009_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA017350 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017351 | 9/15/2011 0:52 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Fwd: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials; |
| VA017352 | | | | | 2006_TR-Balanced_Fitness,_Inc. pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017353 | | | | | 2007_TR-Balanced_Fitness,_Inc. pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017354 | | | | | 2008_TR-Balanced_Fitness,_Inc. pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017355 | | | | | 2009_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA017356 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA018318 | 9/20/2011 5:15 | John Ford <john@vafitness.com> | john@vafitness.com | | Fwd: FW: Virtual Active Agreement - scanned document | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client query to attorney query. re: Merger agreement |
| VA018319 | | | | | Virtual_Active_Agreement_8-3-09.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attachment to above email re: license agreement |
| VA018384 | 10/14/2011 9:37 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com> | RE: Fwd: VA Reorganization Question - 2011 Net Operating Losses | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attorney-client communication, seeking, and conveying, updates and advice on VA corporate reorganization |
| VA018387 | 10/14/2011 4:12 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Re: VA Reorganization Question - 2011 Net Operating Losses | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication, seeking, and conveying, updates and advice on VA |
| VA018388 | | | | | VA_P_and_L_Q3_11.xlsx | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attachment to above email; Corporate Financials. |
| VA018390 | 10/14/2011 1:19 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | | Fwd: VA Reorganization Question - 2011 Net Operating Losses | Attorney-Client Privileged; Privacy Privileged | | Internal client email forwarding attorney advice/counsel Re: Reorganization Questions |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA018391 | 10/14/2011 1:11 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | VA Reorganization Question - 2011 Net Operating Losses | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication, seeking, and conveying, updates and advice on VA |
| VA019396 | 1/8/2011 23:46 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; VA attorney advice re Stock Option Agreements |
| VA019397 | 1/8/2011 23:45 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; VA attorney advice re Stock Option Agreements |
| VA019405 | 7/30/2011 0:47 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA019406 | 7/30/2011 0:33 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA019408 | 7/30/2011 0:25 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA019409 | 7/30/2011 0:24 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA019410 | 7/30/2011 0:21 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Re: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA019449 | | | | | 2008_Financials-Balanced_Fintess.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019450 | | | | | 2009_Financials-Virtual_Active,_Inc..pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019451 | | | | | JHF_Interest_Draws.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019452 | | | | | VA_Notes_and_Interest _as_of_September_14_ 2011.xls | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019453 | | | | | VA_Capitalization_Conv _and_Non_Conv_Septe mber_14_2011.xls | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019454 | | | | | ForecastsH.xls | Privacy Privileged; Trade Secret Privileged | | Confidential financial information forwarded to VA attorney for review and advice |
| VA019499 | | | | | ForecastsH.xls | Privacy Privileged; Trade Secret Privileged | | Confidential financial information Re: VA corporate |
| VA019518 | | | | | 2010_Efile_Forms-Virtual_Active,_Inc.pdf | Privacy Privileged | | Confidential tax information Re: Tax return Signature page |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA019519 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information Re: Trial balance |
| VA019520 | | | | | InventorySummary(2).pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: Inventory list |
| VA019997 | 9/20/2011 4:38 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | | Fwd: Virtual Active - Unexecuted Agreements | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query. re: Unexecuted |
| VA019998 | | | | | A75e7bbbe-5fd7-4b7d-bde0-ccc5e37eb69b.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attachment to above email; corporate financials. Re: Business Agreement Document |
| VA022596 | 1/11/2011 15:10 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | | Re: Ford Framing Non-Conv Notes | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Internal client email relaying/discussing attorney |
| VA022598 | 1/11/2011 15:09 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Re: Ford Framing Non-Conv Notes | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Internal client email relaying/discussing attorney |
| VA022611 | 9/15/2011 1:47 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Re: Virtual Active - Project Beat Due Diligence Follow-up | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA023467 | | | | | 2010_Efile_Forms-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA023468 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA023469 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents |
| VA023470 | 9/15/2011 1:02 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | | Fwd: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; Client response to attorney re Merger Agreement and |
| VA023471 | | | | | 2010_Efile_Forms-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; tax returns sent to VA attorney for review and advice re Merger |
| VA023472 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials and tax returns sent to VA attorney for review and advice re Merger |
| VA023473 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; tax returns sent to VA attorney for review and advice re Merger |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA023474 | 9/15/2011 0:31 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, Cindy Cannon <cindy@vafitness.com>, "Huie, James" <jhuie@wsgr.com> | | Fwd: Virtual Active | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication; Client update to attorney re requested documents for Merger Agreement |
| VA023475 | | | | | 2010_Efile_Forms-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; corporate financial statements and tax documents forwarded |
| VA023476 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for |
| VA023477 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for |
| VA023480 | | | | | 2010_Efile_Forms-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for |
| VA023481 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information: corporate financial statements forwarded to VA |
| VA023482 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for |
| VA023494 | 8/26/2011 2:37 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Fwd: Virtual Active | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attorney-client communication; VA attorney advice on corporate financials |
| VA023495 | | | | | Virtual_Active,_Inc._-_Secured_Convertible_Promissory_Notes_as_of_8-26-2011.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA023496 | | | | | Virtual_Active_-_List_of_Outstanding_Options_with_Vesting_as_of_8-26-2011.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA023497 | | | | | Virtual_Active_-_Summary_Capitalization_as_of_8-26- | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA023498 | | | | | Virtual_Active,_Inc._-_Convertible_Notes_as_of_8-26-2011.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret | | Attachment to above email; corporate financials forwarded to VA attorney for advice |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA023503 | | | | | 2010_Efile_Forms-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financials forwarded to VA attorney for |
| VA023504 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financials forwarded to VA attorney for |
| VA023505 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financials forwarded to VA attorney for |
| VA023519 | | | | | 2010_Efile_Forms-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financials forwarded to VA attorney for |
| VA023520 | | | | | 2010_TB_&_AJEs-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financials forwarded to VA attorney for |
| VA023521 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged: corporate financials forwarded to VA attorney for |
| VA023897 | | | | | 2006_TR-Balanced_Fitness,_Inc. | Privacy Privileged | | Privacy and tax return privileged. Re: Tax return |
| VA023898 | | | | | 2007_TR-Balanced_Fitness,_Inc. | Privacy Privileged | | Privacy and tax return privileged. Re: Tax return |
| VA023899 | | | | | 2008_TR-Balanced_Fitness,_Inc. | Privacy Privileged | | Privacy and tax return privileged. Re: Tax return |
| VA023900 | | | | | 2009_TR-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged. Re: Tax return |
| VA023901 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Privacy Privileged | | Privacy and tax return privileged. Re: Tax return |
| VA024555 | 5/22/2013 1:30 | Diane Ryczek <dryczek@netpulse.co | Marcus <marcus@vafitness.co | | Re: April Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024556 | 5/22/2013 1:23 | Diane Ryczek <dryczek@netpulse.co | Marcus <marcus@vafitness.co | | Re: April Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024557 | 2/22/2013 8:22 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m> | Ruben Grijalva <ruben@vafitness.com >, Tom Proulx <tomp@netpulse.com> , Bryan Arp <bryana@netpulse.co | January variance analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024558 | | | | | Variance_Virtual_Active _13.1.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024559 | | | | | Virtual_Active_v12.9_PL AN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024560 | | | | | Virtual_Active_v13.1_a. xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024563 | 12/29/2016 0:23 | Tom Proulx <tomp@netpulse.com> | Marcus <marcus@vafitness.co m>, Joseph Lee <jlee@netpulse.com> | Diane Ryczek <dryczek@netpulse.co m> | November reporting | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024564 | | | | | Revenue_16.11.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024565 | 4/27/2013 1:24 | Diane Ryczek <dryczek@netpulse.co m> | Ruben Grijalva <ruben@vafitness.com >, Marcus Marotto <marcus@vafitness.co m>, Shawn Oatis <shawn@vafitness.com >, paul@vafitness.com, Jobert Atienza <jobert@vafitness.com >, Larissa Mills <larissa@vafitness.co m>, John Donley <jdonley@vafitness.co m>, Chris Galipo <chris@vafitness.com> , Elliott Sidey <elliott@vafitness.com >, John Ford <jford@netpulse.com> | | Virtual Active Q1 2013 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024566 | | | | | VA_Q1_2013.pdf | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024567 | 12/21/2012 0:17 | Diane Ryczek <dryczek@netpulse.co m> | Marcus <marcus@vafitness.co m> | | Re: Variance analysis for November | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and |
| VA024568 | 12/21/2012 9:13 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m> | | Re: Variance analysis for November | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and |
| VA024569 | | | | | Variance_Virtual_Active _12.11.xlsx | Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024570 | | | | | Virtual_Active_v12.9_PL AN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024571 | | | | | Virtual_Active_v12.11_a .xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024572 | 5/18/2013 1:13 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m>, Ruben Grijalva <ruben@vafitness.com | Bryan Arp <bryana@netpulse.co m>, Tom Proulx <tomp@netpulse.com> | April Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024573 | | | | | Virtual_Active_v12.9_PL AN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024574 | | | | | Virtual_Active_v13.4.xls x | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024575 | | | | | Variance_Virtual_Active_13.4.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024576 | 12/21/2012 7:44 | Diane Ryczek <dryczek@netpulse.co | Marcus Marotto <marcus@vafitness.co | | Re: Variance analysis for November | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and |
| VA024577 | 12/19/2012 2:27 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m> | Bryan Arp <bryana@netpulse.co m>, Tom Proulx <tomp@netpulse.com> | Variance analysis for November | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024578 | | | | | Variance_Virtual_Active_12.11.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024579 | | | | | Virtual_Active_v12.9_PLAN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024580 | | | | | Virtual_Active_v12.11_a.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024581 | 4/16/2013 7:52 | Ruben Grijalva <ruben@vafitness.com | Marcus Marotto <marcus@vafitness.co | | Fwd: February Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024582 | | | | | Variance_Virtual_Active_13.2_RGrijalva.xls | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024583 | 3/29/2013 0:06 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m>, Ruben Grijalva <ruben@vafitness.co | | Re: February Variance | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024584 | 3/28/2013 9:14 | Diane Ryczek <dryczek@netpulse.co | Marcus <marcus@vafitness.co | Ruben Grijalva <ruben@vafitness.com | Re: February Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and |
| VA024585 | 3/27/2013 0:01 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m>, Ruben Grijalva <ruben@vafitness.com | | Fwd: February Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024586 | | | | | Variance_Virtual_Active_13.2.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024587 | | | | | Virtual_Active_v12.9_PLAN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024588 | | | | | Virtual_Active_v13.2.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024589 | 3/27/2013 9:54 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m>, Ruben Grijalva <ruben@vafitness.com | Bryan Arp <bryana@netpulse.co m>, Tom Proulx <tomp@netpulse.com> | February Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024590 | | | | | Variance_Virtual_Active_13.2.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024591 | | | | | Virtual_Active_v12.9_PLAN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024592 | | | | | Virtual_Active_v13.2.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024593 | 10/25/2013 2:34 | Diane Ryczek <dryczek@netpulse.com> | Marcus <marcus@vafitness.com> | | Re: Variance Analysis September 2013 - due 10/24 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024594 | 10/25/2013 7:37 | Diane Ryczek <dryczek@netpulse.com> | Marcus <marcus@vafitness.com> | | Re: Variance Analysis September 2013 - due 10/24 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024595 | 10/18/2013 8:21 | Diane Ryczek <dryczek@netpulse.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto <marcus@vafitness.co | Tom Proulx <tomp@netpulse.com>, Bryan Arp <bryana@netpulse.co | Variance Analysis September 2013 - due 10/24 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024596 | | | | | Virtual_Active_v13.4_F6 1-13.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024597 | | | | | Virtual_Active_v13.9.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024598 | | | | | Variance_Virtual_Active _13.9.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024599 | 2/10/2013 16:40 | Diane Ryczek <dryczek@netpulse.com> | Marcus <marcus@vafitness.com> | Ruben Grijalva <ruben@vafitness.com> | Re: Variance Analysis August 2013 - due Monday 9/30/13 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024600 | 8/20/2013 8:28 | Diane Ryczek <dryczek@netpulse.com> | Marcus <marcus@vafitness.com> | Ruben Grijalva <ruben@vafitness.com>, Bryan Arp <bryana@netpulse.com>, Tom Proulx <tomp@netpulse.com> | Re: Variance Analysis July 2013 - due Tuesday August 20th | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024601 | 8/17/2013 0:23 | Diane Ryczek <dryczek@netpulse.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto <marcus@vafitness.co | Bryan Arp <bryana@netpulse.com>, Tom Proulx <tomp@netpulse.com> | Variance Analysis July 2013 - due Tuesday August 20th | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA corporate accounts |
| VA024602 | | | | | Variance_Virtual_Active _13.7.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024603 | | | | | Virtual_Active_v13.4_F6 1-13.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024604 | | | | | Virtual_Active_v13.7.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024605 | 2/10/2013 0:32 | Diane Ryczek <dryczek@netpulse.com> | Marcus <marcus@vafitness.com> | Ruben Grijalva <ruben@vafitness.com> | Re: Variance Analysis August 2013 - due Monday 9/30/13 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024606 | 2/10/2013 0:08 | Diane Ryczek <dryczek@netpulse.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto <marcus@vafitness.co | | Fwd: Variance Analysis August 2013 - due Monday 9/30/13 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024607 | | | | | Variance_Virtual_Active _13.8.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024608 | | | | | Virtual_Active_v13.4_F6 1-13.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024609 | | | | | Virtual_Active_v13.8.xls x | Privacy Privileged; Trade Secret Privileged | | Corporate financials.information Re: VA |
| VA024610 | 9/26/2013 0:22 | Diane Ryczek <dryczek@netpulse.co m> | Ruben Grijalva <ruben@vafitness.com >, Marcus Marotto <marcus@vafitness.co | | Re: Variance Analysis August 2013 - due Monday 9/30/13 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024611 | 9/26/2013 0:18 | Diane Ryczek <dryczek@netpulse.co m> | Ruben Grijalva <ruben@vafitness.com >, Marcus Marotto <marcus@vafitness.co | Bryan Arp <bryana@netpulse.co m>, Tom Proulx <tomp@netpulse.com> | Variance Analysis August 2013 - due Monday 9/30/13 | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and Taxes |
| VA024612 | | | | | Variance_Virtual_Active _13.8.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024613 | | | | | Virtual_Active_v13.4_F6 1-13.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024614 | | | | | Virtual_Active_v13.8.xls x | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting |
| VA024615 | 4/19/2013 0:30 | Diane Ryczek <dryczek@netpulse.co m> | Marcus <marcus@vafitness.co | | Re: March Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA Corporate Accounting and |
| VA024616 | 4/18/2013 5:48 | Diane Ryczek <dryczek@netpulse.co m> | Marcus Marotto <marcus@vafitness.co m> | Bryan Arp <bryana@netpulse.co m>, Tom Proulx <tomp@netpulse.com> | March Variance Analysis | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024617 | | | | | Variance_Virtual_Active _13.3.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024618 | | | | | Virtual_Active_v12.9_PL AN.xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024619 | | | | | Virtual_Active_v13.3.xls x | Privacy Privileged; Trade Secret Privileged | | Corporate financials Re: VA corporate accounting and taxes |
| VA024620 | 4/25/2019 7:00 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | | Re: Virtual Active - Stock Purchase and Sale - Final Executed | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024685 | 5/15/2018 2:37 | Marcus Marotto <marcusmarotto@gmai l.com> | Thomas A Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co m>, Ruben Grijalva <ruben.grijalva@gmail. com> | Virtual Active Licensing Proposal | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: License Proposal |
| VA024686 | | | | | Virtual_Active_Proposal-20180515.pdf | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: VA Proposal |
| VA024687 | 1/3/2019 0:16 | Chris Galipo <chrisgalipo@gmail.co m> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> , Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024688 | 1/3/2019 0:15 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024689 | 1/3/2019 0:01 | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024690 | 2/28/2019 3:59 | Chris Galipo <chrisgalipo@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024691 | 2/28/2019 3:56 | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or Brunswick |
| VA024692 | | | | | 1._Stock_Purchase_Agreement_VA-FMP_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024693 | | | | | 2._FMP_Secured_Promissory_Note_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024694 | | | | | 3._FMP_Security_Agreement_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024695 | | | | | 4._Nextpulse-FMP_Assignment_of_Contracts_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024696 | | | | | 5._Nextpulse_Affidavit_for_Lost_Stock_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024697 | | | | | 6._NP-VA_Incumbency_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024698 | | | | | 7._FMP_Incumbency_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024699 | | | | | 8._UBS_ACA_2019-02-25_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024700 | 2/28/2019 3:51 | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024701 | 2/28/2019 3:37 | Chris Galipo <chrisgalipo@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024702 | 2/28/2019 2:58 | Chris Galipo <chrisgalipo@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024703 | | | | | Netpulse_-_Exercycle_Content_License_Signed.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024704 | 2/28/2019 0:28 | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024705 | 2/28/2019 9:30 | Chris Galipo <chrisgalipo@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024706 | | | | | 8B._C._Galipo_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024707 | 2/28/2019 8:48 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024708 | 2/28/2019 7:39 | Jeff Suto <Jeff@jsuto.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024709 | | | | | 8B._C._Galipo_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---------|-----------|------|-----|-----|-----------------|-----------|-----------|---------------|
| VA024710 | 2/28/2019 7:08 | Jeff Suto <Jeff@jsuto.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024711 | | | | | 8A._C._Galipo_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024712 | | | | | 4A._Nextpulse-FMP_Assignment_of_Contracts_2019-02-27.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024713 | 2/28/2019 7:07 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Jeff Suto <Jeff@jsuto.com>, "chrisgalipo@gmail.com" | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024714 | 7/24/2018 7:03 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Lastest version | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: License Proposal |
| VA024715 | | | | | VA_License_Proposal_20180620_(1).xlsx | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: VA corporate accounting |
| VA024716 | 2/28/2019 5:09 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com>, "chrisgalipo@gmail.com" | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024717 | 2/28/2019 8:21 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024718 | 2/28/2019 8:19 | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024719 | 2/28/2019 8:17 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024720 | 2/28/2019 8:10 | Jeff Suto <Jeff@jsuto.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gma | | Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024721 | | | | | 1._Stock_Purchase_Agreement_VA-FMP_2019-02-28.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024722 | | | | | 2._FMP_Secured_Promissory_Note_2019-02-27.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024723 | | | | | 3._FMP_Security_Agreement_2019-02-27A.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024724 | | | | | 4._Nextpulse-FMP_Assignment_of_Contracts_2019-02-27.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024725 | | | | | 5._Nextpulse_Affidavit_for_Lost_Stock_Certificate_2019-02-22.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024726 | | | | | 6._NP-VA_Incumbency_Certificate_2019-02-27.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024727 | | | | | 7._Incumbency_Certificate_20190226_[FMP].pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024728 | | | | | 8._C._Galipo_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024729 | | | | | 9._T._Proulx_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024736 | 2/28/2019 0:22 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | tomp@netpulse.com | Re: Virtual Active - Secured Note | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024737 | | | | | RED_Note_02-26_v_02-19_[jdb_redline_20190227].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A discussions with a company other than Life Fitness and/or |
| VA024749 | 3/29/2019 0:10 | Chris Galipo <chrisgalipo@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA024773 | 1/28/2019 8:09 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024774 | 8/3/2019 0:27 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA024775 | 1/24/2019 8:43 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024776 | 1/24/2019 4:40 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024777 | 1/23/2019 1:06 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024778 | 1/21/2019 9:02 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024780 | 1/20/2019 1:55 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024781 | 1/18/2019 3:00 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | VA Update and DACA | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024782 | 5/12/2018 23:48 | Marcus Marotto <marcusmarotto@gmail.com> | Thomas A Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Chris Galipo <chrisgalipo@gmail.co | Virtual Active Acquisition Contract | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: Acquisition Contract |
| VA024785 | 8/3/2019 0:13 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA024788 | 2/28/2019 6:32 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, Chris Galipo <chrisgalipo@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: VA - Security Agreement | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024789 | 2/28/2019 5:26 | Chris Galipo <chrisgalipo@gmail.co m> | Jeff Suto <Jeff@jsuto.com> | "Jeffrey Brandstetter (brandstetterlaw@gmai l.com)" <brandstetterlaw@gma il.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: VA - Security Agreement | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or Brunswick |
| VA024790 | | | | | FMP_Security_Agreeme nt_2019-02-27.docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024791 | 2/28/2019 4:46 | Jeff Suto <Jeff@jsuto.com> | "Jeffrey Brandstetter (brandstetterlaw@gmai l.com)" <brandstetterlaw@gma il.com> | "chrisgalipo@gmail.co m" <chrisgalipo@gmail.co m>, "Tom Proulx (tomp@netpulse.com)" | VA - Security Agreement | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or Brunswick |
| VA024792 | | | | | FMP_Security_Agreeme nt_2019-02-27.docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024793 | | | | | RED_Sec_Agt_02- 27_v_02-08.docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA024794 | 1/18/2019 1:54 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Marcus Marotto <marcusmarotto@gmai l.com>, Ruben Grijalva <ruben.grijalva@gmail. com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking and conveying, updates and advice on M&A activities |
| VA024795 | 1/18/2019 1:53 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Chris Galipo <chrisgalipo@gmail.com m> | Ruben Grijalva <ruben.grijalva@gmail. com>, Marcus Marotto <marcusmarotto@gmai l.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on M&A activities |
| VA024796 | 1/18/2019 1:37 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Ruben Grijalva <ruben.grijalva@gmail. com>, Marcus Marotto <marcusmarotto@gmai l.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates on VA M&A activities |
| VA024797 | 1/17/2019 1:19 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Ruben Grijalva <ruben.grijalva@gmail. com>, Marcus Marotto <marcusmarotto@gmai l.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024798 | | | | | DKCity_NetpulseContentLicense_20140620.PDF | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024799 | | | | | Netpulse_-_Lexco_Content_License_Signed.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024800 | | | | | Netpulse_Silverfit_Contract_Signed_Final.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024801 | | | | | 2014.05.06_-_Virtual_Active_Blanket_Executed.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024802 | 1/17/2019 0:21 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024803 | | | | | RED_Sec_Agt_01-16_v_01-12_JB.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024804 | | | | | RED_SPA_01-16_v_01-12_JB.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024805 | 6/3/2019 9:29 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA corporate |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024806 | 1/17/2019 0:12 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024807 | 1/17/2019 8:24 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024808 | 1/17/2019 7:34 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024809 | 1/17/2019 4:59 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024810 | | | | | SPA_VA-FMP_[jdb_redline_20190112].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024811 | | | | | FMP_Secured_Prom_Note_[jdb_redline_20190112].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024812 | | | | | FMP_Security_Agr_[jdb_redline_20190112].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024813 | 1/17/2019 2:27 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024814 | 10/1/2019 20:58 | Chris Galipo <chrisgalipo@gmail.co m> | | Ruben Grijalva <ruben.grijalva@gmail. com>, Marcus Marotto <marcusmarotto@gmai l.com> | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024815 | | | | | Stock_Purchase_Agree ment_VA-FMP_2018-12_30_[jdb_redline_201 90108_with_changes_fr om_CG].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024816 | 10/1/2019 20:57 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024817 | | | | | Stock_Purchase_Agree ment_VA-FMP_2018-12_30_[jdb_redline_201 90108_with_changes_fr om_CG].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024818 | 10/1/2019 5:02 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Chris Galipo <chrisgalipo@gmail.co m> | Ruben Grijalva <ruben.grijalva@gmail. com>, Marcus Marotto <marcusmarotto@gmai l.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024819 | | | | | FMP_Security_Agreeme nt_2018-12-30_[jdb_redline_20190 109].doc | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024820 | 9/1/2019 8:13 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Chris Galipo <chrisgalipo@gmail.co m> | Ruben Grijalva <ruben.grijalva@gmail. com>, Marcus Marotto <marcusmarotto@gmai l.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024821 | | | | | Stock_Purchase_Agree ment_VA-FMP_2018-12_30_[jdb_redline_201 90108].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024822 | 8/1/2019 18:51 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Ruben Grijalva <ruben.grijalva@gmail. com>, Marcus Marotto <marcusmarotto@gmai l.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024823 | 6/3/2019 2:51 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA024824 | | | | | Application for Automatic Extension of Time to File Certain Business Income Tax, Information, and Other | Privacy Privileged | | Confidential financial information re: VA corporate accounting and taxes |
| VA024825 | 12/31/2018 9:31 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Ruben Grijalva <ruben.grijalva@gmail. com>, Marcus Marotto <marcusmarotto@gmai l.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024826 | | | | | Stock_Purchase_Agree ment_VA-FMP_2018- 12_30.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024827 | | | | | FMP_Secured_Promiss ory_Note_2018-12- 31.doc | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024828 | | | | | FMP_Security_Agreeme nt_2018-12-30.doc | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024829 | | | | | Tab_045_- _Schedule_3.19(b)(i)_- _Intellectual_Property. PDF | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024830 | | | | | Tab_046_-_Schedule_3.19(b)(ii)_-_Intellectual_Property.PDF | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024831 | | | | | VA_Content_+_Data_List.zip | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024832 | | | | | VA_LibraryData_02192015 VA_Home.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024833 | | | | | VA_LibraryData_02192015 Tours_In_Production.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024834 | | | | | VA_LibraryData_02192015 Tours.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024835 | | | | | VA_LibraryData_02192015 BIKE.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024836 | | | | | VA_LibraryData_02192015 Atoms_In_Production.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024837 | | | | | VA_LibraryData_02192015 All_Finished_Atoms.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024838 | | | | | VA_LibraryData_02192015 Broll.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024839 | | | | | VA_LibraryData_02192015 RUN.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024840 | | | | | VA_LibraryData_02192015 Atom_Metadata.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024841 | | | | | VA_LibraryData_02192015 HIKE.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024842 | 12/21/2018 2:52 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024843 | 12/21/2018 7:27 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024844 | 12/21/2018 7:03 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024845 | 12/18/2018 2:45 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA024846 | | | | | FMP_Secured_Promissory_Note_2018-12-17.doc | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024847 | | | | | FMP_Security_Agreement_2018-12-17.doc | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024848 | | | | | Stock_Purchase_Agreement_VA-FMP_2018-12_17.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024849 | | | | | RED_Note_12-17_v_12-05_JB.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024850 | | | | | RED_Sec_Agt_12-17_v_12-05_JB.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024851 | | | | | RED_SPA_12-17_v_12-05_JB.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA024852 | 12/18/2018 2:44 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024853 | 6/12/2018 1:30 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024854 | | | | | 2._RED_SPA_10-31_v_original_[jdb_redline_20181205].docx | Privacy Privileged; Trade Secret Privileged | | Corporate financial information. Re: Purchase Agreement Draft |
| VA024855 | | | | | 3._FMP_Secured_Promissory_Note_2018-10-31_[jdb_redline_20181205].doc | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: Promissory Note draft |
| VA024856 | | | | | 4._FMP_Security_Agreement_2018-10-31_[jdb_redline_20181205].doc | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: Security Agreement |
| VA024857 | 6/12/2018 0:40 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication; Client response to attorney query. Re: Forward Motion |
| VA024858 | 4/12/2018 6:38 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024859 | 11/29/2018 2:52 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024860 | 2/28/2019 0:00 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA024861 | 11/28/2018 0:22 | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024862 | 11/28/2018 9:56 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024863 | 11/13/2018 3:02 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024864 | 11/13/2018 7:06 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024865 | 11/13/2018 6:56 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024866 | 11/13/2018 6:32 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024867 | 11/13/2018 5:16 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024868 | 11/13/2018 1:09 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024869 | 11/13/2018 0:10 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA024870 | 6/11/2018 20:02 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024871 | 2/27/2019 1:55 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | extension for tax return for VA | Privacy Privileged | | Confidential financial information re: VA corporate |
| VA024872 | 6/11/2018 5:36 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication; VA attorney response to client. Re: Forward Motion |
| VA024873 | 6/11/2018 5:28 | Chris Galipo <chrisgalipo@gmail.com> | brandstetterlaw@gmail.com | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication; Client response to attorney query. Re: Forward Motion |
| VA024874 | 2/11/2018 17:41 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024875 | 1/11/2018 21:43 | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Internal client email forwarding attorney advice/counsel Re: Contract Promissoy Note |
| VA024876 | | | | | 2._RED_SPA_10-31_v_original_Marcus.docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email Re: Purchase Agreement Draft |
| VA024877 | | | | | 3._FMP_Secured_Promissory_Note_2018-10-31_Marcus.doc | Attorney-Client Privileged; Privacy Privileged | | Corporate financial information Re: Promissory Note draft |
| VA024878 | 10/31/2018 5:42 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024879 | 2/27/2019 8:00 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Virtual Active - ancillary documents | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024881 | 2/27/2019 0:47 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Virtual Active - ancillary documents | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024882 | | | | | Incumbency_Certificate_20190226_[FMP].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A discussions with a company other than Life Fitness and/or |
| VA024884 | 2/27/2019 0:08 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Virtual Active - ancillary documents | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024885 | | | | | Nextpulse-FMP_Assignment_of_Contracts_2019-02-22_[jdb_redline_20190226].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024896 | 2/26/2019 9:16 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Virtual Active - ancillary documents | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024897 | 1/3/2019 0:57 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Cindy Marshall <cynthia.marshall@ubs.com>, Jordan Hayes <jordan.hayes@ubs.com> | Re: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024898 | 1/3/2019 0:15 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Cindy Marshall <cynthia.marshall@ubs.com>, Jordan Hayes <jordan.hayes@ubs.com> | Re: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024899 | 2/28/2019 6:05 | Tom Proulx <tomp@netpulse.com> | Cindy Marshall <cynthia.marshall@ubs.com> | c galipo <chrisgalipo@gmail.com>, Jordan Hayes <jordan.hayes@ubs.com> | Re: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024900 | 2/28/2019 5:58 | <cynthia.marshall@ubs.com> | <tomp@netpulse.com> | <jordan.hayes@ubs.com> | RE: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024902 | 2/27/2019 5:09 | <cynthia.marshall@ubs.com> | <tomp@netpulse.com> | <jordan.hayes@ubs.com> | RE: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024904 | 2/26/2019 2:57 | <cynthia.marshall@ubs.com> | <tomp@netpulse.com> | <jordan.hayes@ubs.com> | RE: Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024912 | 2/26/2019 1:25 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Cindy Marshall <cynthia.marshall@ubs.com>, Jordan Hayes <jordan.hayes@ubs.com> | Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024913 | 2/26/2019 8:33 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Cindy Marshall <cynthia.marshall@ubs.com>, Jordan Hayes <jordan.hayes@ubs.com> | Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024914 | 2/23/2019 0:36 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Cindy Marshall <cynthia.marshall@ubs.com>, Jordan Hayes <jordan.hayes@ubs.com> | Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024915 | 2/22/2019 9:41 | Chris Galipo <chrisgalipo@gmail.co m> | Cindy Marshall <cynthia.marshall@ubs .com> | Jordan Hayes <jordan.hayes@ubs.co m>, Tom Proulx <tomp@netpulse.com> | Re: Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024916 | 2/22/2019 9:36 | <cynthia.marshall@ubs .com> | <chrisgalipo@gmail.co m> | <jordan.hayes@ubs.co m>, | RE: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024918 | 2/22/2019 9:31 | Chris Galipo <chrisgalipo@gmail.co m> | Cindy Marshall <cynthia.marshall@ubs .com> | Jordan Hayes <jordan.hayes@ubs.co m>, Tom Proulx <tomp@netpulse.com> | Re: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA024919 | 2/22/2019 8:14 | <cynthia.marshall@ubs .com> | <chrisgalipo@gmail.co m> | <jordan.hayes@ubs.co m> | RE: Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024921 | 2/22/2019 7:05 | Chris Galipo <chrisgalipo@gmail.co | cynthia.marshall@ubs. com | jordan.hayes@ubs.com , tomp@netpulse.com | Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024922 | 2/21/2019 7:20 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024923 | 2/21/2019 5:43 | <cynthia.marshall@ubs .com> | <chrisgalipo@gmail.co m>, | <jordan.hayes@ubs.co m> | Forward Motion Pictures | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024931 | 1/17/2019 8:53 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024932 | 1/17/2019 7:33 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024933 | 1/14/2019 8:59 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024934 | 10/1/2019 20:46 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024935 | 10/1/2019 20:45 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024936 | 10/1/2019 20:33 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024937 | 9/1/2019 21:39 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024938 | 12/31/2018 9:44 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024939 | 12/31/2018 8:05 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024940 | 12/31/2018 8:01 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024946 | 12/31/2018 2:26 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024947 | 12/30/2018 2:45 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024948 | 12/28/2018 2:05 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024949 | 12/28/2018 1:59 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024950 | 12/28/2018 1:34 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024951 | 12/28/2018 8:20 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024952 | 12/27/2018 1:00 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024953 | 12/27/2018 0:41 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024954 | 12/27/2018 0:35 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024955 | 12/27/2018 9:20 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | update on sale? | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA024961 | 3/22/2019 9:53 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024962 | 3/22/2019 9:52 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024963 | 3/22/2019 9:46 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024964 | 3/22/2019 9:33 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024965 | 3/22/2019 9:26 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024966 | 3/22/2019 9:19 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024967 | 3/22/2019 9:03 | Chris Galipo <chrisgalipo@gmail.co | Chris Galipo <chris@vafitness.com> | | Fwd: QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024968 | | | | | May_2018_VA_G&A_all ocation.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024969 | | | | | 2017_Netpulse_Allocati on.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024970 | | | | | 2016_Allocate_Netpuls e_G&A_(1)_(1).xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024971 | 7/3/2019 21:04 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | QB File | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024972 | | | | | May_2018_VA_G&A_all ocation.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024973 | | | | | 2017_Netpulse_Allocati on.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA024974 | | | | | 2016_Allocate_Netpuls e_G&A_(1)_(1).xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025034 | 2/20/2019 1:29 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential communication regarding VA M&A terms/confidential corporate |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025035 | | | | | RED_SPA_02-12_v_02-08_[jdb_redline_20190 219b].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025036 | | | | | FMP_Secured_Prom_Note_[jdb_redline_20190 219].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to communication communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025037 | 8/2/2019 18:00 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Privacy Privileged; Trade Secret Privileged | | Confidential communication regarding VA M&A terms/confidential corporate |
| VA025038 | | | | | RED_SPA_01-16_v_01-12_JB_[jdb_redline_201 90207bc].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to confidential communication, above; draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025039 | | | | | RED_Sec_Agt_01-16_v_01-12_JB_[jdb_redline_201 90207bc].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to confidential communication, above; draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025040 | | | | | FMP_Secured_Prom_Note_[jdb_redline_20190 207b].docx | Privacy Privileged; Trade Secret Privileged | | Attachment to confidential communication, above; draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025041 | 8/2/2019 17:30 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025042 | 7/2/2019 21:48 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025043 | | | | | RED_SPA_01-16_v_01-12_JB_[jdb_redline_201 90207bc].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025044 | | | | | RED_Sec_Agt_01-16_v_01-12_JB_[jdb_redline_20190207b].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025045 | | | | | FMP_Secured_Prom_Note_[jdb_redline_20190207b].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025046 | 7/2/2019 21:15 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025047 | 7/2/2019 21:07 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025048 | | | | | RED_SPA_01-16_v_01-12_JB_[jdb_redline_20190207b].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025049 | | | | | FMP_Secured_Prom_Note_[jdb_redline_20190207].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025050 | 7/2/2019 19:50 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025054 | 7/2/2019 19:43 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025055 | | | | | RED_SPA_01-16_v_01-12_JB_[jdb_redline_201 90207].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025056 | 7/2/2019 18:40 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Marcus Marotto <marcusmarotto@gmai l.com>, Ruben Grijalva <ruben.grijalva@gmail. com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025057 | 7/2/2019 18:10 | Ruben Grijalva <ruben.grijalva@gmail. com> | Chris Galipo <chrisgalipo@gmail.co m> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025058 | 7/2/2019 17:41 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Marcus Marotto <marcusmarotto@gmai l.com>, Ruben Grijalva <ruben.grijalva@gmail. com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025059 | 7/2/2019 6:15 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Chris Galipo <chrisgalipo@gmail.co m> | Marcus Marotto <marcusmarotto@gmai l.com>, Ruben Grijalva <ruben.grijalva@gmail. com> | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A activities |
| VA025060 | | | | | RED_SPA_01-16_v_01-12_JB_[jdb_redline_201 90206].docx | Attorney-Client Privileged; Privacy Privileged | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential M&A discussions with a company other than Life |
| VA025061 | 6/2/2019 16:45 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025062 | 6/2/2019 11:15 | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | Chris Galipo <chrisgalipo@gmail.co m> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025063 | 5/2/2019 17:25 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025064 | 1/31/2019 2:15 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025065 | 1/31/2019 2:11 | Chris Galipo <chrisgalipo@gmail.co m> | Jeffrey Brandstetter <brandstetterlaw@gma il.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025069 | 1/31/2019 2:06 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025070 | 1/31/2019 1:20 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025071 | 1/31/2019 0:59 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025072 | 1/31/2019 0:07 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025073 | 1/30/2019 0:20 | Chris Galipo <chrisgalipo@gmail.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025074 | 1/30/2019 0:00 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Fwd: Nextpulse - Sale of VA stock to Forward Motion | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA M&A |
| VA025089 | 1/3/2019 19:59 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Jeff Suto <Jeff@jsuto.com>, Chris Galipo <chrisgalipo@gmail.co | Re: Virtual Active - Stock Purchase and Sale - Final Executed Copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA025090 | 1/3/2019 19:57 | Tom Proulx <tomp@netpulse.com> | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chrisgalipo@gmail.com>, "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gma | Re: Virtual Active - Stock Purchase and Sale - Final Executed Copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA025091 | 2/28/2019 2:47 | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com>, Chris Galipo <chrisgalipo@gmail.com>, "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gma | | Virtual Active - Stock Purchase and Sale - Final Executed Copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA025092 | | | | | 1._Stock_Purchase_Agreement_VA-FMP_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025093 | | | | | 2._FMP_Secured_Promissory_Note_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025094 | | | | | 3._FMP_Security_Agreement_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025095 | | | | | 4._Nextpulse-FMP_Assignment_of_Contracts_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025096 | | | | | 5._Nextpulse_Affidavit_for_Lost_Stock_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025097 | | | | | 6._NP-VA_Incumbency_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025098 | | | | | 7._FMP_Incumbency_Certificate_2019-02-28_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025099 | | | | | 8._UBS_ACA_2019-02-25_exec.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or |
| VA025106 | 2/27/2019 5:26 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: DACA | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA025107 | 2/27/2019 5:21 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: DACA | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA025108 | 3/18/2019 6:06 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Maya Nakamura <mayanaka82@yahoo.com> | Re: BofA card | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounts |
| VA025109 | 12/3/2019 22:00 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Maya Nakamura <mayanaka82@yahoo.com> | Re: BofA card | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounting and taxes |
| VA025110 | 12/3/2019 21:54 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Maya Nakamura <mayanaka82@yahoo.com> | Re: BofA card | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounting and taxes |
| VA025111 | 12/3/2019 21:28 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | Maya Nakamura <mayanaka82@yahoo.com> | BofA card | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate accounting and taxes |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025145 | 2/28/2019 8:19 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Fwd: VA - Shareholder and Board Consents | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attorney-client communication seeking, and conveying, updates and advice on VA |
| VA025146 | | | | | VA_Shareholder_Consent_2019-02-26_(directors)_exec.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to attorney-client communication, above; cofidential corporate document reflecting updates and advice on VA corporate structure and |
| VA025147 | | | | | VA_Board_Consent_2019-02-27_(officers)_exec.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to attorney-client communication, above; cofidential corporate document reflecting updates and advice on VA corporate structure and |
| VA025148 | | | | | VA_Board_Consent_2019-02-28_(VA_Stock_Sale)_exec.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to attorney-client communication, above; cofidential corporate document reflecting updates and advice on VA corporate structure and |
| VA025301 | 10/9/2018 21:49 | "SignNow" <mail@signnow.com> | chrisgalipo@gmail.com | | VA_Acq_purchase2_TermSheet_Shared Has Been Completed | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A activities |
| VA025302 | | | | | VA_Acq_purchase2_TermSheet_Shared.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA M&A |
| VA025303 | 10/9/2018 21:20 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or |
| VA025304 | 2/27/2018 2:27 | Chris Galipo <chrisgalipo@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025305 | 2/27/2018 2:15 | Marcus Marotto <marcusmarotto@gmail.com> | John Ford <jford@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025306 | 2/27/2018 2:06 | John Ford <jford@netpulse.com> | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025307 | 2/27/2018 2:05 | John Ford <jford@netpulse.com> | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025308 | 2/26/2018 3:47 | Marcus Marotto <marcusmarotto@gmail.com> | John Ford <jford@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025309 | 2/26/2018 3:38 | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025310 | 2/26/2018 2:44 | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025311 | 8/2/2018 11:20 | John Ford <jford@netpulse.com> | Marcus Marotto <marcusmarotto@gmail.com> | Thomas A Proulx <tomp@netpulse.com>, Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025312 | 7/2/2018 17:44 | Marcus Marotto <marcusmarotto@gmail.com> | Thomas A Proulx <tomp@netpulse.com>, John Ford <jford@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com>, Ruben Grijalva <ruben.grijalva@gmail.com> | Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |
| VA025313 | 10/31/2018 2:11 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025314 | 10/9/2018 21:10 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or |
| VA025315 | 10/31/2018 1:13 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025316 | 10/26/2018 3:48 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025317 | 10/26/2018 7:26 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025318 | 10/14/2018 6:01 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025319 | 10/14/2018 5:26 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025320 | 10/14/2018 0:13 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025321 | 10/14/2018 0:03 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025322 | 12/10/2018 1:30 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025323 | | | | | Stock_Purchase_&_Sale_Agr_Virtual_Active_Acquisition_20181010.d | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025324 | 10/10/2018 2:25 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025325 | 9/10/2018 23:53 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025327 | 10/9/2018 20:59 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or |
| VA025328 | 9/10/2018 23:31 | Chris Galipo <chrisgalipo@gmail.co | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025329 | | | | | Tab_013_-_Schedule_3.5(a)(i)_-_Capitalization.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025330 | 9/10/2018 19:30 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025331 | 9/10/2018 19:17 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate |
| VA025332 | | | | | Merger_docs.zip | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025334 | | | | | Tab 010 - Schedule 3.1 - Organization, Existence and Good Standing.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025336 | | | | | Tab 056 - Schedule 3.21(h) - Employee Benefits | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025337 | | | | | Tab 042 - Schedule 3.14 - Permits.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025338 | | | | | Tab 027 - Schedule 3.12(e) - Conductof Business (Employee Compensation).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025339 | | | | | Tab 054 - Schedule 3.20 - IT Systems.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025340 | | | | | Tab 018 - Schedule 3.9 - Title and Condition of Assets.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025341 | | | | | Tab 060 - Schedule 6.3(m) - Employee Benefits or Compensation Not Requiring Parent | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025342 | | | | | Tab 023 - Schedule 3.11(g) - Taxes (382 Compliance).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025343 | | | | | Tab 061 - Schedule 8.2(d)(i) - Notes to be Converted into Company Shares.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025344 | | | | | Index.pdf | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025345 | | | | | Tab 031 - Schedule 3.13(a)(ii) - Material Contracts (Employee Compensation).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025346 | | | | | Tab 080 - Written Consent of Stockholders.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025347 | | | | | Tab 098 - Third Party Notices.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025348 | | | | | Tab 104 - Virtual Active Merger Sub, Inc. Closing Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025349 | | | | | Tab 040 - Schedule 3.13(k) - Material Contracts (Assets).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025350 | | | | | Tab 078 - Resignation Letter - Lance For - November 7, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025351 | | | | | Tab 046 - Schedule 3.19(b)(ii) - Intellectual Property.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025352 | | | | | Tab 032 - Schedule 3.13(b) - Material Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025353 | | | | | Tab 008 - Company Disclosure Letter.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025354 | | | | | Tab 077 - Resignation Letter - John A. Ford - November 7, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025355 | | | | | Tab 084 - Promissory Note issued by Virtual Active to Timothy C. | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025356 | | | | | Tab 024 - Schedule 3.12(a) - Conduct of Business (Capital | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025357 | | | | | Tab 019 - Schedule 3.10 - Insurance (Policies).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025358 | | | | | Tab 043 - Schedule 3.16(a) - Litigation, Claims and Awards | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025360 | | | | | Tab 079 - Parachute Payment Waiver by John H. Ford - November 3, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025361 | | | | | Tab 015 - Schedule 3.5(b)(i) and (ii) - Capitalization (Preemptive Rights)(Voting | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025362 | | | | | Tab 071 - Action by Unanimous Written Consent of the BOD of Virtual Active, Inc..PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025363 | | | | | Tab 081 - Notice to Option Holders Treatment of Options in Connection with | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025364 | | | | | Tab 021 - Schedule 3.11(c) - Taxes (Withholding).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025365 | | | | | Tab 014 - Schedule 3.4(a)(ii) - Capitalization | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025366 | | | | | Tab 050 - Schedule 3.19(h) - Intellectual Property | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025367 | | | | | Tab 103 - Netpulse, Inc. Closing Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025368 | | | | | Tab 025 - Schedule 3.12(b) - Conduct of Business (Assets).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025369 | | | | | Tab 055 - Schedule 3.21(a) - Employee Benefits (Benefit | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---------|-----------|------|----|----|------------------|-----------|-----------|---------------|
| VA025370 | | | | | Tab 053 - Schedule 3.19(k) - Intellectual Property (Company Ownership).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025371 | | | | | Tab 085 - Amended and Restated Articles of Incorporation - November 7, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025372 | | | | | Tab 102 - Virtual Active Merger Sub, Inc. Secretary's Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025373 | | | | | Tab 005 - Exhibit E - Release.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025374 | | | | | Tab 002 - Exhibit A - Defined Terms.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025375 | | | | | Tab 057 - Schedule 3.22(d) - Employee Benefits | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025376 | | | | | Tab 086 - Reorganization Information | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025377 | | | | | Tab 097 - Amended Agreements.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025378 | | | | | Tab 033 - Schedule 3.13(c) - Material Contracts (Leases).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025379 | | | | | Tab 003 - Exhibit C Form of Letter of Transmittal.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025380 | | | | | Tab 051 - Schedule 3.19(i) - Intellectual Property | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025381 | | | | | Tab 095 - Waiver Agreement.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025382 | | | | | Tab 016 - Schedule 3.7 - Financial Statement.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025383 | | | | | Tab 069 - Bylaws of Virtual Active Merger Sub, Inc..PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025384 | | | | | Tab 004 - Exhibit D - Legal Opinion of the Company.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025385 | | | | | Tab 073 - Offer Letter by and between John H. Ford and Netpulse.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025386 | | | | | Tab 059 - Schedule 6.2 - Material Consents.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025387 | | | | | Tab 037 - Schedule 3.13(h) - Material Contracts (Restrictive Contracts).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025388 | | | | | Tab 029 - Schedule 3.13 - Material Contracts.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025389 | | | | | Tab 099- Notice Requires Under Treasury Regulations Section 1.897-2(h)(2), by Virtual Active, | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025390 | | | | | Tab 088 - Shareholder Written Consent for Approval of Reorganization and Other Matters.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025391 | | | | | Tab 090 - Payoff Letters Greenberg Traurig LLP and WSG&R LLP.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025393 | | | | | Tab 030 - Schedule 3.13(a)(i) - Material Contracts (Employees).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025394 | | | | | Tab 045 - Schedule 3.19(b)(i) - Intellectual Property.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025395 | | | | | Tab 011 - Schedule 3.4(a) - Consents.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025397 | | | | | Tab 020 - Schedule 3.11(a) - Taxes and 3.11(b) (Contested | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025398 | | | | | Tab 067 - Action by Sole Incorporator of Virtual Active Merger Sub - SEptember 20, | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025399 | | | | | Tab 035 - Schedule 3.13(e) - Material Contracts (Favored | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025400 | | | | | Tab 034 - Schedule 3.13(d) - Material Contracts (Customer | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025401 | | | | | Tab 009 - Sehcdules 2.9(b)(xii) - Reorganization.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025402 | | | | | Tab 083 - Note Exchange Agreement between Virtual Active and Timothy C. Warnock - November 7, | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025403 | | | | | Tab 064 - Schedule 9.2(r) - Retention Bonuses.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025404 | | | | | Tab 065 - Schedule 9.2(a((ix) - Certain Specific | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025405 | | | | | Tab 100 - Representation Letter of Notice Requires Under Treasury Regulations Section | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025406 | | | | | Tab 106 - Virtual Active, Inc. Secretary's Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025407 | | | | | Tab 039 - Schedule 3.13(j) - Material Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025408 | | | | | Tab 036 - Schedule 3.13(f) - Material Contracts (Non-terminable | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025409 | | | | | Tab 072 - Action by Unanimous Written Consent of the BOD of Netpulse, Inc..PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025411 | | | | | Tab 026 - Schedule 3.12(d) - Conduct of Business (Capital Expenditures).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025412 | | | | | Tab 049 - Schedule 3.19(g) - Intellectual Property | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025413 | | | | | Tab 013 - Schedule 3.5(a)(i) - Capitalization.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025414 | | | | | Tab 063 - Schedule 8.2(l) - Employees.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025415 | | | | | Tab 066 - Amendment No. 1 to Agreement and Plan of Merger.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025416 | | | | | Tab 022 - Schedule 3.11(d) - Taxes (280G Compliance).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025417 | | | | | Tab 075 - John A. Ford At-Will Employment, CIIA and Arbitration Agreement - January | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025418 | | | | | Tab 007 - Exhibit G - Specified Liabilities.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025419 | | | | | Tab 028 - Schedule 3.12(f) - Conduct of Business | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025421 | | | | | Tab 082 - Exchange Agreement - November 9, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025422 | | | | | Tab 076 - Resignation Letter - John H. Ford - November 7, 2011.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025423 | | | | | Tab 074 - John H. Ford At-Will Employment, CIIA and Arbitration Agreement - April 1, | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025425 | | | | | Tab 107 - Stockholder Representative's Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025426 | | | | | Tab 047 - Schedule 3.19(c) - Intellectual Property | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025427 | | | | | Tab 070 - Action by Unanimous Written Consent of the BOD of Virtual Activer Merger Sub, Inc..PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025428 | | | | | Tab 012 - Schedule 3.4(b) - Non-contravention.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---------|-----------|------|-----|-----|------------------|-----------|-----------|---------------|
| VA025429 | | | | | Tab 048 - Schedule 3.19(e) - Intellectual Property | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025430 | | | | | Tab 001 - Agreement and Plan of Merger.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025431 | | | | | Tab 041 - Schedule 3.13(n) - Material Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025432 | | | | | Tab 062 - Schedule 8.2(d)(ii) - Noes Subject to Renegotiation of the Terms Thereof.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025433 | | | | | Tab 038 - Schedule 3.13(i) - Material Contracts (Restrictive Contracts).PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025434 | | | | | Tab 052 - Schedule 3.19(j) - Intellectual Property (Open | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025435 | | | | | Tab 006 - Exhibit F - Noncompetition Agreement.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025436 | | | | | Tab 087 - Action by Unanimous Written Conset of the BOD of Virtual Active.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025437 | | | | | Tab 044 - Schedule 3.17 - Real Property.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025438 | | | | | Tab 058 - Schedule 3.22(d) - Employee Benefits (Employee | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025439 | | | | | Tab 101 - Netpulse, Inc. Secretary's Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025440 | | | | | Tab 017 - Schedule 3.8 - Indebtedness.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025441 | | | | | Tab 105 - Virtual Active, Inc. Closing Certificate.PDF | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |
| VA025442 | | | | | Tab 089 - Netpulse, Inc. 409A Valuation, as of September 30, | Privacy Privileged; Trade Secret Privileged | | Confidential merger information re: corporate structure, operation, assets and liabilities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025443 | 9/10/2018 18:36 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025444 | 9/10/2018 16:49 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025445 | 8/10/2018 23:12 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025446 | 8/10/2018 22:57 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025447 | 8/10/2018 22:47 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025448 | 6/10/2018 18:46 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025449 | 5/10/2018 23:05 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025450 | | | | | Tab_001_-_Agreement_and_Plan_of_Merger.PDF | Privacy Privileged; Trade Secret Privileged | | Corporate financial information Re: Merger Agreement |
| VA025451 | 10/9/2018 2:12 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or Brunswick |
| VA025452 | 5/10/2018 22:33 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025453 | 5/10/2018 19:10 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025454 | | | | | 06._Project_Odeon_-_Operating_Agreement_(Executed).pdf | Privacy Privileged; Trade Secret Privileged | | Amended and Restated LLC agreement |
| VA025455 | 5/10/2018 18:58 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025456 | 5/10/2018 18:53 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025457 | 5/10/2018 17:37 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025458 | 5/10/2018 14:34 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025459 | 3/10/2018 20:06 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025460 | 3/10/2018 19:39 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025461 | 3/10/2018 18:41 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025462 | 9/28/2018 1:06 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025463 | 9/9/2018 22:30 | Ruben Grijalva <ruben.grijalva@gmail.com> | Marcus Marotto <marcusmarotto@gmail.com> | c galipo <chrisgalipo@gmail.com> | Re: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or Brunswick |
| VA025464 | 9/27/2018 0:09 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025465 | 9/27/2018 0:25 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025466 | 9/26/2018 3:48 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025467 | 9/26/2018 3:15 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025468 | 9/18/2018 8:34 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025469 | 9/18/2018 8:19 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025470 | 9/18/2018 8:10 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025471 | 9/13/2018 8:23 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025472 | 12/9/2018 17:07 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---------|-----------|------|-----|-----|------------------|-----------|-----------|---------------|
| VA025473 | 12/9/2018 8:50 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025474 | 9/9/2018 14:44 | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or Brunswick |
| VA025475 | 11/9/2018 22:38 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025476 | 11/9/2018 20:38 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025477 | 11/9/2018 20:37 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025478 | 11/9/2018 20:23 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025479 | 11/9/2018 12:34 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025480 | 7/9/2018 0:27 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025481 | 1/9/2018 17:19 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025482 | 1/9/2018 16:10 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025483 | 8/30/2018 2:07 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025484 | 8/30/2018 2:02 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025485 | 9/9/2018 14:37 | Chris Galipo <chrisgalipo@gmail.co m> | Marcus Marotto <marcusmarotto@gmai l.com>, ruben.grijalva@gmail.c om | | Fwd: Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or Brunswick |
| VA025486 | 8/30/2018 2:01 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co m> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025487 | 8/30/2018 1:55 | Chris Galipo <chrisgalipo@gmail.co m> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025488 | 8/30/2018 1:44 | Chris Galipo <chrisgalipo@gmail.co m> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025489 | 8/30/2018 1:41 | Chris Galipo <chrisgalipo@gmail.co m> | Ruben Grijalva <ruben.grijalva@gmail. com>, Marcus Marotto <marcusmarotto@gmai l.com> | | Fwd: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting - Equity split terms |
| VA025490 | 8/30/2018 7:17 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co m> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025491 | 8/28/2018 1:38 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co m> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025492 | 8/28/2018 1:28 | Chris Galipo <chrisgalipo@gmail.co m> | Tom Proulx <tomp@netpulse.com> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025493 | 8/27/2018 0:49 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.co m> | | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025494 | 8/23/2018 6:12 | Chris Galipo <chrisgalipo@gmail.co m> | Marcus Marotto <marcusmarotto@gmai l.com> | Ruben Grijalva <ruben.grijalva@gmail. com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025495 | 8/23/2018 6:10 | Marcus Marotto <marcusmarotto@gmai l.com> | Chris Galipo <chrisgalipo@gmail.co m>, Ruben Grijalva <ruben.grijalva@gmail. com> | | Fwd: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information. Re: VA accounting - Equity split terms |
| VA025496 | 8/9/2018 18:01 | Tom Proulx <tomp@netpulse.com> | c galipo <chrisgalipo@gmail.co m> | | Les Mills | Privacy Privileged | | Confidential licensing discussions with a company other than Life Fitness and/or Brunswick |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025497 | 8/23/2018 5:48 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025498 | 8/22/2018 9:32 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025499 | 8/13/2018 9:59 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025500 | 8/13/2018 9:46 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | Re: VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025501 | 9/8/2018 22:06 | Chris Galipo <chrisgalipo@gmail.com> | Tom Proulx <tomp@netpulse.com> | Ruben Grijalva <ruben.grijalva@gmail.com>, Marcus Marotto <marcusmarotto@gmail.com> | VA Equity Split Terms | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025502 | | | | | VA_Nextpulse_Equity_01.xlsx | Privacy Privileged; Trade Secret Privileged | | Confidential financial information re: VA corporate structure |
| VA025503 | 2/27/2018 2:35 | Marcus Marotto <marcusmarotto@gmail.com> | Chris Galipo <chrisgalipo@gmail.com> | Ruben Grijalva <ruben.grijalva@gmail.com> | Re: Virtual Active Acquisition - Existing Contracts | Privacy Privileged; Trade Secret Privileged | | Confidential M&A information re: corporate structure, operation, assets and liabilities |

Exhibit 9

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024622 | 11/28/2020 0:11 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024623 | 11/27/2020 0:55 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024624 | 11/27/2020 0:22 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024625 | 11/27/2020 9:47 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024626 | 11/26/2020 0:11 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024627 | 11/26/2020 0:00 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024628 | 11/25/2020 9:06 | Chris Galipo <chris@vafitness.com> | Marcus <marcus@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024629 | 11/25/2020 4:04 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com>, Marcus Marotto <marcus@vafitness.com> | | Fwd: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA024630 | 11/25/2020 2:56 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com>, Chris Galipo | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024631 | 11/25/2020 0:11 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com>, "Tom Proulx (tomp@netpulse.com)" | Chris Galipo <chris@vafitness.com>, Marcus <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA024632 | | | | | Nextpulse_-_VA_Term_Sheet_-_Summary_of_Terms_2020-10- | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA024633 | | | | | Nextpulse_-_VA_Side_Letter_-_Summary_of_Terms__20201124b.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA024635 | 11/24/2020 3:33 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024636 | 11/24/2020 2:50 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com>, Marcus <marcus@vafitness.co | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA024637 | | | | | Nextpulse_-_VA_Term_Sheet_-_Summary_of_Terms_2020-10- | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA024638 | | | | | Nextpulse_-_VA_Side_Letter_-_Summary_of_Terms_20201124b.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA024639 | 11/24/2020 9:03 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024640 | 11/24/2020 9:00 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com>, Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA024641 | 11/24/2020 1:54 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com>, Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA024642 | 11/24/2020 0:05 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com>, Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA024643 | | | | | Side_Letter_Terms_20201123.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA024644 | | | | | Nextpulse_-_VA_Library_Summary_2020-10-27_[jdb_redline_20201 | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA024645 | 11/22/2020 9:29 | Chris Galipo <chris@vafitness.com> | Marcus <marcus@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024646 | 11/17/2020 7:32 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024647 | 11/17/2020 4:24 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024648 | 11/17/2020 4:06 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024671 | 11/30/2020 9:45 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com> | Chris Galipo <chris@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024672 | 11/30/2020 8:30 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024673 | 11/28/2020 7:11 | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA024674 | 11/28/2020 2:12 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025527 | 11/21/2020 7:08 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025528 | 11/19/2020 3:53 | Marcus <marcus@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025529 | 11/19/2020 0:07 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com>, Chris Galipo | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025530 | 11/17/2020 7:32 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025531 | 11/17/2020 4:24 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025532 | 11/17/2020 4:06 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025533 | 11/17/2020 3:57 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025534 | 11/16/2020 1:34 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025535 | 11/16/2020 0:59 | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | RE: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025536 | 12/11/2020 23:14 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025537 | | | | | Nextpulse_-_VA_Library_Summary_2020-10-27_[jdb_redline_20201 | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025538 | | | | | Side_Letter_Terms.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025540 | 12/11/2020 16:57 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025541 | 12/11/2020 1:04 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025542 | 11/11/2020 20:49 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025544 | 3/11/2020 19:11 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025547 | 10/27/2020 0:59 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025548 | 10/27/2020 9:12 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025549 | 10/27/2020 9:03 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025550 | 10/27/2020 8:57 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025551 | | | | | Nextpulse_-_VA_Library_Summary_2020-10-27.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025554 | 9/25/2020 1:05 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025555 | 9/25/2020 9:51 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025556 | 9/25/2020 4:21 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, "E. David Marks" | Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Contact info. for Jeff | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025557 | 9/22/2020 2:58 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | dmarks@gcalaw.com | tomp@netpulse.com, Chris Galipo <chris@vafitness.com> | CONFIDENTIAL AND PRIVILEGED COMMUNICATION / | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025578 | 11/30/2020 9:45 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com> | Chris Galipo <chris@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025579 | 11/30/2020 9:14 | Marcus <marcus@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025580 | 11/30/2020 8:30 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025581 | 11/28/2020 7:13 | Marcus <marcus@vafitness.com> | Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025582 | 11/28/2020 7:11 | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025583 | 11/28/2020 2:12 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025584 | 11/28/2020 0:11 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025585 | 11/27/2020 0:55 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025586 | 11/27/2020 0:22 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025588 | 11/27/2020 9:47 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025589 | 11/26/2020 0:11 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025590 | 11/26/2020 0:00 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025591 | 11/25/2020 9:06 | Chris Galipo <chris@vafitness.com> | Marcus <marcus@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025592 | 11/25/2020 7:35 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025593 | 11/25/2020 9:03 | Marcus <marcus@vafitness.com> | Chris Galipo <chris@vafitness.com> | | Fwd: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025594 | 11/25/2020 4:04 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com>, Marcus Marotto <marcus@vafitness.co | | Fwd: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025595 | 11/25/2020 2:56 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com>, Chris Galipo | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025596 | 11/25/2020 0:11 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com>, "Tom Proulx (tomp@netpulse.com)" | Chris Galipo <chris@vafitness.com>, Marcus <marcus@vafitness.co | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025597 | | | | | Nextpulse_-_VA_Term_Sheet_-_Summary_of_Terms_2020-10- | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025598 | | | | | Nextpulse_-_VA_Side_Letter_-_Summary_of_Terms_20201124b.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025599 | 11/24/2020 3:33 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025601 | 11/24/2020 2:50 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com>, Marcus <marcus@vafitness.co | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025602 | | | | | Nextpulse_-_VA_Term_Sheet_-_Summary_of_Terms_2020-10- | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025603 | | | | | Nextpulse_-_VA_Side_Letter_-_Summary_of_Terms_20201124b.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025604 | 11/24/2020 9:03 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025605 | 11/24/2020 9:00 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com>, Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025606 | 11/24/2020 8:52 | Marcus <marcus@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025607 | 11/24/2020 7:37 | Marcus <marcus@vafitness.com> | Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025608 | 11/24/2020 1:54 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com>, Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025609 | 11/24/2020 0:05 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com>, Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025610 | | | | | Side_Letter_Terms_202 01123.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025611 | | | | | Nextpulse_-_VA_Library_Summary_2020-10-27_[jdb_redline_20201 | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025612 | 11/23/2020 8:58 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Jeff Suto <jeff@jsuto.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025613 | 11/22/2020 1:01 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025614 | 11/22/2020 9:29 | Chris Galipo <chris@vafitness.com> | Marcus <marcus@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: VA - Nextpulse New Sub | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025615 | 12/16/2020 0:43 | Chris Galipo <chris@vafitness.com> | Jeff Suto <Jeff@jsuto.com> | "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gmail.com>, "Tom Proulx | Re: VA - Nextpulse New Sub terms | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of |
| VA025616 | 12/16/2020 0:40 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus <marcus@vafitness.com> | Fwd: VA - Nextpulse New Sub terms | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025617 | 12/31/2020 3:04 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Tom Proulx <tomp@netpulse.com>, "E. David Marks" <dmarks@gcalaw.com | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse - VA JDA | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025618 | 12/31/2020 2:23 | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | "E. David Marks" <dmarks@gcalaw.com>, Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse - VA JDA | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025619 | 12/31/2020 2:21 | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | "E. David Marks" <dmarks@gcalaw.com>, Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse - VA JDA | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025620 | | | | | Nextpulse_-_VA_Library_Summary_2020-12-30.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025621 | | | | | RED_Newsub_Summary_of_Terms_12-30_v_12-16.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025622 | 12/18/2020 1:50 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | "E. David Marks" <dmarks@gcalaw.com>, Jeff Suto <Jeff@jsuto.com>, | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse - VA JDA | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025623 | 12/18/2020 1:41 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, "E. David Marks" | Jeff Suto <Jeff@jsuto.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse - VA JDA | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025624 | | | | | Nextpulse_-_VA_-_FMP_JDA_2020-12-11_[clean_20201216c].pdf | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025625 | 12/17/2020 0:51 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025626 | | | | | Nextpulse_-_VA_Library_Summary_2020-12-10_[jdb_redline_20201 | Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025627 | 12/16/2020 3:40 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025628 | | | | | Nextpulse_-_VA_-_FMP_JDA_2020-12-11_[execution_copy_20201216c].pdf | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025629 | | | | | Nextpulse_-_VA_-_FMP_JDA_2020-12-11_[clean_20201216c].docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025630 | | | | | Nextpulse_-_VA_-_FMP_JDA_2020-12-11_[jdb_redline_20201216c].docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025631 | 12/16/2020 2:02 | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse - VA JDA | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice in M&A terms and litigation strategies related to common defense of |
| VA025632 | 12/16/2020 1:46 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025633 | 12/16/2020 1:44 | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse - VA JDA | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of |
| VA025634 | 12/16/2020 0:25 | Jeff Suto <Jeff@jsuto.com> | "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gmail.com>, Chris Galipo <chris@vafitness.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | RE: VA - Nextpulse New Sub terms | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of Life Fitness / Brunswick dispute |
| VA025635 | 12/16/2020 1:13 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025636 | 12/16/2020 0:29 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025637 | | | | | Nextpulse_-_VA_-_FMP_JDA_2020-12-11_[jdb_redline_20201216b].docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025638 | 5/25/2022 7:58 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025639 | 5/25/2022 7:47 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025640 | | | | | Vareci,_LLC_Operating_Agreement_2021-02-15.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025641 | | | | | RED_OA_JYS_02-15_v_JDB_02-12.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025642 | | | | | Vareci_Ancillary_Agreement_2021-02-15.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025643 | | | | | RED_Ancillary_JYS_02-15_v_JDB_02-12.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025644 | | | | | Vareci-VA_Copyright_Assignment_Agreement_2021-02-15.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025645 | | | | | Cert_of_Formation_Vareci_2021-02-12_file_copy.pdf | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025646 | 2/18/2021 8:55 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025647 | 2/18/2021 7:53 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Limin Zheng <lzheng@micleangleason.com> | Jeff Suto <Jeff@jsuto.com>, Tom Proulx | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025648 | 2/18/2021 7:34 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025649 | 2/18/2021 6:41 | Limin Zheng <lzheng@micleangleason.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com>, Tom Proulx | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025650 | 2/18/2021 4:45 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Limin Zheng <lzheng@micleangleason.com> | Jeff Suto <Jeff@jsuto.com>, Tom Proulx | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025651 | 2/17/2021 1:39 | Limin Zheng <lzheng@micleangleason.com> | Jeff Suto <Jeff@jsuto.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com>, Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse/VA - Newsub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025652 | 12/15/2020 1:49 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com>, Marcus <marcus@vafitness.co | | Fwd: VA - Nextpulse New Sub terms | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025653 | | | | | Nextpulse_-_VA_Library_Summary_2020-12-10.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025654 | | | | | VA_share.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025655 | 2/17/2021 1:36 | Jeff Suto <Jeff@jsuto.com> | Limin Zheng <lzheng@micleangleason.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com>, Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse/VA - Newsub Operating Agreement | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of |
| VA025656 | 2/17/2021 1:31 | Limin Zheng <lzheng@micleangleason.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com>, Jeff Suto | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025657 | 2/17/2021 1:29 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Limin Zheng <lzheng@micleangleason.com> | Tom Proulx <tomp@netpulse.com>, Jeff Suto | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025658 | 2/17/2021 1:15 | Limin Zheng <lzheng@micleangleason.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com>, Jeff Suto | Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse/VA - Newsub Operating Agreement | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of |
| VA025659 | 2/17/2021 9:23 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com>, Jeff Suto <Jeff@jsuto.com>, "Limin Zheng (lzheng@micleangleason.com)" <lzheng@micleangleas | Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse/VA - Newsub Operating Agreement and Ancillary Agreement | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A deal |
| VA025660 | 2/17/2021 7:40 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025661 | 2/17/2021 7:36 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcus@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025662 | 2/17/2021 3:10 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025663 | 2/17/2021 3:09 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025664 | 2/17/2021 3:04 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025665 | 11/12/2020 8:06 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com>, Jeff Suto | Chris Galipo <chris@vafitness.com> | Re: VA - Nextpulse New Sub terms | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025666 | 2/17/2021 2:23 | Limin Zheng <lzheng@micleangleason.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Jeff Suto | Chris Galipo <chris@vafitness.com>, Tom Proulx | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025668 | 2/17/2021 1:20 | Jeff Suto <Jeff@jsuto.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com>, "Limin Zheng (lzheng@micleangleason.com)" | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse/VA - Newsub Operating Agreement | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of |
| VA025669 | 2/17/2021 1:19 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com>, Chris Galipo <chris@vafitness.com>, "Limin Zheng | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse/VA - Newsub Operating Agreement | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of |
| VA025670 | 2/17/2021 0:55 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com>, Marcus <marcus@vafitness.co | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse/VA - Newsub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025671 | 2/17/2021 0:53 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025672 | 2/17/2021 0:44 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | Marcus <marcus@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025673 | 2/16/2021 3:57 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus <marcus@vafitness.co m> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025674 | 2/16/2021 3:29 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Chris Galipo <chris@vafitness.com>, Tom Proulx <tomp@netpulse.com>, "Limin Zheng | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse/VA - Newsub Operating Agreement | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of |
| VA025675 | | | | | RED_OA_JYS_02-15_v_JDB_02-12_[jdb_redline_20210 216].docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025676 | 2/16/2021 2:44 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com>, Marcus <marcus@vafitness.co | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse/VA - Newsub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025677 | | | | | Vareci,_LLC_Operating_Agreement_2021-02-15.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025678 | | | | | RED_OA_JYS_02-15_v_JDB_02-12.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025679 | | | | | Vareci_Ancillary_Agreement_2021-02-15.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025680 | | | | | RED_Ancillary_JYS_02-15_v_JDB_02-12.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025681 | | | | | Vareci-VA_Copyright_Assignment_Agreement_2021-02-15.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025682 | | | | | Cert_of_Formation_Vareci_2021-02-12_file_copy.pdf | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025683 | 2/16/2021 0:43 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Jeff Suto <Jeff@jsuto.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse/VA - Newsub | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025684 | 11/12/2020 8:02 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Jeff Suto <Jeff@jsuto.com>, Chris Galipo | Re: VA - Nextpulse New Sub terms | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025685 | 11/12/2020 7:40 | Tom Proulx <tomp@netpulse.com> | Jeff Suto <Jeff@jsuto.com> | "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gmail.com> | Re: VA - Nextpulse New Sub terms | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025686 | 11/12/2020 7:13 | Jeff Suto <Jeff@jsuto.com> | "Jeffrey Brandstetter (brandstetterlaw@gmail.com)" <brandstetterlaw@gmail.com>, Chris Galipo <chris@vafitness.com> | "Tom Proulx (tomp@netpulse.com)" <tomp@netpulse.com> | VA - Nextpulse New Sub terms | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies related to common defense of Life Fitness / Brunswick dispute |
| VA025687 | | | | | Nextpulse_-_VA_Library_Summary_2020-12-10.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---------|-----------|------|-----|-----|------------------|-----------|-----------|---------------|
| VA025688 | | | | | VA_share.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting |
| VA025689 | 12/31/2020 6:02 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Jeff Suto <Jeff@jsuto.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on M&A |
| VA025690 | 12/31/2020 5:14 | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com>, "E. David Marks" <dmarks@gcalaw.com | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Nextpulse - VA JDA | Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on M&A terms and litigation strategies |
| VA025848 | 11/18/2022 6:44 | Kathryn Curry <kcurry@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and |
| VA025872 | 6/17/2022 6:54 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025876 | 6/17/2022 4:34 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025880 | 6/17/2022 3:45 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025881 | 6/17/2022 2:47 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025882 | 12/6/2022 20:33 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025883 | 11/6/2022 16:08 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025884 | 11/6/2022 10:24 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025885 | 11/6/2022 0:21 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025886 | 10/6/2022 8:49 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025887 | 10/6/2022 1:11 | Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025903 | 10/6/2022 0:59 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025904 | | | | | Copyright_Info_for_39_Videos.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA025905 | 10/6/2022 0:41 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025906 | | | | | Copyright_Info_for_39_Videos.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025907 | 10/6/2022 0:35 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025908 | 10/6/2022 0:27 | Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025909 | 10/6/2022 0:20 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025910 | | | | | Copyright_Info_for_39_Videos.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA025911 | 9/6/2022 23:55 | Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025912 | | | | | VA_Copyright_Registration_Info_update_2022.06.09.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA025913 | 9/6/2022 20:55 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com>, Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025914 | 9/6/2022 20:40 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com>, Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025915 | 9/6/2022 20:38 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025916 | 9/6/2022 20:22 | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025917 | | | | | Details_for_39_Videos.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA025918 | 9/6/2022 22:16 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025919 | | | | | Copyright_Assignment_Agr_20220609.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA025920 | 9/6/2022 19:58 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | RE: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025921 | | | | | Details_for_39_Videos.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA025922 | 8/6/2022 22:47 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | RE: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025923 | | | | | Details_for_39_Videos.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA025924 | 8/6/2022 16:18 | Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025925 | | | | | VA_Copyright_Registration_Info.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA025926 | 7/6/2022 23:42 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | RE: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025927 | 7/6/2022 23:40 | Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025928 | 7/6/2022 22:51 | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025929 | 7/6/2022 22:49 | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025930 | 7/6/2022 21:27 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Copyright Registration | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025931 | 6/6/2022 18:10 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025932 | 6/6/2022 17:46 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025936 | 6/6/2022 17:20 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025937 | 3/6/2022 22:11 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025938 | 3/6/2022 21:44 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025939 | 3/6/2022 3:07 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025940 | 3/6/2022 2:39 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025941 | 3/6/2022 2:30 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common |
| VA025942 | 3/6/2022 0:55 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025943 | 3/6/2022 0:44 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025944 | 2/6/2022 23:50 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common |
| VA025945 | 2/6/2022 16:41 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025946 | 9/6/2022 1:23 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025947 | 2/6/2022 0:53 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025948 | 2/6/2022 0:47 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025949 | 1/6/2022 22:59 | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com>, Ruben Grijalva <ruben@vafitness.com | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common |
| VA025950 | 1/6/2022 22:50 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025951 | 1/6/2022 22:47 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com>, "E. David Marks" <dmarks@gcalaw.com>, Kathryn Curry | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025952 | 1/6/2022 22:30 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA025953 | 1/6/2022 22:14 | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com>, Ruben Grijalva <ruben@vafitness.com | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common |
| VA025954 | 1/6/2022 22:10 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common |
| VA025955 | 1/6/2022 19:24 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, "E. David Marks" <dmarks@gcalaw.com>, Kim Donovan <kdonovan@gcalaw.com>, Chris Galipo | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling agreement vs. lawsuit | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A deal |
| VA025956 | 1/6/2022 19:24 | Chris Galipo <chris@vafitness.com> | Ruben Grijalva <ruben@vafitness.com>, Marcus Marotto <marcus@vafitness.co | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common |
| VA025957 | 8/6/2022 21:06 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA025958 | 1/6/2022 5:57 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025959 | 1/6/2022 5:46 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025960 | 1/6/2022 5:37 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025961 | 1/6/2022 4:01 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025962 | 1/6/2022 1:30 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025963 | 5/29/2022 6:05 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025964 | 5/29/2022 5:39 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025965 | 5/29/2022 5:35 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025966 | 5/29/2022 1:53 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025967 | 5/27/2022 3:42 | Kim Donovan <kdonovan@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / |
| VA025982 | 5/27/2022 3:41 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025983 | 5/27/2022 3:40 | Kim Donovan <kdonovan@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common |
| VA025984 | 5/27/2022 3:36 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025985 | 5/27/2022 8:43 | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com>, Ruben Grijalva <ruben@vafitness.com | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common |
| VA025986 | 5/26/2022 0:24 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025987 | 5/26/2022 9:49 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025988 | 5/26/2022 9:45 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025989 | 5/26/2022 8:50 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |
| VA025990 | 5/26/2022 8:24 | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kathryn Curry <kcurry@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: Zoom Meeting / Response to Life Fitness: tolling | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute post-M&A |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA025991 | 5/26/2022 7:19 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA026005 | 5/26/2022 7:16 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION: | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication seeking, and conveying, updates and advice on litigation |
| VA026006 | 11/18/2022 0:13 | Kathryn Curry <kcurry@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Tom Proulx | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026007 | 11/18/2022 0:05 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Tom Proulx | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026008 | | | | | Draft_Copyright_License_NP_and_LF_LLC_CLEAN_FINAL[2].docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026009 | 11/18/2022 9:46 | Kathryn Curry <kcurry@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | "E. David Marks" <dmarks@gcalaw.com>, Tom Proulx <tomp@netpulse.com>, Chris Galipo | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026010 | | | | | Draft_Copyright_License_NP_and_LF_LLC_CLEAN_FINAL.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026011 | 11/18/2022 9:42 | Kathryn Curry <kcurry@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | "E. David Marks" <dmarks@gcalaw.com>, Tom Proulx <tomp@netpulse.com>, Chris Galipo | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026012 | | | | | Draft_Copyright_License_NP_and_LF_LLC_CLEAN_FINAL.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026013 | | | | | Draft_Copyright_License_NP_and_LF_LLC_RL_FINAL.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026014 | 11/18/2022 9:27 | Kim Donovan <kdonovan@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "E. David Marks" <dmarks@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026015 | 11/18/2022 9:25 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | "E. David Marks" <dmarks@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026016 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[jdb_redline_20221118b].docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026017 | 11/18/2022 9:17 | Kim Donovan <kdonovan@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "E. David Marks" <dmarks@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026018 | 11/18/2022 9:07 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | "E. David Marks" <dmarks@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026019 | 11/18/2022 9:05 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | "E. David Marks" <dmarks@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026021 | 11/18/2022 9:04 | Kim Donovan <kdonovan@gcalaw.com> | "E. David Marks" <dmarks@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation upon business assets, operations and opportunities |
| VA026022 | 11/18/2022 8:59 | Kathryn Curry <kcurry@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | "E. David Marks" <dmarks@gcalaw.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026023 | 11/18/2022 8:52 | Tom Proulx <tomp@netpulse.com> | "E. David Marks" <dmarks@gcalaw.com> | Kathryn Curry <kcurry@gcalaw.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.co | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and |
| VA026024 | 11/18/2022 8:50 | Kim Donovan <kdonovan@gcalaw.co m> | "E. David Marks" <dmarks@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation upon business assets, operations and opportunities |
| VA026025 | | | | | Draft_Copyright_License_NP_and_LF_LLC_111 82022_1050.doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026026 | 11/18/2022 8:46 | Kim Donovan <kdonovan@gcalaw.co m> | Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "E. David Marks" <dmarks@gcalaw.com>, Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation |
| VA026027 | 11/18/2022 8:45 | "E. David Marks" <dmarks@gcalaw.com> | Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.co m>, Chris Galipo <chris@vafitness.com> | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation |
| VA026028 | 11/18/2022 8:41 | Kathryn Curry <kcurry@gcalaw.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.co m>, "E. David Marks" <dmarks@gcalaw.com>, Chris Galipo | RE: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026029 | | | | | Draft_Copyright_License_NP_and_LF_LLC_RL.doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026030 | 11/18/2022 8:05 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com>, Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026031 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[jdb_redline_20221118].doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026032 | 11/18/2022 8:02 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026033 | 11/18/2022 7:38 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026035 | 11/18/2022 7:37 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Chris Galipo | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026036 | 11/18/2022 5:42 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Chris Galipo | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026037 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[jdb_redline_20221118].doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026038 | 11/18/2022 8:51 | Kathryn Curry <kcurry@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Chris Galipo | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026039 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[jdb_redline_20221117e].doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026040 | 11/18/2022 7:40 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Chris Galipo | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026041 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[jdb_redline_20221117e].doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026042 | 11/18/2022 7:38 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Chris Galipo | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026043 | 11/18/2022 7:21 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com>, Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026044 | 11/18/2022 7:18 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Chris Galipo | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026045 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[jdb_redline_20221117d].doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026046 | 11/18/2022 6:16 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com>, Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026047 | 11/18/2022 6:12 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com>, Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026048 | 11/18/2022 6:06 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Tom Proulx | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026049 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[clean_20221117c].doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026050 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[jdb_redline_20221117c].doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026069 | 11/18/2022 4:47 | Kathryn Curry <kcurry@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Tom Proulx | Re: CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026070 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[jdb_redline_20221117b].doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026071 | 11/18/2022 3:49 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com> | Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" <dmarks@gcalaw.com>, Tom Proulx | CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026072 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[jdb_redline_20221117b].doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026073 | 11/18/2022 3:21 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kathryn Curry <kcurry@gcalaw.com> | Tom Proulx <tomp@netpulse.com>, Kim Donovan <kdonovan@gcalaw.com>, "E. David Marks" | CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Re: Draft Rule 68 Offer and License | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026074 | | | | | Draft_Copyright_License_NP_and_LF_LLC_[jdb_redline_20221117].doc | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026075 | 5/26/2022 1:38 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "E. David Marks" <dmarks@gcalaw.com> | Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx | Re: Need for info | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---------|-----------|------|-----|-----|------------------|-----------|-----------|---------------|
| VA026076 | 5/26/2022 1:31 | "E. David Marks" <dmarks@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx <tomp@netpulse.com>, Chris Galipo <chris@vafitness.com> | | Need for info | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation upon business assets, operations and opportunities |
| VA026077 | | | | | VA_Copyright_Registration_Info_Delivery.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026078 | 6/9/2022 17:28 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026079 | 6/9/2022 17:26 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com>, Chris Galipo <chris@vafitness.com> | Re: | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026080 | | | | | _Copyright_Assignment_Agr_[Fully-executed].pdf | Attorney Work Product; Attorney-Client Privileged; Common | | Attachment to attorney-client communication, above; cofidential M&A document |
| VA026081 | 6/9/2022 17:00 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026082 | | | | | scan_(18).pdf | Attorney Work Product; Attorney-Client Privileged; Common | | Attachment to attorney-client communication, above; cofidential M&A document |
| VA026083 | 3/9/2022 4:21 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com> | Re: | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026084 | 3/9/2022 4:19 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026085 | | | | | Copyright_Assignment_Agr.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026086 | | | | | scan_(18).pdf | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026087 | 10/12/2022 0:31 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: more copyright registrations | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026088 | 9/12/2022 23:04 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: more copyright registrations | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026089 | 6/16/2022 7:04 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026090 | 8/12/2022 15:20 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.co | | more copyright registrations | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and |
| VA026091 | 5/25/2022 1:05 | "E. David Marks" <dmarks@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com>, Tom Proulx <tomp@netpulse.com>, Kathryn Curry | Re: Copyrights | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026092 | 5/25/2022 0:54 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "E. David Marks" <dmarks@gcalaw.com> | Chris Galipo <chris@vafitness.com>, Tom Proulx <tomp@netpulse.com>, Kathryn Curry | Re: Copyrights | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026093 | 5/25/2022 0:40 | "E. David Marks" <dmarks@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Chris Galipo <chris@vafitness.com>, Tom Proulx <tomp@netpulse.com>, Kathryn Curry <kcurry@gcalaw.com>, Kim Donovan <kdonovan@gcalaw.co | | Copyrights | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation upon business assets, operations and opportunities |
| VA026094 | 7/6/2022 23:08 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026095 | 7/6/2022 22:26 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026096 | 7/6/2022 22:19 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026097 | 7/6/2022 22:05 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026098 | 7/6/2022 21:12 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026099 | 7/6/2022 21:04 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026100 | | | | | 39_Released_Titles.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026101 | | | | | VA_Copyright_Registration_Info-RELEASED_39.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026102 | 6/16/2022 7:02 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026103 | 7/6/2022 19:31 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026104 | 7/6/2022 19:12 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026105 | 7/6/2022 1:43 | Kim Donovan <kdonovan@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | RE: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026106 | 7/6/2022 1:43 | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026107 | 7/6/2022 1:34 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026108 | 7/6/2022 1:32 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026109 | 7/6/2022 1:04 | Chris Galipo <chris@vafitness.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026110 | 7/6/2022 0:57 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026111 | 7/6/2022 0:55 | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com>, Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | RE: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026112 | 7/6/2022 0:52 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026113 | 6/16/2022 6:56 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026114 | | | | | Copyright_Assignment_Agr_20220613_kad_rl_[jdb_redline_20220616.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026115 | 7/6/2022 0:39 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026116 | 6/6/2022 20:01 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026117 | 6/6/2022 18:51 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026118 | 6/6/2022 0:42 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026119 | 5/6/2022 23:55 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026120 | 5/6/2022 22:46 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026121 | 5/6/2022 1:56 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026122 | 5/6/2022 1:08 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026123 | 4/6/2022 22:16 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Marcus Marotto <marcus@vafitness.com>, Ruben Grijalva <ruben@vafitness.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026124 | 4/6/2022 5:12 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026125 | 6/16/2022 0:36 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026126 | | | | | Copyright_Assignment_Agr_FINAL.pdf | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026127 | 4/6/2022 2:48 | Chris Galipo <chris@vafitness.com> | Marcus Marotto <marcus@vafitness.com>, Ruben Grijalva <ruben@vafitness.com> | | Fwd: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026128 | 4/6/2022 2:47 | Tom Proulx <tomp@netpulse.com> | Kim Donovan <kdonovan@gcalaw.com> | Chris Galipo <chris@vafitness.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026129 | 3/6/2022 23:32 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026130 | 4/5/2022 20:22 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | David Marks <dmarks@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: Va content | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026131 | 4/5/2022 20:18 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | David Marks <dmarks@gcalaw.com>, Chris Galipo <chris@vafitness.com> | Re: Va content | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026132 | 4/5/2022 17:44 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com>, David Marks <dmarks@gcalaw.com> | Chris Galipo <chris@vafitness.com> | Re: Va content | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026133 | 4/5/2022 17:31 | Tom Proulx <tomp@netpulse.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com>, David Marks <dmarks@gcalaw.com> | Re: Va content | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026134 | 4/5/2022 17:28 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com>, David Marks <dmarks@gcalaw.com> | Re: Va content | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026135 | 4/26/2022 9:57 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com> | David Marks <dmarks@gcalaw.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Va content | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026137 | 4/26/2022 9:47 | Chris Galipo <chris@vafitness.com> | Tom Proulx <tomp@netpulse.com> | David Marks <dmarks@gcalaw.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Va content | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026139 | 3/6/2022 22:45 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026140 | 4/25/2022 3:51 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com>, David Marks <dmarks@gcalaw.com> | | Re: Va content | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and |
| VA026141 | 4/25/2022 3:48 | Tom Proulx <tomp@netpulse.com> | Chris Galipo <chris@vafitness.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Va content | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026142 | 5/5/2022 17:59 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "E. David Marks" <dmarks@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com> | Chris Galipo <chris@vafitness.com>, Tom Proulx <tomp@netpulse.com> | CONFIDENTIAL AND PRIVILEGED COMMUNICATION / Conference call to | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related |
| VA026143 | 1/9/2022 18:04 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026144 | 1/9/2022 17:59 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026145 | 8/31/2022 3:38 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026146 | | | | | Copyright_Assignment_Agr_[jdb_redline_20220616b].docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026213 | 6/22/2022 3:29 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | bbproulx@gmail.com | "McNeill, Caroline" <caroline.mcneill@ubs.com>, "Kenney, Dion" <dion.kenney@ubs.com>, "Knollenberg, Lisa" <lisa.knollenberg@ubs.com>, Tom Proulx <thomas.proulx@gmail.com>, Kim Donovan <kdonovan@gcalaw.co | Re: Draft Agreement re: 39 videos | Attorney Work Product; Common Interest Doctrine | Yes | Attorney billing details; FMP/VA attorney response to JDA participant(s) and client |
| VA026216 | 3/6/2022 22:27 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026217 | 6/22/2022 3:00 | <bbproulx@gmail.com> | "'McNeill, Caroline'" <caroline.mcneill@ubs.com>, "'Kenney, Dion'" <dion.kenney@ubs.com>, "'Knollenberg, Lisa'" <lisa.knollenberg@ubs.com> | "'Tom Proulx'" <thomas.proulx@gmail.com>, "'Kim Donovan'" <kdonovan@gcalaw.com>, "'Jeffrey Brandstetter'" <brandstetterlaw@gmail.com>, "'Chris Galipo'" | RE: Draft Agreement re: 39 videos | Attorney Work Product; Common Interest Doctrine | Yes | Attorney billing details |
| VA026219 | 6/22/2022 1:14 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | bbproulx@gmail.com | Tom Proulx <thomas.proulx@gmail.com>, Kim Donovan | Re: Draft Agreement re: 39 videos | Attorney Work Product; Common Interest Doctrine | Yes | Attorney billing details; FMP/VA attorney response to JDA participant(s) |
| VA026221 | 6/22/2022 9:51 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026327 | 6/20/2022 2:34 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026328 | | | | | Copyright_Assignment_Agr_20220617-executed.pdf | Attorney Work Product; Attorney-Client Privileged; Common | | Attachment to attorney-client communication, above; cofidential M&A document |
| VA026329 | 3/6/2022 22:18 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Re: Where are we? | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026330 | 6/20/2022 1:55 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026331 | | | | | Copyright_Assignment_Agr_20220617_kad_rl_jdb.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026332 | | | | | scan_(13).pdf | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of |
| VA026333 | 6/20/2022 1:37 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026390 | 6/17/2022 2:20 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026391 | 6/17/2022 2:01 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026392 | 6/17/2022 1:48 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life |
| VA026403 | 6/13/2022 22:15 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding clarifying language post-M&A deal, and updates |
| VA026404 | | | | | Copyright_Assignment_Agr_20220613_kad_rl_[jdb_redline_20220613b. | Attorney Work Product; Attorney-Client Privileged; Common | | Attachment to attorney-client email above regarding clarifying language post-M&A deal, and |
| VA026405 | | | | | Copyright_Assignment_Agr_20220613_kad_rl.docx | Attorney Work Product; Attorney-Client Privileged; Common | | Attachment to attorney-client email above regarding clarifying language post-M&A deal, and |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026406 | 6/14/2022 11:33 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding clarifying language post-M&A deal, and updates |
| VA026407 | 6/14/2022 12:38 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding clarifying language post-M&A deal, and updates |
| VA026408 | | | | | Copyright_Assignment_Agr_20220613_kad_rl_[jdb_redline_20220614.d | Attorney Work Product; Attorney-Client Privileged; Common | | Attachment to attorney-client email above regarding clarifying language post-M&A deal, and |
| VA026409 | 6/14/2022 16:06 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding clarifying language post-M&A deal, and updates |
| VA026410 | 6/15/2022 19:53 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding clarifying language post-M&A deal, and updates |
| VA026411 | | | | | Copyright_Assignment_Agr_FINAL.pdf | Attorney Work Product; Attorney-Client Privileged; Common | | Attachment to attorney-client email above regarding clarifying language post-M&A deal, and |
| VA026412 | 8/31/2022 20:09 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding clarifying language post-M&A deal, and updates |
| VA026413 | 9/2/2022 19:15 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding clarifying language post-M&A deal, and updates |
| VA026414 | | | | | Copyright_Assignment_Agr_[jdb_redline_20220902].docx | Attorney Work Product; Attorney-Client Privileged; Common | | Attachment to attorney-client email above regarding clarifying language post-M&A deal, and |
| VA026415 | 9/8/2022 15:35 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding clarifying language post-M&A deal, and updates |
| VA026444 | 6/11/2022 15:13 | dan@schiffrinlaw.com | "'Kim Donovan'" <kdonovan@gcalaw.com> | "'Chris Galipo'" <chris@vafitness.com> , "'Jeffrey Brandstetter'" <brandstetterlaw@gma | RE: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication regarding copyright registrations in anticipation of litigation |
| VA026445 | 6/11/2022 13:42 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | dan@schiffrinlaw.com | Kim Donovan <kdonovan@gcalaw.com>, Chris Galipo | RE: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |
| VA026446 | 6/11/2022 16:43 | <dan@schiffrinlaw.com | "'Jeffrey Brandstetter'" <brandstetterlaw@gmail.com> | "'Kim Donovan'" <kdonovan@gcalaw.com>, "'Chris Galipo'" | RE: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |
| VA026447 | 6/11/2022 16:51 | <dan@schiffrinlaw.com> | "'Jeffrey Brandstetter'" <brandstetterlaw@gmail.com> | "'Kim Donovan'" <kdonovan@gcalaw.com>, "'Chris Galipo'" | RE: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |
| VA026448 | 6/11/2022 14:08 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com>, Chris Galipo | dan@schiffrinlaw.com | Re: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026449 | 6/11/2022 17:12 | <dan@schiffrinlaw.com> | "'Jeffrey Brandstetter'" <brandstetterlaw@gmail.com> | "'Kim Donovan'" <kdonovan@gcalaw.com>, "'Chris Galipo'" | RE: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |
| VA026480 | 6/11/2022 21:13 | Kim Donovan <kdonovan@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "dan@schiffrinlaw.com" <dan@schiffrinlaw.com> | Re: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |
| VA026481 | 6/11/2022 17:23 | <dan@schiffrinlaw.com> | "'Jeffrey Brandstetter'" <brandstetterlaw@gmail.com> | "'Kim Donovan'" <kdonovan@gcalaw.com>, "'Chris Galipo'" | RE: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |
| VA026512 | 6/11/2022 18:23 | <dan@schiffrinlaw.com> | "'Jeffrey Brandstetter'" <brandstetterlaw@gmail.com> | "'Kim Donovan'" <kdonovan@gcalaw.com>, "'Chris Galipo'" | RE: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |
| VA026543 | 6/11/2022 18:57 | <dan@schiffrinlaw.com> | "'Jeffrey Brandstetter'" <brandstetterlaw@gmail.com> | "'Kim Donovan'" <kdonovan@gcalaw.com>, "'Chris Galipo'" | RE: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |
| VA026574 | 6/11/2022 16:01 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | dan@schiffrinlaw.com | Kim Donovan <kdonovan@gcalaw.com>, Chris Galipo | Re: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |
| VA026575 | 6/11/2022 23:15 | Kim Donovan <kdonovan@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "dan@schiffrinlaw.com" <dan@schiffrinlaw.com> | Re: UPDATE: RE: Videos for Copyright Registrations | Attorney Work Product; Attorney-Client Privileged; Common | | Attorney-client communication regarding copyright registrations in anticipation of |

Exhibit 10

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA001713 | 9/29/2011 0:46 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Fwd: Netpulse, Inc Financial Statements Since Inception (Oct 2009) | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney; Re: Financial Document |
| VA001714 | | | | | Netpulse_Inc_Monthly_Financials_07-31-11_v1.xlsx | Attorney-Client Privileged | | Attachment to above email Re: VA Financials |
| VA009120 | 7/11/2011 20:58 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | | Fwd: Option exercise | Attorney-Client Privileged | | Attorney-client communication; Client query to Attorney re Merger Agreement |
| VA009121 | | | | | ewert-sig.jpeg | Attorney-Client Privileged | | Attachment to above email: Signature Form sent to attorney for review and advice |
| VA017338 | 9/15/2011 8:29 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com>, "Hsu, Eric" <ehsu@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, smurano@wsgr.com | | Fwd: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA017339 | | | | | 2006_Financials-Balanced_Fintess.pdf | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements forwarded to VA attorney for review and advice |
| VA017340 | | | | | 2007_Financials-Balanced_Fintess.pdf | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements forwarded to VA attorney for review and advice |
| VA017341 | | | | | 2008_Financials-Balanced_Fintess.pdf | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements forwarded to VA attorney for review and advice |
| VA017342 | | | | | 2009_Financials-Virtual_Active,_Inc..pdf | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements forwarded to VA attorney for review and advice |
| VA017345 | 9/15/2011 0:57 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, Cindy Cannon <cindy@vafitness.com>, "Murano, Scott" <smurano@wsgr.com> | | Fwd: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged; Privacy Privileged | | Attorney-client communication; Client query to attorney re Merger Agreement |
| VA017346 | | | | | 2006_TR-Balanced_Fitness,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for advice |
| VA017347 | | | | | 2007_TR-Balanced_Fitness,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for advice |
| VA017348 | | | | | 2008_TR-Balanced_Fitness,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for advice |
| VA017349 | | | | | 2009_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for advice |
| VA017350 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for advice |
| VA017351 | 9/15/2011 0:52 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com> | | Fwd: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attorney-client communication; Client response to attorney query re corporate financials; tax filings |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA017352 | | | | | 2006_TR-Balanced_Fitness,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for advice |
| VA017353 | | | | | 2007_TR-Balanced_Fitness,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for advice |
| VA017354 | | | | | 2008_TR-Balanced_Fitness,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for advice |
| VA017355 | | | | | 2009_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for advice |
| VA017356 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged; Privacy Privileged | | Attachment to above email; Privacy and tax return privileged: corporate financial statements and tax documents forwarded to VA attorney for advice |
| VA017357 | 9/14/2011 9:11 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | Cindy Cannon <cindy@vafitness.com>, "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA017358 | | | | | VAOrgChart.pdf | Attorney-Client Privileged | | Attachment to above email; Diagram provided to VA attorney for review and advice in relation to Merger Agreement |
| VA017360 | 9/14/2011 7:48 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com>, "Huie, James" <jhuie@wsgr.com> | | Fwd: Virtual Active Legal Due Diligence Tax Matters | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA017361 | | | | | 2006_TR-Balanced_Fitness,_Inc.pdf | Attorney-Client Privileged | | Attachment to above email; Corporate Financial Statements and Tax Documents provided to VA attorney for review and advice |
| VA017362 | | | | | 2007_TR-Balanced_Fitness,_Inc.pdf | Attorney-Client Privileged | | Attachment to above email; Corporate Financial Statements and Tax Documents provided to VA attorney for review and advice |
| VA017363 | | | | | 2008_TR-Balanced_Fitness,_Inc.pdf | Attorney-Client Privileged | | Attachment to above email; Corporate Financial Statements and Tax Documents provided to VA attorney for review and advice |
| VA017364 | | | | | 2009_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged | | Attachment to above email; Corporate Financial Statements and Tax Documents provided to VA attorney for review and advice |
| VA017365 | | | | | 2010_TR-Virtual_Active,_Inc.pdf | Attorney-Client Privileged | | Attachment to above email; Corporate Financial Statements and Tax Documents provided to VA attorney for review and advice |
| VA017423 | 10/24/2011 1:24 | Cindy Cannon <cindy@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, John Ford <john@vafitness.com> | | Re: Virtual Active/Netpulse Merger - Request for 2007 W-2s for J. Ford and R. Grijalva | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney query. Re: W2 |
| VA017424 | | | | | 2007_John_Ford_and_Ruben_W2s.pdf | Attorney-Client Privileged | | Attachment to above email Re: W2 |
| VA017459 | 9/17/2011 7:26 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com>, "Hsu, Eric" <ehsu@wsgr.com>, "Huie, James" <jhuie@wsgr.com> | | Conference Call re: Disclosure Schedules | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA017460 | | | | | Conference Call re: Disclosure Schedules | Attorney-Client Privileged | | Attachment to above email: Meeting invite between attorney-client re Mrger Agreement |
| VA017463 | 9/21/2011 0:50 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | 'John Ford' <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | FW: Project Beat - Latest Updated Disclosure Schedules and Ancillary Documents | Attorney-Client Privileged | | Attorney-client communication; VA attorney request to client. re: Updated documents |
| VA017464 | | | | | 780725_Result.rtf | Attorney-Client Privileged | | Attachment to above email. Re: Non-Compete Disclosure |
| VA017973 | 10/11/2011 18:11 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Letters of Transmittal batch 1 of 4 | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Re: Letters of Transmittal document |
| VA017974 | | | | | WSGR_Payoff_Letter.pdf | Attorney-Client Privileged | | Attachment to above email Re: Payoff Letter |
| VA017975 | 10/11/2011 18:08 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Letters of Transmittal batch 1 of 4 | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Re: Letters of Transmittal document |
| VA017976 | | | | | WSGR_Payoff_Letter.pdf | Attorney-Client Privileged | | Attachment to above email Re: Payoff Letter |
| VA017977 | | | | | WSGR_Payoff_Letter(1).pdf | Attorney-Client Privileged | | Attachment to above email Re: Payoff Letter |
| VA017994 | 10/11/2011 17:58 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Letters of Transmittal batch 1 of 4 | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Re: Letters of Transmittal document |
| VA017995 | | | | | Sandra_and_Donald_DuBoise_transfer_to_Cindy_Myers.pdf | Attorney-Client Privileged | | Attachment to above email. Re: Assignment Separate from certificate |
| VA018004 | | | | | Letters_of_Transmittal_1.zip | Not Privileged | | Not Privileged |
| VA018005 | | | | | Virtual Active - PDF Letter of Transmittal for Mary E. Bircheff_(PALIB2_5704352_2).PDF | Attorney-Client Privileged | | Attachment to above email Re: Letter of transmittal |
| VA018006 | | | | | Virtual Active - PDF Letter of Transmittal for Nick Elias_(PALIB2_5704368_2).PDF | Attorney-Client Privileged | | Attachment to above email Re: Letter of transmittal |
| VA018007 | | | | | Virtual Active - PDF Letter of Transmittal for Keith S. Moreland and Gloria E. Moreland, as community property_(PALIB2_5704362_2).PDF | Attorney-Client Privileged | | Attachment to above email Re: Letter of transmittal |
| VA018008 | | | | | Virtual Active - PDF Letter of Transmittal for Frank and Rosemary Bader 2009 Trust_(PALIB2_5704355_2).PDF | Attorney-Client Privileged | | Attachment to above email Re: Letter of transmittal |
| VA018009 | | | | | Virtual Active - PDF Letter of Transmittal for Peter A. Kirby_(PALIB2_5704358_2).PDF | Attorney-Client Privileged | | Attachment to above email Re: Letter of transmittal |
| VA018010 | | | | | Virtual Active - PDF Letter of Transmittal for John A. Abbona_(PALIB2_5704349_2).PDF | Attorney-Client Privileged | | Attachment to above email Re: Letter of transmittal |
| VA018011 | | | | | Virtual Active - PDF Letter of Transmittal for Vincent L. Oatis and Grace Oatis, as joint tenants_(PALIB2_5704363_2).PDF | Attorney-Client Privileged | | Attachment to above email Re: Letter of transmittal |
| VA018012 | | | | | Virtual Active - PDF Letter of Transmittal for Dale Stephen Canfield Trust Established On August 6, 2002_(PALIB2_5704354_2).PDF | Attorney-Client Privileged | | Attachment to above email Re: Letter of transmittal |
| VA018013 | | | | | Virtual Active - PDF Letter of Transmittal for Sandra and Donald Donald Duboise_(PALIB2_5704360_2).PDF | Attorney-Client Privileged | | Attachment to above email Re: Letter of transmittal |
| VA018014 | | | | | Virtual Active - PDF Letter of Transmittal for Abelardo and Luisa Garcia Family Trust_(PALIB2_5704357_2).PDF | Attorney-Client Privileged | | Attachment to above email Re: Letter of transmittal |
| VA018066 | 10/18/2011 3:04 | John Ford <john@vafitness.com> | James Huie <jhuie@wsgr.com>, Eric Hsu <ehsu@wsgr.com> | | Fwd: Virtual Active, Inc. 909 Montgomery St., #104 | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: Landlord consent |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA018067 | | | | | Sample_Assignment_&_LL_Consent_10-07-10.pdf | Attorney-Client Privileged | | Attachment to above email. Re: Lease Assignment/Landlord Consent |
| VA018276 | 9/18/2011 4:40 | Cindy Cannon <cindy@vafitness.com> | "Hsu, Eric" <Hsu, Eric>, John Ford <john@vafitness.com> | | Re: Virtual Active - Due Diligence (outstanding documents) | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query/request for documents in relation to Merger Agreement |
| VA018277 | | | | | Vendor_List.xlsx | Attorney-Client Privileged | | Attachment to above email: Vendor List forwarded to VA attorney for review and advice re Merger Agreement |
| VA018665 | 9/19/2011 8:07 | John Ford <john@vafitness.com> | "Stephen J. Byrnes" <sbyrnes@wsgr.com>, Eric Hsu <ehsu@wsgr.com>, James Huie <jhuie@wsgr.com> | | Fwd: Project Beat - Board and Stockholder Consent (Signature Page Packets) | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney. re: Signature page |
| VA018666 | | | | | Optionholders-Burgoon.pdf | Attorney-Client Privileged | | Attachment to above email. Re: Signature Page |
| VA018699 | 9/18/2011 9:19 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com>, "Huie, James" <jhuie@wsgr.com> | Project Beat - Board and Stockholder Consent (Signature Page Packets) | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Board and Shareholder consent forms in relation to Merger Agreement |
| VA018700 | | | | | Adam_Ford.pdf | Attorney-Client Privileged | | Attachment to above email: Shareholder Consent Form forwarded by VA attorney for Client review and execution in relation to Merger Agreement |
| VA018701 | | | | | Billy_Shipp.pdf | Attorney-Client Privileged | | Attachment to above email: Shareholder Consent Form forwarded by VA attorney for Client review and execution in relation to Merger Agreement |
| VA018702 | | | | | John_A._Ford.pdf | Attorney-Client Privileged | | Attachment to above email: Shareholder Consent Form forwarded by VA attorney for Client review and execution in relation to Merger Agreement |
| VA018703 | | | | | John_H._Ford.pdf | Attorney-Client Privileged | | Attachment to above email: Shareholder Consent Form forwarded by VA attorney for Client review and execution in relation to Merger Agreement |
| VA018704 | | | | | Lance_D._Ford.pdf | Attorney-Client Privileged | | Attachment to above email: Shareholder Consent Form forwarded by VA attorney for Client review and execution in relation to Merger Agreement |
| VA018705 | | | | | Laura_Sachs.pdf | Attorney-Client Privileged | | Attachment to above email: Shareholder Consent Form forwarded by VA attorney for Client review and execution in relation to Merger Agreement |
| VA018706 | | | | | Optionholders.pdf | Attorney-Client Privileged | | Attachment to above email: Optionholder Consent Form forwarded by VA attorney for Client review and execution in relation to Merger Agreement |
| VA018707 | | | | | Steven_P._Sixt.pdf | Attorney-Client Privileged | | Attachment to above email: Shareholder Consent Form forwarded by VA attorney for Client review and execution in relation to Merger Agreement |
| VA018708 | | | | | Steven_W._Ford.pdf | Attorney-Client Privileged | | Attachment to above email: Shareholder Consent Form forwarded by VA attorney for Client review and execution in relation to Merger Agreement |
| VA018946 | 8/11/2011 20:12 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Fax coming through to you | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re outstanding signature for contract |
| VA018947 | | | | | Ryan_Damm_Signature_Page.pdf | Attorney-Client Privileged | | Attachment to above email: Draft shareholder consent form created by VA attorney |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA019433 | 9/20/2011 8:25 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Fwd: Prior Inventions Pages | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney re:Prior inventions Exhibit A |
| VA019434 | | | | | Scan2.pdf | Attorney-Client Privileged | | Attachment to above email re: Exhibit A |
| VA019445 | 8/11/2011 10:05 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Virtual Active - Letters of Resignation | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re corporate financials and employment advice |
| VA019446 | | | | | Virtual_Active_-_Project_Beat_-_Lance_D._Ford_Resignation_(PALIB2_57 02752_1).DOC | Attorney-Client Privileged | | Attachment to above email: Draft employment letter by VA attorney |
| VA019447 | | | | | Virtual_Active_-_Project_Beat_-_John_A._Ford_Resignation_(PALIB2_570 2751_1).DOC | Attorney-Client Privileged | | Attachment to above email: Draft employment letter by VA attorney |
| VA019918 | 11/11/2011 22:46 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | Consent to Assignment - Signature Page from Netpulse | Attorney-Client Privileged | | Attorney-client communication; VA attorney request to client. Re: Consent signature page |
| VA019919 | | | | | Netpulse,_Inc._-_Consent_to_Assignment_Signature_Pag e.pdf | Attorney-Client Privileged | | Attachment to above email Re: Consent Signature Page |
| VA019931 | 3/10/2011 20:00 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: Netpulse/VA Merger - Consent from | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Consent for Merger Agreement |
| VA019932 | | | | | Laura_Sachs.pdf | Attorney-Client Privileged | | Attachment to above email: Consent Form re Merger Agreement |
| VA019973 | 8/11/2011 2:20 | John Ford <john@vafitness.com> | John Ford <john@vafitness.com> | | Fwd: FIRPTA Certificate | Attorney-Client Privileged | | Internal client email forwarding/relaying attorney advice/counsel re corporate financials |
| VA019974 | | | | | FIRPTA_Certificate_signature_page.pdf | Attorney-Client Privileged | | Attachment to above email: Notice in relation to Merger Agreement sent to attorney for review and advice |
| VA019975 | | | | | Virtual_Active_-_Project_Beat_-_FIRPTA_certificate_(Final)_(PALIB2_566 9584_3).DOCX | Attorney-Client Privileged | | Attachment to above email: Notice in relation to Merger Agreement sent to attorney for review and advice |
| VA019979 | 7/11/2011 23:07 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | FIRPTA Certificate | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to Client re Merger Agreement |
| VA019980 | | | | | FIRPTA_Certificate_signature_page.pdf | Attorney-Client Privileged | | Attachment to above email: Notice in relation to Merger Agreement |
| VA019983 | 9/16/2011 0:16 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Virtual Active - Due Diligence | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re Merger Agreement |
| VA019984 | | | | | Virtual_Active_-_Outstanding_Documents.doc | Attorney-Client Privileged | | Attachment to above email: Attorney-client notes re Merger Agreement |
| VA019997 | 9/20/2011 4:38 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | | Fwd: Virtual Active - Unexecuted Agreements | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attorney-client communication; Client response to attorney query. re: Unexecuted agreements request |
| VA019998 | | | | | A75e7bbbe-5fd7-4b7d-bde0-ccc5e37eb69b.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials. Re: Business Agreement Document |
| VA020000 | 9/20/2011 1:09 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, Cindy Cannon <cindy@vafitness.com> | RE: Virtual Active - Unexecuted Agreements | Attorney-Client Privileged | | Attorney-client communication; VA attorney upate to client. re: Unexecuted agreements request |
| VA020001 | | | | | A75e7bbbe-5fd7-4b7d-bde0-ccc5e37eb69b.pdf | Attorney-Client Privileged | | Attachment to above email. Re: Business Lease Agreement |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA020007 | 9/20/2011 0:27 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Unexecuted Agreements | Attorney-Client Privileged | | Attorney-client communication; VA attorney upate to client. re: Unexecuted agreements request |
| VA020008 | | | | | Virtual_Active_-_Personal_Property.doc | Attorney-Client Privileged | | Attachment to above email re: VA personal property document |
| VA020009 | 9/19/2011 2:37 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Virtual Active - Unexecuted Agreements | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client re missing documents in relation to Merger Agreement |
| VA020010 | | | | | Lease_KeyCode.pdf | Attorney-Client Privileged | | Attachment to above email: License agreement forwarded to VA attorney for review and advice in relation to Merger Agreement |
| VA020172 | 10/26/2011 1:35 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com> | VA/Netpulse Merger - Draft Reorganization Information Statement and Updated Spreadsheet | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. Re: Reorganization update |
| VA020173 | | | | | Virtual_Active_-_Project_Beat_-_Reorganization_Information_Statement_(WSGR_10_26_11)_(PALIB2_5676698_3).DOC | Attorney-Client Privileged | | Attachment to above email. Re: Reorganization update |
| VA020174 | | | | | Virtual_Active_-Reorganization_Spreadsheet_(WSGR_10_26_11)_(PALIB2_5668996_3).XLSX | Attorney-Client Privileged | | Attachment to above email. Re: Reorganization update |
| VA020184 | 4/11/2011 23:54 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Ford Family - Missing Signatures | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re corporate financials |
| VA020185 | | | | | Virtual_Active_Signature_Pages.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Form |
| VA020193 | 4/11/2011 22:07 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Ford Family - Missing Signatures | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to Client re Shareholder Consent form |
| VA020194 | | | | | Virtual_Active_Signature_Pages_(ISQ).pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Form |
| VA020195 | 4/11/2011 22:06 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Ford Family - Missing Signatures | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger Agreement |
| VA020196 | | | | | Virtual_Active_Signature_Pages.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Form |
| VA020245 | 9/16/2011 0:34 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | | FW: Project Beat - Prior 409A Valuation | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re Merger Agreement |
| VA020246 | | | | | Netpulse_Cap_Table_2011-08-30_incl_Virtual_Active.xlsx | Attorney-Client Privileged | | Attachment to above email: Corporate financial statement forwarded to attorney for review and advice |
| VA020247 | 9/16/2011 0:32 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" | | Fw: Project Beat - Prior 409A Valuation | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client re Merger Agreement |
| VA020248 | | | | | Netpulse_Cap_Table_2011-08-30_incl_Virtual_Active.xlsx | Attorney-Client Privileged | | Attachment to above email: Corporate financial statement forwarded to attorney for review and advice |
| VA020251 | 9/16/2011 7:33 | "Huie, James" <jhuie@wsgr.com> | "'john@vafitness.com'" | "Barry, Ralph" <rbarry@wsgr.com>, "Murano, Scott" <smurano@wsgr.com> | Fw: Project Beat - Prior 409A Valuation | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA020252 | | | | | Netpulse_409A_Report_-_9.30.2010_-_Final.pdf | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements forwarded to VA attorney for review and advice |
| VA020253 | 9/21/2011 3:36 | "Huie, James" <jhuie@wsgr.com> | 'John Ford' <john@vafitness.com> | "Murano, Scott" <smurano@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | FW: Netpulse - Parent Disclosure Schedule to Merger Agreement.DOC | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Re: Purchaser Disclosure Schedule |
| VA020254 | | | | | Park_Lane_Netpulse_Engagement_08_18_11-6.docx | Attorney-Client Privileged | | Attachment to above email. Re: Park Lane Engagement |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA020354 | 7/10/2011 21:59 | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | | Re: Virtual Active - Security Agreement | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re corporate financials |
| VA020355 | | | | | Recap.xlsb | Attorney-Client Privileged | | Attachment to above email: Corporate financial statement forwarded to attorney for review and advice |
| VA020645 | 10/28/2011 3:52 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | RE: Virtual Active - Revised R. Damm Bonus Letter | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client Re: Bonus Letter |
| VA020646 | | | | | Virtual_Active_-_R._Damm_Special_Bonus_Letter_(PALIB2_5691567_5).DOCX | Attorney-Client Privileged | | Attachment to above email. Re: Bonus letter |
| VA020647 | 10/28/2011 3:15 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Virtual Active - Revised R. Damm Bonus Letter | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Re: Bonus Letter/Note Transfer agreement |
| VA020648 | | | | | Virtual_Active_-_R._Damm_Special_Bonus_Letter_(PALIB2_5691567_4).DOCX | Attorney-Client Privileged | | Attachment to above email. Re: Bonus letter |
| VA020649 | | | | | Virtual_Active_-_R._Damm_Special_Bonus_Letter_-_Redline.rtf | Attorney-Client Privileged | | Attachment to above email. Re: Bonus letter |
| VA020651 | 3/11/2011 0:16 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com> | Project Beat | 280G Waiver (Ford) | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re waivers associated with the Merger Agreement |
| VA020652 | | | | | Project_Beat__280G_Waiver_(Ford)_(PALIB2_5693405_1).DOC | Attorney-Client Privileged | | Attachment to above email: Waiver Form associated with Merger Agreement |
| VA020701 | 9/15/2011 8:32 | Cindy Cannon <cindy@vafitness.com> | John Ford <john@vafitness.com>, "Huie, James" <jhuie@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com>, smorano@wsgr.com | | Virtual Active DD | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA020702 | | | | | Q2_11_Fixed_Asset_Purchases.xlsx | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements forwarded to VA attorney for review and advice |
| VA020703 | | | | | 04-11_Depreciaiton_schedules-Virtual_Active,_Inc.docx | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements forwarded to VA attorney for review and advice |
| VA020704 | | | | | JHF_Interest_Draws.xlsx | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements forwarded to VA attorney for review and advice |
| VA020705 | | | | | VA_Notes_and_Interest_as_of_September_14_2011.xls | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements forwarded to VA attorney for review and advice |
| VA020706 | | | | | VA_Capitalization_Conv_and_Non_Conv_September_14_2011.xls | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements forwarded to VA attorney for review and advice |
| VA020718 | 10/27/2011 7:51 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Virtual Active - Optionee Addresses | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney. Re: Optionee Addresses |
| VA020719 | | | | | Virtual_Active__Reorg_updated | Attorney-Client Privileged | | Attachment to above email. Re: Reorganization update |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA020721 | 10/27/2011 7:17 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Virtual Active - Optionee Addresses | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney. Re: Optionee Addresses |
| VA020722 | | | | | Virtual_Active__Reorg_updated | Attorney-Client Privileged | | Attachment to above email. Re: Reorganization update |
| VA020790 | 9/21/2011 1:50 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Cindy Cannon <cindy@vafitness.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Re: Ryan Damm offer letter | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. re:offer letter |
| VA020791 | | | | | BalancedFitness-Employment_Offer_Letter-JohnFord.pdf | Attorney-Client Privileged | | Attachment to above email. re: offer letter |
| VA020803 | 1/11/2011 17:15 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Addresses and emails of shareholders | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Shareholders |
| VA020804 | | | | | ShareholderInfo.xlsx | Attorney-Client Privileged | | Attachment to above email: Shareholder Information |
| VA021114 | 9/16/2011 7:27 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com>, "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Virtual Active - Cap table | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA021115 | | | | | Virtual_Active_Summary_of_Capitalization.pdf | Attorney-Client Privileged | | Attachment to above email: Corporate financials forwarded to attorney for review and advice |
| VA021767 | 9/11/2011 0:21 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Virtual Active - Closing Deliverables | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA021768 | | | | | Virtual_Active_Closing_Deliverables.pdf | Attorney-Client Privileged | | Attachment to above email: Stockholder Consent Form presented for attorney review and advice |
| VA021784 | 11/11/2011 21:16 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Officer's Certificate for Certificate of Merger | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Response to previous email. Re: Officer Certificate of Merger |
| VA021785 | | | | | Officer's_Certificate_for_Certificate_of_Merger.pdf | Attorney-Client Privileged | | Attachment to above email Re: Blank Officer Certificate |
| VA021786 | 10/11/2011 19:41 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | FW: VIRTUAL ACTIVE | Attorney-Client Privileged | | Attorney-client communication; VA attorney query to client. Re: Agreement request |
| VA021787 | | | | | Ac833ce16-adc0-418c-9a6c-446538a35807.PDF | Attorney-Client Privileged | | Attachment to above email. Re: Signature page |
| VA021790 | 11/11/2011 21:09 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Officer's Certificate for Certificate of Merger | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Response to previous email. Re: Officer Certificate of Merger |
| VA021791 | | | | | Officer's_Certificate_for_Certificate_of_Merger.pdf | Attorney-Client Privileged | | Attachment to above email Re: Blank Officer Certificate |
| VA021793 | 11/11/2011 21:07 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | Virtual Active - Officer's Certificate for Certificate of Merger | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Response to previous email. Re: Officer Certificate of Merger |
| VA021794 | | | | | Officer's_Certificate_for_Certificate_of_Merger.pdf | Attorney-Client Privileged | | Attachment to above email Re: Blank Signature Page |
| VA022004 | 8/11/2011 17:19 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Cindy Myers Signature | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Option Agreements |
| VA022005 | | | | | Virtual_Active_-_dated_ISQs.pdf | Attorney-Client Privileged | | Attachment to above email: Consent form re Merger Agreement sent to attorney for review and advice |
| VA022006 | | | | | Virtual_Active_-_Option_Exercises.pdf | Attorney-Client Privileged | | Attachment to above email: Consent form re Merger Agreement sent to attorney for review and advice |
| VA022007 | | | | | Virtual_Active_-_Project_Beat_-_Lance_D._Ford_Resignation_(PALIB2_5702752_1).doc | Attorney-Client Privileged | | Attachment to above email: Draft Employment letter by VA attorney |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA022008 | | | | | Virtual_Active__Project_Beat_-_John_A._Ford_Resignation_(PALIB2_570 2751_1).doc | Attorney-Client Privileged | | Attachment to above email: Draft Employment letter by VA attorney |
| VA022015 | 8/11/2011 16:48 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - Cindy Myers Signature | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re corporate financials |
| VA022016 | | | | | Leon_Scott_Sartin.pdf | Attorney-Client Privileged | | Attachment to above email: Draft consent form sent by attorney to client |
| VA022017 | | | | | Cindy_Myers_and_Leon_Scott_Sartin.PDF | Attorney-Client Privileged | | Attachment to above email: Consent form re Merger Agreement sent to attorney for review and advice |
| VA022056 | 2/11/2011 21:12 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | RE: Hi Tom | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger Agreement |
| VA022057 | | | | | 344076_Result.rtf | Attorney-Client Privileged | | Attachment to above email: Draft Copy of Merger Agreement |
| VA022060 | 4/11/2011 2:30 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | Virtual Active - Securityholder Information Statement Docuemnt Mailing Packet | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Information Statement in relation to Merger Agreement |
| VA022061 | | | | | Virtual_Active__Project_Beat_-_Securityholder_Mailing_Packet_(11-3-11)_(PALIB2_5696723_2).PDF | Attorney-Client Privileged | | Attachment to above email: Information Statement for Merger Agreement |
| VA022363 | 9/18/2011 1:20 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and Additional Due Diligence Question | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query/request for documents in relation to Merger Agreement |
| VA022364 | | | | | 20110917164600.pdf | Attorney-Client Privileged | | Attachment to above email: Insurance policy sent to VA attorney for review and advice re Merger Agreement |
| VA022366 | 9/18/2011 1:19 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and Additional Due Diligence Question | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query/request for documents in relation to Merger Agreement |
| VA022367 | | | | | 20110917164516.pdf | Attorney-Client Privileged | | Attachment to above email: Insurance policy sent to VA attorney for review and advice re Merger Agreement |
| VA022368 | 9/18/2011 1:16 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and Additional Due Diligence Question | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query/request for documents in relation to Merger Agreement |
| VA022369 | | | | | 20110917164440.pdf | Attorney-Client Privileged | | Attachment to above email: Insurance policy sent to VA attorney for review and advice re Merger Agreement |
| VA022370 | 9/18/2011 1:14 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and Additional Due Diligence Question | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query/request for documents in relation to Merger Agreement |
| VA022371 | | | | | 20110917164359.pdf | Attorney-Client Privileged | | Attachment to above email: Employment contract forwarded to VA attorney for review and advice; subject to NDA |
| VA022373 | 9/18/2011 1:11 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and Additional Due Diligence Question | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query/request for documents in relation to Merger Agreement |
| VA022374 | | | | | 20110917164313.pdf | Attorney-Client Privileged | | Attachment to above email: Employment contract forwarded to VA attorney for review and advice; subject to NDA |
| VA022376 | 9/18/2011 1:07 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and Additional Due Diligence Question | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query/request for documents in relation to Merger Agreement |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA022377 | | | | | 20110917164233.pdf | Attorney-Client Privileged | | Attachment to above email: Employment contract forwarded to VA attorney for review and advice; subject to NDA |
| VA022379 | 9/18/2011 1:04 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and Additional Due Diligence Question | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query/request for documents in relation to Merger Agreement |
| VA022380 | | | | | 20110917164153.pdf | Attorney-Client Privileged | | Attachment to above email: Employment contract forwarded to VA attorney for review and advice; subject to NDA |
| VA022381 | 9/18/2011 1:01 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and Additional Due Diligence Question | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query/request for documents in relation to Merger Agreement |
| VA022382 | | | | | 20110917164107.pdf | Attorney-Client Privileged | | Attachment to above email: Employment contract forwarded to VA attorney for review and advice; subject to NDA |
| VA022384 | 9/18/2011 0:57 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and Additional Due Diligence Question | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query/request for documents in relation to Merger Agreement |
| VA022385 | | | | | 20110917163959.pdf | Attorney-Client Privileged | | Attachment to above email: Employment contract forwarded to VA attorney for review and advice; subject to NDA |
| VA022386 | | | | | 20110917164026.pdf | Attorney-Client Privileged | | Attachment to above email: Employment contract forwarded to VA attorney for review and advice; subject to NDA |
| VA022387 | 9/18/2011 0:52 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | "Hsu, Eric" <ehsu@wsgr.com> | Re: Follow-Up on Documents and Additional Due Diligence Question | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA022388 | | | | | 20110917163920.pdf | Attorney-Client Privileged | | Attachment to above email: Severance agreement forwarded to VA attorney for review and advice |
| VA022389 | | | | | 20110917163959.pdf | Attorney-Client Privileged | | Attachment to above email: Employment contract forwarded to VA attorney for review and advice; subject to NDA |
| VA022420 | 9/21/2011 3:06 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Consents | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Response to previous email. Re: Consent Documents |
| VA022421 | | | | | Virtual_Active_(fka_Balanced_Fitness)_Project_Beat_-_Merger_Tracking_(PALIB2_5634969_1)_(2).XLS | Attorney-Client Privileged | | Attachment to above email re: merger tracking spreadsheet |
| VA022522 | 10/11/2011 21:31 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | Virtual Active - Warnock Promissory Note (Final) | Attorney-Client Privileged | | Attorney-client communication VA attorney query to client Re: Promissory Note |
| VA022523 | | | | | Virtual_Active__Project_Beat_-_New_Warnock_Promissory_Note_(Final)_(PALIB2_5693551_9).DOC | Attorney-Client Privileged | | Attachment to above email Re: Promissory Note |
| VA022524 | | | | | Virtual_Active_-_New_Warnock_Promissory_Note_(Final)_-_Redline.rtf | Attorney-Client Privileged | | Attachment to above email Re: Promissory Note |
| VA022533 | 9/13/2011 7:05 | John Ford <john@vafitness.com> | Cindy Cannon <cindy@vafitness.com> | | Fwd: FW: Contact | Attorney-Client Privileged | | Internal client email forwarding/relaying VA attorney advice/counsel re Merger Agreement |
| VA022534 | | | | | Netpulse__Virtual_Active_Due_Diligence_Request_List.doc | Attorney-Client Privileged | | Attachment to above email: Due Diligence Checklist provided by VA attorney |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA022538 | 12/9/2011 22:00 | "Huie, James" <jhuie@wsgr.com> | 'Cindy Cannon' <cindy@vafitness.com>, John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | FW: Contact | Attorney-Client Privileged | | Attorney-client communication; VA attorney update to client. Re: Due diligence request |
| VA022539 | | | | | Netpulse__Virtual_Active_Due_Diligence_Request_List.doc | Attorney-Client Privileged | | Attachment to above email. Re: Due Diligence Checklist |
| VA022561 | 9/17/2011 9:28 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | RE: Virtual Active - Ewert license agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA022562 | | | | | Lease_AppleFinancial.pdf | Attorney-Client Privileged | | Attachment to above email: Equipment lease sent to VA attorney for review and advice |
| VA022564 | 10/28/2011 7:15 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com> | | SigPage of Notice | Attorney-Client Privileged | | Attorney-client communication; Client query to attorney. Re: Optionee Notice Signature |
| VA022565 | | | | | Project_Beat__Optionee_Notice_(Final)_(PALIB1_4512332_3)(2).DOCX | Attorney-Client Privileged | | Attachment to above email. Re: Notice to Option Holders |
| VA022566 | | | | | SigPageOptNotice.pdf | Attorney-Client Privileged | | Attachment to above email Re: Optionee Notice Signature |
| VA022576 | 8/11/2011 20:47 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | | Virtual Active: Project Beat - WSGR Payoff Letter (Executed by WSGR) | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA022577 | | | | | Virtual_Active__Project_Beat_-_WSGR_Payoff_Letter_(Executed_by_WSGR)_(PALIB2_5691900_5).PDF | Attorney-Client Privileged | | Attachment to above email: Correspondence written by VA attorney and sent to Client for review |
| VA022579 | 3/11/2011 6:40 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com> | FW: Virtual Active: Project Beat - Latest Revised Merger Agreement Amendment | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice re Merger Agreement |
| VA022580 | | | | | Netpulse_-_Amendment_No_1_to_Merger_Agreement.docx | Attorney-Client Privileged | | Attachment to above email: Draft Amendment to Merger Agreeement |
| VA022581 | 9/17/2011 6:06 | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | John Ford <john@vafitness.com> | "Huie, James" <jhuie@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com> | RE: Virtual Active: Project Beat - Form Payment Deferral Letter Agreement | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA022582 | | | | | 888923_Result.rtf | Attorney-Client Privileged | | Attachment to above email: Draft Agreement for Creditors prepared by VA attorney |
| VA022607 | 10/28/2011 5:39 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Hsu, Eric" <ehsu@wsgr.com>, Cindy Cannon <cindy@vafitness.com> | | Fwd: Ford Framing Non-Conv Notes | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. Re: Ford Framing Contract |
| VA022608 | | | | | Ford_Framing_Non-Conv_Note_Update_10_28_11.xlsx | Attorney-Client Privileged | | Attachment to above email. Re: Ford Liabilities |
| VA022641 | 9/19/2011 5:42 | Cindy Cannon <cindy@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, John Ford <john@vafitness.com>, sbyrnes@wsgr.com | | Re: Virtual Active - High Priority items | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query. Response to previous email |
| VA022642 | | | | | EE_Health_Ins_and_Wages.pdf | Attorney-Client Privileged | | Attachment to above email re: health insurance |
| VA022643 | | | | | John_H_Ford_Life_Ins_Policy.pdf | Attorney-Client Privileged | | Attachment to above email re: life insurance |
| VA022644 | | | | | Terminated_EE_-_Duncan_Hooper.pdf | Attorney-Client Privileged | | Attachment to above email re: termination payout |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA023261 | 5/11/2011 15:36 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com>, "Hsu, Eric" <ehsu@wsgr> | | Fwd: Virtual Active Signature Pages | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney's query re Merger Agreement |
| VA023262 | | | | | VirtualActive_SignaturePages_McIlwain_Bill.pdf | Attorney-Client Privileged | | Attachment to above email: Stockholder Consent Form presented for attorney review and advice |
| VA023270 | 9/20/2011 6:22 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Fwd: Signature page Netpulse agreement | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. re: signature page |
| VA023271 | | | | | NPVA_SigPage.jpg | Attorney-Client Privileged | | Attachment to above email. Re: Signature Page |
| VA023275 | 8/11/2011 17:11 | John Ford <john@vafitness.com> | "Hsu, Eric" <ehsu@wsgr.com> | | Fwd: Docs | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney re requested documents for Merger Agreement |
| VA023276 | | | | | BEsig1.jpg | Attorney-Client Privileged | | Attachment to above email: Stockholder Consent Form presented for attorney review and advice |
| VA023277 | | | | | BEsig2.jpg | Attorney-Client Privileged | | Attachment to above email: Stockholder Consent Form presented for attorney review and advice |
| VA023278 | | | | | BEsig3.jpg | Attorney-Client Privileged | | Attachment to above email: Stockholder Consent Form presented for attorney review and advice |
| VA023279 | | | | | BEsig4.jpg | Attorney-Client Privileged | | Attachment to above email: Stockholder Consent Form presented for attorney review and advice |
| VA023280 | | | | | BEsig5.jpg | Attorney-Client Privileged | | Attachment to above email: Stockholder Consent Form presented for attorney review and advice |
| VA023495 | | | | | Virtual_Active,_Inc._-_Secured_Convertible_Promissory_Notes_as_of_8-26-2011.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA023496 | | | | | Virtual_Active_-_List_of_Outstanding_Options_with_Vesting_as_of_8-26-2011.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA023497 | | | | | Virtual_Active_-_Summary_Capitalization_as_of_8-26-2011.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA023498 | | | | | Virtual_Active,_Inc._-_Convertible_Notes_as_of_8-26-2011.pdf | Attorney-Client Privileged; Privacy Privileged; Trade Secret Privileged | | Attachment to above email; corporate financials forwarded to VA attorney for advice |
| VA023625 | 2/11/2011 20:40 | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | | Fwd: Re: Employment agreement | Attorney-Client Privileged | | Attorney-client communication; Client query to Attorney re Merger Agreement |
| VA023626 | | | | | John_Ford_Offer_Ltr.doc | Attorney-Client Privileged | | Attachment to above email: Employment Offer re Merger Agreement |
| VA023645 | 10/28/2011 7:45 | John Ford <john@vafitness.com> | James Huie <jhuie@wsgr.com>, "Stephen J. Byrnes" <sbyrnes@wsgr.com> | | Fwd: Employment agreement | Attorney-Client Privileged | | Attorney-client communication; Client update to attorney. Re: Employment agreement |
| VA023646 | | | | | Netpulse_Offer_Letter_(J._Ford)_.pdf | Attorney-Client Privileged | | Attachment to above email Re: Offer Letters |
| VA023660 | 9/11/2011 17:16 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.com> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Virtual Active - High Priority Items | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to client re Merger Agreement |
| VA023661 | | | | | Virtual_Active_-_R._Damm_Special_Bonus_Letter_(PALIB2_5691567_5).DOCX | Attorney-Client Privileged | | Attachment to above email: Draft employment letter by VA attorney re Merger Agreement |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA023908 | 9/15/2011 1:00 | John Ford <john@vafitness.co m> | "Hsu, Eric" <ehsu@wsgr.com>, Cindy Cannon <cindy@vafitness.com>, "Huie, James" <jhuie@wsgr.com>, "Murano, Scott" <smurano@wsgr.com> | | DD Item E5 | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA023909 | | | | | ForecastsH.xls | Attorney-Client Privileged | | Attachment to above email: Corporate financial statements sent to VA attorney for review and advice |
| VA024048 | 9/15/2011 3:43 | John Ford <john@vafitness.co m> | "Hsu, Eric" <ehsu@wsgr.com>, "Huie, James" <jhuie@wsgr.com>, "Byrnes, Stephen J." <sbyrnes@wsgr.com>, Cindy Cannon <cindy@vafitness.com> | | DD Item: Netpulse Contract | Attorney-Client Privileged | | Attorney-client communication; Client response to attorney query re Merger Agreement |
| VA024049 | | | | | Sig_Page_NP_VA_Agreement.pdf | Attorney-Client Privileged | | Attachment to above email: License Agreement sent to VA attorney for review and advice |
| VA024257 | 5/11/2011 23:14 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.co m> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Sig Pages | Attorney-Client Privileged | | Attorney-client communication; VA attorney query re consent for Merger Agreement |
| VA024258 | | | | | Virtual_Active_-_Project_Beat_-_Garcia_Trust_Investor_Suitability_Questionnaire_(PALIB2_5702692_1).PDF | Attorney-Client Privileged | | Attachment to above email: Shareholder Consent Form |
| VA024259 | 5/11/2011 22:31 | "Hsu, Eric" <ehsu@wsgr.com> | John Ford <john@vafitness.co m> | "Byrnes, Stephen J." <sbyrnes@wsgr.com> | RE: Sig Pages | Attorney-Client Privileged | | Attorney-client communication; VA attorney advice to Client re Merger Agreement |
| VA024260 | | | | | VA_Signature_Pages.zip | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024261 | | | | | Virtual_Active__Project_Beat_Signature_Tracking_Spreadsheet_(PALIB2_5701826_1).XLSX | Attorney-Client Privileged | | Attachment to above email: Shareholder Checklist re Merger Agreement |
| VA024262 | | | | | Garcia.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024263 | | | | | Ewert.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024264 | | | | | Galipo.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024265 | | | | | A. Ford.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024266 | | | | | Jezek-Arriaga.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024267 | | | | | Thompson.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024268 | | | | | Moreland.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024269 | | | | | Burgoon.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024270 | | | | | Damm.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024271 | | | | | Bader.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024272 | | | | | S. Sixt.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024273 | | | | | D. Canfield.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024274 | | | | | J. Abbona.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024275 | | | | | Bonthron.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024276 | | | | | Oatis.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024277 | | | | | Donley.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024278 | | | | | Etter.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024279 | | | | | Myers Sartin.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024280 | | | | | Bircheff.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024281 | | | | | C. Elias.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024282 | | | | | Morache.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024283 | | | | | Reiss.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024284 | | | | | Warnock.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024285 | | | | | Sachs.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024286 | | | | | N. Elias.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024287 | | | | | R. Abbona.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024288 | | | | | Wascow.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024289 | | | | | Shipp.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024290 | | | | | Kirby.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024291 | | | | | Lynch.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024292 | | | | | Grijalva.pdf | Attorney-Client Privileged | | Attachment to above email: Draft Shareholder Consent Forms |
| VA024705 | 2/28/2019 9:30 | Chris Galipo <chrisgalipo@gmail.com> | Jeff Suto <Jeff@jsuto.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Re: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024706 | | | | | 8B._C._Galipo_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or Brunswick |
| VA024708 | 2/28/2019 7:39 | Jeff Suto <Jeff@jsuto.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024709 | | | | | 8B._C._Galipo_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or Brunswick |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA024710 | 2/28/2019 7:08 | Jeff Suto <Jeff@jsuto.com> | Tom Proulx <tomp@netpulse.com>, Jeffrey Brandstetter <brandstetterlaw@gmail.com> | "chrisgalipo@gmail.com" <chrisgalipo@gmail.com> | RE: Virtual Active - Stock Purchase and Sale - execution copies | Privacy Privileged; Trade Secret Privileged | | Confidential M&A discussions with a company other than Life Fitness and/or Brunswick |
| VA024711 | | | | | 8A._C._Galipo_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or Brunswick |
| VA024727 | | | | | 7._Incumbency_Certificate_20190226_[FMP].pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or Brunswick |
| VA024728 | | | | | 8._C._Galipo_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or Brunswick |
| VA024729 | | | | | 9._T._Proulx_sig_pages.pdf | Privacy Privileged; Trade Secret Privileged | | Attachment to communication, above; confidential M&A documents with a company other than Life Fitness and/or Brunswick |
| VA025872 | 6/17/2022 6:54 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation upon business assets, operations and opportunities |
| VA025873 | | | | | Invoice_FMP:VA_20201222b_(Nextpulse:Life_Fitness).pdf | Attorney Work Product; Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney invoice referencing updates and advice on M&A deal, Life Fitness / Brunswick litigation, and the impact of each on the other |
| VA025874 | | | | | Invoice_FMP:VA_20210420_(Nextpulse:Life_Fitness).pdf | Attorney Work Product; Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney invoice referencing updates and advice on M&A deal, Life Fitness / Brunswick litigation, and the impact of each on the other |
| VA025875 | | | | | Invoice_FMP:VA_20220610_(VA:Nextpulse_PMK_depositions,_depo_subpoenas,_etc.).xls_[Compatibility_Mode].pdf | Attorney Work Product; Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney invoice referencing updates and advice on M&A deal, Life Fitness / Brunswick litigation, and the impact of each on the other |
| VA025876 | 6/17/2022 4:34 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Kim Donovan <kdonovan@gcalaw.com> | Tom Proulx <tomp@netpulse.com> | Re: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation upon business assets, operations and opportunities |
| VA025877 | | | | | Invoice_FMP:VA_20201222b_(Nextpulse:Life_Fitness).pdf | Attorney Work Product; Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney invoice referencing updates and advice on M&A deal, Life Fitness / Brunswick litigation, and the impact of each on the other |
| VA025878 | | | | | Invoice_FMP:VA_20210420_(Nextpulse:Life_Fitness).pdf | Attorney Work Product; Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney invoice referencing updates and advice on M&A deal, Life Fitness / Brunswick litigation, and the impact of each on the other |
| VA025879 | | | | | Invoice_FMP:VA_20220610_(VA:Nextpulse_PMK_depositions,_depo_subpoenas,_etc.).xls_[Compatibility_Mode].pdf | Attorney Work Product; Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney invoice referencing updates and advice on M&A deal, Life Fitness / Brunswick litigation, and the impact of each on the other |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026076 | 5/26/2022 1:31 | "E. David Marks" <dmarks@gcalaw.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com>, Kim Donovan <kdonovan@gcalaw.com>, Kathryn Curry <kcurry@gcalaw.com>, Tom Proulx <tomp@netpulse.com>, Chris Galipo <chris@vafitness.com> | | Need for info | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation upon business assets, operations and opportunities |
| VA026077 | | | | | VA_Copyright_Registration_Info_Delivery.xlsx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation upon business assets, operations and opportunities |
| VA026081 | 6/9/2022 17:00 | Chris Galipo <chris@vafitness.com> | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | | Re: | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation upon business assets, operations and opportunities |
| VA026082 | | | | | scan_(18).pdf | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; cofindential M&A document referencing business assets, operations and opportunities post-M&A deal |
| VA026085 | | | | | Copyright_Assignment_Agr.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation upon business assets, operations and opportunities |
| VA026086 | | | | | scan_(18).pdf | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation upon business assets, operations and opportunities |
| VA026221 | 6/22/2022 9:51 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation upon business assets, operations and opportunities |
| VA026222 | | | | | Invoice_FMP:VA_20220608_(VA:Nextpulse_PMK_depositions,_depo_subpoenas,_etc.)_20220620.xls_[Compatibility_Mode].pdf | Attorney Work Product; Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney invoice referencing updates and advice on M&A deal, Life Fitness / Brunswick litigation, and the impact of each on the other |
| VA026331 | | | | | Copyright_Assignment_Agr_20220617_kad_rl_jdb.docx | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation upon business assets, operations and opportunities |

| Bates # | Date Sent | From | To | Cc | Subject/Filename | Privilege | Redacted? | Factual Basis |
|---|---|---|---|---|---|---|---|---|
| VA026332 | | | | | scan_(13).pdf | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attachment to attorney-client communication, above; attorney discussion draft of document reflecting confidential discussions of litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation upon business assets, operations and opportunities |
| VA026392 | 6/17/2022 1:48 | Jeffrey Brandstetter <brandstetterlaw@gmail.com> | Chris Galipo <chris@vafitness.com> | | Fwd: Draft Agreement re: 39 videos | Attorney Work Product; Attorney-Client Privileged; Common Interest Doctrine | | Attorney-client communication, post-M&A deal, seeking, and conveying, updates and advice on litigation strategies related to common defense of Life Fitness / Brunswick dispute and potential impacts of litigation upon business assets, operations and opportunities |
| VA026393 | | | | | Invoice_FMP:VA_20201222b_(Nextpulse: Life_Fitness).pdf | Attorney Work Product; Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney invoice referencing updates and advice on M&A deal, Life Fitness / Brunswick litigation, and the impact of each on the other |
| VA026394 | | | | | Invoice_FMP:VA_20210420_(Nextpulse:Life_Fitness).pdf | Attorney Work Product; Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney invoice referencing updates and advice on M&A deal, Life Fitness / Brunswick litigation, and the impact of each on the other |
| VA026395 | | | | | Invoice_FMP:VA_20220610_(VA:Nextpulse_PMK_depositions,_depo_subpoenas,_etc.).xls_[Compatibility_Mode].pdf | Attorney Work Product; Attorney-Client Privileged | | Attachment to attorney-client communication, above; attorney invoice referencing updates and advice on M&A deal, Life Fitness / Brunswick litigation, and the impact of each on the other |