|   |   |
|---|---|
| **IN THE UNITED STATES DISTRICT COURT** | |
| **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION** | |

| | |
|---|---|
| *In re MOTION TO ENFORCE THIRD PARTIES FORWARD MOTION PARTNERS' AND VIRTUAL ACTIVE'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS*,<br>　　　　　Respondents,<br>In the matter of<br>NEXTPULSE, LLC,<br>　　　　　Plaintiff,<br>v.<br>LIFE FITNESS, LLC,<br>　　　　　Defendant. | Case No.:<br><br>**[PROPOSED] ORDER GRANTING LIFE FITNESS, LLC'S MOTION TO ENFORCE THIRD PARTIES FORWARD MOTION PARTNERS' AND VIRTUAL ACTIVE'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS** |

[Proposed] ORDER

This matter has come before the Court on Life Fitness, LLC's *Motion to Enforce Third Parties Forward Motion Pictures' and Virtual Active's Compliance with Life Fitness' Subpoena*. This Court has reviewed the papers, the evidence, and the arguments of counsel.

IT IS HEREBY ORDERED:

Life Fitness' *Motion to Enforce Third Parties* is GRANTED. Within seven (7) days of entry of this order, Respondents are ordered to produce the following:

1. Respondents are ordered to produce all 632 documents for which Respondents have asserted trade secret, privacy, or both privileges as identified in Exhibit 6 to Life Fitness's Motion.
2. Respondents are ordered to produce all 408 documents for which Respondents have asserted "Common Interest Doctrine" as identified in Exhibit 9 to Life Fitness' Motion.
3. Respondents are ordered to produce all documents responsive to Request No. 15 in the Subpoenas, including all documents relating to the date the Second Agreement was actually signed.
4. Respondents are ordered to produce all 186 email attachments as identified in Exhibit 10 to Life Fitness' Motion.

IT IS SO ORDERED.

Entered this ____ day of _____, 202__.

Hon.

042600-000000 10942134.1