MCCORMICK BARSTOW LLP
Shane G. Smith, #272630
*shane.smith@mccormickbarstow.com*
Melissa K. Cerro, #304268
*melissa.cerro@mccormickbarstow.com*
7647 N. Fresno Street
Fresno, CA 93720
Tel.: (559) 433-1300
Fax: (559) 433-2300

IRWIN IP LLP
Jason Keener (*pro hac vice* application forthcoming)
*jkeener@irwinip.com*
Joseph F. Marinelli (*pro hac vice* application forthcoming)
*jmarinelli@irwinip.com*
150 N. Wacker Dr., Suite 700
Chicago, IL 60606
Tel.: (312) 667-6080

*Attorneys for Defendant/Movant Life Fitness, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| *In re MOTION TO ENFORCE THIRD PARTIES FORWARD MOTION PICTURES AND VIRTUAL ACTIVE'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS*, <br><br> Respondents, <br> In the matter of <br> NEXTPULSE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LIFE FITNESS, LLC, <br><br> Defendant. | Case No.: <br><br> Underlying Litigation: *Nextpulse, LLC* v. *Life Fitness, LLC*, No. 1:22-cv-3239, N.D. Ill <br><br> **LIFE FITNESS, LLC'S NOTICE OF REQUEST TO FILE DOCUMENT UNDER SEAL** <br><br> Hearing Information To Be Assigned |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Life Fitness, LLC ("Life Fitness") hereby submits this *Notice of Request to File Documents Under Seal* pursuant to E.D. Cal. Local Rule 141 in connection with the filing of its *Memorandum of Points and Authorities in Support of Life Fitness's Motion to Enforce Third Parties Forward Motion Pictures' and Virtual Active's Compliance with Subpoena for Documents* docketed concurrently herewith.  Life Fitness requests that the Court seal the following document ("**Confidential Document**"):

> Exhibit 12 to the Marinelli Declaration, which contains a true and correct copy of an Agreement between Forward Motion Pictures, LLC ("**FMP**"), Virtual Active, Inc. ("**VA**"), and Nextpulse, LLC ("**Nextpulse**") and that was produced by VA and FMP as Bates number VA025785 in response to Life Fitness's subpoenas.

Life Fitness requests that the Court seal this document because it contains information that FMP and VA designated as CONFIDENTIAL under the Confidentiality Order in the NDIL Action.

Compelling reasons exist to seal the Confidential Document for the reasons set forth above. Promptly after the judicial assignment of this matter, or as otherwise directed by the Court, Life Fitness will submit to the Court the Request to Seal Document ("Request"), with the [Proposed] Order and Exhibit 12 (totaling 64 pages that will be consecutively paginated) by overnight delivery service to the Court and by email to counsel for FMP, VA, and Nextpulse.  *See* E.D. Cal. Local Rule 141(b).

Respectfully submitted,

Dated: December 20, 2024                    MCCORMICK BARSTOW LLP

By: */s/ Shane G. Smith*
Shane G. Smith

MCCORMICK BARSTOW LLP
Shane G. Smith, #272630

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*shane.smith@mccormickbarstow.com*
Melissa K. Cerro, #304268
*melissa.cerro@mccormickbarstow.com*
7647 N. Fresno Street
Fresno, CA 93720
Tel: (559) 433-1300
Fax: (559) 433-2300

IRWIN IP LLP
Jason Keener (*pro hac vice* forthcoming)
*jkeener@irwinip.com*
Joseph F. Marinelli (*pro hac vice* forthcoming)
*jmarinelli@irwinip.com*
150 N. Wacker Dr., Suite 700
Chicago, IL 60606
Tel: (312) 667-6080

Counsel for Defendant
*Life Fitness, LLC*

# PROOF OF SERVICE

*Life Fitness, LLC v. Third Parties Virtual Active, Inc. and Forward Motion Pictures LLC*
*ex rel. NextPulse, LLC v. Life Fitness, LLC.*
U.S. District Court Case No. _____

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On December 20, 2024, I served true copies of the following document(s) described as **LIFE FITNESS, LLC'S NOTICE OF REQUEST TO FILE DOCUMENT UNDER SEAL** on the interested parties in this action as follows:

*SEE* **ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address is *ssmith@mccormickbarstow.com*, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 20, 2024, at Merced, California.

*/s/ Shane G. Smith*
Shane G. Smith

**SERVICE LIST**
*Life Fitness, LLC v. Third Parties Virtual Active, Inc. and Forward Motion Pictures LLC ex rel. NextPulse, LLC v. Life Fitness, LLC.*
**U.S. District Court Case No. _____**

GCA Law Partners LLP
Kathryn C. Curry
*kcurry@gcalaw.com*
2570 W. El Camino Real, Suite 400
Mountain View, CA 94040

Tolpin & Partners, PC
Mark R. Bagley
*mark@tolpinlaw.com*
30 N. LaSalle Street, Suite 1510
Chicago, IL 6062

*Counsel for Nextpulse, LLC*

Brandstetter Law, PC
Jeffrey Brandstetter
*brandstetterlaw@gmail.com*
One Market, Spear Tower, 36th Floor
San Francisco, CA 94105

*Counsel for Forward Motion Pictures LLC and Virtual Active, Inc.*