MCCORMICK BARSTOW LLP
Shane G. Smith, #272630
*shane.smith@mccormickbarstow.com*
Melissa K. Cerro, #304268
*melissa.cerro@mccormickbarstow.com*
7647 N. Fresno Street
Fresno, CA 93720
Tel: (559) 433-1300
Fax: (559) 433-2300

IRWIN IP LLP
Jason Keener (*pro hac vice* forthcoming)
jkeener@irwinip.com
Joseph F. Marinelli (*pro hac vice* forthcoming)
*jmarinelli@irwinip.com*
150 N. Wacker Dr., Suite 700
Chicago, IL 60606
Tel.: (312) 667-6080

*Attorneys for Defendant/Movants*

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| *In re MOTION TO ENFORCE THIRD PARTIES FORWARD MOTION PICTURES AND VIRTUAL ACTIVE'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS*,<br><br>                    Respondents,<br>In the matter of<br>NEXTPULSE, LLC,<br><br>                    Plaintiff,<br>v.<br>LIFE FITNESS, LLC,<br><br>                    Defendant. | Case No.:<br><br>**LIFE FITNESS, LLC'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Underlying Litigation: *Nextpulse, LLC* v. *Life Fitness, LLC*, No. 1:22-cv-3239, N.D. Ill |

Pursuant to Federal Rule of Civil Procedure 7.1, Life Fitness, LLC ("Life Fitness") hereby provides the following corporate disclosure statement:

1. Life Fitness is a wholly-owned subsidiary and has a parent corporation of Lumos Holdings US, which is a privately-owned Delaware corporation.

2. No publicly held corporation owns more than 10% of Life Fitness's stock.

Dated: December 20, 2024

Respectfully submitted,

By: /s/ Shane G. Smith
MCCORMICK BARSTOW LLP
Shane G. Smith, #272630
*shane.smith@mccormickbarstow.com*
Melissa K. Cerro, #304268
*melissa.cerro@mccormickbarstow.com*
7647 N. Fresno Street
Fresno, CA 93720
Tel: (559) 433-1300
Fax: (559) 433-2300

IRWIN IP LLP
Jason Keener (*pro hac vice* forthcoming)
*jkeener@irwinip.com*
Joseph F. Marinelli (*pro hac vice* forthcoming)
*jmarinelli@irwinip.com*
150 N. Wacker Dr., Suite 700
Chicago, IL 60606
Tel: (312) 667-6080

Counsel for Defendant
*Life Fitness, LLC*

### PROOF OF SERVICE
*Life Fitness, LLC v. Third Parties Virtual Active, Inc. and Forward Motion Pictures LLC
ex rel. NextPulse, LLC v. Life Fitness, LLC.*
**U.S. District Court Case No. _____**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On December 20, 2024, I served true copies of the following document(s) described as **LIFE FITNESS, LLC'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT** on the interested parties in this action as follows:

*SEE* **ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address is *ssmith@mccormickbarstow.com*, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 20, 2024, at Merced, California.

*/s/ Shane G. Smith*
Shane G. Smith

042600-000000 10942135.1              - 2 -

LIFE FITNESS, LLC'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

**SERVICE LIST**
*Life Fitness, LLC v. Third Parties Virtual Active, Inc. and Forward Motion Pictures LLC ex rel. NextPulse, LLC v. Life Fitness, LLC.*
**U.S. District Court Case No. _____**

GCA Law Partners LLP
Kathryn C. Curry
*kcurry@gcalaw.com*
2570 W. El Camino Real, Suite 400
Mountain View, CA 94040

Tolpin & Partners, PC
Mark R. Bagley
*mark@tolpinlaw.com*
30 N. LaSalle Street, Suite 1510
Chicago, IL 6062

*Counsel for Nextpulse, LLC*

Brandstetter Law, PC
Jeffrey Brandstetter
*brandstetterlaw@gmail.com*
One Market, Spear Tower, 36th Floor
San Francisco, CA 94105

*Counsel for Forward Motion Pictures LLC and Virtual Active, Inc.*