MCCORMICK BARSTOW LLP
Shane G. Smith, #272630
*shane.smith@mccormickbarstow.com*
Melissa K. Cerro, #304268
*melissa.cerro@mccormickbarstow.com*
7647 N. Fresno Street
Fresno, CA 93720
Tel.: (559) 433-1300
Fax: (559) 433-2300

IRWIN IP LLP
Jason Keener (*pro hac vice* forthcoming)
*jkeener@irwinip.com*
Joseph F. Marinelli (*pro hac vice* forthcoming)
*jmarinelli@irwinip.com*
150 N. Wacker Dr., Suite 700
Chicago, IL 60606
Tel.: (312) 667-6080

*Attorneys for Defendant/Movant*

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| *In re MOTION TO ENFORCE THIRD PARTIES FORWARD MOTION PICTURES' AND VIRTUAL ACTIVE'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS*,<br><br>Respondents,<br>In the matter of<br>NEXTPULSE, LLC,<br><br>Plaintiff,<br>v.<br>LIFE FITNESS, LLC,<br><br>Defendant. | Case No. 2:24-mc-00494-DC-CKD<br><br>**LIFE FITNESS'S NOTICE OF REQUEST TO RESCHEDULE MOTION HEARING *re* MOTION TO ENFORCE THIRD PARTIES FORWARD MOTION PICTURES' AND VIRTUAL ACTIVE'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS**<br><br>Date:  February 5, 2025<br>Time: 10:00 a.m.<br>Place:  Robert T. Matsui Federal Courthouse<br><br>Hon. Dena M. Coggins<br>Hon. Carolyn K. Delaney |

042600-000000 10966087.1

LIFE FITNESS'S NOTICE OF REQUEST TO RESCHEDULE MOTION HEARING re MOTION TO ENFORCE THIRD PARTIES FORWARD MOTION PICTURES' AND VIRTUAL ACTIVE'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS

**PLEASE TAKE NOTICE THAT** Defendant and Petitioner LIFE FITNESS, LLC ("**Life Fitness**") hereby requests that its motion for an order to enforce Third Parties Virtual Active, Inc.'s ("**VA**") and Forward Motion Pictures LLC's ("**FMP**"; collectively "**Respondents**") compliance with subpoenas for documents issued by Life Fitness pursuant to Federal Rule of Civil Procedure 45, previously docketed at ECF 1, be noticed for hearing on **February 5, 2025 at 10:00 a.m.**, or as soon thereafter as the matter may be heard, in the United States District Court for the Eastern District of California, Robert T. Matsui Courthouse, 501 I Street, Sacramento, CA 95814.

This matter arises from subpoenas for documents and depositions served on VA and FMP ("**Subpoenas**") in a case pending in the United States District Court for the Northern District of Illinois, *Nextpulse, LLC* v. *Life Fitness, LLC*, No. 1:22-cv-3239 (the "**NDIL Action**"). Respondents refuse to produce documents responsive to the Subpoenas on the basis of trade secret, privacy, and common interest privileges and objections, but Respondents have not met their burden required to withhold these documents. Although the parties met and conferred in good faith on September 25, 2024, September 30, 2024, and October 9, 2024 regarding Life Fitness' requested production documents, the parties are at an impasse.

This Motion is made pursuant to Fed. R. Civ. P. 37 and 45, and E.D. Cal. L.R. 251. It is based on this notice, the previously filed notice of motion and motion, its accompanying memorandum of points and authorities, the accompanying Declaration of Joseph F. Marinelli, all documents related to the instant motion, all documents in the Court's file in this action, all and any other evidence which may be presented at the hearing of this Motion.

Dated: December 26, 2024

Respectfully submitted,

By: */s/ Shane G. Smith*
MCCORMICK BARSTOW LLP
Shane G. Smith, #272630
*shane.smith@mccormickbarstow.com*
Melissa K. Cerro, #304268
*melissa.cerro@mccormickbarstow.com*

042600-000000 10966087.1                                        - 1 -

LIFE FITNESS'S NOTICE OF REQUEST TO RESCHEDULE MOTION HEARING re MOTION TO ENFORCE THIRD PARTIES FORWARD MOTION PICTURES' AND VIRTUAL ACTIVE'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS

7647 N. Fresno Street
Fresno, CA 93720
Tel.: (559) 433-1300
Fax: (559) 433-2300

IRWIN IP LLP
Jason Keener (*pro hac vice* forthcoming)
*jkeener@irwinip.com*
Joseph F. Marinelli (*pro hac vice* forthcoming)
*jmarinelli@irwinip.com*
150 N. Wacker Dr., Suite 700
Chicago, IL 60606
Tel.: (312) 667-6080

Counsel for Defendant
*Life Fitness, LLC*

042600-000000 10966087.1     - 2 -

LIFE FITNESS'S NOTICE OF REQUEST TO RESCHEDULE MOTION HEARING re MOTION TO ENFORCE THIRD PARTIES FORWARD MOTION PICTURES' AND VIRTUAL ACTIVE'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS

**PROOF OF SERVICE**
*Life Fitness, LLC v. Third Parties Virtual Active, Inc. and Forward Motion Pictures LLC*
*ex rel. NextPulse, LLC v. Life Fitness, LLC*
**U.S. District Court Case No. 2:24-mc-00494-DC-CKD**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On December 26, 2024, I served true copies of the following document(s) described as **LIFE FITNESS'S NOTICE OF REQUEST TO RESCHEDULE MOTION HEARING *re* MOTION TO ENFORCE THIRD PARTIES FORWARD MOTION PICTURES' AND VIRTUAL ACTIVE'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS** on the interested parties in this action as follows:

*SEE* **ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address is *ssmith@mccormickbarstow.com*, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 26, 2024, at Fresno, California.

*/s/ Shane G. Smith*
Shane G. Smith

042600-000000 10966087.1                              - 3 -

LIFE FITNESS'S NOTICE OF REQUEST TO RESCHEDULE MOTION HEARING re MOTION TO ENFORCE THIRD PARTIES FORWARD MOTION PICTURES' AND VIRTUAL ACTIVE'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS

**SERVICE LIST**
*Life Fitness, LLC v. Third Parties Virtual Active, Inc. and Forward Motion Pictures LLC ex rel. NextPulse, LLC v. Life Fitness, LLC*
**U.S. District Court Case No. 2:24-mc-00494-DC-CKD**

GCA Law Partners LLP
Kathryn C. Curry
*kcurry@gcalaw.com*
2570 W. El Camino Real, Suite 400
Mountain View, CA 94040

Tolpin & Partners, PC
Mark R. Bagley
*mark@tolpinlaw.com*
30 N. LaSalle Street, Suite 1510
Chicago, IL 6062

*Counsel for Nextpulse, LLC*

Brandstetter Law, PC
Jeffrey Brandstetter
*brandstetterlaw@gmail.com*
One Market, Spear Tower, 36th Floor
San Francisco, CA 94105

*Counsel for Forward Motion Pictures LLC and Virtual Active, Inc.*

042600-000000 10966087.1                - 4 -

LIFE FITNESS'S NOTICE OF REQUEST TO RESCHEDULE MOTION HEARING re MOTION TO ENFORCE THIRD PARTIES FORWARD MOTION PICTURES' AND VIRTUAL ACTIVE'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS