1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| *In re* MOTION TO ENFORCE THIRD PARTIES FORWARD MOTION PICTURES AND VIRTUAL ACTIVE'S COMPLIANCE WITH SUBPOENA FOR DOCUMENTS, <br><br>　　　　　　Respondents, <br>In the matter of <br>NEXTPULSE, LLC, <br>　　　　　　Plaintiff, <br>v. <br>LIFE FITNESS, LLC, <br>　　　　　　Defendant. | Case No. 2:24-mc-00494-DC-CKD <br><br>Underlying Litigation: *Nextpulse, LLC* v. *Life Fitness, LLC*, No. 1:22-CV-3239, N.D. Ill <br><br>**[PROPOSED] MODIFIED ORDER GRANTING IN PART LIFE FITNESS, LLC'S REQUEST TO FILE DOCUMENT UNDER SEAL** <br><br>Hon. Dena M. Coggins <br>Hon. Judge Carolyn K. Delaney |

**ORDER**

On December 23, 2024, Petitioner Life Fitness, LLC filed a Request to File Document Under Seal that sought to seal Exhibit 12 to the Declaration of Joseph F. Marinelli in Support of Life Fitness's Motion to Enforce Third Parties Forward Motion Pictures' and Virtual Active's Compliance with Subpoena for Documents ("Document").  (ECF No. 2.)  The Court requested that Life Fitness provide additional information to enable the Court to determine if sealing is appropriate under Local Rule 141.  (ECF No. 13.)  Petitioner filed a response, and attached the Document to be sealed, with portions of the Document redacted.  (ECF No. 15.)

The Court GRANTS IN PART Petitioner's request to seal the Document.  The Court grants Petitioner's request to seal the redacted text in paragraphs 8 and 9(c) of the Document attached to Life Fitness's Response in Support of Life Fitness, LLC's Request to File Document Under Seal.  (ECF No. 15-1 at 8 (redacted text in paragraph 8), 10-11 (redacted text in paragraph 9(c).)  The Court DENIES Petitioner's request to seal the remainder of the Document for failure to demonstrate good cause that these portions should be also sealed.  *See Owen v. Hyundai Motor America*, 344 F.R.D. 531, 537 (E.D. Cal. 2023).

Life Fitness is directed to email the SEALED documents to approvedsealed@caed.uscourts.gov.

Dated:  February 6, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, life.0494.24